# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 28 PM 3:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated

vs

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP, a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION (see attached)

SUMMONS IN A CIVIL ACTION
Case No.

'07CV 2174 H     BLM

TO: (Name and Address of Defendant)
Avis Budget Group, Inc.
c/o Agent for Service of Process
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Center for Public Interest Law, University of San Diego School of Law, Robert C. Fellmeth, Ed Howard, 5998 Alcala Park, San Diego, CA 92110
Sullivan Hill Lewin Rez & Engel, Donald G. Rez, 550 West "C" Street, Suite 1500, San Diego, CA 92101
Hulett, Harper, Stewart, Dennis Stewart, Kirk Hulett, 550 West "C" Street, Suite 1600, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. _____

NOV 1 4 2007
DATE

By _____, Deputy Clerk

ORIGINAL

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

*Michael Shames, et al. v. Hertz Corporation, et al.*
USDC - Southern District of California

## ATTACHMENT TO SUMMONS IN CIVIL ACTION

Continuation of Defendants:

and Caroline Beteta

DONALD G. REZ, ESQ.
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100          Ref. No.      : 0291209-01
Attorney for : PLAINTIFF     Atty. File No. : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : MICHAEL SHAMES, et al. | | Case No.: 07CV 2174 H BLM |
| DEFENDANT : THE HERTZ CORPORATION, et al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served    :   AVIS BUDGET GROUP, INC.
                           AGENT FOR SERVICE: CSC LAWYERS
   b. Person served  :    BECKY DEGEORGE, PROCESS SPECIALIST
                           (AUTHORIZED AGENT FOR CSC LAWYERS)

4. Address where the party was served 2730 GATEWAY OAKS DRIVE
                                       SACRAMENTO, CA 95833    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 19, 2007  (2) at: 10:25 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      AVIS BUDGET GROUP, INC.
                         AGENT FOR SERVICE: CSC LAWYERS
      under [xx] CCP 416.10   (corporation)

7. **Person who served papers**
   a. JOHN D. HOUSTON                           d. Fee for service: $114.50
   b. KNOX ATTORNEY SERVICE, INC.               e. I am:
      2250 Fourth Avenue                           (3) a registered California process server
      San Diego, California 92101                     (i) an employee
   c. 619-233-9700                                    (ii) Registration No. 152
                                                      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2007          Signature: _____
                                            JOHN D. HOUSTON

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**