# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 28 PM 3:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated

vs

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP, a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION (see attached)

SUMMONS IN A CIVIL ACTION

Case No. '07CV 2174 H BLM

TO: (Name and Address of Defendant)
Coast Leasing Corporation
c/o Agent for Service of Process
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Center for Public Interest Law, University of San Diego School of Law, Robert C. Fellmeth, Ed Howard, 5998 Alcala Park, San Diego, CA 92110
Sullivan Hill Lewin Rez & Engel, Donald G. Rez, 550 West "C" Street, Suite 1500, San Diego, CA 92101
Hulett, Harper, Stewart, Dennis Stewart, Kirk Hulett, 550 West "C" Street, Suite 1600, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 1 4 2007
DATE

By _____ R. _____ , Deputy Clerk

ORIGINAL

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

*Michael Shames, et al. v. Hertz Corporation, et al.*
USDC - Southern District of California

## ATTACHMENT TO SUMMONS IN CIVIL ACTION

Continuation of Defendants:

and Caroline Beteta

DONALD G. REZ, ESQ.
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100              Ref. No.       : 0291206-01
Attorney for : PLAINTIFF   Atty. File No. : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : MICHAEL SHAMES, et al. | | Case No.: 07CV 2174 H BLM |
| DEFENDANT : THE HERTZ CORPORATION, et al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served     :   COAST LEASING CORPORATION
                           AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person served   :   MARGARET WILSON, PROCESS SPECIALIST
                          (AUTHORIZED AGENT FOR CT CORPORATION SYS.)

4. Address where the party was served  818 WEST 7TH STREET
                                       LOS ANGELES, CA  90017     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 16, 2007  (2) at: 02:40 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    COAST LEASING CORPORATION
                       AGENT FOR SERVICE: CT CORPORATION SYSTEM
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. DANIEL MARIN
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $39.75
   e. I am:
      (3) a registered California process server
         (i)   an employee
         (ii)  Registration No. 1250
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2007          Signature: _____
                                            DANIEL MARIN

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)