# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 28 PM 3:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated

vs

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP, a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION (see attached)

**SUMMONS IN A CIVIL ACTION**
Case No. '07CV 2174 H BLM

TO: (Name and Address of Defendant)

Caroline Beteta
California Travel and Tourism Commission
980 9th Street, Suite 480
Sacramento, CA 95814-2715

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Center for Public Interest Law, University of San Diego School of Law, Robert C. Fellmeth, Ed Howard, 5998 Alcala Park, San Diego, CA 92110
Sullivan Hill Lewin Rez & Engel, Donald G. Rez, 550 West "C" Street, Suite 1500, San Diego, CA 92101
Hulett, Harper, Stewart, Dennis Stewart, Kirk Hulett, 550 West "C" Street, Suite 1600, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. _____

By _____, Deputy Clerk

NOV 1 4 2007
DATE

ORIGINAL

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

*Michael Shames, et al. v. Hertz Corporation, et al.*
USDC - Southern District of California

## ATTACHMENT TO SUMMONS IN CIVIL ACTION

Continuation of Defendants:

and Caroline Beteta

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100             Ref. No.       : 0291208-01
Attorney for : PLAINTIFF    Atty. File No. : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF   : MICHAEL SHAMES, et al. | | Case No.: 07CV 2174 H BLM |
| DEFENDANT : THE HERTZ CORPORATION, et al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTION, MONEY DAMAGES AND DECLARATORY RELIEF

3. a. Party served     :   CALIFORNIA TRAVEL AND TOURISM COMMISSION
                           AGENT FOR SERVICE: CAROLINE BETETA
   b. Person served   :   BETSY TALOFF, (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served  980 9TH STREET        SUITE 480
                                       SACRAMENTO, CA 95814-2715   (Business)

5. I served the party
   b. **by substituted service.** On November 16, 2007 at 04:10 PM I left the documents listed in item 2
      with or in the presence of    BETSY TALOFF,
                                    PERSON APPARENTLY IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
       of the person to be served. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:        CALIFORNIA TRAVEL AND TOURISM COMMISSION
                           AGENT FOR SERVICE: CAROLINE BETETA
      under [xx] CCP 415.95   (business org., form unknown)

7. **Person who served papers**
   a. JOHN D. HOUSTON                          d. Fee for service: $116.50
   b. KNOX ATTORNEY SERVICE, INC.              e. I am:
      2250 Fourth Avenue                          (3) a registered California process server
      San Diego, California 92101                     (i)   an employee
   c. 619-233-9700                                    (ii)  Registration No. 152
                                                      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 19, 2007            Signature:  _____
                                               JOHN D. HOUSTON

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100                              Ref. No.        : 0291208-01
Attorney for : PLAINTIFF                   Atty. File No.  : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| PLAINTIFF  | : MICHAEL SHAMES, et al. | Case No.: 07CV 2174 H BLM |
|---|---|---|
| DEFENDANT  | : THE HERTZ CORPORATION, et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 11/16/07. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served       CALIFORNIA TRAVEL AND TOURISM COMMISSION
                   AGENT FOR SERVICE: CAROLINE BETETA

Business    :      980 9TH STREET SUITE 480, SACRAMENTO CA 95814-2715

Attempts to effect service are as follows:

11/16/07 04:10P   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 19, 2007             Signature: _____
                                               JOHN D. HOUSTON

Jud. Coun. form, rule 982.9                    **DECLARATION RE DILIGENCE**

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100                     Ref. No.        : 0291208-01
Attorney for : PLAINTIFF         Atty. File No.  : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : MICHAEL SHAMES, et al. | Case No.: 07CV 2174 H BLM |
| DEFENDANT | : THE HERTZ CORPORATION, et al. | **DECLARATION OF MAILING** |

RE:  CALIFORNIA TRAVEL AND TOURISM COMMISSION
     AGENT FOR SERVICE: CAROLINE BETETA

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On November 19, 2007 I served the within documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTION, MONEY DAMAGES AND DECLARATORY RELIEF

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

CALIFORNIA TRAVEL AND TOURISM COMMISSION
AGENT FOR SERVICE: CAROLINE BETETA
980 9TH STREET        SUITE 480
SACRAMENTO, CA 95814-2715

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2007 at SAN DIEGO, California.

Signature: _____
CHRISTINE B. BUCSIT

**DECLARATION OF MAILING**