# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 28 PM 3:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated

vs

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP, a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION (see attached)

SUMMONS IN A CIVIL ACTION
Case No.

'07CV 2174 H    BLM

TO: (Name and Address of Defendant)

California Travel and Tourism Commission
c/o Agent for Service of Process
Michael Kvarme
400 Capitol Mall, Suite 1100
Sacramento, CA 95814

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Center for Public Interest Law, University of San Diego School of Law, Robert C. Fellmeth, Ed Howard, 5998 Alcala Park, San Diego, CA 92110
Sullivan Hill Lewin Rez & Engel, Donald G. Rez, 550 West "C" Street, Suite 1500, San Diego, CA 92101
Hulett, Harper, Stewart, Dennis Stewart, Kirk Hulett, 550 West "C" Street, Suite 1600, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. _____

By _____, Deputy Clerk

NOV 1 4 2007
DATE

ORIGINAL

CR

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

*Michael Shames, et al. v. Hertz Corporation, et al.*
USDC - Southern District of California

## ATTACHMENT TO SUMMONS IN CIVIL ACTION

Continuation of Defendants:

and Caroline Beteta

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100          Ref. No.      : 02S1207-01
Attorney for : PLAINTIFF    Atty. File No. : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : MICHAEL SHAMES, et al. | Case No.: 07CV 2174 H BLM |
| DEFENDANT | : THE HERTZ CORPORATION, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTION, MONEY DAMAGES AND DECLARATORY RELIEF

3. a. Party served    :    CALIFORNIA TRAVEL AND TOURISM COMMISSION
                            AGENT FOR SERVICE: MICHAEL KVARME
   b. Person served  :    RAMONA CARRILLO
                            (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served   400 CAPITOL MALL    #1100
                                        SACRAMENTO, CA 95814    (Business)

5. I served the party
   b. **by substituted service.** On November 16, 2007 at 03:30 PM I left the documents listed in item 2
      with or in the presence of   RAMONA CARRILLO,
                                    PERSON APPARENTLY IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
       of the person to be served. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    CALIFORNIA TRAVEL AND TOURISM COMMISSION
                        AGENT FOR SERVICE: MICHAEL KVARME
   under [xx] CCP 415.95   (business org., form unknown)

7. **Person who served papers**
   a. JOHN D. HOUSTON                           d. Fee for service: $116.50
   b. KNOX ATTORNEY SERVICE, INC.               e. I am:
      2250 Fourth Avenue                            (3) a registered California process server
      San Diego, California 92101                        (i) an employee
   c. 619-233-9700                                       (ii) Registration No. 152
                                                        (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 19, 2007          Signature: _____
                                            JOHN D. HOUSTON

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100                    Ref. No.      : 0291207-01
Attorney for : PLAINTIFF        Atty. File No. : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : MICHAEL SHAMES, et al. | | Case No.: 07CV 2174 H BLM |
| DEFENDANT : THE HERTZ CORPORATION, et al. | | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 11/16/07. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served     CALIFORNIA TRAVEL AND TOURISM COMMISSION
                 AGENT FOR SERVICE: MICHAEL KVARME

Business    :    400 CAPITOL MALL #1100, SACRAMENTO CA 95814

Attempts to effect service are as follows:

11/16/07 03:30P   Attempted service-effected substitute service
                  Ramona Carrillo

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 19, 2007              Signature: _____
                                                JOHN D. HOUSTON

Jud. Coun. form, rule 982.9          **DECLARATION RE DILIGENCE**

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100
Attorney for : PLAINTIFF

Ref. No.        : 0291207-01
Atty. File No.  : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : MICHAEL SHAMES, et al.
DEFENDANT    : THE HERTZ CORPORATION, et al.

Case No.: 07CV 2174 H BLM
**DECLARATION OF MAILING**

RE:  CALIFORNIA TRAVEL AND TOURISM COMMISSION
     AGENT FOR SERVICE: MICHAEL KVARME

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On November 19, 2007 I served the within documents:

> SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTION, MONEY DAMAGES AND DECLARATORY RELIEF

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

> CALIFORNIA TRAVEL AND TOURISM COMMISSION
> AGENT FOR SERVICE: MICHAEL KVARME
> 400 CAPITOL MALL       #1100
> SACRAMENTO, CA  95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2007 at SAN DIEGO, California.

Signature: _____
CHRISTINE B. BUCSIT

**DECLARATION OF MAILING**