```
 1  CENTER FOR PUBLIC INTEREST LAW
    UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
 2  ROBERT C. FELLMETH, SBN 49897
    cpil@sandiego.edu
 3  ED HOWARD, SBN 151936
    JULIANNE D'ANGELO FELLMETH, SBN: 109288
 4  5998 Alcala Park
    San Diego, CA  92110
 5  Telephone:     (619) 260-4806
    Facsimile:     (619) 260-4753
 6
    SULLIVAN, HILL, LEWIN, REZ & ENGEL        HULETT HARPER STEWART LLP
 7  A Professional Law Corporation            DENNIS STEWART, SBN: 99152
    DONALD G. REZ, SBN 82615                  dstewart@hulettharper.com
 8  rez@shlaw.com                             JENNIFER A. KAGAN, SBN: 234554
    550 West "C" Street, Suite 1500           jenni@hulettharper.com
 9  San Diego, CA  92101                      550 West C Street, Suite 1600
    Telephone:     (619) 233-4100             San Diego, CA  92101
10  Facsimile:     (619) 231-4372             Telephone:     (619) 338-1133
                                              Facsimile:     (619) 338-1139
11  Attorneys for Plaintiffs
```

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW; JOHN DOE 1, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07CV2174H(BLM)<br><br>**PLAINTIFF MICHAEL SHAMES'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>DATE:   January 7, 2008<br>TIME:   10:30 a.m.<br>JUDGE:  Honorable Marilyn L. Huff<br>CTRM:   13 |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 7, 2008 at 10:30 a.m. or as soon thereafter as this matter may be heard, before the Honorable Marilyn L. Huff in Courtroom 13 of this Court, located at 940 Front Street, San Diego, California, 92101, Plaintiff Michael Shames ("Plaintiff") in the above-captioned matter will, and hereby does, respectfully move for a preliminary injunction preventing Defendant California Travel and Tourism Commission (hereinafter, the "CTTC") and its officers, employees, and representatives from violating the Bagley-Keene Open Meeting Act, found at California Government Code §§ 11120, *et seq.* (hereinafter, the "Act"), expressly made applicable to the CTTC at California Government Code § 13995.40(q).

Plaintiff moves for a preliminary injunction on the following grounds:

1. Plaintiff is a resident of the State of California.

2. The Act requires the CTTC to conduct its business openly. To that end, the Act permits members of the public such as Plaintiff to attend meetings of the CTTC and establishes certain requirements for notifying the public as to when such meetings are scheduled to occur. As well, agenda items must be described with sufficient specificity to apprise the public of the topics to be discussed at CTTC meetings. The Act also restricts when closed sessions may occur and imposes requirements on teleconferences and Internet postings.

3. Plaintiff has filed a complaint in this Court alleging that the CTTC committed numerous violations of the Act. The complaint seeks, in part, a declaration that certain meetings violated numerous provisions of the Act, injunctive relief prohibiting further violations, and attorneys' fees. Pursuant to 28 U.S.C. § 1367(a), this Court has pendent jurisdiction over the claims arising out of alleged violations of the Act.

4. The CTTC has slated another meeting for January 23-24, 2008, in Sacramento.

5. Plaintiff is entitled to a preliminary injunction because he is likely to succeed on the merits of his claim that the CTTC has violated the Act and because the equities weigh strongly in favor of enforcement of the Act and against violation of it by the CTTC.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the declarations submitted herewith detailing the numerous violations of the Act, the

Court's papers and files in this case, the arguments of counsel and any other matters the Court may properly consider.

For these reasons, Plaintiff requests that this Court enter a preliminary injunction enjoining the CTTC and its officers, employees, and representatives, from violating the Act until resolution of this action or further order of this Court.

DATED: November 29, 2007

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN

  /s/ Dennis Stewart
DENNIS STEWART

550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139

CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
  SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA  92110
Telephone:    (619) 260-4806
Facsimile:    (619) 260-4753

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone:    (619) 233-4100
Facsimile:    (619) 231-4372

Attorneys for Plaintiffs