1  CENTER FOR PUBLIC INTEREST LAW
   UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
2  ROBERT C. FELLMETH, SBN 49897
   cpil@sandiego.edu
3  ED HOWARD, SBN 151936
   JULIANNE D'ANGELO FELLMETH, SBN: 109288
4  5998 Alcala Park
   San Diego, CA  92110
5  Telephone:      (619) 260-4806
   Facsimile:      (619) 260-4753
6
                                                    HULETT HARPER STEWART LLP
7  SULLIVAN, HILL, LEWIN, REZ & ENGEL               DENNIS STEWART, SBN: 99152
   A Professional Law Corporation                   dstewart@hulettharper.com
8  DONALD G. REZ, SBN 82615                          JENNIFER A. KAGAN, SBN: 234554
   rez@shlaw.com                                     jenni@hulettharper.com
9  550 West "C" Street, Suite 1500                   550 West C Street, Suite 1600
   San Diego, CA  92101                              San Diego, CA  92101
10 Telephone:      (619) 233-4100                    Telephone:      (619) 338-1133
   Facsimile:      (619) 231-4372                    Facsimile:      (619) 338-1139
11
   Attorneys for Plaintiffs
12
                    IN THE UNITED STATES DISTRICT COURT
13
                    SOUTHERN DISTRICT OF CALIFORNIA
14
   MICHAEL SHAMES; GARY GRAMKOW;          Case No. 07CV2174H(BLM)
15 JOHN DOE 1, on behalf of themselves and on
   behalf of all persons similarly situated,        **DECLARATION OF JULIANNE**
16                                                   **D'ANGELO FELLMETH IN SUPPORT**
                      Plaintiffs,                    **OF MOTION FOR PRELIMINARY**
17                                                   **INJUNCTION**
   v.
18                                                   DATE:      January 7, 2008
   HERTZ CORPORATION, et al.                         TIME:      10:30 a.m.
19                                                   JUDGE:     Honorable Marilyn L. Huff
                      Defendants.                    CTRM:      13
20
21
22
23
24
25
26
27
28

I, JULIANNE D'ANGELO FELLMETH, do hereby declare as follows:

1.    I am the Administrative Director of the Center for Public Interest Law ("CPIL") at the University of San Diego ("USD") School of Law.  I am an attorney licensed by the State Bar of California since 1983 (State Bar Number 109288).  I have worked at CPIL and USD for 21 years.  I team-teach the Center's required course, Public Interest Law and Practice, in which I instruct USD law students on California's "sunshine laws" applicable to state agencies; these laws include the Bagley-Keene Open Meeting Act, California Government Code §§ 11120, *et seq*.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.    From October 2006 through April 2007, I supervised Bradley Johnson ("Johnson") and Crystal Muhlenkamp ("Muhlenkamp"), two then-USD law students who have now graduated from the USD School of Law, in their monitoring of the California Travel and Tourism Commission ("CTTC") for compliance with the Bagley-Keene Open Meeting Act.

3.    From October 2006 through April 2007, Johnson, Muhlenkamp, and I collected various CTTC meeting notices, agendas, and materials via several methods: (1) Muhlenkamp placed her name and address (both residence and e-mail) on the CTTC's list of "interested parties" who wish to receive notice of CTTC meetings; she received various notices and agendas of meetings via U.S. mail and/or e-mail and either forwarded them to me or printed them and gave them to me; (2) all three of us frequently visited the Web sites of the CTTC and its parent agency (the Business, Transportation and Housing Agency, or BTH) and downloaded CTTC meeting information; and (3) Johnson and Muhlenkamp attended several meetings of the CTTC and its various committees during February 2007.

4.    On October 12, 2007 at 3:50 p.m., I searched CTTC's Web site and clicked on "Committee Rosters."   I printed out the pages containing CTTC's membership and the membership of all of its committees (last updated September 29, 2007).  True and correct copies of these materials are attached as Exhibit A.

5.    True and correct copies of e-mail notices of CTTC's October 23-24, 2007 meetings dated on September 6, 2007; September 20, 2007; September 27, 2007; and October 15,

1

1    2007 are attached as Exhibit B.  I received these notices from the CTTC via Muhlenkamp.

2         6.       A true and correct copy of the July 20, 2007 e-mail notice of an August 1, 2007

3    meeting of CTTC's Nominating Committee is attached as Exhibit C.  I received this notice from

4    the CTTC via Muhlenkamp.

5         7.       A true and correct copy of the July 20, 2007 e-mail notice of an August 2, 2007

6    meeting of CTTC's Governance Committee is attached as Exhibit D.  I received this notice from

7    the CTTC via Muhlenkamp.

8         8.       A true and correct copy of the September 17, 2007 e-mail notice of a

9    September 24, 2007 meeting of the full Commission is attached as Exhibit E.

10        9.       A true and correct copy of the September 17, 2007 e-mail notice of a

11   September 24, 2007 meeting of the Executive Committee is attached as Exhibit F.

12        10.      A true and correct copy of the October 11, 2007 e-mail notice of an October 19,

13   2007 meeting of the Governance Committee is attached as Exhibit G.

14        11.      A true and correct copy of the October 11, 2007 e-mail notice of an October 19,

15   2007 meeting of the Nominating Committee is attached as Exhibit H.

16        12.      On October 12, 2007 at 3:39 p.m., I searched the Internet for a posted notice of

17   CTTC's October 23-24, 2007 meetings.  I found such a notice, but only via the following route:

18   (a) I searched BTH's Web site at www.bth.ca.gov; (b) I ran my cursor over "Programs and

19   Initiatives," and clicked on "California Travel and Tourism Commission (CTTC)"; (c) I clicked on

20   the Commission's Web site at www.visitcalifornia.ca.gov; (d) I scrolled to the bottom of the page

21   and clicked on "travel industry"; (e) I clicked on "Agendas/Minutes" but found no posted notice of

22   or agenda for CTTC's October 23-24, 2007 meetings; (f) I clicked on "Meeting Materials" but

23   found no posted notice of or agenda for CTTC's October 23-24, 2007 meetings; (g) I clicked on

24   "CTTC Publications"; (h) I clicked on "CTTC Insights - Monthly Online Newsletter"; (i) I

25   scrolled to the bottom of the page and clicked on "CTTC October Commission Meeting."  A true

26   and correct copy of the notice I found under that link is attached as Exhibit I.

27        13.      On October 14, 2007 at 3:00 p.m., I searched the Internet for a posted agenda of

28   CTTC's October 23-24, 2007 meeting, as required by Government Code §§ 11125(a) and

2

11125(b).  I searched the same route as described in Paragraph 4(ii) above.  A true and correct copy of the notice I found under that link is attached as Exhibit J.  I found no agenda of the Commission meeting or its committee meetings.

14.  On October 16, 2007 at 11:15 a.m., I searched the Internet for a posted agenda of CTTC's October 23-24, 2007 meeting, as required by Government Code §§ 11125(a) and 11125(b).  I searched the same route as described in Paragraph 4(ii) above.  A true and correct copy of the notice I found under that link is attached as Exhibit K.  I found no agenda of the Commission meeting or its committee meetings.

15.  On October 18, 2007 at 3:41 p.m., I received an e-mail from Muhlenkamp, who forwarded me an e-mail she had received that day from the CTTC.  A true and correct copy of both e-mails is attached as Exhibit L.  In its e-mail, the CTTC noted that it had posted the "CTTC Commission Meeting Binder Materials" at www.visitcalifornia.com/page.php?id=484.  I immediately searched that site, but found no link to any materials for the October 23-24, 2007 CTTC meeting.  A true and correct copy of the screen I found is attached as Exhibit M.

16.  On October 18, 2007 at 3:47 p.m., I again searched CTTC's Web site under "Agendas/Minutes."  A true and correct copy of the screen that I found is attached as Exhibit N.  It contains no agenda or meeting materials for the October 23-24, 2007 CTTC meeting.

17.  On October 18, 2007 at 3:47 p.m., I searched the CTTC Web site via the route described in Paragraph 12 above.  A true and correct copy of the screen I found under that link is attached as Exhibit O.  It contains no agenda or meeting materials for the October 23-24, 2007 CTTC meeting.

18.  On October 18, 2007 at 4:05 p.m., I again searched the Internet at www.visitcalifornia.com/page.php?id=484.  This time, I clicked on "February 27, 2007 − Meeting Binder Contents."  Under the February 27, 2007 link, I found an agenda for the full Commission's October 24, 2007 meeting and an agenda for the Marketing Advisory Committee's October 24, 2007 meeting.  True and correct copies of those materials are attached as Exhibit P.

19.  On October 18, 2007 at 6:19 p.m., I again searched the Internet at www.visitcalifornia.com/page.php?id=484.  The page had been corrected to state "October 24,

3

1   2007 – Meeting Binder Contents." A true and correct copy of that screen is attached as Exhibit Q.

2       I declare under penalty of perjury under the laws of the United States that the foregoing is

3   true and correct. Executed this 29th of November, 2007 at San Diego, California.

4

5                JULIANNE D'ANGELO FELLMETH

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# Exhibit A



   

Home / Travel Industry /



## TRAVEL INDUSTRY

BY-LAWS | HISTORY | AGENDAS/MINUTES | CAREER OPPORTUNITIES | COMMITTEE ROSTERS | DT's PUBLICATIONS
INDUSTRY LINKS | MARKETING PROGRAMS | MEETING MATERIALS | PRESS ROOM

### COMMITTEE ROSTERS

**Please click on the Roster you would like to download. These rosters will be updated as they change.**

- CTTC Commissioners
- CTTC Executive Committee
- CTTC Marketing Advisory Committee
- CTTC Publications/Web site Committee
- CTTC Advertising/Co-op Committee
- CTTC Audit Committee
- CTTC Nominating Committee
- CTTC Governance Committee
- CTTC Rural Tourism Council Roster
- California Welcome Center Committee
- CTTC Marketing Reps
- CTTC Staff
- Division of Tourism Staff



Advertisement

## FIND A CA DESTINATION

| Any Region |
| Any Type |
| Name |
| City |

## GO THERE

Book securely online or call 877-CALIFORNIA

HOTELS | TICKETS | PACKAGES | CAR | AIR

-- Select CA Region --
-- Select Neighborhood --

Rooms:     Adults:     Children:
1          1           0

Check In:          Check Out:
mm/dd/yyyy         mm/dd/yyyy

More Options       SEARCH HOTELS







IT'S GONNA BE A
GREAT RIDE.

THE ALL-NEW SUZUKI SX4
FROM $14,999 MSRP

printed not
3:50                  10/12/2007



**FIND YOURSELF HERE**

# CTTC Commission

## CTTC Chair

**Dale Bonner**
*Secretary*
Business, Transportation and Housing Agency
980 9th St Ste 2450
Sacramento, CA 95814-2742
Phone: (916) 323-5400, Fax: (916) 323-5402
email: dbonner@bth.ca.gov

## CTTC Vice Chair

**Claire Bilby**
*Senoir Vice President, Sales & Distribution Marketing*
Walt Disney Parks & Resorts
1150 W Magic Way Fl 3
Anaheim, CA 92802-2247
Phone: (714) 956-6839
email: claire.bilby@disney.com

**Terry MacRae**
*Chief Executive Officer*
Hornblower Cruises and Events
3 Pier
San Francisco, CA 94111-2027
Phone: (415) 983-8230, Fax: (415) 520-9610
email: tmacrae@hornblower.com

## CTTC Chief Fiscal Officer

**Terry Westrope**
*Vice President of Administration*
Ocean Park Hotels, LLC.
710 Fiero Ln Ste 14
San Luis Obispo, CA 93401-8704
Phone: (805) 544-0815, Fax: (805) 544-0808
email: tlwestrope@ophot.com

## Commissioners

**Rick Anderson**
*Owner*
Casa Tropicana Bed & Breakfast
610 Avenida Victoria
San Clemente, CA 92672-5369
Phone: (949) 492-1234, Fax: (949) 492-5454
email: rick@rickstropicana.com

**Ted Balestreri**
*General Managing Partner*
Cannery Row Company, Inc.
555 Abrego St
Monterey, CA 93940-3229
Phone: (831) 649-6690, Fax: (831) 649-1864
email: tbalestreri@canneryrow.com

**Jim Burba**
*President*
Burba Hotel Network
2900 Bristol St Ste D101
Costa Mesa, CA 92626-5939
Phone: (714) 540-9300
email: jburba@burba.com

**David Cohn**
*Owner*
Cohn Restaurant Group
656 5th Ave Ste R
San Diego, CA 92101-6867
Phone: (619) 236-1299, Fax: (619) 236-1300
email: david@cohnrestaurants.com

printed 10/12/07
3.47 207

# california

## FIND YOURSELF HERE

**Chip Conley**

*Chairman & Chief Executive Officer*

Joie De Vivre (JDV) Hospitality

567 Sutter St

San Francisco, CA 94102-1101

Phone: (415) 773-1064, Fax: (415) 835-0316

email: cc@jdvhospitality.com

**John Dunlap, III**

Dunlap - Van Vleck & Brown - LLC

925 L St Ste 850

Sacramento, CA 95814-3762

Phone: (916) 341-0808, Fax: (916) 341-0849

email: jdunlap@dvbsr.com

**Andrew P. Fichthorn**

*Executive Vice President & General Manager*

Seaworld Of California

500 Sea World Dr

San Diego, CA 92109-7993

Phone: (619) 222-6363, Fax: (619) 226-3952

email: andrew.fichthorn@seaworld.com

**Rusty Gregory**

*Chairman & Chief Executive Officer*

Mammoth Mountain Ski Area, LLC

PO Box 24

Mammoth Lakes, CA 93546-0024

Phone: (760) 934-0633, Fax: (760) 934-0615

email: mary@mammoth-mtn.com

**Jon Handlery**

*Senior Vice President & General Manager*

Handlery Union Square Hotel

351 Geary St

San Francisco, CA 94102-1801

Phone: (415) 781-7800, Fax: (415) 362-1157

email: jon@handlery.com

**Jay Jamison**

*Chief Operating Officer & Assistant Corporate Secretary*

Pismo Coast Village Inc

165 S Dolliver St

Pismo Beach, CA 93449-2999

Phone: (805) 773-5649, Fax: (805) 773-1507

email: jayj@pismocoastvillage.com

**Jerry Dow**

*Senior Vice President & CMO*

Vanguard Car Rental USA Inc.

6929 N Lakewood Ave

Tulsa, OK 74117-1823

Phone: (918) 630-4621, Fax: (952) 837-9366

email: Jdownorthwestern@gmail.com

**Mark Erskine**

*Director of Revenue Strategy & Marketing*

San Diego Marriott Hotel & Marina

333 W Harbor Dr

San Diego, CA 92101-7709

Phone: (619) 230-8340, Fax: (619) 230-8913

email: mark.erskine@marriott.com

**Tadao Fujiwara**

*Commissioner*

Tadao Fujiwara, M.D.

316 E 2nd St Fl 2

Los Angeles, CA 90012-4223

Phone: (213) 680-0355, Fax: (213) 680-0830

**Jack Gribbon**

*Political Director*

Hotel Employees and Restaurant Employees International Union

243 Golden Gate Ave

San Francisco, CA 94102-3705

Phone: (415) 553-3280, Fax: (415) 621-6820

email: jackgribbon@aol.com

**Charles J. Hansen**

*Vice President of Community Relation*

Viejas Enterprises

7777 Alvarado Rd Ste 115

La Mesa, CA 91941-3645

Phone: (619) 644-8310, Fax: (619) 644-8314

email: chansen@viejas.com

**Brian Kennedy**

*Executive Vice President Global Sales & Marketing*

The Hertz Corporation

225 Brae Blvd

Park Ridge, NJ 07656-1888

Phone: (201) 307-2660, Fax: (201) 307-2748

email: bkennedy@hertz.com

# california
### FIND YOURSELF HERE

**Tom Klein**
*Owner*
Rodney Strong Winery
11455 Old Redwood Hwy
Healdsburg, CA 95448-9523
Phone: (707) 433-0985, Fax: (707) 433-0909
email: tklein@rodneystrong.com

**Larry Kurzweil**
*President & Chief Executive Officer*
Universal Studios
100 Universal City Plz # 5511-6
Universal City, CA 91608-1002
Phone: (818) 622-3998, Fax: (818) 622-7152
email: larry.kurzweil@nbcuni.com

**Reginald R. McDowell**
*Vice President & General Manager*
Los Angeles Marriott Hotel Interstate Hotels & Resorts
333 S Figueroa St
Los Angeles, CA 90071-1001
Phone: (213) 617-6002, Fax: (213) 621-1556
email: reginald.mcdowell@ihrco.com

**Louis Meunier**
*Executive Vice President*
Macy's West
50 Ofarrell St
San Francisco, CA 94108-5808
Phone: (415) 954-6406, Fax: (415) 984-7534
email: louis.meunier@macys.com

**Cormac O'Modhrain**
*President of Hotel Management*
CIM Group
6922 Hollywood Blvd Fl 9
Los Angeles, CA 90028-6117
Phone: (323) -86-0-71, Fax: (323) -44-6-71
email: comodhrain@cimgroup.com

**Sima Patel**
*Owner*
Holiday Inn Express Oakland Airport
66 Airport Access Rd
Oakland, CA 94603-107B
Phone: (510) 569-4400, Fax: (510) 569-4441
email: sima@oaklandhiexpress.com

**John Koeberer**
*President*
California Parks Company
2150 Main St Ste 5
Red Bluff, CA 96080-2372
Phone: (530) 529-1512, Fax: (530) 529-4511
email: jk@calparksco.com

**Rick Lawrance**
*President & Chief Executive Officer*
California Lodging Industry Association
PO Box 15918
Sacramento, CA 95852-0918
Phone: (916) 925-2915, Fax: (916) 925-0785
email: rick@clia.org

**Diana Meinhold**
*Vice President Travel Products & Services*
Automobile Club of Southern California
3333 Fairview Rd # A171
Costa Mesa, CA 92626-1610
Phone: (714) 885-2461, Fax: (714) 885-1279
email: Meinhold.Diana@aaa-calif.com

**Bob Muhs**
*Vice President, Government Affairs & Counsel*
Avis/Budget Group, Inc.
6 Sylvan Way
Parsippany, NJ 07054-3826
Phone: (973) 496-3532, Fax: (973) 496-3444
email: robert.muhs@avisbudget.com

**J P Patel**
*Owner*
Best Western Colony Inn
3600 El Camino Real
Atascadero, CA 93422-2554
Phone: (805) 466-4449, Fax: (805) 466-2119
email: jppatel@calinet.com

**Mark Running**
*President*
Roy's Restaurants
1300 Dove St Ste 105
Newport Beach, CA 92660-2415
Phone: (949) 261-2424, Fax: (949) 261-2626
email: mrunning@roysrestaurants.com



FIND YOURSELF HERE

**John Wagnon**

*Vice President of Marketing*

Heavenly Valley Limited Partnership

PO Box 2180

Stateline, NV 89449-2180

Phone: (775) 586-4455, Fax: (775) 588-5517

email: jwagnon@vailresorts.com

**Gillian Zucker**

*President*

California Speedway

9300 Cherry Ave

Fontana, CA 92335-2562

Phone: (909) 429-5504, Fax: (909) 429-5590

email: gzucker@californiaspeedway.com

# california

## FIND YOURSELF HERE

# CTTC Executive Committee

## Members

**Claire Bilby**
*Senoir Vice President, Sales & Distribution Marketing*
Walt Disney Parks & Resorts
1150 W Magic Way Fl 3
Anaheim, CA 92802-2247
Phone: (714) 956-6839
email: claire.bilby@disney.com

**Dale Bonner**
*Secretary*
Business, Transportation and Housing Agency
980 9th St Ste 2450
Sacramento, CA 95814-2742
Phone: (916) 323-5400, Fax: (916) 323-5402
email: dbonner@bth.ca.gov

**Jon Handlery**
*Senior Vice President & General Manager*
Handlery Union Square Hotel
351 Geary St
San Francisco, CA 94102-1801
Phone: (415) 781-7800, Fax: (415) 362-1157
email: jon@handlery.com

**John Koeberer**
*President*
California Parks Company
2150 Main St Ste 5
Red Bluff, CA 96080-2372
Phone: (530) 529-1512, Fax: (530) 529-4511
email: jk@calparksco.com

**Rick Lawrance**
*President & Chief Executive Officer*
California Lodging Industry Association
PO Box 15918
Sacramento, CA 95852-0918
Phone: (916) 925-2915, Fax: (916) 925-0785
email: rick@clia.org

**Terry MacRae**
*Chief Executive Officer*
Hornblower Cruises and Events
3 Pier
San Francisco, CA 94111-2027
Phone: (415) 983-8230, Fax: (415) 520-9610
email: tmacrae@hornblower.com

**Louis Meunier**
*Executive Vice President*
Macy's West
50 Ofarrell St
San Francisco, CA 94108-5808
Phone: (415) 954-6406, Fax: (415) 984-7534
email: louis.meunier@macys.com

**Terry Westrope**
*Vice President of Administration*
Ocean Park Hotels, LLC.
710 Fiero Ln Ste 14
San Luis Obispo, CA 93401-8704
Phone: (805) 544-0815, Fax: (805) 544-0808
email: tlwestrope@ophot.com

## Staff

**Caroline Beteta**
*Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

**Tracy Garrett**
*Director of Finance & Human Resources*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5410, Fax: (916) 444-0410
email: tgarrett@visitcalifornia.com

printed 10/12/07 807

# california

**FIND YOURSELF HERE**

**Jennifer Jasper**

*Deputy Director*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5428, Fax: (916) 444-0410

email: jjasper@visitcalifornia.com

**Lynn Schumann**

*Deputy Director of Marketing*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5411, Fax: (916) 444-0410

email: lcarpenter@visitcalifornia.com

**Susan Wilcox**

*Chief Deputy Director of Operations*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5412, Fax: (916) 444-0410

email: swilcox@visitcalifornia.com

**Matt Sabbatini**

*Operations Manager & Commission Liaison*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5401, Fax: (916) 444-0410

email: msabbatini@visitcalifornia.com

**Terri Toohey**

*Associate Governmental Program Analyst*

California Division of Tourism

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 324-3787, Fax: (916) 322-3402

email: ttoohey@tourism.ca.gov

# california
**FIND YOURSELF HERE**

# CTTC Marketing Committee

## Members

**Rick Anderson**
*Owner*
Casa Tropicana Bed & Breakfast
610 Avenida Victoria
San Clemente, CA 92672-5369
Phone: (949) 492-1234, Fax: (949) 492-5454
email: rick@rickstropicana.com

**Claire Bilby**
*Senoir Vice President, Sales & Distribution Marketing*
Walt Disney Parks & Resorts
1150 W Magic Way Fl 3
Anaheim, CA 92802-2247
Phone: (714) 956-6839
email: claire.bilby@disney.com

**Andy Chapman**
*Director of Tourism*
North Lake Tahoe Resort Association
PO Box 5459
Tahoe City, CA 96145-5459
Phone: (530) 581-8709, Fax: (530) 581-8779
email: andy@puretahoenorth.com

**Jerry Easley**
*General Manager*
Doubletree Hotel Monrovia
924 W Huntington Dr
Monrovia, CA 91016-3112
Phone: (626) 357-1900, Fax: (626) 359-1386
email: jerry.easley@earthlink.net

**Mark Feary**
*Executive Director*
Orange County Tourism Council
800 N State College Blvd
Fullerton, CA 92831-3547
Phone: (714) 278-7491, Fax: (714) 278-7521
email: mfeary@fullerton.edu

**Bric Haley**
*Owner & General Manager*
River Ranch Lodge
PO Box 197
Tahoe City, CA 96145-0197
Phone: (530) 583-4264, Fax: (530) 583-7237
email: info@riverranchlodge.com

**Brian Baker**
*Vice President*
Kendall Jackson Wineries
425 Aviation Blvd
Santa Rosa, CA 95403-1069
Phone: (707) 525-6273, Fax: (707) 569-0105
email: brian.baker@kjmail.com

**Brad Burlingame**
*President*
West Hollywood Convention and Visitors Bureau
8687 Melrose Ave M-38
West Hollywood, CA 90069-5704
Phone: (310) 289-2525, Fax: (310) 289-2529
email: burlingame@visitwesthollywood.com

**Jerry Dow**
*Senior Vice President & CMO*
Vanguard Car Rental USA Inc.
6929 N Lakewood Ave
Tulsa, OK 74117-1823
Phone: (918) 630-4621, Fax: (952) 837-9366
email: Jdownorthwestern@gmail.com

**Mark Erskine**
*Director of Revenue Strategy & Marketing*
San Diego Marriott Hotel & Marina
333 W Harbor Dr
San Diego, CA 92101-7709
Phone: (619) 230-8340, Fax: (619) 230-8913
email: mark.erskine@marriott.com

**Rodney Fong**
*President*
Wax Museum at Fishermans Wharf
145 Jefferson St Ste 500
San Francisco, CA 94133-1222
Phone: (415) 202-0436, Fax: (415) 345-0610
email: rodney@waxmuseum.com

**Christopher Hart**
*President*
Sierra Railroad
220 South Sierra Ave
Oakdale, CA 95361
Phone: (209) 984-8210, Fax: (209) 848-8595
email: chart@sierrarailroad.com

printed 10/12/07 JDT
3:46

# california

## FIND YOURSELF HERE

**Leonard Hoops**

*Vice President, Marketing*

San Francisco Convention and Visitors Bureau

201 3rd St Ste 900

San Francisco, CA 94103-3143

Phone: (415) 227-2614, Fax: (415) 227-2631

**Shozo Kagashima**

*General Manager*

Winchester Mystery House

525 South Winchester Blvd

San Jose, CA 95128-2588

Phone: (408) 247-2000, Fax: (408) 247-2090

email: shozo@winchestermysteryhouse.com

**Nancy Light**

*Director of Communications*

Wine Institute

425 Market St Ste 1000

San Francisco, CA 94105-2487

Phone: (415) 356-7520, Fax: (415) 543-5882

email: nlight@wineinstitute.org

**Diane Mandeville**

*Vice President of Marketing*

Cannery Row

765 Wave St

Monterey, CA 93940-1016

Phone: (831) 657-6484, Fax: (831) 648-8134

email: dmandeville@canneryrow.com

**Mo McElroy**

*Executive Director*

Santa Rosa Convention & Visitors Bureau

9 4th St

Santa Rosa, CA 95401-6271

Phone: (707) 577-8674, Fax: (707) 571-5949

email: morenfro@visitsantarosa.com

**Diana Meinhold**

*Vice President Travel Products & Services*

Automobile Club of Southern California

3333 Fairview Rd # A171

Costa Mesa, CA 92626-1610

Phone: (714) 885-2461, Fax: (714) 885-1279

email: Meinhold.Diana@aaa-calif.com

**Jay Jamison**

*Chief Operating Officer & Assistant Corporate Secretary*

Pismo Coast Village Inc

165 S Dolliver St

Pismo Beach, CA 93449-2999

Phone: (805) 773-5649, Fax: (805) 773-1507

email: jayj@pismocoastvillage.com

**Kerri Verbeke Kapich**

*Vice President of Marketing*

San Diego Convention and Visitors Bureau

2215 India St

San Diego, CA 92101-1725

Phone: (619) 232-3101, Fax: (619) 232-1707

email: kvkapich@sdcvb.org

**Patti MacJennett**

*Senior Vice President, International Marketing*

LA INC The Convention & Visitors Bureau

333 S Hope St Fl 18

Los Angeles, CA 90071-3018

Phone: (213) 236-2360, Fax: (213) 452-1411

email: pmacjennett@lainc.us

**Anastasia Mann**

*Chairman & Chief Executive Officer*

Corniche Travel

8720 W Sunset Blvd Ste 200

West Hollywood, CA 90069-2206

Phone: (310) 854-6000, Fax: (310) 659-0311

email: anastasia@corniche.com

**John McMahon**

*Executive Director*

Monterey County Convention & Visitors Bureau

PO Box 1770

Monterey, CA 93942-1770

Phone: (831) 657-6402

email: john@mccvb.org

**Greg Murtha**

*Marketing Director*

Sugar Bowl Corp

PO Box 5

Norden, CA 95724-0005

Phone: (530) 426-9000

email: gmurtha@sugarbowl.com

# california

## FIND YOURSELF HERE

**Kathy Paver**

*Senior Vice President, Marketing*

Pier 39

PO Box 193730

San Francisco, CA 94119-3730

Phone: (415) 705-5500, Fax: (415) 981-8808

email: kathy@pier39.com

**Woody Peek**

*Vice President Travel Industry Sales & Membership*

Palm Springs Desert Resort Communities Convention and Visitors

Authority

70-100 Highway 111

Rancho Mirage, CA 92270

Phone: (760) 534-4981, Fax: (760) 770-9001

email: wpeek@palmspringsusa.com

**Bob Warren**

*General Manager*

Shasta Cascade Wonderland Association & Redding CVB

1699 Highway 273

Anderson, CA 96007-4282

Phone: (530) 365-7500, Fax: (530) 365-1258

email: bob@shastacascade.org

## Staff

**Caroline Beteta**

*Executive Director*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5420, Fax: (916) 319-5417

email: cbeteta@visitcalifornia.com

**Jennifer Jasper**

*Deputy Director*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5428, Fax: (916) 444-0410

email: jjasper@visitcalifornia.com

**Lynn Schumann**

*Deputy Director of Marketing*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5411, Fax: (916) 444-0410

email: lcarpenter@visitcalifornia.com

**Susan Wilcox**

*Chief Deputy Director of Operations*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5412, Fax: (916) 444-0410

email: swilcox@visitcalifornia.com



**FIND YOURSELF HERE**

# CTTC Publications/Web Site Committee

## Members

**Brian Baker**
*Vice President*
Kendall Jackson Wineries
425 Aviation Blvd
Santa Rosa, CA 95403-1069
Phone: (707) 525-6273, Fax: (707) 569-0105
email: brian.baker@kjmail.com

**Robert Baracz**
*Director of Partnerships*
San Diego Convention & Visitors Bureau
2215 India St
San Diego, CA 92101-1725
Phone: (619) 557-2887, Fax: (619) 232-3101
email: rbaracz@sdcvb.org

**Julie Estrada**
*Public Relations Representative*
LEGOLAND California
One Legoland Drive
Carlsbad, CA 92008-4610
Phone: (760) 918-5377, Fax: (760) 918-5375
email: Julie.Estrada@LEGOLAND.com

**Diane Mandeville**
*Vice President of Marketing*
Cannery Row
765 Wave St
Monterey, CA 93940-1016
Phone: (831) 657-6484, Fax: (831) 648-8134
email: dmandeville@canneryrow.com

**Lynn Mohrfeld**
*Vice President of Marketing & Business Development*
California Hotel & Lodging Association
PO Box 160405
Sacramento, CA 95816-0405
Phone: (916) 444-5780, Fax: (916) 444-5848
email: lynn@chlaonline.com

**Sue Norton**
*Office Services Coordinator*
California Hotel & Lodging Association
PO Box 160405
Sacramento, CA 95816-0405
Phone: (916) 444-5780, Fax: (916) 444-5848
email: sue@calodging.com

**Barth Ballard**
*Online Marketing Manager*
Hornblower Cruises and Events
3 Pier
San Francisco, CA 94111-2027
Phone: (415) 983-8220, Fax: (415) 438-8202
email: bballard@hornblower.com

**Brad Burlingame**
*President*
West Hollywood Convention and Visitors Bureau
8687 Melrose Ave M-38
West Hollywood, CA 90069-5704
Phone: (310) 289-2525, Fax: (310) 289-2529
email: burlingame@visitwesthollywood.com

**Tammy Lucas**
*Regional Field Marketing Director*
Best Western International, Inc.
6201 N 24th Pkwy
Phoenix, AZ 85016-2023
Phone: (602) 957-5809, Fax: (602) 957-5643
email: tammy.lucas@bestwestern.com

**Diana Meinhold**
*Vice President Travel Products & Services*
Automobile Club of Southern California
3333 Fairview Rd # A171
Costa Mesa, CA 92626-1610
Phone: (714) 885-2461, Fax: (714) 885-1279
email: Meinhold.Diana@aaa-calif.com

**Heather Moyer**
*Partnerships & Promotions Manager*
LEGOLAND California
One Legoland Drive
Carlsbad, CA 92008-4610
Phone: (760) 918-5390, Fax: (760) 603-0032
email: robert.baracz@america.lego.com

**Bob Warren**
*General Manager*
Shasta Cascade Wonderland Association & Redding CVB
1699 Highway 273
Anderson, CA 96007-4282
Phone: (530) 365-7500, Fax: (530) 365-1258
email: bob@shastacascade.org

printed 10/12/07 JB7
3:48

# california
## FIND YOURSELF HERE

**Gillian Zucker**
*President*
California Speedway
9300 Cherry Ave
Fontana, CA 92335-2562
Phone: (909) 429-5504, Fax: (909) 429-5590
email: gzucker@californiaspeedway.com

## Vendors

**Kristen McClusky**
*Director of Custom Publishing*
Sunset Custom Publishing
80 Willow Rd
Menlo Park, CA 94025-3661
Phone: (650) 324-5476, Fax: (650) 321-3448
email: mccluskyk@sunset.com

**Mina Robertson**
*Senior Account Executive*
Mering Carson
1700 I St Ste 210
Sacramento, CA 95811-3018
Phone: (916) 340-2239, Fax: (916) 441-1370
email: mrobertson@meringcarson.com

**Jon Trumbull**
*Director Travel & Tourism*
Sunset Magazine
950 S Coast Dr Ste 290
Costa Mesa, CA 92626-7771
Phone: (714) 424-1989, Fax: (714) 546-9042
email: trumbullj@sunset.com

**Susan B. Wright**
*Editorial Director*
Sunset Custom Publishing
80 Willow Rd
Menlo Park, CA 94025-3661
Phone: (650) 324-5629, Fax: (650) 321-3448
email: wrights@sunset.com

## Staff

**Caroline Beteta**
*Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

**Jennifer Jasper**
*Deputy Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5428, Fax: (916) 444-0410
email: jjasper@visitcalifornia.com

**Lynn Schumann**
*Deputy Director of Marketing*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5411, Fax: (916) 444-0410
email: lcarpenter@visitcalifornia.com

**Susan Wilcox**
*Chief Deputy Director of Operations*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5412, Fax: (916) 444-0410
email: swilcox@visitcalifornia.com



**FIND YOURSELF HERE**

# CTTC Audit Committee

## Members

**Damon Eberhart**

*CPA*

Eberhart & Company

3300 Douglas Blvd Ste 350

Roseville, CA 95661-3844

Phone: (916) 783-9900, Fax: (916) 783-9901

email: eberhartcpa@surewest.net

**Sima Patel**

*Owner*

Holiday Inn Express Oakland Airport

66 Airport Access Rd

Oakland, CA 94603-1078

Phone: (510) 569-4400, Fax: (510) 569-4441

email: sima@oaklandhiexpress.com

**Jay Jamison**

*Chief Operating Officer & Assistant Corporate Secretary*

Pismo Coast Village Inc

165 S Dolliver St

Pismo Beach, CA 93449-2999

Phone: (805) 773-5649, Fax: (805) 773-1507

email: jayj@pismocoastvillage.com

**Terry Westrope**

*Vice President of Administration*

Ocean Park Hotels, LLC.

710 Fiero Ln Ste 14

San Luis Obispo, CA 93401-8704

Phone: (805) 544-0815, Fax: (805) 544-0808

email: tlwestrope@ophot.com

## Staff

**Caroline Beteta**

*Executive Director*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5420, Fax: (916) 319-5417

email: cbeteta@visitcalifornia.com

**Matt Sabbatini**

*Operations Manager & Commission Liaison*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5401, Fax: (916) 444-0410

email: msabbatini@visitcalifornia.com

**Tracy Garrett**

*Director of Finance & Human Resources*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5410, Fax: (916) 444-0410

email: tgarrett@visitcalifornia.com

printed 10/12/07 JDT
3:49



**FIND YOURSELF HERE**

## CTTC Nominating Committee

### Members

**Jim Burba**
*President*
Burba Hotel Network
2900 Bristol St Ste D101
Costa Mesa, CA 92626-5939
Phone: (714) 540-9300
email: jburba@burba.com

**David Cohn**
*Owner*
Cohn Restaurant Group
656 5th Ave Ste R
San Diego, CA 92101-6867
Phone: (619) 236-1299, Fax: (619) 236-1300
email: david@cohnrestaurants.com

**Rusty Gregory**
*Chairman & Chief Executive Officer*
Mammoth Mountain Ski Area, LLC
PO Box 24
Mammoth Lakes, CA 93546-0024
Phone: (760) 934-0633, Fax: (760) 934-0615
email: mary@mammoth-mtn.com

**Jon Handlery**
*Senior Vice President & General Manager*
Handlery Union Square Hotel
351 Geary St
San Francisco, CA 94102-1801
Phone: (415) 781-7800, Fax: (415) 362-1157
email: jon@handlery.com

**Rick Lawrance**
*President & Chief Executive Officer*
California Lodging Industry Association
PO Box 15918
Sacramento, CA 95852-0918
Phone: (916) 925-2915, Fax: (916) 925-0785
email: rick@clia.org

**Terry MacRae**
*Chief Executive Officer*
Hornblower Cruises and Events
3 Pier
San Francisco, CA 94111-2027
Phone: (415) 983-8230, Fax: (415) 520-9610
email: trmacrae@hornblower.com

**Gillian Zucker**
*President*
California Speedway
9300 Cherry Ave
Fontana, CA 92335-2562
Phone: (909) 429-5504, Fax: (909) 429-5590
email: gzucker@californiaspeedway.com

### Staff

**Caroline Beteta**
*Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

printed 10/12/07 3:47
pdf



**FIND YOURSELF HERE**

## Governance Committee

### Members

**David Cohn**
*Owner*
Cohn Restaurant Group
656 5th Ave Ste R
San Diego, CA 92101-6867
Phone: (619) 236-1299, Fax: (619) 236-1300
email: david@cohnrestaurants.com

**Jon Handlery**
*Senior Vice President & General Manager*
Handlery Union Square Hotel
351 Geary St
San Francisco, CA 94102-1801
Phone: (415) 781-7800, Fax: (415) 362-1157
email: jon@handlery.com

**Rick Lawrance**
*President & Chief Executive Officer*
California Lodging Industry Association
PO Box 15918
Sacramento, CA 95852-0918
Phone: (916) 925-2915, Fax: (916) 925-0785
email: rick@clia.org

**Louis Meunier**
*Executive Vice President*
Macy's West
50 Ofarrell St
San Francisco, CA 94108-5808
Phone: (415) 954-6406, Fax: (415) 984-7534
email: louis.meunier@macys.com

### Staff

**Caroline Beteta**
*Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

**Matt Sabbatini**
*Operations Manager & Commission Liaison*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5401, Fax: (916) 444-0410
email: msabbatini@visitcalifornia.com

**Susan Wilcox**
*Chief Deputy Director of Operations*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5412, Fax: (916) 444-0410
email: swilcox@visitcalifornia.com

printed 10/12/07 3:49
pst

# california

## FIND YOURSELF HERE

## CTTC Rural Tourism Committee

### Members

**James P. Allen**
*Director of Marketing*
State of California
750 Hearst Castle Rd
San Simeon, CA 93452-9741
Phone: (805) 927-2093, Fax: (805) 927-2041
email: jallen@hearstcastle.com

**Cory Baker**
*Customer Service Representative*
Barstow Area Chamber of Commerce and Visitor's Bureau
681 N 1st Ave
Barstow, CA 92311-2201
Phone: (760) 256-8617, Fax: (760) 256-7675
email: bacc@barstowchamber.com

**Nancy Beckman**
*Executive Director*
Lodi Conference & Visitors Bureau
115 S School St
Lodi, CA 95240-3538
Phone: (209) 365-1193, Fax: (209) 367-0737
email: nbeckman@visitlodi.com

**Ken Brengle**
*Chief Executive Officer*
Big Bear Lake Resort Association
PO Box 1936
Big Bear Lake, CA 92315-1936
Phone: (909) 866-6190, Fax: (909) 866-5671
email: kbrengle@bigbearinfo.com

**Andy Chapman**
*Director of Tourism*
North Lake Tahoe Resort Association
PO Box 5459
Tahoe City, CA 96145-5459
Phone: (530) 581-8709, Fax: (530) 581-8779
email: andy@puretahoenorth.com

**Sandy Gordon**
*Marketing Manager*
Tuolumne County Visitors Bureau
542 W. Stockton Rd
Sonora, CA 95370-1420
Phone: (209) 533-4420, Fax: (209) 533-0956
email: tcvbmarketing@mlode.com

**Jimmy Kellett**
*Marketing & Public Relations Manager*
Mammoth lakes Visitors Bureau
437 Old Mammoth Rd Ste Y
Mammoth Lakes, CA 93546-0048
Phone: (760) 934-2712, Fax: (760) 934-7066
email: jkellett@visitmammoth.com

**Carolyn Lott**
*Senior Program Manager*
Great Valley Center
201 Needham Street
Modesto, CA 95354-1111
Phone: (209) 522-5103, Fax: (209) 522-5116
email: carolyn@greatvalley.org

**Mo McElroy**
*Executive Director*
Santa Rosa Convention & Visitors Bureau
9 4th St
Santa Rosa, CA 95401-6271
Phone: (707) 577-8674, Fax: (707) 571-5949
email: morenfro@visitsantarosa.com

**Donna Mulgrew**
*Vice President, Sales*
Santa Barbara Conference & Visitors Bureau
1601 Anacapa St
Santa Barbara, CA 93101-1909
Phone: (805) 966-9222, Fax: (805) 966-1728
email: dmulgrew@santabarbaraCA.com

**Woody Peek**
*Vice President Travel Industry Sales & Membership*
Palm Springs Desert Resort Communities Convention and Visitors
Authority
70-100 Highway 111
Rancho Mirage, CA 92270
Phone: (760) 534-4981, Fax: (760) 770-9001
email: wpeek@palmspringsusa.com

**Mary Poland**
Inland Empire Tourism Council c/o San Bernardino Convention and
Visitors Bureau
201 N E St Ste 103
San Bernardino, CA 92401-1520
Phone: (909) 889-3980
email: mpoland@eee.org

*Last Updated: September 29, 2007*

printed 10/12/07 pot
3:49

# california
## FIND YOURSELF HERE

**Greg Purdy**
*Media Relations Manager*
Partnership for the Performing Arts, L.P.
128 S Palm Canyon Dr
Palm Springs, CA 92262-6330
Phone: (760) 864-6516, Fax: (760) 322-3196
email: media@psfollies.com

**Sue Russell**
*Director of Tourism*
El Dorado County Chamber of Commerce
542 Main St
Placerville, CA 95667-5610
Phone: (530) 621-5885, Fax: (530) 642-1624
email: chamber@eldoradocounty.org

**Janet Sederquist**
*President & Chief Executive Officer*
Oxnard Convention and Visitors Bureau
200 W 7th St
Oxnard, CA 93030-7173
Phone: (805) 385-7545
email: Janet@visitoxnard.com

**Tony Smithers**
*Executive Director*
Eureka-Humboldt County Convention & Visitors Bureau
1034 2nd St
Eureka, CA 95501-0541
Phone: (707) 443-5097, Fax: (707) 443-5115
email: info@redwoodvisitor.org

**Jessica Vann Gardner**
*Executive Director*
Petaluma Visitor Center
Historic Depot Building
Petaluma, CA 94954
Phone: (707) 769-0429
email: jvanngardner@visitpetaluma.com

**Jennifer Rodriguez**
Tanger Factory Outlet Centers - Inc.
2796 Tanger Way Ste 100
Barstow, CA 92311-9414
Phone: (336) 292-3010, Fax: (336) 852-2096
email: jrrodriguez@tangeroutlet.com

**Lynn Saunders**
*President & Chief Executive Officer*
Truckee Donner Chamber of Commerce & Visitors Center
10065 Donner Pass Rd
Truckee, CA 96161-0317
Phone: (530) 587-2757, Fax: (530) 587-2439
email: info@truckee.com

**Nanci Sikes**
*Executive Director*
Tuolumne County Visitors Bureau
P.O. Box 4020
Sonora, CA 95370-4020
Phone: (209) 533-4420, Fax: (209) 533-0956
email: tcvb@mlode.com

**David Turgeon**
*Director*
The Redwood Empire Association
1431 Sycamore St
Napa, CA 94559-4503
Phone: (415) 292-5527
email: TurgeonCWCPier39@aol.com

**Bob Warren**
*General Manager*
Shasta Cascade Wonderland Association & Redding CVB
1699 Highway 273
Anderson, CA 96007-4282
Phone: (530) 365-7500, Fax: (530) 365-1258
email: bob@shastacascade.org

## Staff

**Jonelle Tannahill**
*Rural Tourism Development Manager*
California Travel and Tourism Commission
980 Ninth St Ste 480
Sacramento, CA 95814
Phone: (916) 319-5438, Fax: (916) 444-0410
email: jtannahill@visitcalifornia.com

**Susan Wilcox**
*Chief Deputy Director of Operations*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5412, Fax: (916) 444-0410
email: swilcox@visitcalifornia.com



**FIND YOURSELF HERE**

# CTTC Welcome Center Committee

## Members

**Rick Anderson**
*Owner*
Casa Tropicana Bed & Breakfast
610 Avenida Victoria
San Clemente, CA 92672-5369
Phone: (949) 492-1234, Fax: (949) 492-5454
email: rick@rickstropicana.com

**Mo McElroy**
*Executive Director*
Santa Rosa Convention & Visitors Bureau
9 4th St
Santa Rosa, CA 95401-6271
Phone: (707) 577-8674, Fax: (707) 571-5949
email: morenfro@visitsantarosa.com

## Vendors

**Bill Deering**
*Senior Vice President*
Certified Folder Display
1120 Joshua Way
Vista, CA 92081-7835
Phone: (800) 799-7373, Fax: (760) 727-1583
email: billd@certifiedfolder.com

## Staff

**Caroline Beteta**
*Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

**Janice Simoni**
*Manager, California Welcome Centers*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 445-1094, Fax: (916) 322-3402
email: jsimoni@tourism.ca.gov

printed 10/12/07 3:50
pm7



**FIND YOURSELF HERE**

## CTTC Regional Marketing Representatives

Staff

**Bob Amano**
*Regional Marketing Representative*
California Travel and Tourism Commission
25 W Floral Ave
Arcadia, CA 91006-2302
Phone: (626) 840-9690, Fax: (626) 698-6044
email: bamano@visitcalifornia.com

**Kathy Anderson**
*Regional Marketing Representative*
California Travel and Tourism Commission
119 N El Camino Real Ste E-166
Encinitas, CA 92024
Phone: (619) 888-4002, Fax: (916) 444-0410
email: kanderson@visitcalifornia.com

**Shellie Cook**
*Regional Marketing Representative*
California Travel and Tourism Commission
1016 Morning Glory Ct
El Dorado Hills, CA 95762
Phone: (916) 933-2433, Fax: (916) 933-0085
email: scook@visitcalifornia.com

**Pettit Gilwee**
*Regional Marketing Representative*
California Travel and Tourism Commission
PO Box 8203
Tahoe City, CA 96145-8203
Phone: (530) 583-2138, Fax: (530) 583-2108
email: pgilwee@visitcalifornia.com

**Jean Johnstone**
*Regional Marketing Representative*
California Travel and Tourism Commission
368 Cavour St
Oakland, CA 94618
Phone: (510) 652-3294, Fax: (510) 653-1169
email: jjohnstone@visitcalifornia.com

**Cynthia Reynolds**
*Regional Marketing Representative*
California Travel and Tourism Commission
2313 E Sycamore St
Anaheim, CA 92806
Phone: (714) 904-0424
email: creynolds@visitcalifornia.com

printed 10/12/07  3.50
JbT



## California Travel and Tourism Commission Staff

Staff

**Caroline Beteta**
*Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

**Matthew Boone**
*Asia/Pacific International Marketing Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5429, Fax: (916) 444-0410
email: mboone@visitcalifornia.com

**Brooke Byrd**
*Writer/Editor*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 444-4429, Fax: (916) 444-0410
email: bbyrd@visitcalifornia.com

**Troy Cantrell**
*Director of Information Technology*
California Travel and Tourism Commission
980 9th Street, Suite 480
Sacramento, CA 95814-2715
Phone: (916) 319-5432, Fax: (916) 444-0410
email: tcantrell@visitcalifornia.com

**Sam Caygill**
*Media Relations Manager*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5424, Fax: (916) 444-0410
email: scaygill@visitcalifornia.com

**Daniel Chang**
*Website & Publications Marketing Manager*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5413, Fax: (916) 444-0410
email: dchang@visitcalifornia.com

**Lolita Davis**
*Marketing Assistant - Temp*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 444-4429, Fax: (916) 444-0410
email: ldavis@visitcalifornia.com

**Antonette Eckert**
*Advertising & Co-Op Marketing Manager*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5405, Fax: (916) 444-0410
email: aeckert@visitcalifornia.com

**Tracy Garrett**
*Director of Finance & Human Resources*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5410, Fax: (916) 444-0410
email: tgarrett@visitcalifornia.com

**Heather Hudson**
*Web Site and Publications Coordinator*
California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Phone: (916) 319-5408, Fax: (916) 444-0410
email: hhudson@visitcalifornia.com

Printed 10/12/07 3:45 1b7



## California Travel and Tourism Commission Staff

Staff

**Michael Hudson**
*Web Development Manager*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5435, Fax: (916) 444-0410
email: mhudson@visitcalifornia.com

**Jennifer Jasper**
*Deputy Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5428, Fax: (916) 444-0410
email: jjasper@visitcalifornia.com

**Timothy Lowery**
*Web Development Manager*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5439, Fax: (916) 444-0410
email: tlowery@visitcalifornia.com

**Sommer McCormick**
*Events Coordinator*
California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814-2715
Phone: (916) 319-5423, Fax: (916) 444-0410
email: smccormick@visitcalifornia.com

**Amanda Moreland**
*Media Relations Coordinator*
California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Phone: (916) 319-5427, Fax: (916) 444-0410
email: amoreland@visitcalifornia.com

**Shana Nunez**
*Communications Manager*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5426, Fax: (916) 444-0410
email: snunez@visitcalifornia.com

**Leona Reed**
*Director of International Marketing, Europe*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5421, Fax: (916) 444-0410
email: lreed@visitcalifornia.com

**Matt Sabbatini**
*Operations Manager & Commission Liaison*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5401, Fax: (916) 444-0410
email: msabbatini@visitcalifornia.com

**Lynn Schumann**
*Deputy Director of Marketing*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5411, Fax: (916) 444-0410
email: lcarpenter@visitcalifornia.com

**Joshua Sellers**
*Operations Assistant*
California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Phone: (916) 319-5431, Fax: (916) 444-0410
email: jsellers@visitcalifornia.com



**FIND YOURSELF HERE**

## California Travel and Tourism Commission Staff

Staff

**Percy Stevens**
*International & Domestic Travel Trade Manager*
California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Phone: (916) 319-5425, Fax: (916) 444-0410
email: pstevens@visitcalifornia.com

**Jonelle Tannahill**
*Rural Tourism Development Manager*
California Travel and Tourism Commission
980 Ninth St Ste 480
Sacramento, CA 95814
Phone: (916) 319-5438, Fax: (916) 444-0410
email: jtannahill@visitcalifornia.com

**Lois Vaira**
*Receptionist*
California Travel and Tourism Commission
980 9th St Ste 480
·Sacramento, CA 95814-2715
Phone: (916) 444-4429, Fax: (916) 444-0410
email: lvaira@visitcalifornia.com

**Betsy Taloff**
*Assistant to the Executive Director*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 444-0410
email: btaloff@visitcalifornia.com

**Glenda Taylor**
*Director of International & Domestic Travel Trade*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5419, Fax: (916) 444-0410
email: gtaylor@visitcalifornia.com

**Susan Wilcox**
*Chief Deputy Director of Operations*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5412, Fax: (916) 444-0410
email: swilcox@visitcalifornia.com



## California Division of Tourism

Staff

**Wendy Arzaga-Messersmith**
*Associate Governmental Program Analyst*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 323-3807, Fax: (916) 322-3402
email: warzaga@tourism.ca.gov

**Joan Clark**
*Associate Governmental Program Analyst*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 444-4429, Fax: (916) 444-0410
email: jclark@tourism.ca.gov

**Rene Dennis**
*Office Technican*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 444-4429, Fax: (916) 444-0410
email: rdennis@tourism.ca.gov

**Janice Simoni**
*Manager, California Welcome Centers*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 445-1094, Fax: (916) 322-3402
email: jsimoni@tourism.ca.gov

**Terri Toohey**
*Associate Governmental Program Analyst*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 324-3787, Fax: (916) 322-3402
email: ttoohey@tourism.ca.gov

**Tiffany Urness**
*Research Specialist*
California Division of Tourism
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 327-3391, Fax: (916) 322-3402
email: turness@tourism.ca.gov

printed 10/12/07 3:57
mf

# Exhibit B

Save the Date – October CTTC Commission Meeting                                    09/28/2007 08:06 AM

**From:** Matthew Sabbatini <msabbatini@visitcalifornia.com>
**To:** crystalfm@aol.com
**Subject:** Save the Date - October CTTC Commission Meeting
**Date:** Thu, 6 Sep 2007 12:13 pm



# Save the Date!

## CTTC Commission Meeting
### October 23-24, 2007

**Schedule:**
October 23rd

- 11:00 a.m. – 3:00 p.m., Ethics & Harassment Training Sessions (details to follow)
- 4: 00 p.m. – 5:30 p.m., Executive Committee Meeting
- 5:30 p.m. – 7:00 p.m., Orange County Assessed Businesses Reception

October 24th

- 8:00 a.m. – 9:00 a.m., Breakfast
- 9:00 a.m. – 12:30 p.m., Commission / Marketing Meeting
- 12:30 p.m. – 1:30 p.m., Working Lunch
- 1:30 p.m. – 4:00 p.m., Commission / Marketing Meeting

### The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA 92663
(949) 645-5000

To reserve your hotel room, please call The Balboa Bay Club & Resort directly at 888-445-7153 no later than October 1st.
Please mention you are with California Travel & Tourism Commission to receive our negotiated rate of $225.
**This rate is not available online, please call.**

If you have questions, please contact Matt Sabbatini at 916.319.5417 or msabbatini@visitcalifornia.com.

Thank you!



**From:** msabbatini@visitcalifornia.com
**To:** crystalfm@aol.com
**Subject:** Register Now - CTTC October Commission Meeting
**Date:** Thu, 20 Sep 2007 5:15 pm

 California Travel and Tourism Commission

# CTTC Commission Meeting Registration

The Balboa Bay Club & Resort
Newport Beach, CA
October 23-24, 2007

Please register for the Commission meeting by using our new online system.

Click here to register

Log on details:

User Name: 1675704
Password: travel92108

*Use the above default password if you have not already logged in and changed your password.*

**Schedule:**

**Tuesday, October 23rd**

- 10:00 - 11:30 a.m., Audit Committee Meeting
- 11:30 a.m. – 3:00 p.m., Ethics & Harassment Training Sessions (details to follow)
- 4:00 – 5:30 p.m., Executive Committee Meeting
- 5:30 – 7:00 p.m., California Tourism Industry Reception

**Wednesday, October 24th**

- 8:00 – 9:00 a.m., Continental Breakfast
- 9:00 a.m. – 12:30 p.m., Commission / Marketing Meeting
- 12:30 – 1:30 p.m., Working Lunch
- 1:30 – 4:00 p.m., Commission / Marketing Meeting

**The Balboa Bay Club & Resort**
1221 W. Coast Highway
Newport Beach, CA  92663
(949) 645-5000

To reserve your hotel room, please call The Balboa Bay Club & Resort directly at (888) 445-7153 no later than **October 1st.**

Please mention you are with California Travel & Tourism Commission to receive our negotiated rate of $225. **This rate is not available online, please call.**

If you have questions, please contact Matt Sabbatini at (916) 319-5417 or msabbatini@visitcalifornia.com.

Thank you!



Vote Yes! California Tourism Marketing Renewal
Ballots coming in October
Learn More: www.visitcalifornia.com/renew

This site brought to you by the California Travel & Tourism Commission.
Copyright © 2007 California Travel & Tourism Commission. All rights reserved.

Register Now – CTTC October Commission Meeting Reminder                                        09/28/2007 08:33 AM

**From:** msabbatini@visitcalifornia.com
**To:** crystalfm@aol.com
**Subject:** Register Now - CTTC October Commission Meeting Reminder
**Date:** Thu, 27 Sep 2007 8:54 am

 California Travel and Tourism Commission

# CTTC Commission Meeting Registration Reminder

The Balboa Bay Club & Resort
Newport Beach, CA
October 23-24, 2007

As of today, we have not received your registration. Please use the information below to register online for the upcoming Commission meeting. If you have already registered, please disregard this notice. Thank you.

Click here to register

Log on details:

User Name: 1675704
Password: travel92108

*Use the above default password if you have not already logged in and changed your password.*

**Schedule:**

**Tuesday, October 23rd**

- 10:00 - 11:30 a.m., Audit Committee Meeting
- 11:30 a.m. – 3:00 p.m., Ethics & Harassment Training Sessions (details to follow)
- 4:00 – 5:30 p.m., Executive Committee Meeting
- 5:30 – 7:00 p.m., California Tourism Industry Reception

**Wednesday, October 24th**

- 8:00 - 9:00 a.m., Continental Breakfast
- 9:00 a.m. – 12:30 p.m., Commission / Marketing Meeting
- 12:30 – 1:30 p.m., Working Lunch
- 1:30 – 4:00 p.m., Commission / Marketing Meeting

**The Balboa Bay Club & Resort**
1221 W. Coast Highway
Newport Beach, CA 92663
(949) 645-5000

Register Now – CTTC October Commission Meeting Reminder                                    09/28/2007 08:33 AM

To reserve your hotel room, please call The Balboa Bay Club & Resort directly at (888) 445-7153 no later than **October 1st.**

Please mention you are with California Travel & Tourism Commission to receive our negotiated rate of $225. **This rate is not available online, please call.**

If you have questions, please contact Matt Sabbatini at (916) 319-5417 or <u>msabbatini@visitcalifornia.com</u>.

Thank you!



Vote Yes! California Tourism Marketing Renewal
Ballots coming in October
Learn More: <u>www.visitcalifornia.com/renew</u>

This site brought to you by the California Travel & Tourism Commission.
Copyright © 2007 California Travel & Tourism Commission. All rights reserved.

**From:** Matthew Sabbatini <msabbatini@visitcalifornia.com>
**To:** crystalfm@aol.com
**Subject:** PUBLIC NOTICE OF THE CTTC COMMISSION MEETING
**Date:** Mon, 15 Oct 2007 6:09 pm



FIND YOURSELF HERE

**TO:**　　　**California Travel and Tourism Commission**
　　　　　　**Secretary of State**
　　　　　　**Travel Industry Association**
　　　　　　**Members of the Public Who Have Requested Notification**
　　　　　　**(For informational purposes only)**

**FROM:**　　**Matthew Sabbatini, Operations Manager and Commission Liaison**

**RE:**　　　**PUBLIC NOTICE OF THE CTTC COMMISSION MEETING**

A meeting of the California Travel and Tourism Commission is scheduled to take place on Wednesday, October 24, 2007 from 9:00 a.m. to 4:00 p.m.

The meeting details are as follows:

| |
|---|
| Meeting:................................ <u>CTTC Commission Meeting</u> |
| Date:......................................... Wednesday, October 24, 2007 |
| Time:................................9:00 a.m. to 4:00 p.m. |
| Meeting Location:　　The Balboa Bay Club & Resort<br>1221 W. Coast Highway<br>Newport Beach, CA 92663<br>(949) 645-5000 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or
<u>msabbatini@visitcalifornia.com</u>, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Commission Meeting**

Wednesday, October 24, 2007
9:00 a.m. to 4:00 p.m.

The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA 92663
(949) 645-5000

## AGENDA

Boz boe bmjuf n t po ü jt Bhf oeb bsf t vckf duup ejt dvt t jpo boe wpuf

I. **Call to Order/Approval of Agenda and May 15, 2007 and September 24, 2007 Commission Meeting Minutes**

II. **Opening Remarks**

III. **Executive Director Report**

IV. **Nominating Committee Report**
    a. Discussion/Fill Existing Vacancies on Commission and Executive Committee

V. **Referendum Update/Assessment Update**
    a. Establish Task Force for Referendum
        1. Break-out – Assessed Business Value

VI. **Governance Committee Report and Recommendations**

VII. **Legal Issues**
    a. Web Site Posting Policy
    b. Potential Regulations Regarding:
        1. Commission Terms and Qualifications
        2. Collection Issues
        3. Definition of Assessed Business
    c. Consideration of Ethics Policy and Conflict of Interest Policy
    d. Commissioner Qualifications under Revised Statute
    e. Open Meeting Act Policy Regarding Public Comment
    f. Personnel Committee Report on Executive Director Contract - **closed session**

VIII. **Marketing Advisory Committee Update – See Marketing Advisory Committee Meeting Agenda**

IX. **Government Affairs Update**

X. **Financial Report**
    a. Audit Committee Report – Presentation of Auditor's Report for FY 06-07
    b. Financial Reports
    c. Cash Flow Update
    d. Disaster Recovery Plan Update
    e. Other Financial Matters

XI. **Other Business**
    a. CTTC Meeting Dates for 2008

XII. **Public Comment**

XIII. **Adjournment**

Regards,



matthew sabbatini
operations manager and commission liaison
California Travel and Tourism Commission
980 9th Street, Suite 480 / Sacramento, CA 95814
ejsf du 916 319 5401 ɸy; 916 444 4410

Vote Yes! California Tourism Marketing Renewal
Ballots coming in October
Learn More: www.visitcalifornia.com/renew

# Exhibit C

CTTC Nominating Committee Meeting Agenda

CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, July 20, 2007

RE:        PUBLIC NOTICE OF THE CTTC NOMINATING COMMITTEE
           MEETING

A meeting of the California Travel and Tourism Commission Nominating Committee is scheduled to take place on Wednesday, August 1, 2007 from 1:30 p.m. to 2:30 p.m.

Participation for this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting:......................... | Nominating Committee Meeting |
| Date:................................ | Wednesday, August 1, 2007 |
| Time:................................ | 1:30 p.m. to 2:30 p.m. |
| Meeting Location: | 980 - 9th Street, Suite 480 Sacramento, CA   95814 Call in: 877-973-7507   Pass code: 518056 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

TC Nominating Committee Meeting Agenda

CTTC Nominating Committee Meeting
Wednesday, August 1, 2007
1:30 p.m. to 2:30 p.m.
980 - 9th Street, Suite 480
Sacramento, CA   95814
Call in: 877-973-7507   Pass code: 518056

*Any and all items on this Agenda are subject to discussion and vote*

I.      Call to Order/Roll Call/Welcoming Remarks

II.     Review Nominating Process and Vacancies

III.    Open Discussion, Consideration and Approval of Recommendations and
        Nominations to Provide Candidate Names to the Full Commission and
        Executive Committee for existing vacancies.

IV.     Open Discussion, Consideration and Approval of Recommendations and
        Nominations for Gubernatorial Appointments.

V.      Discussion Topics and Agenda Items for Future Meetings
        a. Establish Timeline and Future Meeting Dates Leading to the Fall
           Referendum.
        b. Review Current Bylaws Related to Attendance Policy and Actual
           Attendance Record for Individual Commissioners, Executive
           Committee, Advisory Committees, and Officers.
        c. Discussion of Public Outreach and Commissioner Recruitment/Call
           for Nominations.
        d. Discussion of Board Vetting Process for New Directors.
        e. 2008 Officers/Executive Committee Nominating Process.

VI.     Other Business

VII.    Public Comment

VIII.   Adjournment

# Exhibit D

CTTC Nominating Committee Meeting Agenda

CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, July 20, 2007

RE:        PUBLIC NOTICE OF THE CTTC GOVERNANCE COMMITTEE
           MEETING

A meeting of the California Travel and Tourism Commission Governance Committee is scheduled to take place on Thursday, August 2, 2007 from 2:00 p.m. to 3:30 p.m.

Participation for this meeting is available via conference call.  The meeting details are as follows:

> Meeting:..........................Governance Committee Meeting
>
> Date:.................................Thursday, August 2, 2007
>
> Time:................................. 2:00 p.m. to 3:30 p.m.
> Meeting Location:    980 - 9th Street, Suite 480
>                      Sacramento, CA   95814
>                      Call in: 877-973-7507   Pass code: 518056

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

CTTC Nominating Committee Meeting Agenda

CTTC Governance Committee Meeting
Thursday, August 2, 2007
2:00 p.m. to 3:30 p.m.
980 - 9th Street, Suite 480
Sacramento, CA   95814
Call in: 877-973-7507   Pass code: 518056

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order/Roll Call/Welcoming Remarks.

II.    General Review of Current By-laws.

III.   Discussion Topics and Agenda Items for Future Meetings.
   a. Establish Timeline and Future Meeting Dates Leading to the Fall Referendum.
   b. Review Current Bylaws Related to Attendance Policy and Terms by Individual Commissioners, Executive Committee, Advisory Committees, and Officers.
   c. Consideration for a "Best Practices" Review on Board Governance Issues and Related Advisory Committee.
   d. Discussion/Proposal to Increase Number of Board Members.
   e. Ex-Officio Status Policy Review.
   f. Discussion of Board Vetting Process for New Directors.
   g. Governance Committee Recruitment

IV.   Other Business

V.    Public Comment

VI.   Adjournment

# Exhibit E

CTTC Commission Conference Call – Monday, September 24, 2007 at 3:00 p.m.                                    10/11/2007 02:40 PM

**From:** Matthew Sabbatini <msabbatini@visitcalifornia.com>
**To:** crystalfm@aol.com
**Subject:** CTTC Commission Conference Call - Monday, September 24, 2007 at 3:00 p.m.
**Date:** Mon, 17 Sep 2007 5:37 pm

A conference call Commission Meeting is scheduled for Monday, September 24, 2007 at 3:00 p.m. to approve the ballot language for the 2007 Referendum. As per the Referendum timeline, this approval is needed prior to the October 24th Commission meeting, and therefore necessitates this brief, 15 minute conference call.

Upon approval of the ballot language, the Commission's resolution approving the language will be sent to the Secretary of Business, Transportation and Housing Agency in order to officially call the referendum. The actual language will then be sent to the printer to produce the actual ballots.

The proposed ballot language will be sent to all Commissioners prior to the meeting date. The language will include the Commissioner candidates for election or re-election by industry, the continuance of the California Travel and Tourism Commission, and the continuance of the assessment at the current assessment rate.



**TO:** **California Travel and Tourism Commission**
**Secretary of State**
**Travel Industry Association**
**Members of the Public Who Have Requested Notification**
**(For informational purposes only)**

**FROM:** **Caroline Beteta, Executive Director**

**DATE:** **September 13, 2007**

**RE:** **PUBLIC NOTICE OF THE CTTC COMMISSION MEETING**

A meeting of the California Travel and Tourism Commission is scheduled to take place on Monday, September 24, 2007, from 3:00 p.m. to 4:00 p.m.

Participation in this meeting is available via conference call. The meeting details are as follows:

Meeting:................................. CTTC Commission Meeting
Date:......................................... Monday, September 24, 2007
Time:......................................... 3:00 p.m. to 4:00 p.m.

Call-in Information........ Phone 877.973.7507

..................................................... Pass code 518056

Meeting Location:    California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916.319.5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Commission Committee Meeting**
Monday, September 24, 2007
3:00 p.m. to 4:00 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814

# AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I. **Call to Order / Roll Call**

II. **Approval of Ballot Language and Candidates for 2007 Referendum**

III. **Other Business**

IV. **Public Comment**

V. **Adjournment**

**Exhibit F**

PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING                                    10/11/2007 02:42 PM

From: Matthew Sabbatini <msabbatini@visitcalifornia.com>
To: crystalfm@aol.com
Subject: PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING
Date: Mon, 17 Sep 2007 5:51 pm



california
FIND YOURSELF HERE

**TO:** **California Travel and Tourism Commission**
**Secretary of State**
**Travel Industry Association**
**Members of the Public Who Have Requested Notification**
**(For informational purposes only)**

**FROM:** **Caroline Beteta, Executive Director**

**RE:** **PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING**

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, September 24, 2007 from 2:00 p.m. to 3:00 p.m.

Participation in this meeting is available via conference call. The meeting details are as follows:

*7 days' notice*

| | |
|---|---|
| Meeting:................................. | Executive Committee Meeting |
| Date:........................................ | Monday, September 24, 2007 |
| Time:........................................ | 2:00 p.m. to 3:00 p.m. |
| Call-in Information:....... | Phone 877.973.7507 / Pass code 518056 |
| Meeting Location: | California Travel and Tourism Commission |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916.319.5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Executive Committee Meeting**
Monday, September 24, 2007
2:00 p.m. to 3:00 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Dial-in 877-973-7507 / Pass code 518056

**AGENDA**
*Any and all items on this Agenda are subject to discussion and vote*

I.   **Call to Order / Roll Call**

II.  **Opening Remarks**

III. **Executive Director Report**

IV.  **Approval of Ballot Language for 2007 Referendum**

V.   **Referendum Report/Assessment Update**

    A. Referendum Task Force Update
    B. New Referendum DVD and Collateral Materials

**VI.**   **Government Affairs Update**

**VII.**   **Nominating Committee Report**

**VIII.**   **Governance Committee Report**

**IX.**   **Marketing Advisory Committee Update**
    A. Update on FY 07-08 Marketing Plan
    B. Wine/Culinary Co-Branding Campaign
    C. Governor's Trade and Tourism Mission – India
    D. New Advertising Campaign

**X.**   **Financial Update**
    A. Financial Reports
    B. Discuss Proposed Assessment Payments by Credit Card
    C. Audit Committee Update/Recommendations and Approvals
    D. Disaster Recovery Plan Update
    E. Other Financial Matters

**XI.**   **Legal Update**
    A. Status and Qualifications of Commissioners

**XII.**   **Other Business**
    A. Staffing Update
    B. 2007/2008 Commission Meeting Dates
    C. TIA Travel Leadership Summit – September 2007
    D. CTTC Annual Executive Director Review (Closed Session)
        1. Personnel Committee Report
        2. Process and Timeline

**XIII.**   **Public Comment**

**XIV.**   **Adjournment**

 matthew sabbatini
operations manager and commission liaison

California Travel and Tourism Commission
980 9th Street, Suite 480 / Sacramento, CA 95814
*direct:* 916 319 5401 *fax:* 916 444 4410

Vote Yes! California Tourism Marketing Renewal
Ballots coming in October
Learn More: www.visitcalifornia.com/renew



**Exhibit G**

NOTICE OF THE CTTC GOVERNANCE COMMITTEE MEETING                                    10/11/2007 07:02 PM

**From:** Matthew Sabbatini <msabbatini@visitcalifornia.com>
**To:** crystalfm@aol.com
**Subject:** NOTICE OF THE CTTC GOVERNANCE COMMITTEE MEETING
**Date:** Thu, 11 Oct 2007 5:50 pm

---

**TO:**      **California Travel and Tourism Commission**
             **Secretary of State**
             **Travel Industry Association**
             **Members of the Public Who Have Requested Notification**
             **(For informational purposes only)**

**FROM:**    **Caroline Beteta, Executive Director**

**RE:**      **NOTICE OF THE CTTC GOVERNANCE COMMITTEE MEETING**

---

A meeting of the California Travel and Tourism Commission Governance Committee is scheduled to take place on Friday, October 19, 2007 from 2:30 p.m. to 3:30 p.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

Meeting: ................................... Governance Committee Meeting       *8 days'*
Date: .......................................... Friday, October 19, 2007        *notice*
Time: .......................................... 2:30 p.m. to 3:30 p.m.
Call-in Information: ......... 877-973-7507
                          Pass code: 518056
Meeting Location: ............ 980 Ninth Street, Suite 480
                          Sacramento, CA 95814

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or
msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Governance Committee Meeting**
Friday, October 19, 2007
2:30 p.m. to 3:30 p.m.

10/11/2007 07:02 PM

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Call in: 877-973-7507  Pass code: 518056

# AGENDA

***Any and all items on this Agenda are subject to discussion and vote.***

I.    Call to Order/Roll Call/Welcoming Remarks.

II.   General Review of Current Bylaws.

III.  Consideration and Approval of:

    a. Establishing Timeline and Future Meeting Dates Leading to the Fall Referendum.
    b. Review of Current Bylaws Related to Attendance Policy and Terms by Individual
       Commissioners, Executive Committee, Advisory Committees, and Officers.
    c. Consideration for a "Best Practices" Review on Board Governance Issues and Related
       Advisory Committee.
    d. Discussion/Proposal to Increase Number of Board Members.
    e. Ex-Officio Status Policy Review.
    f. Discussion of Board Vetting Process for New Directors.
    g. Governance Committee Recruitment.

IV.   Other Business.

V.    Public Comment.

VI.   Adjournment.

Regards,



matthew sabbatini
operations manager and commission liaison
California Travel and Tourism Commission
980 9th Street, Suite 480 / Sacramento, CA 95814
*direct:* 916 319 5401 *fax:* 916 444 4410

Vote Yes! California Tourism Marketing Renewal
Ballots coming in October
Learn More: www.visitcalifornia.com/renew

# Exhibit H

NOTICE OF THE CTTC NOMINATING COMMITTEE MEETING                                    10/11/2007 07:00 PM

**From:** Matthew Sabbatini <msabbatini@visitcalifornia.com>
  **To:** crystalfm@aol.com
**Subject:** NOTICE OF THE CTTC NOMINATING COMMITTEE MEETING
  **Date:** Thu, 11 Oct 2007 5:48 pm



**california**
FIND YOURSELF HERE

**TO:**     **California Travel and Tourism Commission**
        **Secretary of State**
        **Travel Industry Association**
        **Members of the Public Who Have Requested Notification**
        **(For Informational purposes only)**

**FROM:**   Caroline Beteta, Executive Director

**RE:**     **NOTICE OF THE CTTC NOMINATING COMMITTEE MEETING**

---

A meeting of the California Travel and Tourism Commission Nominating Committee is scheduled to take place on Friday, October 19, 2007 from 10:00 a.m. to 11:00 a.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

> Meeting: ............................... Nominating Committee Meeting
> Date: ....................................... Friday, October 19, 2007
> Time: ....................................... 10:00 a.m. to 11:00 p.m.
> Call-in Information: ..... Phone #877-973-7507
>                             Pass code 518056
> Meeting Location:    California Travel and Tourism
>                             980 Ninth Street, Suite 480
>                             Sacramento, CA 95814

*8 days' notice* [handwritten]

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Nominating Committee Meeting**
Friday, October 19, 2007
10:00 a.m. to 11:00 a.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Call in: 877-973-7507 Pass code: 518056

## AGENDA

*Any and all items on this Agenda are subject to discussion and vote.*

I.     Call to Order/Roll Call/Welcoming Remarks.

II.    Review Nominating Process and Vacancies.

III.   Open Discussion, Consideration and Approval of Recommendations and Nominations to Provide Candidate Names to the Full Commission and Executive Committee for existing vacancies.

IV.    Open Discussion, Consideration and Approval of Recommendations and Nominations for Gubernatorial Appointments.

V.     Discussion Topics and Agenda Items for Future Meetings.

    A. Establish Timeline and Future Meeting Dates Leading to the Fall Referendum.
    B. Review Current Bylaws Related to Attendance Policy and Actual Attendance Record for Individual Commissioners, Executive Committee, Advisory Committees, and Officers.
    C. Discussion of Public Outreach and Commissioner Recruitment/Call for Nominations.
    D. Discussion of Board Vetting Process for New Directors.
    E. 2008 Officers/Executive Committee Nominating Process.

VI.    Other Business.

VII.    Public Comment.

VIII.    Adjournment.


              Regards,



          matthew sabbatini
          operations manager and commission liaison
       California Travel and Tourism Commission
   980 9th Street, Suite 480 / Sacramento, CA 95814
       *direct:* 916 319 5401 *fax:* 916 444 4410

     Vote Yes! California Tourism Marketing Renewal
           Ballots coming in October
      Learn More: www.visitcalifornia.com/renew



# Exhibit I

OCTOBER 10, 2007

**INSIGHTS**



Working for You

Referendum Update

A Capital Time

Reaching Out with Newsletters

International Update

Communications Update

Co-op Corner

Rural Tourism Marketing

**Upcoming Events**

**Upcoming Events**

**CTTC October Commission Meeting**
Newport Beach  USA
10/23/2007 - 10/24/2007
The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA 92663
(949) 645-5000

Tuesday October 23, 2007
4 p.m. - 5:30 p.m. - Executive Committee Meeting
5:30 p.m. - 7 p.m. - Industry Reception

Wednesday October 24, 2007
9:00 a.m. - 12:30 p.m. - Commission/Marketing Meeting
12:30 p.m. - 1:30 p.m. - Working lunch
1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420

**Los Angeles Media Reception**
Los Angeles  USA
10/30/2007 - 10/30/2007
Beverly Wilshire Beverly Hills
9500 Wilshire Boulevard
Beverly Hills, CA 90212

Registration is now closed. Contact Sam Caygill, Manager Media Relations, at
scaygill@visitcalifornia.com or 916.319.5424 for more information.

**CTTC January Commission Meeting**
Sacramento  USA
1/23/2008 - 1/24/2008

California Travel and Tourism Commission Headquarters
980 9th Street, Suite 480
Sacramento, CA 95814
916.319.5420

Wednesday, January 23, 2008
4:30 p.m. - 6 p.m. - Executive Committee Meeting
6 p.m. - 8 p.m. - Executive Committee Dinner
Esquire Grill
1213 K Street
Sacramento, CA 95816
916.448.8900

Thursday, January 24, 2008
Sacramento Grand Ballroom
629 J Street
Sacramento, CA 95814
916.444.2709

9 a.m. - 12:30 p.m. - Commission/Marketing Meeting
12:30 p.m. - 1:30 p.m. - Working Lunch

2:39 pm

1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420

5 p.m. - 8 p.m. - Installation and Recognition Dinner
Capitol View Room
Hyatt Regency Hotel
1209 L Street
Sacramento, CA 95814
916.443.1234

### New York Media Reception
New York  USA
1/29/2008 - 1/29/2008
Millennium Broadway Hotel
145 West 44th Street
New York, NY 10036-4012

Contact Sam Caygill, Manager Media Relations at scaygill@visitcalifornia.com or
916.319.5424 for registration information
Visit Website for More Information

### ABA (American Bus Association)
Virginia Beach, VA  USA
2/2/2008 - 2/7/2008
The American Bus Marketplace is the premier business event for the group travel
industry. Marketplace is a one-stop shop for the group travel and motorcoach
industry to build business relationships, conduct appointments, view newest products
and services and network.

Contact Glenda Taylor at gtaylor@visitcalifornia.com or 916.319.5419 for more
information.
Visit Website for More Information

### AMGEN Tour of California
Statewide  USA
2/17/2008 - 2/24/2008
Eight-day, 700 mile, world-class cycling race throughout California's most scenic
state highways, roadways and coastline drives. Host cities include Sacramento, San
Luis Obispo, Santa Barbara, Santa Clarita, Santa Rosa, Sausalito, Seaside, Solvang
and three new locales - Modesto, Palo Alto and Pasadena.

Contact Sam Caygill at scaygill@visitcalifornia.com or 916.319.5424 for more
information.
Visit Website for More Information

View past issues:

 SELECT PAST ISSUE

© 2007 CALIFORNIA TRAVEL AND TOURISM COMMISSION.                    PRIVACY POLICY

# Exhibit J

OCTOBER 10. 2007



**INSIGHTS**

| Working for You | **Upcoming Events** |

**CTTC October Commission Meeting**
Newport Beach  USA
10/23/2007 - 10/24/2007
The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA 92663
(949) 645-5000

Referendum Update

Tuesday October 23, 2007
4 p.m. - 5:30 p.m. - Executive Committee Meeting
5:30 p.m. - 7 p.m. - Industry Reception

A Capital Time

Wednesday October 24, 2007
9:00 a.m. - 12:30 p.m. - Commission/Marketing Meeting
12:30 p.m. - 1:30 p.m. - Working lunch
1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

Reaching Out with Newsletters

Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.54 20

**Los Angeles Media Reception**
Los Angeles  USA
10/30/2007 - 10/30/2007
Beverly Wilshire Beverly Hills
9500 Wilshire Boulevard
Beverly Hills, CA 90212

International Update

Communications Update

Registration is now closed. Contact Sam Caygill, Manager Media Relations. at
scaygill@visitcalifornia.com or 916.319.5424 for more information.

**CTTC January Commission Meeting**
Sacramento  USA
1/23/2008 - 1/24/2008
California Travel and Tourism Commission Headquarters
980 9th Street, Suite 480
Sacramento, CA 95814
916.319.5420

Co-op Corner

Wednesday, January 23, 2008
4:30 p.m. - 6 p.m. - Executive Committee Meeting
6 p.m. - 8 p.m. - Executive Committee Dinner
Esquire Grill
1213 K Street
Sacramento, CA 95816
916.448.8900

Rural Tourism Marketing

Upcoming Events

Thursday, January 24, 2008
Sacramento Grand Ballroom
629 J Street
Sacramento, CA 95814
916.444.2709

9 a.m. - 12:30 p.m. - Commission/Marketing Meeting
12:30 p.m. - 1:30 p.m. - Working Lunch

1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420

5 p.m. - 8 p.m. - Installation and Recognition Dinner
Capitol View Room
Hyatt Regency Hotel
1209 L Street
Sacramento, CA 95814
916.443.1234

### New York Media Reception
New York  USA
1/29/2008 - 1/29/2008
Millennium Broadway Hotel
145 West 44th Street
New York, NY 10036-4012

Contact Sam Caygill, Manager Media Relations at scaygill@visitcalifornia.com or
916.319.5424 for registration information
**Visit Website for More Information**

### ABA (American Bus Association)
Virginia Beach, VA  USA
2/2/2008 - 2/7/2008
The American Bus Marketplace is the premier business event for the group travel
industry. Marketplace is a one-stop shop for the group travel and motorcoach
industry to build business relationships, conduct appointments, view newest products
and services and network.

Contact Glenda Taylor at gtaylor@visitcalifornia.com or 916.319.5419 for more
information.
**Visit Website for More Information**

### AMGEN Tour of California
Statewide  USA
2/17/2008 - 2/24/2008
Eight-day, 700 mile, world-class cycling race throughout California's most scenic
state highways, roadways and coastline drives. Host cities include Sacramento, San
Luis Obispo, Santa Barbara, Santa Clarita, Santa Rosa, Sausalito, Seaside, Solvang
and three new locales - Modesto, Palo Alto and Pasadena.

View past issues:

SELECT PAST ISSUE ▼

Contact Sam Caygill at scaygill@visitcalifornia.com or 916.319.5424 for more
information.
**Visit Website for More Information**

© 2007 CALIFORNIA TRAVEL AND TOURISM COMMISSION.                                    PRIVACY POLICY

# Exhibit K

OCTOBER 10. 2007



**INSIGHTS**

| Working for You | **U p c o m i n g   E v e n t s** |
| --- | --- |
| | **CTTC October Commission Meeting** |
| Referendum Update | Newport Beach  USA<br>10/23/2007 - 10/24/2007<br>The Balboa Bay Club & Resort<br>1221 W. Coast Highway<br>Newport Beach, CA 92663<br>(949) 645-5000 |
| A Capital Time | Tuesday October 23. 2007<br>4 p.m. - 5:30 p.m. - Executive Committee Meeting<br>5:30 p.m. - 7 p.m. - Industry Reception |
| Reaching Out with Newsletters | Wednesday October 24, 2007<br>9:00 a.m. - 12:30 p.m. - Commission/Marketing Meeting<br>12:30 p.m. - 1:30 p.m. - Working lunch<br>1:30 p.m. - 4 p.m. - Commission/Marketing Meeting |
| | Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420 |
| International Update | **Los Angeles Media Reception**<br>Los Angeles  USA<br>10/30/2007 - 10/30/2007<br>Beverly Wilshire Beverly Hills<br>9500 Wilshire Boulevard<br>Beverly Hills, CA 90212 |
| Communications Update | Registration is now closed. Contact Sam Caygill, Manager Media Relations, at scaygill@visitcalifornia.com or 916.319.5424 for more information. |
| | **CTTC January Commission Meeting**<br>Sacramento  USA<br>1/23/2008 - 1/24/2008 |
| Co-op Corner | California Travel and Tourism Commission Headquarters<br>980 9th Street, Suite 480<br>Sacramento, CA 95814<br>916.319.5420 |
| Rural Tourism Marketing | Wednesday, January 23, 2008<br>4:30 p.m. - 6 p.m. - Executive Committee Meeting<br>6 p.m. - 8 p.m. - Executive Committee Dinner<br>Esquire Grill<br>1213 K Street<br>Sacramento, CA 95816<br>916.448.8900 |
| Upcoming Events | Thursday, January 24, 2008<br>Sacramento Grand Ballroom<br>629 J Street<br>Sacramento, CA 95814<br>916.444.2709 |
| | 9 a.m. - 12:30 p.m. - Commission/Marketing Meeting<br>12:30 p.m. - 1:30 p.m. - Working Lunch |

11:15 am

1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420

5 p.m. - 8 p.m. - Installation and Recognition Dinner
Capitol View Room
Hyatt Regency Hotel
1209 L Street
Sacramento, CA 95814
916.443.1234

### New York Media Reception
New York  USA
1/29/2008 - 1/29/2008
Millennium Broadway Hotel
145 West 44th Street
New York, NY 10036-4012

Contact Sam Caygill, Manager Media Relations at scaygill@visitcalifornia.com or
916.319.5424 for registration information
Visit Website for More Information

### ABA (American Bus Association)
Virginia Beach, VA  USA
2/2/2008 - 2/7/2008
The American Bus Marketplace is the premier business event for the group travel
industry. Marketplace is a one-stop shop for the group travel and motorcoach
industry to build business relationships, conduct appointments, view newest products
and services and network.

Contact Glenda Taylor at gtaylor@visitcalifornia.com or 916.319.5419 for more
information.
Visit Website for More Information

### AMGEN Tour of California
Statewide  USA
2/17/2008 - 2/24/2008
Eight-day, 700 mile, world-class cycling race throughout California's most scenic
state highways, roadways and coastline drives. Host cities include Sacramento, San
Luis Obispo, Santa Barbara, Santa Clarita, Santa Rosa, Sausalito, Seaside, Solvang
and three new locales - Modesto, Palo Alto and Pasadena.

View past issues:

[ SELECT PAST ISSUE ▼ ]

Contact Sam Caygill at scaygill@visitcalifornia.com or 916.319.5424 for more
information.
Visit Website for More Information

© 2007 CALIFORNIA TRAVEL AND TOURISM COMMISSION.                                        PRIVACY POLICY

# Exhibit L

To: julied@sandiego.edu, hyacinth2@san.rr.com, cpil@sandiego.edu
Subject: CTTC Oct. Commission Mtg. Binder
Date: Thu, 18 Oct 2007 18:41:24 -0400
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
From: crystalfm@aol.com
X-Mailer: AOL WebMail 31361-STANDARD
X-AOL-IP: 205.188.160.209
X-Spam-Flag: NO
X-Mirapoint-Loop-Id: b5e62d1bea6419fe2bdaeb4214378e17
X-Junkmail-Status: score=10/50, host=ms1.sandiego.edu
X-Junkmail-SD-Raw: score=unknown,
        refid=str=0001.0A09020B.4717E0EF.00C1:SCFMA772050,ss=1,fgs=0,
        ip=64.12.137.7,
        so=2007-07-31 18:51:00,
        dmn=5.4.3/2007-09-06

1 doc attached.

Crystal

---

Email and AIM finally together. You've gotta check out free AOL Mail! - http://mail.aol.com


 CTTC Oct. Commission Meeting Binder.pdf

10/18/2007 03:39 PM

**From:** Matthew Sabbatini <msabbatini@visitcalifornia.com>
**To:** crystalfm@aol.com
**Subject:** CTTC Commission Meeting Binder Materials
**Date:** Thu, 18 Oct 2007 1:47 pm

---

Hi Everyone -

In an effort to reduce shipping costs and make it easier on those traveling, we have posted all of the binder contents on the Visit**California**.com web site for your review.  Please take some time to review the contents. Hard copy binders will be provided at the meeting for your convenience.

The Commission binder contents can be found at:

http://www.visitcalifornia.com/page.php?id=884

Regards,



        matthew sabbatini
        operations manager and commission liaison
     California Travel and Tourism Commission
  980 9th Street, Suite 480 / Sacramento, CA 95814
      *direct:* 916 319 5401 *fax:* 916 444 4410

   Vote Yes! California Tourism Marketing Renewal
         Ballots coming in October
    Learn More: www.visitcalifornia.com/renew

# Exhibit M







Home / Travel Industry /

## TRAVEL INDUSTRY

BY-LAWS | HISTORY | AGENDAS/MINUTES | CAREER OPPORTUNITIES | COMMITTEE ROSTERS | CTTC PUBLICATIONS
INDUSTRY LINKS | MARKETING PROGRAMS | MEETING MATERIALS | REFERENDUM

### MEETING MATERIALS

**February 27, 2007 - Meeting Binder Contents**

**Agendas and Minutes**
- Commission
- Marketing Advisory Committee

**Domestic**
- Brand Advertising
- Cooperative Promo
- Technology
- Publications
- Communications
- Travel Trade - Domestic/International
- Research

**International**
- United Kingdom & Ireland
- Japan
- Germany
- Australia/New Zealand
- Canada
- Mexico

**Financials**
- Financial Report

**Administration**
- CTTC Travel Policy
- CTTC Travel Claim Form
- CTTC Organizational Chart
- CTTC Staff Update
- CTTC Rosters

**Ad/Coop Committee Meeting- August 23**
- Ad/Coop Meeting Presentation
- California 2007 Canada Ad Effectiveness Phase 1 Study

**Passenger Rental Car Meeting - August 21, 2007**
- Washington D.C. Congressional Leadership Dinner
- Referendum Timeline
- July Referendum Newsletter

**Rural Meeting 6.27.07**
- Meeting Presentation

**International Committee Meeting Materials**
- International Market Evaluation



Advertisement







Advertisement

- Minutes from October, 17, 2006
- International Summit Minutes
- Program Schedule 2007-2008

**May 1, 2007 - Meeting Binder Contents**
- Section 1 - Meeting Agenda/Minutes
- Section 2 - Community/Industry Relations
- Section 3 - Domestic
- Section 4 - International
- Section 5 - Administration

- 5-Year Strategic Plan
- Annual Plan 2007



**February 27, 2007 - Meeting Binder Contents**
- Section 1 - Commission Meeting Agenda/Minutes
- Section 2 - Marketing Advisory Agenda/Minutes
- Section 3 - Advertising & Co-op
- Section 4 - Publications & Web site
- Section 5 - Communications
- Section 6 - Travel Trade
- Section 7 - Research
- Section 8 - Financials
- Section 9 - Rosters & Administration
- Section 10 - Miscellaneous

**February 27, 2007 Meeting - Handouts**
- Strategic Plan
- Strategic Plan Matrix
- International Summit



**October 25, 2006 Meeting**
- Section 1 - Commission Meeting Agenda/Minutes
- Section 2 - Marketing Advisory Agenda/Minutes
- Section 3 - Advertising & Co-op
- Section 4 - Publications & Web site
- Section 5 - Communications
- Section 6 - Travel Trade
- Section 7 - Research
- Section 8 - Financials
- Section 9 - Rosters & Administration
- Section 10 - Miscellaneous





PRESS ROOM   TRAVEL BASICS   LA STORE   STUDENTS   TRAVEL INDUSTRY   RESEARCH   INTERNATIONAL VISITOR   ASSESSMENT

This site brought to you by the California Travel & Tourism Commission.
Copyright © 2007 California Travel & Tourism Commission. All rights reserved. Sitemap | Contact | Advertising

# Exhibit N



VIEW THE DIGITAL VISITOR'S GUIDE NOW!

Home / **Travel Industry** /

## TRAVEL INDUSTRY

BY-LAWS | HISTORY   AGENDAS/MINUTES   CAREER OPPORTUNITIES   COMMITTEE ROSTERS   CTTC PUBLICATIONS
INDUSTRY LINKS   MARKETING PROGRAMS   MEETING MATERIALS   REFERENDUM

### AGENDAS/MINUTES

**Please click on the meeting minutes you would like to download. Minutes for the current fiscal year will be uploaded as they are approved.**

**CTTC Commission Meetings**
- June 28, 2006 Meeting Agenda
- *June 28, 2006 Meeting Minutes*
- October 25, 2006 Meeting Agenda
- *October 25, 2006 Meeting Minutes*
- February 27, 2007 Meeting Agenda
- *February 27, 2007 Meeting Minutes*
- May 15, 2007 Meeting Agenda
- *May 15, 2007 Meeting Minutes - Pending Approval*

**CTTC Executive Committee Meetings**
- June 28, 2006 Meeting Agenda
- *June 28, 2006 Meeting Minutes*
- October 3, 2006 Meeting Agenda
- *October 3, 2006 Meeting Minutes*
- October 25, 2006 Meeting Agenda
- *October 25, 2006 Meeting Minutes*
- February 14, 2007 Meeting Agenda
- *February 14, 2007 Meeting Minutes*
- February 26, 2007 Meeting Agenda
- *February 26, 2007 Meeting Minutes*
- April 20, 2007 Meeting Agenda
- *April 20, 2007 Meeting Minutes - Pending Approval*
- May 14, 2007 Meeting Agenda
- *May 14, 2007 Meeting Minutes - Pending Approval*

**CTTC Marketing Advisory Committee Meetings**
- June 27, 2006 Meeting Agenda
- *June 27, 2006 Meeting Minutes*
- October 24, 2006 Meeting Agenda
- *October 24, 2006 Meeting Minutes*
- February 27, 2007 Meeting Agenda
- *February 27, 2007 Meeting Minutes*
- May 15, 2007 Meeting Agenda
- *May 15, 2007 Meeting Minutes - Pending Approval*

**CTTC Audit Committee Meetings**
- March 30, 2007 Meeting Agenda

**CTTC Rural Tourism/Welcome Centers**
- March 13, 2007 Meeting Agenda



ENTER NOW the California TREASURE HUNT SWEEPSTAKES

Advertisement

**FIND A CA DESTINATION**

| Any Region |
| Any Type |
| Name |
| City |

**GO THERE**
Book securely online or call 877-CALIFORNIA

HOTELS   TICKETS   PACKAGES   CAR   AIR

-- Select CA Region --
-- Select Neighborhood --

Rooms:   Adults:   Children:
1   1   0

Check In:   Check Out:
mm/dd/yyyy   mm/dd/yyyy

More Options   SEARCH HOTELS


VIEW THE DIGITAL VISITOR'S GUIDE NOW!


click now to experience California's diversity & cultural heritage

printed 3:47 pm 2007

PRESS ROOM   TRAVEL BASICS   CA STORE   STUDENTS   TRAVEL INDUSTRY   RESEARCH   INTERNATIONAL VISITOR   ASSESSMENT

Advertisement                    .

This site brought to you by the California Travel & Tourism Commission.
Copyright © 2007 California Travel & Tourism Commission. All rights reserved. Sitemap | Contact | Advertising

# Exhibit O

OCTOBER 10, 2007



**INSIGHTS**     california FIND YOURSELF HERE

Working for You                    **U p c o m i n g   E v e n t s**

                                   **CTTC October Commission Meeting**
                                   Newport Beach  USA
Referendum Update                  10/23/2007 - 10/24/2007
                                   The Balboa Bay Club & Resort
                                   1221 W. Coast Highway
                                   Newport Beach, CA 92663
                                   (949) 645-5000

A Capital Time                     Tuesday October 23, 2007
                                   4 p.m. - 5:30 p.m. - Executive Committee Meeting
                                   5:30 p.m. - 7 p.m. - Industry Reception

                                   Wednesday October 24, 2007
                                   9:00 a.m. - 12:30 p.m. - Commission/Marketing Meeting
                                   12:30 p.m. - 1:30 p.m. - Working lunch
Reaching Out with Newsletters      1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

                                   Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420

International Update               **Los Angeles Media Reception**
                                   Los Angeles  USA
                                   10/30/2007 - 10/30/2007
                                   Beverly Wilshire Beverly Hills
                                   9500 Wilshire Boulevard
                                   Beverly Hills, CA 90212

Communications Update             Registration is now closed. Contact Sam Caygill, Manager Media Relations, at
                                   scaygill@visitcalifornia.com or 916.319.5424 for more information.

                                   **CTTC January Commission Meeting**
                                   Sacramento  USA
Co-op Corner                       1/23/2008 - 1/24/2008

                                   California Travel and Tourism Commission Headquarters
                                   980 9th Street, Suite 480
                                   Sacramento, CA 95814
                                   916.319.5420

Rural Tourism Marketing            Wednesday, January 23, 2008
                                   4:30 p.m. - 6 p.m. - Executive Committee Meeting
                                   6 p.m. - 8 p.m. - Executive Committee Dinner
                                   Esquire Grill
                                   1213 K Street
                                   Sacramento, CA 95816
Upcoming Events                    916.448.8900

                                   Thursday, January 24, 2008
                                   Sacramento Grand Ballroom
                                   629 J Street
                                   Sacramento, CA 95814
                                   916.444.2709

                                   9 a.m. - 12:30 p.m. - Commission/Marketing Meeting
                                   12:30 p.m. - 1:30 p.m. - Working Lunch

*Printed 10/18/07 3:47 pm*

1:30 p.m. - 4 p.m. - Commission/Marketing Meeting

Contact: Matt Sabbatini at msabbatini@visitcalifornia.com or 916.319.5420

5 p.m. - 8 p.m. - Installation and Recognition Dinner
Capitol View Room
Hyatt Regency Hotel
1209 L Street
Sacramento, CA 95814
916.443.1234

### New York Media Reception
New York USA
1/29/2008 - 1/29/2008
Millennium Broadway Hotel
145 West 44th Street
New York, NY 10036-4012

Contact Sam Caygill, Manager Media Relations at scaygill@visitcalifornia.com or
916.319.5424 for registration information
Visit Website for More Information

### ABA (American Bus Association)
Virginia Beach, VA USA
2/2/2008 - 2/7/2008
The American Bus Marketplace is the premier business event for the group travel
industry. Marketplace is a one-stop shop for the group travel and motorcoach
industry to build business relationships, conduct appointments, view newest products
and services and network.

Contact Glenda Taylor at gtaylor@visitcalifornia.com or 916.319.5419 for more
information.
Visit Website for More Information

### AMGEN Tour of California
Statewide USA
2/17/2008 - 2/24/2008
Eight-day, 700 mile, world-class cycling race throughout California's most scenic
state highways, roadways and coastline drives. Host cities include Sacramento, San
Luis Obispo, Santa Barbara, Santa Clarita, Santa Rosa, Sausalito, Seaside, Solvang
and three new locales - Modesto, Palo Alto and Pasadena.

View past issues:

[ SELECT PAST ISSUE ▾ ]

Contact Sam Caygill at scaygill@visitcalifornia.com or 916.319.5424 for more
information.
Visit Website for More Information

© 2007 CALIFORNIA TRAVEL AND TOURISM COMMISSION.                          PRIVACY POLICY

# Exhibit P



Home / Travel Industry /

## TRAVEL INDUSTRY



BY-LAWS / HISTORY   AGENDAS/MINUTES   NAMES OF COMMITTEES   COMMITTEE ROSTERS   CTTC PUBLICATIONS
INDUSTRY LINKS   MARKETING PROGRAMS   MEETING MATERIALS   REFERENDUM



IT'S GONNA BE A GREAT RIDE.

THE ALL-NEW SUZUKI SX4
FROM $14,999 MSRP
suzukiauto.com

Advertisement

## MEETING MATERIALS

**February 27, 2007 - Meeting Binder Contents**
**Agendas and Minutes**
- Commission
- Marketing Advisory Committee

**Domestic**
- Brand Advertising
- Cooperative Promo
- Technology
- Publications
- Communications
- Travel Trade - Domestic/International
- Research

**International**
- United Kingdom & Ireland
- Japan
- Germany
- Australia/New Zealand
- Canada
- Mexico

**Financials**
- Financial Report

**Administration**
- CTTC Travel Policy
- CTTC Travel Claim Form
- CTTC Organizational Chart
- CTTC Staff Update
- CTTC Rosters

**Ad/Coop Committee Meeting- August 23**
- Ad/Coop Meeting Presentation
- California 2007 Canada Ad Effectiveness Phase 1 Study

**Passenger Rental Car Meeting - August 21, 2007**
- Washington D.C. Congressional Leadership Dinner
- Referendum Timeline
- July Referendum Newsletter

**Rural Meeting 6.27.07**
- Meeting Presentation

**International Committee Meeting Materials**
- International Market Evaluation

**FIND A CA DESTINATION**

| Any Region |
| Any Type |
| Name |
| City |

**GO THERE**
Book securely online or call: 877-CALIFORNIA



HOTELS   TICKETS   PACKAGES   CAR   AIR

-- Select CA Region --
-- Select Neighborhood --

Rooms:   Adults:   Children:
1         1         0

Check In:        Check Out:
mm/dd/yyyy       mm/dd/yyyy

More Options     SEARCH HOTELS



VIEW THE DIGITAL VISITOR'S GUIDE NOW!



ENTER NOW
the California
TREASURE HUNT

California – Find Yourself Here.  Page 2 of 2

Case 3:07-cv-02174-H-BLM     Document 10-3     Filed 11/29/2007     Page 80 of 97

Advertisement

- Minutes from October, 17, 2006
- International Summit Minutes
- Program Schedule 2007-2008

**May 1, 2007 - Meeting Binder Contents**
- Section 1 - Meeting Agenda/Minutes
- Section 2 - Community/Industry Relations
- Section 3 - Domestic
- Section 4 - International
- Section 5 - Administration

- 5-Year Strategic Plan
- Annual Plan 2007

**February 27, 2007 - Meeting Binder Contents**
- Section 1 - Commission Meeting Agenda/Minutes
- Section 2 - Marketing Advisory Agenda/Minutes
- Section 3 - Advertising & Co-op
- Section 4 - Publications & Web site
- Section 5 - Communications
- Section 6 - Travel Trade
- Section 7 - Research
- Section 8 - Financials
- Section 9 - Rosters & Administration
- Section 10 - Miscellaneous

**February 27, 2007 Meeting - Handouts**
- Strategic Plan
- Strategic Plan Matrix
- International Summit

**October 25, 2006 Meeting**
- Section 1 - Commission Meeting Agenda/Minutes
- Section 2 - Marketing Advisory Agenda/Minutes
- Section 3 - Advertising & Co-op
- Section 4 - Publications & Web site
- Section 5 - Communications
- Section 6 - Travel Trade
- Section 7 - Research
- Section 8 - Financials
- Section 9 - Rosters & Administration
- Section 10 - Miscellaneous







PRESS ROOM   TRAVEL BASICS   CA STORE   STUDENTS   TRAVEL INDUSTRY   RESEARCH   INTERNATIONAL VISITOR   ASSESSMENT

This site brought to you by the California Travel & Tourism Commission
Copyright © 2007 California Travel & Tourism Commission. All rights reserved. Sitemap | Contact | Advertising

# Commission Meeting Agenda
# October 24, 2007

10/18/07    4:05 pm
JDF found this under
"Trace Industry"
"meeting materials"
"Feb 27, 2007 Mtg Binder"
"Commission"

CTTC Commission Meeting Agenda
Wednesday, October 24, 2007

# CTTC Commission Meeting
Wednesday, October 24, 2007
9:00 a.m. – 4:00 p.m.

The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA  92663
(949) 645-5000

## AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.   Call to Order/Approval of Agenda and May 15, 2007 and September 24, 2007 Commission Meeting Minutes

II.  Opening Remarks

III. Executive Director Report

IV.  Nominating Committee Report
    a.  Discussion/Fill Existing Vacancies on Commission and Executive Committee

V.   Referendum Update/Assessment Update
    a.  Establish Task Force for Referendum
        1.  Break-out – Assessed Business Value

VI.  Governance Committee Report and Recommendations

VII. Legal Issues
    a.  Website Posting Policy
    b.  Potential Regulations regarding (i) commission terms and qualifications, (ii) collection issues, (iii) definition of assessed business
    c.  Personnel Committee Report on Executive Director Contract - closed session
    d.  Consideration of Ethics Policy and Conflict of Interest Policy
    e.  Commissioner Qualifications under revised statute
    f.  Open Meeting Act Policy regarding public comment

VIII. Marketing Advisory Committee Update – See Marketing Advisory Committee Meeting Agenda

IX.  Government Affairs Update

X.   Financial Report
    a.  Audit Committee Report – Presentation of Auditor's Report for FY 06-07
    b.  Financial Reports
    c.  Cash Flow Update
    d.  Disaster Recovery Plan Update
    e.  Other Financial Matters

XI.  Other Business
    a.  CTTC Meeting Dates for 2008

XII. Public Comment

XIII. Adjournment

# Commission Meeting Minutes
# May 15, 2007

Commission Meeting
May 15, 2007
9:00 a.m. to 4:00 p.m.

**Call to Order/Roll Call/Opening Remarks**
Secretary Bonner called the meeting to order at 9:05 a.m. Roll was taken and the following Commissioners were present: Commissioners Anderson, Bilby, Bonner, Cohn, Conley, Dow, Erskine, Fujiwara, Handlery, Jamison, Klein, Koeberer, Lawrance, MacRae, McDowell, Meunier, Netting, O'Modhrain, Patel (J.P.), Wagnon, Westrope and Zucker. Others present included: Brian Baker, Executive Caroline Beteta, Lynn Carpenter, Andy Chapman, Sue Coyle, Damon Eberhart, Andy Fichthorn, Bric Haley, Marilyn Hannes, Chris Hart, Jennifer Jasper, Shozo Kagoshima, Kerri Kapich, Mike Kvarme, Anastasia Mann, Mo McElroy, John McMahon, Mark Mears, Greg Murtha, Kathy Paver, Janice Simoni and Bob Warren.

Commissioners absent included: Commissioners Balestreri, Burba, Dunlap, Gregory, Gribbon, Hansen, Kennedy, Meinhold, Patel (Sima) and Running.

**Motion by Commissioner Meunier to approve meeting minutes of February 27, 2007. Second by Commissioner MacRae. Motion unanimously approved.**

Secretary Bonner welcomed everyone to the meeting and briefed them on his priorities with the Agency, including the Governor's Strategic Growth Plan, housing issues, tourism and economy, and infrastructure programs.

**Executive Director Report**
Executive Director Beteta reported that staff is focused on the Strategic Plan and the Referendum Renewal Campaign. Meridian Pacific has been hired as a contractor for the Referendum Renewal Campaign and will be making a presentation at the Commission meeting. She reported that the Governor's Trade and Tourism Mission to Canada is scheduled for the end of May and six delegates will participate on this trip.

**Nominating Committee report**
Commissioner Lawrance reported that in the past months Commissioners Bridwell, Litrenta and Netting have resigned from the Commission. He reported that there is one vacancy on the Executive Committee. The Nominating Committee recommended Commissioner Handlery to fill that vacancy. The Nominating Committee also recommended moving Commissioner Bilby from the attractions slot to the accommodations slot. The Committee recommended Andy Fichthorn of SeaWorld San Diego and Larry Kurzweil of Universal Studios Hollywood to fill the open attractions vacancies. In addition, the Nominating Committee recommended appointing Bob Muhs of Avis/Budget to fill a passenger rental car opening. The Committee will be making recommendations to the Governor's office for gubernatorial appointed seats. The Committee will be reviewing the selection process for new Commissioners. Commissioner Lawrance reported that with the legislation that was passed last year, the passenger rental car industry is allowed up to six seats on the Commission. The Committee has acted in good faith to fill empty slots with passenger rental car seats. Commissioner Lawrance also reported that the Nominating Committee has adopted a formal attendance policy. The Committee discussed that if a Commissioner has missed more than two consecutive Commission Meetings, he or she will be reviewed by the Nominating Committee. If a third meeting is missed, the Commissioner will be notified and removed. The Committee will also be giving attendance records of appointed Commissioners to the Governor's office for review.

Commissioner Lawrance stated that the Committee recommends that a standing Governance and Bylaws Committee be formed. This Committee will review applicable CTTC bylaws and legislation to make sure the policies are consistent with the law. The Governance and Bylaws Committee will be structured pursuant to the general committee structure of the bylaws. Volunteers will be recruited at the Commission Meeting for this committee. Staff will then report back to the Executive Committee for recommendations and will bring them to the Commission. FPPC forms are due April 1 and will be handled through staff.

**Motion by Commissioner Lawrance to accept the recommendations of the Nominating Committee. Second by Commissioner Koeberer. Motion unanimously approved.**

**Motion by Commissioner Meunier to accept the attendance policy recommendation from the Nominating Committee. Second by Commissioner Cohn. Motion unanimously approved.**

Motion by Commissioner Meunier to accept the policy recommendation from the Nominating Committee to form a Governance Committee. Second by Commissioner Anderson. Motion unanimously approved.

Referendum Update
Executive Director Beteta reported that staff is currently working on the Strategic Plan and the Referendum Renewal Campaign. It was also reported that the CTTC will be recruiting members for a formal Referendum Task Force. In 2001, the last referendum passed with 84 percent approval.

Executive Director Beteta reported that the CTTC has hired Meridian Pacific as a contractor to organize the referendum effort. Tom Ross reported that Meridian Pacific will approach the referendum campaign in four sections:
  1) Research and Vote Goals
  2) Foundation Building
  3) Persuasion Stage
  4) Get out the Vote

*Research and Vote Goals* – Tom Ross reported that Meridian Pacific started with a focus group research session. To date, three focus groups have been held. Tom stated that Web-based surveys were to be mailed out later that week to assessed businesses. Tom also stated that Meridian Pacific would like to get a 10-15 percent return rate.

*Foundation Building* – Tom Ross reported that Meridian Pacific, along with the CTTC, will start recruiting membership for a Referendum Task Force. Meridian Pacific will produce a DVD testimonial and presentation package.

*Persuasion Stage* – Meridian Pacific will send industry members to assessed businesses to educate voters on the value of the CTTC. Meridian Pacific will also be producing direct mail and e-mail blasts that will be sent to all assessed businesses.

*Get out the Vote* – Meridian Pacific will identify all voters within the assessed businesses. Voters will have approximately a month to vote during October and November of 2007.

Tom Ross reported that, to date, 24 businesses have participated in focus groups. It was reported that three focus groups have been completed and response to the CTTC was generally very favorable.

Strategic Planning and Government Affairs Update
On the federal level, Commissioner Koeberer reported on the Visa-waiver issue. Legislative changes that the Commission would like to see include increasing the number of Commission seats. However, the Commission has decided to wait at least a year before requesting any legislative changes. Executive Director Beteta reported that she will be meeting with the Governor's office after the May Revise to see about putting a bill in at the end of session that would include these changes. The Commission will look to the Governor's office for leadership on this legislation. Staff will be asking for volunteers to serve on a steering committee for the California Congressional Delegation Dinner in Washington, D.C., on September 26, 2007. Florida has reached out to California to possibly partner next year and combine the two state dinners.

Financial Report
Commissioner Westrope reported on the CTTC's financials. The assessment fees being collected are on target. As of May 10, 2007, the total industry amount received is approximately $9 million; passenger rental car funds are $8.289 million to date. The assessment revenue is within budget variance guidelines.

Commissioner Westrope also reported that the passenger rental car funds are being received in a timely manner and are higher than anticipated. The cash flow projection in the Commission materials binder was discussed and it indicated that the CTTC will have enough cash flow for the fiscal year. She reported that during the past audit, Moss Adams recommended the following items to be completed by the Commission:
  • Formal Disaster Recovery Plan

- Background checks on all IT/financial and key staff
- Checks deposited checks monthly.

Commissioner Westrope reported that staff has hired a contractor to develop a disaster recovery plan. It was also reported that staff is working with legal to discuss types of necessary disclosures to make to employees and how to accurately define "key employees."

Commissioner Westrope also reported that there will be some carryover funds at the end of the fiscal year. Two investments have matured, and instead of reinvesting, the CTTC has put them into a money market account for the time being. The catastrophic fund is still in development. The Executive Committee recommends that the CTTC put additional reserves in place for crisis communications. Mike Kvarme stated that a reserve would reduce the amount of money required by the Passenger Rental Cars. He reported that the CTTC would need to expense any additional money or put it into a reserve and treat it as an expense, so it would not be treated as rollover funds.

Motion by Commissioner Anderson to approve the entire FY 2007-2008 budget and allow staff to use carryover funds to fund items with footnote number four at the end of the year. Second by Commissioner Meunier. Motion unanimously approved.

Legal Report
Mike Kvarme reported that there are two policies (Lobbying Restrictions and Third Party Expenditures) that were approved in the past and need to be reviewed again. A threshold needs to be established regarding staff bringing forward proposals from third parties. Staff will ask for sponsorship applications prior to the budget being prepared. Commissioner MacRae stated that the CTTC should wait until the first application for third party expenditures is received for policy review. Commissioner Bilby stated that if the request is under $10,000, staff should be empowered to make a decision; if the request is in the amount of $10,000 to $25,000, the Executive Director would talk to the Vice-Chair; and if the request exceeds $25,000, it would be brought to the Executive Committee for review.

Mike Kvarme recommended deleting article 4, section 5(c) in the CTTC Bylaws that states:

(a)     Ex Officio Commissioners. The then current (i) Executive Director of the California Travel Industry Association and (ii) Director, California Department of Parks shall be ex officio commissioners.

Motion by Commissioner Meunier to delete article 4, section 5(c). Second by Commissioner O'Modhrain. Motion unanimously approved.

Secretary Bonner stated that he would like CTTC staff to carefully review all Commissioner FPPC forms.

Other business
No other business.

Public comment
No public comment.

Adjournment
Motion by Commissioner Meunier to adjourn meeting at 3:10 p.m. Second by Commissioner Anderson. Motion unanimously approved.

# Commission Meeting Minutes
# September 24, 2007

Commission Meeting
September 24, 2007
3:00 p.m. to 4:00 p.m.

Call to Order/Roll Call/Opening Remarks
Secretary Bonner called the meeting to order at 3:03 p.m. Roll was taken and the following Commissioners were present: Commissioners Anderson, Bilby, Bonner, Dow, Erskine, Handlery, Jamison, Koeberer, Lawrance, MacRae, Meunier, O'Modhrain, Patel (Sima) and Westrope. Others present included: Executive Director Caroline Beteta, Lynn Carpenter, Sue Coyle, Tracy Garrett, Ross Hutchings, Mike Kvarme, Jennifer Jasper, Matt Sabbatini and Terri Toohey.

Executive Director Report
Executive Director Beteta reported that there are currently 31 confirmed Representatives from the California delegation and six from the national tourism caucus attending the California Congressional Leadership Dinner. She reported that she will be working with Speaker Pelosi's office for the Speaker's attendance at the California Congressional Leadership Dinner in Washington, D.C. on September 26, 2007.

Approval of Ballot language
Executive Director Beteta reported that staff has called a special Commission conference call to approve the referendum resolution and slate of Commission candidates. She reported that this is a boilerplate resolution and that the referendum listed the assessment rates of $650 and $750 per million. Mike Kvarme reported that the rental car industry would get different language pursuant to their rate structure.

Motion by Commissioner Meunier to approve the referendum resolution and accompanying ballot language for full Commission approval. Second by Commissioner Anderson. Motion unanimously approved.

Other Business
Nothing to report.

Public Comment
Nothing to report.

Adjournment
Motion by Commissioner Westrope to adjourn meeting. Second by Commissioner Meunier. Meeting adjourned at 3:14 p.m.

# Marketing Advisory Committee Meeting Agenda
# October 24, 2007

10/18/07  4:05 pm
.PDf formd This under
" Travel Industry "
" Meeting Materials '
" Feb 27, 2007 Mtg Printer "
" Marketing Advisory Committee

# CTTC Marketing Advisory Committee Meeting
Wednesday, October 24, 2007
9:00 a.m. – 4:00 p.m.

The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA  92663
(949) 645-5000

## AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.  Call to Order/ Approval of Agenda and May 15, 2007 Marketing Advisory Committee Meeting Minutes

II.  Executive Director Report

III.  FY 07-08 strategic Marketing Plan ($50 Million) – Detail Presentation of International Plan/Budget and Annual Work Plans
    a.  Overview of Wine and Food
    b.  Detail Recap of 2007/08 International Plans

IV.  Domestic Advertising/Co-op Update
    a.  Spring/Summer ROI Update
    b.  Canada ROI Update
    c.  New 07/08 Creative Presentation
        1.  Spot
        2.  Vanity Fair
    d.  Update on Cooperative Marketing Activities
        1.  Wine and Food
        2.  California Snow
        3.  Treasure Hunt/Fun Spots
        4.  SHOP
        5.  International Advertising

V.  Technology/Web site/Publications/Fulfillment
    a.  Web 2.0
    b.  Content Submission

VI.  International Report
    a.  Travel Trade Update
    b.  Other International Trade Shows
    c.  International Office Updates

VII.  Domestic Communications/Media Relations Report
    a.  Wine and Food
    b.  Photos/High Definition/B-Roll Project
    c.  Congressional Leadership Reception
    d.  New Communications Programs

VIII.  Welcome Center Status/Update

IX.  Research Update

X.  Other Business

XI.  Public Comment

XII.  Adjournment

# Marketing Advisory Committee Meeting Minutes
# May 15, 2007

Marketing Advisory Committee Meeting
May 15, 2007
9:00 a.m. to 4:00 p.m.

### Call to Order/Roll Call/Opening Remarks
Commissioner Bilby called the meeting to order. Roll was taken and the following Commissioners were present: Commissioners Anderson, Bilby, Bonner, Cohn, Conley, Dow, Erskine, Fujiwara, Handlery, Jamison, Klein, Koeberer, Lawrance, MacRae, McDowell, Meunier, Netting, O'Modhrain, Patel (J.P.), Wagnon, Westrope and Zucker. Others present included: Brian Baker, Executive Director Caroline Beteta, Lynn Carpenter, Andy Chapman, Sue Coyle, Damon Eberhart, Andy Fichthorn, Bric Haley, Marilyn Hannes, Chris Hart, Jennifer Jasper, Shozo Kagoshima, Kerri Kapich, Mike Kvarme, Anastasia Mann, Mo McElroy, John McMahon, Mark Mears, Greg Murtha, Kathy Paver, Janice Simoni and Bob Warren.

Motion by Bob Warren to approve meeting minutes of February 27, 2007. Second by Anastasia Mann. Motion unanimously approved.

### Strategic Plan
Commissioner Bilby reviewed the new CTTC Strategic Plan. She reported that staff is in the process of completing the international work plans and continue to refine the CTTC committee structure. She reviewed the guiding principles of the Strategic Plan, which has the goal of acting as a catalyst to increase spending, as well as tourism employment.

It was reported that this year California went from 31st to 6th in total budget, at $25 million, and will be 2nd at the $50 million level. Lynn Carpenter reported that the CTTC will be spending $18 million in domestic brand advertising, $870,000 in co-op programs, $1.9 million in technology, $1 million on publications and fulfillment, $1.5 million on communications, and $495,000 on research.

Lynn reported that internationally, California has lost 2 million visitors since September 11, 2001. Staff looked at each primary market and re-determined why we chose these markets. In the United Kingdom, the CTTC will be spending $6.3 million – 32 percent of the international budget. The potential revenue is $591 million from the United Kingdom. In Japan, the CTTC will spend $6.1 million, or 31 percent of the budget. The CTTC is also allocating 11 percent of the budget into Canada, for total of $2.2 million. In Mexico, the proposed budget is $1 million, and staff has proposed to do brand advertising. In Australia, CTTC will be spending $740,000, or 3.7 percent of the budget.

### Domestic Advertising Co-op
Tami Haughey of MeringCarson reported on research, new creative expectations and the 2007-2008 plan. She reported that the new TV spot is on the air and will run through the end of June.

Rich and Sue Smith of Smith and Company reported on research findings from the focus group. They reported that while conducting this year's research, they employed the same methodology as in 1997. There are two phases of research. Phase One featured "in-the-moment" interviews. Phase Two was a compilation of 12 focus groups. They reported that the focus groups showed that key differences from 1997 were in regard to their perceptions of California. Hollywood and the entertainment industry are a determining factor in the perception of California.

Phase One – They reported that the research was focused on the weather, number of things to do, culture, food, accommodations, friendliness and whether visitors seem to be happy. They

reported that a limitation they found was that the size of the state can be daunting for some travelers. The traffic, congestion and smog were some other concerns of visitors. They reported on four recurring themes – abundance, opportunity/discovery, freedom and unique lifestyle.

Phase Two – They reported that they used a number of techniques to get to the emotional aspects of the visitors and asked respondents to name competitive destinations. Those identified were Florida, Hawaii and Las Vegas.

Dave Mering reported that MeringCarson is working on two new 30-second spots for the fall season. He reported that the committees have decided to move forward with the "Work" spot, which will help to strengthen the California brand. He stated that staff is working with the wine and food industry to create a second 30-second spot to focus on the wine ad food lifestyle.

Lori Richards of MeringCarson reported that television is the foundation of the entire domestic media plan. She reported that Southwest Airlines is purchasing additional buys in select cities in addition to the national cable buy.

Co-op Marketing
Susan Wilcox reported that staff is continuing to work on multiple cooperative programs. She reviewed a number of cooperative programs with companies such as Longs Drugs and Southwest Airlines. She stated that the Treasure Hunt program has become very successful, and Southwest Airlines is promoting the program on all e-tickets coming through California. She reported that the HATS, BAGS and EATS program is continuing to grow, with more than 120 participating partners.

Technology/Web site
Bob Warren, Marketing Advisory Committee member, reported that the CTTC launched a new Web site in December 2006 with the goal of selling the California brand. The launch of this new Web site has been very time-consuming for staff due to the changing nature of the content on the site, as well as the scope of the project. He stated that the main focus now is to have international Web sites tied into the existing visitcalifornia.com Web site.

International Advisory Update
Commissioner Handlery reported that two years ago, the CTTC formed the International Advisory Committee due to the increase in CTTC international funding. He stated that the U.S. dollar is the lowest it has ever been, although visitors still want to come to the United States.

Executive Director Beteta reported on the International Pow Wow and stated that it was a huge endeavor. The Commission partnered with the industry to have more than 5,000 delegates for Pow Wow, full staff and 200 appointments. CTTC repositioned with the new logo, and created a huge California branded section.

Lynn Carpenter and CTTC staff will be announcing the Mexico contract within the next few days. The CTTC is in the process of establishing six international Web sites in respective countries' languages, which will link back to the main visitcalifornia.com Web site.

Domestic Communications
Jennifer Jasper reported that the goal of the communications team is to make sure the CTTC represents all of California and to be a resource to all DMOs within the state. She stated that staff was in Miami for a media luncheon. She reported that the New York culinary event is in the planning stages and will include a California chef at the Culinary Loft. On the international side, staff will be holding a U.K. media event as well.

**Welcome Center Status**
Janice Simoni reported that the CTTC has designated three new Welcome Centers. Two of the Welcome Centers will be located on the Central Coast, with one in the Inland Empire. These Welcome Centers are serving approximately 16-20 visitors a month. She reported that the Oxnard Welcome Center would be opening this month as well. It was reported that the San Bernardino Welcome Center has chosen a "Route 66" theme and has been successful in getting partnerships and sponsorships.

**Research Update**
Executive Director Beteta reported that the CTTC currently has a research manager position open.

**Other Business**
Executive Director Beteta reported that the Governor's Canada Trade and Tourism-Mission will be at the end of May.

Commissioner Bilby reviewed the budget as handed out. She stated that increases in the operations budget required staff to reduce some marketing line items; however, she stated these line items will be backfilled at the end of the year with carryover funds.

Motion by Commissioner Anderson to approve the marketing budget for fiscal year 2007-2008 as reviewed for full Commission approval. Second by Anastasia Mann. Motion unanimously approved.

Motion by Bob Warren to authorize the Executive Director to spend up to $10,000 for local disaster relief grants and additional resources at a matching level that would come from carryover funds, with an amount of $50,000 from rollover funds to be used for seed funding of this line item. Second by Brian Baker. Motion unanimously approved.

Motion by Commissioner Anderson to allow staff to fund the items that were reduced and noted on the budget with the use of carryover funds. Second by Commissioner Meunier. Motion unanimously approved.

**Public Comment**
No public comment.

**Adjournment**
Motion by Commissioner Anderson to adjourn Marketing Advisory Committee meeting at 2:24 p.m. Second by Commissioner Dow. Meeting adjourned.

# Exhibit Q



Home / **Travel Industry** /

# TRAVEL INDUSTRY

BY-LAWS / HISTORY  AGENDAS/MINUTES  CAREER OPPORTUNITIES  COMMITTEE ROSTERS  CTTC PUBLICATIONS
INDUSTRY LINKS  MARKETING PROGRAMS  MEETING MATERIALS  REFERENDUM

## MEETING MATERIALS

**October 24, 2007 - Meeting Binder Contents**
**Agendas and Minutes**
- Commission
- Marketing Advisory Committee

**Domestic**
- Brand Advertising
- Cooperative Promo
- Technology
- Publications
- Communications
- Travel Trade - Domestic/International
- Research

**International**
- United Kingdom & Ireland
- Japan
- Germany
- Australia/New Zealand
- Canada
- Mexico

**Financials**
- Financial Report

**Administration**
- CTTC Travel Policy
- CTTC Travel Claim Form
- CTTC Organizational Chart
- CTTC Staff Update
- CTTC Rosters

**2007-2008 International Plan**

**Ad/Coop Committee Meeting- August 23**
- Ad/Coop Meeting Presentation
- California 2007 Canada Ad Effectiveness Phase 1 Study

**Passenger Rental Car Meeting - August 21, 2007**
- Washington D.C. Congressional Leadership Dinner
- Referendum Timeline
- July Referendum Newsletter

**Rural Meeting 6.27.07**
- Meeting Presentation

Advertisement









6:19 pm
10/18/2007

Advertisement

**International Committee Meeting Materials**
- International Market Evaluation
- Minutes from October, 17, 2006
- International Summit Minutes
- Program Schedule 2007-2008

**May 1, 2007 - Meeting Binder Contents**
- Section 1 - Meeting Agenda/Minutes
- Section 2 - Community/Industry Relations
- Section 3 - Domestic
- Section 4 - International
- Section 5 - Administration

- 5-Year Strategic Plan
- Annual Plan 2007

**February 27, 2007 - Meeting Binder Contents**
- Section 1 - Commission Meeting Agenda/Minutes
- Section 2 - Marketing Advisory Agenda/Minutes
- Section 3 - Advertising & Co-op
- Section 4 - Publications & Web site
- Section 5 - Communications
- Section 6 - Travel Trade
- Section 7 - Research
- Section 8 - Financials
- Section 9 - Rosters & Administration
- Section 10 - Miscellaneous

**February 27, 2007 Meeting - Handouts**
- Strategic Plan
- Strategic Plan Matrix
- International Summit

**October 25, 2006 Meeting**
- Section 1 - Commission Meeting Agenda/Minutes
- Section 2 - Marketing Advisory Agenda/Minutes
- Section 3 - Advertising & Co-op
- Section 4 - Publications & Web site
- Section 5 - Communications
- Section 6 - Travel Trade
- Section 7 - Research
- Section 8 - Financials
- Section 9 - Rosters & Administration
- Section 10 - Miscellaneous

PRESS ROOM    TRAVEL BASICS    CA STORE    STUDENTS    TRAVEL INDUSTRY    RESEARCH    INTERNATIONAL VISITOR    ASSESSMENT

This site brought to you by the California Travel & Tourism Commission.

Copyright © 2007 California Travel & Tourism Commission. All rights reserved. Sitemap | Contact | Advertising