1  CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
2  ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
3  ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
4  5998 Alcala Park
San Diego, CA  92110
5  Telephone:      (619) 260-4806
Facsimile:       (619) 260-4753
6
SULLIVAN, HILL, LEWIN, REZ & ENGEL
7  A Professional Law Corporation
DONALD G. REZ, SBN 82615
8  rez@shlaw.com
550 West "C" Street, Suite 1500
9  San Diego, CA  92101
Telephone:      (619) 233-4100
10  Facsimile:       (619) 231-4372
11  Attorneys for Plaintiffs

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:      (619) 338-1133
Facsimile:       (619) 338-1139

12            IN THE UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

15  MICHAEL SHAMES; GARY GRAMKOW;      Case No. 07CV2174H(BLM)
JOHN DOE 1, on behalf of themselves and on
16  behalf of all persons similarly situated,       **DECLARATION OF CRYSTAL**
                                                    **MUHLENKAMP IN SUPPORT OF**
17                            Plaintiffs,           **MOTION FOR PRELIMINARY**
                                                    **INJUNCTION**
18  v.

19  HERTZ CORPORATION, et al.,          DATE:      January 7, 2008
                                        TIME:      10:30 a.m.
20                            Defendants.  JUDGE:   Honorable Marilyn L. Huff
                                          CTRM:      13
21

22

23

24

25

26

27

28

1    I, CRYSTAL MUHLENKAMP, do hereby declare:

2    1.    I worked at the Center for Public Interest Law (CPIL) as a student intern between

3    November 2006 and May 2007. I have personal knowledge of the matters stated herein, and if

4    called upon, I could and would competently testify thereto.

5    2.    During the course of my CPIL internship, I monitored the California Travel and

6    Tourism Commission (CTTC) for compliance with the Bagley-Keene Open Meeting Act.

7    3.    I monitored CTTC compliance with the Bagley-Keene Open Meeting Act by

8    placing my name on the CTTC mailing list, visiting the Business, Transportation and Housing

9    (BTH) and CTTC websites, and by attending three CTTC meetings.

10    4.    I placed my name and address (both residence and e-mail) on the CTTC's list of

11    "interested parties" who wish to receive notice of CTTC meetings. As a result, I received various

12    notices and agendas of meetings via U.S. mail and/or e-mail. I shared these agendas with the

13    CPIL and continued to forward them to the CPIL following my graduation in May 2007.

14    5.    While monitoring CTTC compliance with the Bagley-Keene Open Meeting Act, I

15    observed the following CTTC practices:

16    a.    I received by mail and email a notice dated January 31, 2007 of a

17    February 14, 2007 CTTC Executive Committee Meeting to be held at the CTTC office in

18    Sacramento, California. A true and correct copy of the January 31, 2007 notice is attached hereto

19    as Exhibit A.

20    i.    The notice indicated that participation for this meeting was

21    available via conference call. The notice listed a conference call phone number and passcode, but

22    did not list remote conference call locations and did not indicate that public access was available

23    from those remote locations. The notice did not list a website address where the notice could be

24    accessed on the Internet.

25    ii.    The notice indicated that I should "R.S.V.P" by phone or email to

26    obtain meeting materials.

27    iii.    I received attached to the notice an agenda dated February 14, 2007

28    for the February 14, 2007 CTTC Executive Committee Meeting. The agenda indicated that the

1

1    Executive Committee meeting would consist of items titled "Call to Order," "Open Meeting and
2    Roll Call," "Closed Session – Analysis of Legal Issues on Various Funding Requests and
3    Proposals," "Public Comment," and "Adjournment."   No further details of the meeting were
4    described.   A true and correct copy of the February 14, 2007 agenda is attached hereto as
5    Exhibit B.

6                    b.       I received by mail and email a notice dated February 16, 2007 of a
7    February 26, 2007 CTTC Executive Committee Meeting to be held at the Sheraton Grand Hotel in
8    Sacramento, California.  A true and correct copy of the February 16, 2007 notice is attached hereto
9    as Exhibit C.

10                    i.       The notice indicated that participation for this meeting was
11    available via conference call, but did not list a conference call phone number, did not list remote
12    conference call locations, and did not indicate that public access was available from those remote
13    locations.   The notice did not list a website address where the notice could be accessed on the
14    Internet.

15                    ii.       The notice indicated that I should "R.S.V.P" by phone or email to
16    obtain meeting materials.

17                    iii.       I received attached to the notice an agenda dated February 26, 2007
18    for the February 26, 2007 CTTC Executive Committee Meeting.  The agenda indicated that the
19    Executive Committee meeting would consist of items titled "Call to Order/Roll Call/Approval of
20    Minutes," "Opening Remarks," "Executive Director Report," "Government Affairs Update,"
21    "Marketing Advisory Committee Update," "Financial Update," "Legal Update" "Other Business,"
22    "Public Comment," and "Adjournment."  The agenda listed some details of the business relating to
23    the Financial Update, Legal Update, and Other Business items, but several of these descriptions
24    were vague, such as "Financial Reports," and "Other Financial Matters."  No further details of the
25    meeting were described.   A true and correct copy of the February 26, 2007 agenda is attached
26    hereto as Exhibit D.

27                    iv.       I did not R.S.V.P. to attend the February 26, 2007 Executive
28    Committee meeting.  I attended the February 26, 2007 Executive Committee meeting.  Upon

2

1    arrival at the Sheraton Grand Hotel on February 26, 2007, I checked the hotel's electronic meeting

2    monitor. I noticed that several CTTC meetings had occurred earlier in the day. I did not receive

3    notice of those meetings. I was unable to locate any information about these meetings on the BTH

4    or CTTC website.

5                  v.        I arrived to the meeting without meeting materials. Before the

6    meeting began, I asked a person who identified herself as Terry Toohey, a staff member for the

7    Committee, for an agenda and any other meeting materials. She told me that the agenda and

8    meeting materials were not available, except to Committee members and those that submitted an

9    R.S.V.P. and requested materials. She stated that she would check to see if there were extra

10   materials. Several minutes later, she returned and informed my research partner, Brad Johnson,

11   and me that there were no extra meeting materials. In my presence, my research partner asked Ms.

12   Toohey about the meetings that took place earlier that day. Ms. Toohey replied that the Executive

13   Committee had discussed budget and other matters at those meetings and that those meetings were

14   not open to the public.

15                 vi.       During the "Roll Call" portion of the meeting, I was asked to state

16   my name and affiliation, and did so.

17            c.        I received in the mail and by email a notice dated February 16, 2007 of a

18   February 27, 2007 CTTC Marketing Advisory Committee meeting to be held prior to the

19   Commission meeting that same day at the Sheraton Grand Hotel in Sacramento, California. A true

20   and correct copy of the February 16, 2007 notice is attached hereto as Exhibit E.

21                 i.        The notice did not indicate that participation was available via

22   conference call. The notice did not list a website address where the notice could be accessed on

23   the Internet.

24                 ii.       The notice indicated that I should "R.S.V.P" by phone or email to

25   obtain meeting materials.

26                 iii.      I received attached to the notice an agenda dated February 27, 2007

27   for the February 27, 2007 CTTC Marketing Advisory Committee meeting. The agenda indicated

28   that the meeting would consist of items titled "Call to Order/Approval of Agenda and October 24,

3

1   2006 Marketing Advisory Committee Meeting Minutes/Welcoming Remarks," "Executive
2   Director Report," "Budget - FY 07-08 Strategic Marketing Plan ($50 Million) – Presentation and
3   Discussion," "Domestic Advertising/Co-op Update," "Website/Publications/Fulfillment Report,"
4   "International Report," "Domestic Communications/Media Relations Report," "Welcome Center
5   Status/Update," "Other Business/Public Comment," and "Adjournment." The agenda listed some
6   details of the business relating to the Domestic Advertising/Co-op Update, International Report,
7   Domestic Communications/Media Relations Report, and Other Business/Public Comment items.
8   No further details of the meeting were described. A true and correct copy of the February 27,
9   2007 agenda is attached hereto as Exhibit F.

10              iv.      I did not R.S.V.P. to attend the February 27, 2007 Marketing
11  Advisory Committee meeting. I attended the February 27, 2007 Marketing Advisory Committee
12  meeting.

13              v.      I arrived to the meeting without meeting materials. I was able to
14  locate unused copies of meeting materials at a table in the meeting room. I took a copy of the
15  materials.

16              vi.      During the "Roll Call" portion of the meeting, Director Caroline
17  Beteta asked everyone present in the meeting room to state his or her name and affiliation. I stated
18  my name and affiliation. She also asked that everyone present in the room sign a sheet stating his
19  or her name and affiliation. The sheet was circulated throughout the room and I signed the sheet.
20  The sheet did not indicate that signing was optional. I noticed that all CTTC members present
21  later at the Commission meeting were also present at this meeting.

22              d.      I received in the mail and by email a notice dated February 16, 2007 of a
23  February 27, 2007 CTTC Commission Meeting to be held at the Sheraton Grand Hotel in
24  Sacramento, California. A true and correct copy of the February 16, 2007 notice is attached hereto
25  as Exhibit G.

26              i.      The notice did not indicate that participation was available via
27  conference call. The notice did not list a website address where the notice could be accessed on
28  the Internet.

4

1            ii.     The notice indicated that I should "R.S.V.P" by phone or email to

2    obtain meeting materials.

3            iii.     I received attached to the notice an agenda dated February 27, 2007

4    for the February 27, 2007 CTTC Commission Meeting.  The agenda indicated that the meeting

5    would consist of items titled "Call to Order/Approval of Agenda and October 25, 2006

6    Commission Meeting Minutes," "Opening Remarks," "Executive Director Report," "Strategic

7    Planning and Government Affairs Update," "Assessment Program Update," "Marketing Advisory

8    Committee Update," "Nominating Committee Report," "Legal Issues," "Financial Report," "Other

9    Business," "Public Comment," and "Adjournment."  The agenda listed some details of the

10   business relating to the Strategic Planning and Government Affairs Update, Nominating

11   Committee Report, Financial Report, and Other Business items, but some of these descriptions

12   were vague, such as "Other Financial Matters."  No further details of the meeting were described.

13   A true and correct copy of the February 27, 2007 agenda is attached hereto as Exhibit H.

14           iv.     I did not R.S.V.P. to attend the February 27, 2007 Commission

15   meeting.  I attended the February 27, 2007 Commission meeting.

16           e.     I observed on the CTTC website a notice dated March 6, 2007 of a March

17   13, 2007 Joint Meeting of the Rural Tourism Advisory Committee & the California Welcome

18   Centers Committee to be held at the CTTC office in Sacramento, California.  This notice was

19   addressed to "Rural Marketing Committee" and not to "Members of the Public Who Have

20   Requested Notification," as other notices had been addressed in the past.  I did not receive notice

21   of this meeting by mail or email, notwithstanding that I was an "interested person" listed with the

22   CTTC who had requested notification of all meetings and CTTC had mailed notices to me in the

23   past.  A true and correct copy of the March 6, 2007 notice is attached hereto as Exhibit I.

24           i.     The notice for this meeting was posted on the CTTC website under

25   a link titled "March 13, 2007 Meeting Agenda."

26           ii.     The notice for this meeting indicated that participation was

27   available via conference call.  The notice listed a conference call phone number and passcode, but

28   did not list remote conference call locations and did not indicate that public access was available

5

1    from those remote locations.  The notice did list a website address where the agenda could be
2    accessed on the Internet.

3              iii.        The notice indicated that persons who wished to participate in the
4    meeting should "R.S.V.P" by phone or email to obtain meeting materials.

5              iv.        I observed attached to the notice an agenda for the March 13, 2007
6    Joint Meeting of the Rural Tourism Advisory Committee & The California Welcome Centers
7    Committee dated March 13, 2007.  The agenda indicated that the meeting would consist of several
8    items, each briefly described.  The agenda did not indicate an opportunity for public comment.  No
9    further details of the meeting were described.  A true and correct copy of the March 13, 2007
10   agenda is attached hereto as Exhibit J.

11        f.        I received by mail and email a notice dated March 19, 2007 of a March 30,
12   2007 CTTC Audit Committee Meeting to be held at the CTTC office in Sacramento, California.  A
13   true and correct copy of the March 19, 2007 notice is attached hereto as Exhibit K.

14             i.        The notice indicated that participation for this meeting was
15   available via conference call.  The notice listed a conference call phone number and passcode, but
16   did not list remote conference call locations and did not indicate that public access was available
17   from those remote locations.  The notice did not list a website address where the notice could be
18   accessed on the Internet.

19             ii.       The notice indicated that I should "R.S.V.P" by phone or email to
20   obtain meeting materials.

21             iii.      I received attached to the notice an agenda dated March 30, 2007
22   for the March 30, 2007 CTTC Audit Committee Meeting.  The agenda indicated that the meeting
23   would consist of items titled "Call to Order," "Review and Approve Minutes from 10-17-06
24   Meeting," "Develop Recommendation of Audit Firm for 6/30/07 Audit," "Update on Status of FY
25   05-06 Audit Recommendations," "Other Business," "Public Comment," and "Adjournment."  No
26   further details of the meeting were described.  A true and correct copy of the March 30, 2007
27   agenda is attached hereto as Exhibit L.

28        g.        I received by mail and email a notice dated April 10, 2007 of an April 20,

6

1 | 2007 CTTC Executive Committee Meeting to be held at the CTTC office in Sacramento,

2 | California. A true and correct copy of the April 10, 2007 notice is attached hereto as Exhibit M.

3 |       i.  The notice indicated that participation was available via conference

4 | call. The notice listed a conference call phone number and passcode, but did not list remote

5 | conference call locations and did not indicate that public access was available from those remote

6 | locations. The notice did not list a website address where the notice could be accessed on the

7 | Internet.

8 |       ii.  The notice indicated that I should "R.S.V.P" by phone or email to

9 | obtain meeting materials.

10 |       iii.  I received attached to the notice an agenda dated April 20, 2007 for

11 | the April 20, 2007 CTTC Executive Committee Meeting. The agenda indicated that the meeting

12 | would consist of items titled "Call to Order/Roll Call/Approval of Minutes," "Opening Remarks,"

13 | "Legal Update (Closed Session)," "Executive Director Report," "Government Affairs Update,"

14 | "Marketing Advisory Committee Update," "Financial Update," "Other Business," "Public

15 | Comment," and "Adjournment." The agenda listed some details of the business relating to the

16 | Legal Update (Closed Session), Financial Update, and Other Business items, but some of these

17 | descriptions were vague, such as "Other Financial Matters." The agenda described the business of

18 | the Legal Update (Closed Session) item as "Review of Formal Adoption of Resolution with

19 | Respect to Government Affairs and Lobbying Issues," and "Review of Policy and Legal

20 | Restrictions with Respect to Contracts/sponsorships involving thirds [sic] parties." No further

21 | details of the meeting were described. A true and correct copy of the April 20, 2007 agenda is

22 | attached hereto as Exhibit N.

23 |     h.  I received by mail and email notice dated May 4, 2007 of a May 14, 2007

24 | Executive Committee meeting to be held at The Fairmont Hotel in San Francisco, California. The

25 | notice did not list a website address where the notice could be accessed on the Internet. A true and

26 | correct copy of the May 4, 2007 notice is attached hereto as Exhibit O.

27 |       i.  The notice did not indicate that participation for this meeting was

28 | available via conference call. The notice did not list a website address where the notice could be

7

1  accessed on the Internet.

2              ii.    The notice indicated that I should "R.S.V.P" by phone or email to

3  obtain meeting materials.

4              iii.   I received attached to the notice an agenda dated May 14, 2007 for

5  the May 14, 2007 CTTC Executive Committee meeting.  The agenda indicated that the meeting

6  would consist of items titled "Call to Order/Roll Call," "Opening Remarks," "Executive Director

7  Report," "Nominating Committee Report," "Referendum Report/Assessment Update,"

8  "Government Affairs Update," "Marketing Advisory Committee Update," "Financial Update,"

9  "Legal Update," "Other Business," "Public Comment," and "Adjournment."  The agenda listed

10  some details of the business relating to the Nominating Committee Report, Referendum

11  Report/Assessment Update, Legal Update, and Other Business items, but some of these

12  descriptions were vague, such as "Other Financial Matters" and "Other Legal Matters."  A true

13  and correct copy of the May 14, 2007 agenda is attached hereto as Exhibit P.

14              i.    I received by mail and email notice dated May 4, 2007 of a May 15, 2007

15  CTTC Market Advisory Committee meeting to be held at The Fairmont Hotel in San Francisco,

16  California.  A true and correct copy of the May 4, 2007 notice is attached hereto as Exhibit Q.

17              i.    The notice did not indicate that participation was available via

18  conference call.  The notice did not list a website address where the notice could be accessed on

19  the Internet.

20              ii.    The notice indicated that I should "R.S.V.P" by phone or email to

21  obtain meeting materials.

22              iii.   I was not able to locate notice of the May 15, 2007 Marketing

23  Advisory meeting on the BTH or CTTC website.

24              iv.    I received attached to the notice an agenda dated May 15, 2007 for

25  the May 15, 2007 CTTC Market Advisory meeting.  The agenda indicated that the meeting would

26  consist of items titled "Call to Order/Approval of Agenda and February 27, 2007 Marketing

27  Advisory Committee Meeting Minutes/Welcoming Remarks," "Executive Director Report," "FY

28  07-08 Strategic Marketing Plan ($50 Million) – Presentation of Updated Document/Budget and

8

1   Annual    Work    Plans,"    "Domestic    Advertising/Co-op    Update,"    "Technology/Website,"

2   "Publications/Fulfillment Report," "International Report," "Domestic Communications/Media

3   Relations Report," "Welcome Center Status/Update," "Research Update," "Other Business/Public

4   Comment," and "Adjournment." The agenda listed some details of the business relating to the FY

5   07-08 Strategic Marketing Plan ($50 Million) – Presentation of Updated Document/Budget and

6   Annual Work Plans, Domestic Advertising/Co-op Update, International Report, and Domestic

7   Communications/Media Relations Report items. No further details of the meeting were described.

8   A true and correct copy of the May 15, 2007 agenda is attached hereto as Exhibit R.

9             j.     I received by mail and email notice dated May 4, 2007 of a May 15, 2007

10  CTTC Commission meeting to be held at The Fairmont Hotel in San Francisco, California. The

11  notice did not list a website address where the notice could be accessed on the Internet. A true and

12  correct copy of the May 4, 2007 notice is attached hereto as Exhibit S.

13            i.     The notice did not indicate that participation was available via

14  conference call. The notice did not list a website address where the notice could be accessed on

15  the Internet.

16            ii.     The notice indicated that I should "R.S.V.P" by phone or mail to

17  obtain meeting materials.

18            iii.     I was not able to locate notice of the May 15, 2007 Commission

19  meeting on the BTH or CTTC website.

20            iv.     I received attached to the notice an agenda dated May 15, 2007 for

21  the May 15, 2007 CTTC Commission meeting. The agenda indicated that the meeting would

22  consist of items titled "Call to Order/Approval of Agenda and February 27, 2006 Commission

23  Meeting Minutes," "Opening Remarks," "Executive Director Report," "Nominating Committee

24  Report," "Referendum Update/Assessment Update," "Strategic Planning and Government Affairs

25  Update," "Marketing Advisory Committee Update," "Legal Issues," "Financial Report," "Other

26  Business," "Public Comment," and "Adjournment." The agenda listed some details of the

27  business relating to the Nominating Committee Report, Referendum Update/Assessment Update,

28  Strategic Planning and Government Affairs Update, Legal Issues, Financial Report, and Other

1    Business items, but some of these descriptions were vague, such as "Other Financial Matters" and

2    "Other Legal Matters." No further details of the meeting were described. A true and correct copy

3    of the May 15, 2007 agenda is attached hereto as Exhibit T.

4           k.    I was not able to locate a link or language on the BTH or CTTC website

5    that indicated meeting notices were available on the Internet. I was not able to locate a link or

6    language that indicated public information regarding CTTC meetings was available. It was my

7    custom to search the BTH and CTTC websites for such links both ten days prior to a scheduled

8    meeting, and approximately every two weeks following that meeting's occurrence. Unless

9    otherwise indicated, I was able to locate the above-listed notices on the CTTC website after

10   navigating several links on that website. The notices could be located by going to the BTH

11   website (bth.ca.gov.), mousing over "Programs & Initiatives," clicking on the CTTC link, clicking

12   on the CTTC website link (visitcalifornia.ca.gov), clicking the "Travel Industry" link at the bottom

13   of the page, then clicking the "Agendas/Minutes" link, then clicking on the dated agenda link (i.e.

14   "February 27, 2007 Meeting Agenda"). The notice would then appear with the agenda.

15          I declare under penalty of perjury under the laws of the United States that the foregoing is

16   true and correct. Executed this 29 of November , 2007 at Sacramento , CA .

17

18

19

20                                   CRYSTAL MUHLENKAMP

21

22

23

24

25

26

27

28
                                        10

# EXHIBIT A

# CTTC MEMORANDUM

TO:         California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:       Caroline Beteta, Executive Director

DATE:       Wednesday, January 31, 2007

RE:         PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Wednesday, February 14, 2007, from 10:00 a.m. to 11:00 a.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

| | |
|---|---|
| Meeting: ............................. | Executive Committee Meeting |
| Date:..................................... | Wednesday, February 14, 2007 |
| Conference Call info:… ..... | 1-877-973-7507/passcode 518056 |
| Time:…................................ | 10:00 a.m. to 11:00 a.m. |
| Meeting Location: | California Travel and Tourism Commission |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |
| | Conference Room |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT B

CTTC Executive Committee Meeting Agenda
Wednesday, February 14, 2007

CTTC Executive Committee Meeting
Wednesday, February 14, 2007
10:00 a.m. to 11:00 a.m.

CTTC
980 Ninth Street, Suite 480
Sacramento, CA 95814

AGENDA

*Any and all items on this agenda are subject to discussion and vote*

I. **Call to Order**

II. **Open Meeting and Roll Call**

III. **Closed Session-Analysis of Legal Issues on Various Funding Requests and Proposals**

IV. **Public Comment**

V. **Adjournment**

# EXHIBIT C

CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, February 16, 2007

RE:        PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, February 26, 2007 from 4:30 p.m. to 6:30 p.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

| | |
|---|---|
| Meeting:..........................Executive Committee Meeting | |
| Date:.................................Monday, February 26, 2007 | |
| Time:.................................4:30 p.m. to 6:30 p.m. | |
| Meeting Location: | Sheraton Grand Sacramento<br>1230 J St<br>Sacramento, CA 95814<br>(916) 447-1700 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT D

CTTC Executive Committee Meeting Agenda
Monday, February 26, 2007

CTTC Executive Committee Meeting
Monday, February 26, 2007
4:30 p.m. to 6:30 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.    Call to Order/Roll Call/Approval of Minutes

II.   Opening Remarks

III.  Executive Director Report

IV.   Government Affairs Update

V.    Marketing Advisory Committee Update

VI.   Financial Update
      1.   Financial Reports
      2.   FY 07-08 Proposed Catastrophic Reserve
      3.   Cash Flow Projection
      4.   Discuss Proposed Assessment Payments by Credit Card
      5.   Proposed FY 07-08 Operating Budget
      6.   Other Financial Matters

VII.  Legal Update
      1.   Review of Formal Adoption of Resolution with Respect to Government Affairs
           and Lobbying Issues.
      2.   Review of Policy and Legal Restrictions with Respect to Contracts Involving
           Third Parties Including Trade Associations, Convention and Visitor's Bureau's
           and Marketing Programs.

VIII. Other Business
      1.   2007 Commission Meeting Dates
      2.   TIA Travel Leadership Summit – September 2007

IX.   Public Comment

X.    Adjournment

# EXHIBIT E

# CTTC MEMORANDUM

TO:     California Travel and Tourism Commission
        Secretary of State
        Travel Industry Association
        Members of the Public Who Have Requested Notification
        (For informational purposes only)

FROM:   Caroline Beteta, Executive Director

DATE:   Friday, February 16, 2007

RE:     PUBLIC NOTICE OF THE CTTC MARKETING ADVISORY COMMITTEE
        MEETING

---

A meeting of the California Travel and Tourism Commission Marketing Advisory Committee is scheduled to take place on Tuesday, February 27, 2007 from 9:30 a.m. to 12:30 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting:..........................| Marketing Advisory Committee Meeting |
| Date:................................| Tuesday, February 27, 2007 |
| Time:................................| 9:30 a.m. – 12:30 p.m. |
| Meeting Location: | Sheraton Grand Sacramento |
| | 1230 J St |
| | Sacramento, CA 95814 |
| | (916) 447-1700 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT F

CTTC Marketing Advisory Committee Meeting Agenda
Tuesday, February 27, 2007

## CTTC Marketing Advisory Committee Meeting

Tuesday, February 27, 2007
9:30 a.m. – 12:30 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

AGENDA

Any and all items on this Agenda are subject to discussion and vote

I. Call to Order/Approval of Agenda and October 24, 2006 Marketing Advisory Committee Meeting Minutes/Welcoming Remarks

II. Executive Director Report

III. Budget - FY 07-08 Strategic Marketing Plan ($50 Million) – Presentation and Discussion

IV. Domestic Advertising/Co-op Update
    a. California Snow Campaign Report
    b. Spring/Summer Advertising Campaign Update
    c. Focus Group Report
    d. Update on Cooperative Marketing Activities

V. Web site/Publications/Fulfillment Report

VI. International Report
    a. Travel Trade Update
    b. International Show/Program
    c. New International Offices
    d. Communications
    e. Consumer/Co-op
    f. Japan Market Research
    g. International Summit Report

VII. Domestic Communications/Media Relations Report
    a. Media Events (San Francisco/New York)
    b. International Offices Update
    c. High Definition/B-Roll Project

VIII. Welcome Center Status/Update

IX. Other Business/Public Comment
    a. Tour of California
    b. Road-side Rest Areas

X. Adjournment

# EXHIBIT G

# CTTC MEMORANDUM

TO:       California Travel and Tourism Commission
          Secretary of State
          Travel Industry Association
          Members of the Public Who Have Requested Notification
          (For informational purposes only)

FROM:     Caroline Beteta, Executive Director

DATE:     Friday, February 16, 2007

RE:       PUBLIC NOTICE OF THE CTTC COMMISSION MEETING

---

A meeting of the California Travel and Tourism Commission is scheduled to take place on Tuesday, February 27, 2007 from 1:30 p.m. – 4:00 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting:...........................Commission Meeting | |
| Date:................................Tuesday, February 27, 2007 | |
| Time: ...............................1:30 p.m. – 4:00 p.m. | |
| Meeting Location: | Sheraton Grand Sacramento<br>1230 J St<br>Sacramento, CA 95814<br>(916) 447-1700 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT H

CTTC Commission Meeting Agenda
Tuesday, February 27, 2007

# CTTC Commission Meeting
Tuesday, February 27, 2007
1:30 p.m. – 4:00 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

## AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order/Approval of Agenda and October 25, 2006 Commission Meeting Minutes

II.    Opening Remarks

III.   Executive Director Report

IV.    Strategic Planning and Government Affairs Update
    a. Consideration of Program Legislative and Regulatory Changes
    b. Federal Update and Travel Leadership Summit Report

V.     Assessment Program Update

VI.    Marketing Advisory Committee Update - See Marketing Advisory Committee Meeting Agenda

VII.   Nominating Committee Report
    a. Discussion/Fill Existing Vacancies on Commission

VIII.  Legal Issues

IX.    Financial Report
    a. Financial Reports
    b. Status of Matching Funds Contract with State
    c. FY 06-07 Budget
    d. Other Financial Matters

X.     Other Business
    a. Tour of California Update
    b. Safety Road Side Rest Area Update
    c. CTTC Meeting Dates for 2007

XI.    Public Comment

XII.   Adjournment

# EXHIBIT I

# CTTC MEMORANDUM

TO:          Rural Marketing Committee

FROM:        Susan Wilcox, Chief Deputy Director
             Rural Marketing Advisory Committee Staff

             Bob Warren, Rural Marketing Advisory Committee Chair
             General Manager/Tourism Officer
             Redding Convention & Visitors Bureau

             Janice Simoni, California Welcome Center Program Manager

DATE:        March 6, 2007

RE:          Meeting Notice of the Joint Meeting Of The Rural Tourism Advisory
             Committee & The California Welcome Center Committee

---

A conference call/meeting of the Rural Marketing Advisory Committee of the California Travel and Tourism Commission and the California Welcome Center Committee is scheduled to take place on March 13, 2007 from 1:30 p.m. to 2:30 p.m.  We would appreciate your attendance in person if at all possible.

Participation for this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting: | <u>Rural Tourism Advisory Committee & California Welcome Centers Committee</u> |
| Date: | March 13, 2007 |
| Time: | 1:30 p.m. to 2:30 p.m. |
| Conference Call-In: | 877-973-7507  /  Pass Code:  518056 |
| Meeting Location: | CTTC Offices 980 Ninth Street, Suite 480 Sacramento, CA 95814 |

The agenda is attached for your reference and can also be viewed at http://www.visitcalifornia.com/page.php?id=531.

Please R.S.V.P. to Matt Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT J

## Meeting of the Rural Tourism Advisory Committee &
## The California Welcome Centers
March 13, 2007
1:30 p.m. – 2:30 p.m.

CTTC Offices
980 Ninth Street, Suite 480
Sacramento, CA 95670

Conference Call-In Number: 877-973-7507, pass code 518056

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

| | | |
|---|---|---|
| I. | Call to Order | Bob Warren/Janice Simoni |
| II. | Welcome and Introductions | All |
| III. | Rural Program Development Manager | Jonelle Norton |
| IV. | Rural Regional Contracts & Scope of Work<br>a. Matching Funds<br>b. Contract Management<br>c. Communications | Bob Warren/Susan Wilcox |
| V. | CTTC Web Site - Needs and Opportunities<br>a. Content Management System Update | Troy Cantrell/Bob Warren |
| VI. | CTTC Publications, Drive, CVG, Map<br>a. New Rate Card & Opportunities to Co-Op<br>b. Fall Cooperative Print Campaign | Susan/Lynn Carpenter |
| VI. | Cooperative Marketing Programs Update<br>a. California Treasure Hunt Program<br>b. HATS, BAGS & EATS (Shop/Culture/Dine Cooperative)<br>c. California Fun Spots | Susan |
| VII. | Adjournment | |

# EXHIBIT K



**FIND YOURSELF HERE**

TO:      California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:    Caroline Beteta, Executive Director

DATE:     March 19, 2007

RE:       PUBLIC NOTICE OF THE CTTC AUDIT COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Audit Committee is scheduled to take place on Friday, March 30, 2007 from 10:00 a.m. to 11:00 a.m..

Participation for this meeting is available via conference call. The meeting details are as follows:

> Meeting:...........................<u>Audit Committee Meeting</u>
>
> Date:................................Friday, March 30, 2007
>
> Time:................................10:00 a.m. to 11:00 a.m.
>
> Call-in Information.......Phone #877-973-7507/Pass code 518056
>
> Meeting Location:  CA Travel and Tourism Commission
>                    980 Ninth Street, Suite 480
>                    Sacramento, CA 95814

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matt Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT L

CTTC Audit Committee Meeting
Friday, March 30, 2007
10:00 a.m. to 11:00 a.m.

CTTC
980 Ninth Street, Suite 480
Sacramento, CA 95814
877-973-7507 pass code 518056

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

  I.  Call to Order

 II.  Review and Approve Minutes from 10-17-06 Meeting

III.  Develop Recommendation of Audit Firm for 6/30/07 Audit

 IV.  Update on Status of FY 05-06 Audit Recommendations

  V.  Other Business

 VI.  Public Comment

VII.  Adjournment

# EXHIBIT M



**FIND YOURSELF HERE**

TO:      California Travel and Tourism Commission
             Secretary of State
             Travel Industry Association
             Members of the Public Who Have Requested Notification
             (For informational purposes only)

FROM:   Caroline Beteta, Executive Director

DATE:    Tuesday, April 10, 2007

RE:      PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Friday, April 20, 2007 from 12:00 p.m. to 2:00 p.m.

Participation for this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting:...........................| <u>Executive Committee Meeting</u> |
| Date:................................| Friday, April 20, 2007 |
| Time:................................| 12:00 p.m. to 2:00 p.m. |
| Meeting Location: | California Travel and Tourism |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |
| Conference Call info:......| 1-877-973-7507/passcode 518056 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT N

CTTC Executive Committee Meeting Agenda
Friday, April 20, 2007

CTTC Executive Committee Meeting
Friday, April 20, 2007
12:00 p.m. to 2:00 p.m.

California Travel and Tourism
980 Ninth Street, Suite 480
Sacramento, CA 95814

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order/Roll Call/Approval of Minutes

II.    Opening Remarks

III.   Legal Update (Closed Session)
       1.    Review of Formal Adoption of Resolution with Respect to Government Affairs
             and Lobbying Issues.
       2.    Review of Policy and Legal Restrictions with Respect to
             Contracts/sponsorships involving thirds parties.

IV.    Executive Director Report

V.     Government Affairs Update

VI.    Marketing Advisory Committee Update

VII.   Financial Update
       1.    Audit Committee Report
       2.    FY 07-08 Proposed Catastrophic Reserve
       3.    Cash Flow Projection update
       4.    Discuss Proposed Assessment Payments by Credit Card
       5.    Proposed FY 07-08 Operating Budget
       6.    Other Financial Matters

VIII.  Other Business
       1.    Nominating Committee update
       2.    TIA related issues
             (1) PowWow
             (2) Travel Leadership Summit – September 2007
       3.    07-08 Commission Meeting Dates
       4.    May 2007 CTTC Meeting Structure
       5.    Referendum

IX.    Public Comment

X.     Adjournment

# EXHIBIT O

# CTTC MEMORANDUM

TO:      California Travel and Tourism Commission
             Secretary of State
             Travel Industry Association
             Members of the Public Who Have Requested Notification
             (For informational purposes only)

FROM:  Caroline Beteta, Executive Director

DATE:   Friday, May 4, 2007

RE:      PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, May 14, 2007 from 4:30 p.m. to 6:30 p.m.

The meeting details are as follows:

---

Meeting:..........................Executive Committee Meeting

Date:................................Monday, May 14, 2007

Time: ..............................4:30 p.m. to 6:30 p.m.

Meeting Location:   The Fairmont Hotel
                       950 Mason Street
                       San Francisco, California
                       Hunt Room

---

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT P

**CTTC Executive Committee Meeting**
Monday, May 14, 2007
4:30 p.m. to 6:30 p.m.

The Fairmont Hotel
950 Mason Street
San Francisco, California
The Hunt Room

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.      Call to Order/Roll Call

II.     Opening Remarks

III.    Executive Director Report

IV.     Nominating Committee Report
        A.   Consider vacancies to Executive Committee and Full Commission
        B.   Recommend Establishment of Governance Committee

V.      Referendum Report/Assessment Update
        A.   Establish Referendum Task Force

VI.     Government Affairs Update

VII.    Marketing Advisory Committee Update

VIII.   Financial Update
        A.   Financial Reports
        B.   FY 07-08 Proposed Catastrophic Reserve
        C.   Cash Flow Projections Report
        D.   Discuss Proposed Assessment Payments by Credit Card
        E.   Consideration and Approval of Proposed FY 07-08 Operating Budget and Plan
             1.   Staff Resource Plan
             2.   Office Space Plan
        F.   Disaster Recovery Plan Update
        G.   Other Financial Matters

IX.     Legal Update
        A.   Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying Issues.
        B.   Review of Policy and Legal Restrictions with Respect to Contracts Involving Third Parties Including Trade
             Associations, Convention and Visitor's Bureau's and Marketing Programs.
        C.   Consider Bylaw Amendments Regarding Ex-Officio Board Positions.
        D.   Other Legal Matters

X.      Other Business
        A.   2007/2008 Commission Meeting Dates
        B.   TIA Travel Leadership Summit – September 2007
        C.   CTTC Annual Executive Director Review/Staff Reviews
             1.   Process and Timeline
        D.   Consideration of TIA Co-Chair

XI.     Public Comment

XII.    Adjournment

# EXHIBIT Q

# CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, May 4, 2007

RE:        PUBLIC NOTICE OF THE CTTC MARKETING ADVISORY COMMITTEE
           MEETING

A meeting of the California Travel and Tourism Commission Marketing Advisory
Committee is scheduled to take place on Tuesday, May 15, 2007 from 9:00 a.m. to 4:00
p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting: | Marketing Advisory Committee Meeting |
| Date: | Tuesday, May 15, 2007 |
| Time: | 9:00 a.m. – 4:00 p.m. |
| Meeting Location: | The Fairmont Hotel 950 Mason Street San Francisco, California Terrace Ballroom |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or
msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure
that pertinent meeting materials reach you.

Thank you.

Page 1 of 2

# EXHIBIT R

CTTC Marketing Advisory Committee Meeting

Tuesday, May 15, 2007
9:00 a.m. – 4:00 p.m.

The Fairmont Hotel
950 Mason Street
San Francisco, California
Terrace Ballroom

AGENDA

Any and all items on this Agenda are subject to discussion and vote

I.    Call to Order/Approval of Agenda and February 27, 2007 Marketing Advisory Committee Meeting Minutes/Welcoming Remarks

II.   Executive Director Report

III.  FY 07-08 Strategic Marketing Plan ($50 Million) - Presentation of Updated Document/Budget and Annual Work Plans
      a.   Consideration and approval of FY 07-08 Marketing Budget and Plan

IV.   Domestic Advertising/Co-op Update
      a.   Spring/Summer Advertising Campaign Update
      b.   Focus Group Research Report
      c.   New '07/'08 Creative Presentation
      d.   Proposed '07/'08 Media Plan
      e.   Update on Cooperative Marketing Activities
            i.    California Snow
            ii.   Treasure Hunt
            iii.  SHOP
            iv.   Fun Spots
            v.    Culture California

V.    Technology/Web site

VI.   Publications/Fulfillment Report

VII.  International Report
      a.   Travel Trade Update
      b.   Pow-Wow Re-cap
      c.   Other International Trade Shows (ITB, Expo Vacaciones)
      d.   International Office Updates
      e.   Communications
      f.   Consumer/Co-op
      g.   Individual Country Plans/Budget
      h.   Governor's Canada Mission

VIII. Domestic Communications/Media Relations Report
      a.   Media Events (Miami/New York-Culinary)
      b.   High Definition/B-Roll Project

IX.   Welcome Center Status/Update

X.    Research Update

XI.   Other Business/Public Comment

XII.  Adjournment

# EXHIBIT S

# CTTC MEMORANDUM

TO:      California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:    Caroline Beteta, Executive Director

DATE:    Friday, May 4, 2007

RE:      PUBLIC NOTICE OF THE CTTC COMMISSION MEETING

---

A meeting of the California Travel and Tourism Commission is scheduled to take place on Tuesday, May 15, 2007 from 9:00 a.m. to 4:00 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting: | Commission Meeting |
| Date: | Tuesday, May 15, 2007 |
| Time: | 9:00 a.m. – 4:00 p.m. |
| Meeting Location: | The Fairmont Hotel |
| | 950 Mason Street |
| | San Francisco, California |
| | Terrace Ballroom |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT T

CTTC Commission Meeting Agenda
Tuesday, May 15, 2007

# CTTC Commission Meeting
Tuesday, May 15, 2007
9:00 a.m. – 4:00 p.m.

The Fairmont Hotel
950 Mason Street
San Francisco, California
Terrace Ballroom

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order/Approval of Agenda and February 27, 2006 Commission Meeting Minutes

II.    Opening Remarks

III.   Executive Director Report

IV.    Nominating Committee Report
       a.  Discussion/Fill Existing Vacancies on Commission and Executive Committee]
       b.  Consider establishment of Governance Committee

V.     Referendum Update/Assessment Update
       a.  Establish Task Force for Referendum

VI.    Strategic Planning and Government Affairs Update
       a.  Consideration of Program Legislative and Regulatory Changes
       b.  Federal Update and Travel Leadership Summit Report

VII.   Marketing Advisory Committee Update – See Marketing Advisory Committee Meeting Agenda

VIII.  Legal Issues
       a.  Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying Issues.
       b.  Review of Policy and Legal Restrictions with Respect to Contracts Involving Third Parties Including Trade Associations, Convention and Visitor's Bureau's and Marketing Programs.
       c.  Consider Bylaw Amendments regarding ex-officio board positions.
       d.  Other Legal Matters

IX.    Financial Report
       a.  Financial Reports
       b.  Status of Contract with State
       c.  Consideration and Approval of FY 07-08 Budget
       d.  Other Financial Matters

X.     Other Business
       a.  CTTC Meeting Dates for 2007/2008

XI.    Public Comment

XII.   Adjournment