CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA  92110
Telephone:     (619) 260-4806
Facsimile:      (619) 260-4753

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone:     (619) 233-4100
Facsimile:      (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:     (619) 338-1133
Facsimile:      (619) 338-1139

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW; JOHN DOE 1, on behalf of themselves and on behalf of all persons similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>HERTZ CORPORATION, et al.,<br><br>                    Defendants. | Case No. 07CV2174H(BLM)<br><br>**DECLARATION OF BRADLEY JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:        January 7, 2008<br>TIME:        10:30 a.m.<br>JUDGE:      Honorable Marilyn L. Huff<br>CTRM:       13 |

1      I, BRADLEY JOHNSON, do hereby declare:

2      1.      I worked at the Center for Public Interest Law (CPIL) as a student intern between

3   November 2006 and May 2007. I have personal knowledge of the matters stated herein, and if

4   called upon, I could and would competently testify thereto.

5      2.      During the course of my CPIL internship, I monitored the California Travel and

6   Tourism Commission (CTTC) for compliance with the Bagley-Keene Open Meeting Act.

7      3.      I monitored CTTC compliance with the Bagley-Keene Open Meeting Act by

8   visiting the Business, Transportation and Housing (BTH) and CTTC websites and by attending

9   three CTTC meetings.

10     4.      While monitoring CTTC compliance with the Bagley-Keene Open Meeting Act, I

11  observed the following CTTC practices:

12          a.      My research partner, Crystal Muhlenkamp, showed to me a notice she

13  received by mail and email dated January 31, 2007 of a February 14, 2007 CTTC Executive

14  Committee Meeting to be held at the CTTC office in Sacramento, California. A true and correct

15  copy of the January 31, 2007 notice is attached hereto as Exhibit A.

16              i.      The notice indicated that participation for this meeting was

17  available via conference call. The notice listed a conference call phone number and passcode, but

18  did not list remote conference call locations and did not indicate that public access was available

19  from those remote locations. The notice did not list a website address where the notice could be

20  accessed on the Internet.

21              ii.      The notice indicated that I should "R.S.V.P." by phone or email to

22  obtain meeting materials.

23              iii.      I observed attached to the notice an agenda dated February 14, 2007

24  for the February 14, 2007 CTTC Executive Committee Meeting. The agenda indicated that the

25  Executive Committee meeting would consist of items titled "Call to Order," "Open Meeting and

26  Roll Call," "Closed Session – Analysis of Legal Issues on Various Funding Requests and

27  Proposals," "Public Comment," and "Adjournment." No further details of the meeting were

28  described. A true and correct copy of the February 14, 2007 agenda is attached hereto as

1

1  Exhibit B.

2      b.      My research partner showed to me a notice she received by mail and email

3  dated February 16, 2007 of a February 26, 2007 CTTC Executive Committee Meeting to be held at

4  the Sheraton Grand Hotel in Sacramento, California.  A true and correct copy of the February 16,

5  2007 notice is attached hereto as Exhibit C.

6      i.      The notice indicated that participation for this meeting was

7  available via conference call, but did not list a conference call phone number, did not list remote

8  conference call locations, and did not indicate that public access was available from those remote

9  locations.  The notice did not list a website address where the notice could be accessed on the

10  Internet.

11      ii.      The notice indicated that I should "R.S.V.P" by phone or email to

12  obtain meeting materials.

13      iii.      I observed attached to the notice an agenda dated February 26, 2007

14  for the February 26, 2007 CTTC Executive Committee Meeting.  The agenda indicated that the

15  meeting would consist of items titled "Call to Order/Roll Call/Approval of Minutes," "Opening

16  Remarks," "Executive Director Report," "Government Affairs Update," "Marketing Advisory

17  Committee Update," "Financial Update," "Legal Update," "Other Business," "Public Comment,"

18  and "Adjournment."  The agenda listed some details of the business relating to the Financial

19  Update, Legal Update, and Other Business items, but several of these descriptions were vague,

20  such as "Financial Reports," and "Other Financial Matters."  No further details of the meeting

21  were described.  A true and correct copy of the February 26, 2007 agenda is attached hereto as

22  Exhibit D.

23      iv.      I did not R.S.V.P. to attend the February 26, 2007 Executive

24  Committee Meeting.  I attended the February 26, 2007 Executive Committee Meeting.  Upon

25  arrival at the Sheraton Grand Hotel on February 26, 2007, I checked the hotel's electronic meeting

26  monitor.  I noticed that several CTTC meetings had occurred earlier in the day.  I was unable to

27  locate any information about these meetings on the BTH or CTTC website.

28      v.      I arrived to the meeting without meeting materials.  Before the

2

meeting began, my research partner asked a person who identified herself as Terry Toohey, a staff member for the Committee, for an agenda and any other meeting materials. She told my research partner that the agenda and meeting materials were not available, except to Committee members and those that submitted an R.S.V.P. and requested materials. She stated that she would check to see if there were extra materials. Several minutes later, she returned and informed my research partner and me that there were no extra meeting materials. I asked Ms. Toohey about the meetings that took place earlier that day. Ms. Toohey replied that the Executive Committee had discussed budget and other matters at those meetings and that those meetings were not open to the public.

vi.    During the "Roll Call" portion of the meeting, I was asked to state my name and affiliation, and did so.

c.    My research partner showed to me a notice she received by mail and email dated February 16, 2007 of a February 27, 2007 CTTC Marketing Advisory Committee meeting to be held prior to the Commission meeting that same day at the Sheraton Grand Hotel in Sacramento, California. A true and correct copy of the February 16, 2007 notice is attached hereto as Exhibit E.

i.    The notice did not indicate that participation was available via conference call. The notice did not list a website address where the notice could be accessed on the Internet.

ii.    The notice indicated that I should "R.S.V.P" by phone or email to obtain meeting materials.

iii.    I observed attached to the notice an agenda dated February 27, 2007 for the February 27, 2007 CTTC Marketing Advisory Committee meeting. The agenda indicated that the meeting would consist of items titled "Call to Order/Approval of Agenda and October 24, 2006 Marketing Advisory Committee Meeting Minutes/Welcoming Remarks," "Executive Director Report," "Budget - FY 07-08 Strategic Marketing Plan ($50 Million) – Presentation and Discussion," "Domestic Advertising/Co-op Update," "Website/Publications/Fulfillment Report," "International Report," "Domestic Communications/Media Relations Report," "Welcome Center Status/Update," "Other Business/Public Comment," and "Adjournment." The agenda listed some

3

1    details of the business relating to the Domestic Advertising/Co-op Update, International Report,

2    Domestic Communications/Media Relations Report, and Other Business/Public Comment items.

3    No further details of the meeting were described.  A true and correct copy of the February 27,

4    2007 agenda is attached hereto as Exhibit F.

5                    iv.      I did not R.S.V.P. to attend the February 27, 2007 Marketing

6    Advisory Committee meeting.  I attended the February 27, 2007 Marketing Advisory Committee

7    meeting.

8                    v.       I arrived to the meeting without meeting materials.  I was able to

9    locate unused copies of meeting materials at a table in the meeting room.  I took a copy of the

10   materials.

11                   vi.      During the "Roll Call" portion of the meeting, Director Caroline

12   Beteta asked everyone present in the meeting room to state his or her name and affiliation.  I stated

13   my name and affiliation.  She also asked that everyone present in the room sign a sheet stating his

14   or her name and affiliation.  The sheet was circulated throughout the room and I signed the sheet.

15   The sheet did not indicate that signing was optional.  I noticed that all CTTC members present

16   later at the Commission meeting were also present at this meeting.

17              d.     My research partner showed to me a notice she received by mail and email

18   dated February 16, 2007 of a February 27, 2007 CTTC Commission Meeting to be held at the

19   Sheraton Grand Hotel in Sacramento, California.  A true and correct copy of the February 16,

20   2007 notice is attached hereto as Exhibit G.

21                   i.       The notice did not indicate that participation was available via

22   conference call.  The notice did not list a website address where the notice could be accessed on

23   the Internet.

24                   ii.      The notice indicated that I should "R.S.V.P" by phone or email to

25   obtain meeting materials.

26                   iii.     I observed attached to the notice an agenda dated February 27, 2007

27   for the February 27, 2007 CTTC Commission Meeting.  The agenda indicated that the meeting

28   would consist of items titled "Call to Order/Approval of Agenda and October 25, 2006

4

1  Commission Meeting Minutes," "Opening Remarks," "Executive Director Report," "Strategic
2  Planning and Government Affairs Update," "Assessment Program Update," "Marketing Advisory
3  Committee Update," "Nominating Committee Report," "Legal Issues," "Financial Report," "Other
4  Business," "Public Comment," and "Adjournment." The agenda listed some details of the
5  business relating to the Strategic Planning and Government Affairs Update, Nominating
6  Committee Report, Financial Report, and Other Business items, but some of these descriptions
7  were vague, such as "Other Financial Matters." No further details of the meeting were described.
8  A true and correct copy of the February 27, 2007 agenda is attached hereto as Exhibit H.

9          iv.     I did not R.S.V.P. to attend the February 27, 2007 Commission
10 meeting. I attended the February 27, 2007 Commission meeting.

11         e.      My research partner showed to me a notice she received by mail and email
12 dated March 19, 2007 of a March 30, 2007 CTTC Audit Committee Meeting to be held at the
13 CTTC office in Sacramento, California. A true and correct copy of the March 19, 2007 notice is
14 attached hereto as Exhibit I.

15         i.      The notice indicated that participation for this meeting was
16 available via conference call. The notice listed a conference call phone number and passcode, but
17 did not list remote conference call locations and did not indicate that public access was available
18 from those remote locations. The notice did not list a website address where the notice could be
19 accessed on the Internet.

20         ii.     The notice indicated that I should "R.S.V.P" by phone or email to
21 obtain meeting materials.

22         iii.    I observed attached to the notice an agenda dated March 30, 2007
23 for the March 30, 2007 CTTC Audit Committee Meeting. The agenda indicated that the meeting
24 would consist of items titled "Call to Order," "Review and Approve Minutes from 10-17-06
25 Meeting," "Develop Recommendation of Audit Firm for 6/30/07 Audit," "Update on Status of FY
26 05-06 Audit Recommendations," "Other Business," "Public Comment," and "Adjournment." No
27 further details of the meeting were described. A true and correct copy of the March 30, 2007
28 agenda is attached hereto as Exhibit J.

5

1    f. My research partner showed to me a notice she received by mail and email

2 dated April 10, 2007 of an April 20, 2007 CTTC Executive Committee Meeting to be held at the

3 CTTC office in Sacramento, California.  A true and correct copy of the April 10, 2007 notice is

4 attached hereto as Exhibit K.

5    i. The notice indicated that participation was available via conference

6 call.  The notice listed a conference call phone number and passcode, but did not list remote

7 conference call locations and did not indicate that public access was available from those remote

8 locations.  The notice did not list a website address where the notice could be accessed on the

9 Internet.

10    ii. The notice indicated that I should "R.S.V.P" by phone or email to

11 obtain meeting materials.

12    iii. I observed attached to the notice an agenda dated April 20, 2007 for

13 the April 20, 2007 CTTC Executive Committee Meeting.  The agenda indicated that the meeting

14 would consist of items titled "Call to Order/Roll Call/Approval of Minutes," "Opening Remarks,"

15 "Legal Update (Closed Session)," "Executive Director Report," "Government Affairs Update,"

16 "Marketing Advisory Committee Update," "Financial Update," "Other Business," "Public

17 Comment," and "Adjournment."  The agenda listed some details of the business relating to the

18 Legal Update (Closed Session), Financial Update, and Other Business items, but some of these

19 descriptions were vague, such as "Other Financial Matters."  The agenda described the business of

20 the Legal Update (Closed Session) item as "Review of Formal Adoption of Resolution with

21 Respect to Government Affairs and Lobbying Issues," and "Review of Policy and Legal

22 Restrictions with Respect to Contracts/sponsorships involving thirds [sic] parties."  No further

23 details of the meeting were described.  A true and correct copy of the April 20, 2007 agenda is

24 attached hereto as Exhibit L.

25    g. My research partner showed to me a notice she received by mail and email

26 dated May 4, 2007 of a May 14, 2007 Executive Committee meeting to be held at the Fairmont

27 Hotel in San Francisco, California.  The notice did not list a website address where the notice

28 could be accessed on the Internet.  A true and correct copy of the May 4, 2007 notice is attached

6

1  hereto as Exhibit M.

2         i.      The notice did not indicate that participation for this meeting was
3  available via conference call. The notice did not list a website address where the notice could be
4  accessed on the Internet.

5         ii.     The notice indicated that I should "R.S.V.P" by phone or email to
6  obtain meeting materials.

7         iii.    I observed attached to the notice an agenda dated May 14, 2007 for
8  the May 14, 2007 CTTC Executive Committee meeting.  The agenda indicated that the meeting
9  would consist of items titled "Call to Order/Roll Call," "Opening Remarks," "Executive Director
10  Report," "Nominating Committee Report," "Referendum Report/Assessment Update,"
11  "Government Affairs Update," "Marketing Advisory Committee Update," "Financial Update,"
12  "Legal Update," "Other Business," "Public Comment," and "Adjournment."  The agenda listed
13  some details of the business relating to the Nominating Committee Report, Referendum
14  Report/Assessment Update, Legal Update, and Other Business items, but some of these
15  descriptions were vague, such as "Other Financial Matters" and "Other Legal Matters."  A true
16  and correct copy of the May 14, 2007 agenda is attached hereto as Exhibit N.

17         h.      My research partner showed to me notices she received by mail and email
18  dated May 4, 2007 of a May 15, 2007 CTTC Market Advisory Committee meeting to be held at
19  the Fairmont Hotel in San Francisco, California.  A true and correct copy of the May 4, 2007
20  notice is attached hereto as Exhibit O.

21         i.      The notice did not indicate that participation was available via
22  conference call.  The notice did not list a website address where the notice could be accessed on
23  the Internet.

24         ii.     The notice indicated that I should "R.S.V.P" by phone or email to
25  obtain meeting materials.

26         iii.    I was not able to locate notice of the May 15, 2007 Marketing
27  Advisory meeting on the BTH or CTTC website.

28         iv.     I observed attached to the notice an agenda dated May 15, 2007 for

7

the May 15, 2007 CTTC Market Advisory meeting.  The agenda indicated that the meeting would consist of items titled "Call to Order/Approval of Agenda and February 27, 2007 Marketing Advisory Committee Meeting Minutes/Welcoming Remarks," "Executive Director Report," "FY 07-08 Strategic Marketing Plan ($50 Million) -- Presentation of Updated Document/Budget and Annual Work Plans," "Domestic Advertising/Co-op Update," "Technology/Website," "Publications/Fulfillment Report," "International Report," "Domestic Communications/Media Relations Report," "Welcome Center Status/Update," "Research Update," "Other Business/Public Comment," and "Adjournment." The agenda listed some details of the business relating to the FY 07-08 Strategic Marketing Plan ($50 Million) – Presentation of Updated Document/Budget and Annual Work Plans, Domestic Advertising/Co-op Update, International Report, and Domestic Communications/Media Relations Report items.  No further details of the meeting were described. A true and correct copy of the May 15, 2007 agenda is attached hereto as Exhibit P.

     i.    My research partner showed to me a notice she received by email and mail dated May 4, 2007 of a May 15, 2007 CTTC Commission meeting to be held at the Fairmont Hotel in San Francisco, California.  The notice did not list a website address where the notice could be accessed on the Internet.  A true and correct copy of the May 4, 2007 notice is attached hereto as Exhibit Q.

     i.    The notice did not indicate that participation was available via conference call.  The notice did not list a website address where the notice could be accessed on the Internet.

     ii.    The notice indicated that I should "R.S.V.P" by phone or email to obtain meeting materials.

     iii.    I was not able to locate notice of the May 15, 2007 Commission meeting on the BTH or CTTC website.

     iv.    I observed attached to the notice an agenda dated May 15, 2007 for the May 15, 2007 CTTC Commission meeting.  The agenda indicated that the meeting would consist of items titled "Call to Order/Approval of Agenda and February 27, 2006 Commission Meeting Minutes," "Opening Remarks," "Executive Director Report," "Nominating Committee

8

1   Report," "Referendum Update/Assessment Update," "Strategic Planning and Government Affairs

2   Update," "Marketing Advisory Committee Update," "Legal Issues," "Financial Report," "Other

3   Business," "Public Comment," and "Adjournment." The agenda listed some details of the

4   business relating to the Nominating Committee Report, Referendum Update/Assessment Update,

5   Strategic Planning and Government Affairs Update, Legal Issues, Financial Report, and Other

6   Business items, but some of these descriptions were vague, such as "Other Financial Matters" and

7   "Other Legal Matters." No further details of the meeting were described. A true and correct copy

8   of the May 15, 2007 agenda is attached hereto as Exhibit R.

9           j.      I was not able to locate a link or language on the BTH or CTTC website

10   that indicated meeting notices were available on the Internet. I was not able to locate a link or

11   language on the BTH or CTTC website that indicated public information regarding CTTC

12   meetings was available. It was my custom to search the BTH and CTTC websites for such links

13   both ten days prior to a scheduled meeting, and approximately every two weeks following that

14   meeting's occurrence. Unless otherwise indicated, I was able to locate the above-listed notices on

15   the CTTC website after navigating several links on that website. The notices could be located by

16   going to the BTH website (bth.ca.gov.), mousing over "Programs & Initiatives," clicking on the

17   CTTC link, clicking on the CTTC website link (visitcalifornia.ca.gov), clicking the "Travel

18   Industry" link at the bottom of the page, then clicking the "Agendas/Minutes" link, then clicking

19   on the dated agenda link (i.e. "February 27, 2007 Meeting Agenda"). The notice would then

20   appear with the agenda.

21           I declare under penalty of perjury under the laws of the United States that the foregoing is

22   true and correct. Executed this 29th of *November*, 2007 at *Sacramento*, *CA*.

23

24                                                  BRADLEY JOHNSON

25

26

27

28

                                            9

# EXHIBIT A

# CTTC MEMORANDUM

TO:         California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:       Caroline Beteta, Executive Director

DATE:       Wednesday, January 31, 2007

RE:         PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Wednesday, February 14, 2007, from 10:00 a.m. to 11:00 a.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

> Meeting: .............................. Executive Committee Meeting
>
> Date:..................................... Wednesday, February 14, 2007
>
> Conference Call info:… ..... 1-877-973-7507/passcode 518056
>
> Time:.. .................................10:00 a.m. to 11:00 a.m.
>
> Meeting Location:    California Travel and Tourism Commission
>                      980 Ninth Street, Suite 480
>                      Sacramento, CA 95814
>                      Conference Room

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT B

CTTC Executive Committee Meeting Agenda
Wednesday, February 14, 2007

CTTC Executive Committee Meeting
Wednesday, February 14, 2007
10:00 a.m. to 11:00 a.m.

CTTC
980 Ninth Street, Suite 480
Sacramento, CA 95814

AGENDA

*Any and all items on this agenda are subject to discussion and vote*

I.   Call to Order

II.  Open Meeting and Roll Call

III. Closed Session-Analysis of Legal Issues on Various Funding Requests and Proposals

IV.  Public Comment

V.   Adjournment

# EXHIBIT C

CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, February 16, 2007

RE:        PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, February 26, 2007 from 4:30 p.m. to 6:30 p.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

| | |
|---|---|
| Meeting............................ | Executive Committee Meeting |
| Date:................................. | Monday, February 26, 2007 |
| Time:................................. | 4:30 p.m. to 6:30 p.m. |
| Meeting Location: | Sheraton Grand Sacramento |
| | 1230 J St |
| | Sacramento, CA 95814 |
| | (916) 447-1700 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT D

CTTC Executive Committee Meeting Agenda
Monday, February 26, 2007

**CTTC Executive Committee Meeting**
Monday, February 26, 2007
4:30 p.m. to 6:30 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.   Call to Order/Roll Call/Approval of Minutes

II.   Opening Remarks

III.   Executive Director Report

IV.   Government Affairs Update

V.   Marketing Advisory Committee Update

VI.   Financial Update
1.   Financial Reports
2.   FY 07-08 Proposed Catastrophic Reserve
3.   Cash Flow Projection
4.   Discuss Proposed Assessment Payments by Credit Card
5.   Proposed FY 07-08 Operating Budget
6.   Other Financial Matters

VII.   Legal Update
1.   Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying Issues.
2.   Review of Policy and Legal Restrictions with Respect to Contracts Involving Third Parties Including Trade Associations, Convention and Visitor's Bureau's and Marketing Programs.

VIII.   Other Business
1.   2007 Commission Meeting Dates
2.   TIA Travel Leadership Summit – September 2007

IX.   Public Comment

X.   Adjournment

# EXHIBIT E

# CTTC MEMORANDUM

TO:      California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:    Caroline Beteta, Executive Director

DATE:     Friday, February 16, 2007

RE:       PUBLIC NOTICE OF THE CTTC MARKETING ADVISORY COMMITTEE
           MEETING

---

A meeting of the California Travel and Tourism Commission Marketing Advisory Committee is scheduled to take place on Tuesday, February 27, 2007 from 9:30 a.m. to 12:30 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting: | Marketing Advisory Committee Meeting |
| Date: | Tuesday, February 27, 2007 |
| Time: | 9:30 a.m. – 12:30 p.m. |
| Meeting Location: | Sheraton Grand Sacramento 1230 J St Sacramento, CA 95814 (916) 447-1700 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT F

CTTC Marketing Advisory Committee Meeting Agenda
Tuesday, February 27, 2007

# CTTC Marketing Advisory Committee Meeting

Tuesday, February 27, 2007
9:30 a.m. – 12:30 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

## AGENDA

Any and all items on this Agenda are subject to discussion and vote

I.    Call to Order/Approval of Agenda and October 24, 2006 Marketing Advisory Committee
      Meeting Minutes/Welcoming Remarks

II.   Executive Director Report

III.  Budget - FY 07-08 Strategic Marketing Plan ($50 Million) – Presentation and Discussion

IV.   Domestic Advertising/Co-op Update
      a.  California Snow Campaign Report
      o.  Spring/Summer Advertising Campaign Update
      c.  Focus Group Report
      d.  Update on Cooperative Marketing Activities

V.    Web site/Publications/Fulfillment Report

VI.   International Report
      a.  Travel Trade Update
      b.  International Show/Program
      c.  New International Offices
      d.  Communications
      e.  Consumer/Co-op
      f   Japan Market Research
      g.  International Summit Report

VII.  Domestic Communications/Media Relations Report
      a.  Media Events (San Francisco/New York)
      b.  International Offices Update
      c.  High Definition/B-Roll Project

VIII. Welcome Center Status/Update

IX.   Other Business/Public Comment
      a.  Tour of California
      b.  Road-side Rest Areas

X.    Adjournment

# EXHIBIT G

# CTTC MEMORANDUM

TO:       California Travel and Tourism Commission
             Secretary of State
             Travel Industry Association
             Members of the Public Who Have Requested Notification
             (For informational purposes only)

FROM:    Caroline Beteta, Executive Director

DATE:     Friday, February 16, 2007

RE:       PUBLIC NOTICE OF THE CTTC COMMISSION MEETING

---

A meeting of the California Travel and Tourism Commission is scheduled to take place on Tuesday, February 27, 2007 from 1:30 p.m. – 4:00 p.m.

The meeting details are as follows.

| | |
|---|---|
| Meeting: | Commission Meeting |
| Date: | Tuesday, February 27, 2007 |
| Time: | 1:30 p.m. – 4:00 p.m. |
| Meeting Location: | Sheraton Grand Sacramento |
| | 1230 J St |
| | Sacramento, CA 95814 |
| | (916) 447-1700 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT H

CTTC Commission Meeting Agenda
Tuesday, February 27, 2007

# CTTC Commission Meeting
Tuesday, February 27, 2007
1:30 p.m. – 4:00 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order/Approval of Agenda and October 25, 2006 Commission Meeting Minutes

II.    Opening Remarks

III.   Executive Director Report

IV.    Strategic Planning and Government Affairs Update
    a.  Consideration of Program Legislative and Regulatory Changes
    b.  Federal Update and Travel Leadership Summit Report

V.     Assessment Program Update

VI.    Marketing Advisory Committee Update – See Marketing Advisory Committee Meeting Agenda

VII.   Nominating Committee Report
    a.  Discussion/Fill Existing Vacancies on Commission

VIII.  Legal Issues

IX.    Financial Report
    a.  Financial Reports
    b.  Status of Matching Funds Contract with State
    c.  FY 06-07 Budget
    d.  Other Financial Matters

X.     Other Business
    a.  Tour of California Update
    b.  Safety Road Side Rest Area Update
    c.  CTTC Meeting Dates for 2007

XI.    Public Comment

XII.   Adjournment

# EXHIBIT I



california
FIND YOURSELF HERE

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      March 19, 2007

RE:        PUBLIC NOTICE OF THE CTTC AUDIT COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Audit Committee is scheduled to take place on Friday, March 30, 2007 from 10:00 a.m. to 11:00 a.m..

Participation for this meeting is available via conference call. The meeting details are as follows:

---

Meeting:..........................Audit Committee Meeting

Date:..................................Friday, March 30, 2007

Time:..................................10:00 a.m. to 11:00 a.m.

Call-in Information.......Phone #877-973-7507/Pass code
                         518056

Meeting Location:    CA Travel and Tourism Commission
                     980 Ninth Street, Suite 480
                     Sacramento, CA 95814

---

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matt Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT J

CTTC Audit Committee Meeting
Friday, March 30, 2007
10:00 a.m. to 11:00 a.m.

CTTC
980 Ninth Street, Suite 480
Sacramento, CA 95814
877-973-7507 pass code 518056

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.   Call to Order

II.  Review and Approve Minutes from 10-17-06 Meeting

III. Develop Recommendation of Audit Firm for 6/30/07 Audit

IV.  Update on Status of FY 05-06 Audit Recommendations

V.   Other Business

VI.  Public Comment

VII. Adjournment

# EXHIBIT K



TO:      California Travel and Tourism Commission
          Secretary of State
          Travel Industry Association
          Members of the Public Who Have Requested Notification
          (For informational purposes only)

FROM:   Caroline Beteta, Executive Director

DATE:    Tuesday, April 10, 2007

RE:      PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Friday, April 20, 2007 from 12:00 p.m. to 2:00 p.m.

Participation for this meeting is available via conference call  The meeting details are as follows:

> Meeting:...........................Executive Committee Meeting
>
> Date:................................Friday, April 20, 2007
>
> Time:................................12:00 p.m. to 2:00 p.m.
>
> Meeting Location:   California Travel and Tourism
>                         980 Ninth Street, Suite 480
>                         Sacramento, CA 95814
>
> Conference Call info:.....1-877-973-7507/passcode 518056

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT L

CTTC Executive Committee Meeting Agenda
Friday, April 20, 2007

CTTC Executive Committee Meeting
Friday, April 20, 2007
12:00 p.m. to 2:00 p.m.

California Travel and Tourism
980 Ninth Street, Suite 480
Sacramento, CA 95814

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.    Call to Order/Roll Call/Approval of Minutes

II.    Opening Remarks

III.    Legal Update (Closed Session)
1.    Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying Issues.
2.    Review of Policy and Legal Restrictions with Respect to Contracts/sponsorships involving thirds parties.

IV.    Executive Director Report

V.    Government Affairs Update

VI.    Marketing Advisory Committee Update

VII.    Financial Update
1.    Audit Committee Report
2.    FY 07-08 Proposed Catastrophic Reserve
3.    Cash Flow Projection update
4.    Discuss Proposed Assessment Payments by Credit Card
5.    Proposed FY 07-08 Operating Budget
6.    Other Financial Matters

VIII.    Other Business
1.    Nominating Committee update
2.    TIA related issues
(1) PowWow
(2) Travel Leadership Summit – September 2007
3.    07-08 Commission Meeting Dates
4.    May 2007 CTTC Meeting Structure
5.    Referendum

IX.    Public Comment

X.    Adjournment

# EXHIBIT M

# CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, May 4, 2007

RE:        PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, May 14, 2007 from 4:30 p.m. to 6:30 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting:...........................Executive Committee Meeting | |
| Date:................................Monday, May 14, 2007 | |
| Time: ...............................4:30 p.m. to 6:30 p.m. | |
| Meeting Location: | The Fairmont Hotel<br>950 Mason Street<br>San Francisco, California<br>Hunt Room |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT N

CTTC Executive Committee Meeting
Monday, May 14, 2007
4:30 p.m. to 6:30 p.m.

The Fairmont Hotel
950 Mason Street
San Francisco, California
The Hunt Room

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.      Call to Order/Roll Call

II.     Opening Remarks

III.    Executive Director Report

IV.     Nominating Committee Report
        A.  Consider vacancies to Executive Committee and Full Commission
        B.  Recommend Establishment of Governance Committee

V.      Referendum Report/Assessment Update
        A   Establish Referendum Task Force

VI.     Government Affairs Update

VII.    Marketing Advisory Committee Update

VIII.   Financial Update
        A.  Financial Reports
        B.  FY 07-08 Proposed Catastrophic Reserve
        C.  Cash Flow Projections Report
        D   Discuss Proposed Assessment Payments by Credit Card
        E.  Consideration and Approval of Proposed FY 07-08 Operating Budget and Plan
            1.  Staff Resource Plan
            2.  Office Space Plan
        F.  Disaster Recovery Plan Update
        G.  Other Financial Matters

IX.     Legal Update
        A.  Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying Issues.
        B.  Review of Policy and Legal Restrictions with Respect to Contracts involving Third Parties Including Trade
            Associations, Convention and Visitor's Bureau's and Marketing Programs.
        C.  Consider Bylaw Amendments Regarding Ex-Officio Board Positions.
        D.  Other Legal Matters

X.      Other Business
        A.  2007/2008 Commission Meeting Dates
        B.  TIA Travel Leadership Summit – September 2007
        C.  CTTC Annual Executive Director Review/Staff Reviews
            1.  Process and Timeline
        D.  Consideration of TIA Co-Chair

XI.     Public Comment

XII.    Adjournment

# EXHIBIT O

# CTTC MEMORANDUM

TO:       California Travel and Tourism Commission
          Secretary of State
          Travel Industry Association
          Members of the Public Who Have Requested Notification
          (For informational purposes only)

FROM:     Caroline Beteta, Executive Director

DATE:     Friday, May 4, 2007

RE:       PUBLIC NOTICE OF THE CTTC MARKETING ADVISORY COMMITTEE
          MEETING

---

A meeting of the California Travel and Tourism Commission Marketing Advisory
Committee is scheduled to take place on Tuesday, May 15, 2007 from 9:00 a.m. to 4:00
p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting: | Marketing Advisory Committee Meeting |
| Date: | Tuesday, May 15, 2007 |
| Time: | 9:00 a.m. – 4:00 p.m. |
| Meeting Location: | The Fairmont Hotel<br>950 Mason Street<br>San Francisco, California<br>Terrace Ballroom |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or
msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure
that pertinent meeting materials reach you.

Thank you.

# EXHIBIT P

CTTC Marketing Advisory Committee Meeting

Tuesday, May 15, 2007
9:00 a.m. – 4:00 p.m.

The Fairmont Hotel
950 Mason Street
San Francisco, California
Terrace Ballroom

AGENDA

Any and all items on this Agenda are subject to discussion and vote

I.      Call to Order/Approval of Agenda and February 27, 2007 Marketing Advisory Committee Meeting Minutes/Welcoming Remarks

II.     Executive Director Report

III.    FY 07-08 Strategic Marketing Plan ($50 Million) - Presentation of Updated Document/Budget and Annual Work Plans
        a.  Consideration and approval of FY 07-08 Marketing Budget and Plan

IV      Domestic Advertising/Co-op Update
        a.  Spring/Summer Advertising Campaign Update
        b.  Focus Group Research Report
        c.  New '07/'08 Creative Presentation
        d.  Proposed '07/'08 Media Plan
        e.  Update on Cooperative Marketing Activities
            i.    California Snow
            ii.   Treasure Hunt
            iii.  SHOP
            iv.   Fun Spots
            v.    Culture California

V       Technology/Web site

VI.     Publications/Fulfillment Report

VII.    International Report
        a.  Travel Trade Update
        b.  Pow-Wow Re-cap
        c   Other International Trade Shows (ITB, Expo Vacaciones)
        d.  International Office Updates
        e.  Communications
        f   Consumer/Co-op
        g.  Individual Country Plans/Budget
        h.  Governor's Canada Mission

VIII.   Domestic Communications/Media Relations Report
        a.  Media Events (Miami/New York-Culinary)
        b.  High Definition/B-Roll Project

IX.     Welcome Center Status/Update

X.      Research Update

XI.     Other Business/Public Comment

XII.    Adjournment

# EXHIBIT Q

# CTTC MEMORANDUM

TO:         California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:       Caroline Beteta, Executive Director

DATE:       Friday, May 4, 2007

RE:         PUBLIC NOTICE OF THE CTTC COMMISSION MEETING

---

A meeting of the California Travel and Tourism Commission is scheduled to take place on Tuesday, May 15, 2007 from 9:00 a.m. to 4:00 p.m.

The meeting details are as follows:

> Meeting: ........................ Commission Meeting
>
> Date: ................................ Tuesday, May 15, 2007
>
> Time: ................................ 9:00 a.m. – 4:00 p.m.
>
> Meeting Location:    The Fairmont Hotel
>                      950 Mason Street
>                      San Francisco, California
>                      Terrace Ballroom

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# EXHIBIT R

CTTC Commission Meeting Agenda
Tuesday, May 15, 2007

# CTTC Commission Meeting
Tuesday, May 15, 2007
9:00 a.m. – 4:00 p.m.

The Fairmont Hotel
950 Mason Street
San Francisco, California
Terrace Ballroom

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.    Call to Order/Approval of Agenda and February 27, 2006 Commission Meeting Minutes

II.   Opening Remarks

III.  Executive Director Report

IV.   Nominating Committee Report
      a.  Discussion/Fill Existing Vacancies on Commission and Executive Committee]
      b.  Consider establishment of Governance Committee

V.    Referendum Update/Assessment Update
      a.  Establish Task Force for Referendum

VI.   Strategic Planning and Government Affairs Update
      a.  Consideration of Program Legislative and Regulatory Changes
      b.  Federal Update and Travel Leadership Summit Report

VII.  Marketing Advisory Committee Update – See Marketing Advisory Committee Meeting Agenda

VIII. Legal Issues
      a.  Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying issues.
      b.  Review of Policy and Legal Restrictions with Respect to Contracts Involving Third Parties Including Trade Associations, Convention and Visitor's Bureau's and Marketing Programs.
      c.  Consider Bylaw Amendments regarding ex-officio board positions.
      d.  Other Legal Matters

IX.   Financial Report
      a.  Financial Reports
      b.  Status of Contract with State
      c.  Consideration and Approval of FY 07-08 Budget
      d.  Other Financial Matters

X.    Other Business
      a.  CTTC Meeting Dates for 2007/2008

XI.   Public Comment

XII.  Adjournment