1   CENTER FOR PUBLIC INTEREST LAW
2   UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
    ROBERT C. FELLMETH, SBN 49897
3   cpil@sandiego.edu
    ED HOWARD, SBN 151936
4   JULIANNE D'ANGELO FELLMETH, SBN: 109288
    5998 Alcala Park
5   San Diego, CA 92110
    Telephone:    (619) 260-4806
6   Facsimile:    (619) 260-4753

7   SULLIVAN HILL LEWIN REZ & ENGEL        HULETT HARPER STEWART LLP
8   A Professional Law Corporation         DENNIS STEWART, SBN: 99152
    DONALD G. REZ, SBN 82615               dstewart@hulettharper.com
9   rez@shlaw.com                          JENNIFER A. KAGAN, SBN: 234554
    550 West "C" Street, Suite 1500        jenni@hulettharper.com
10  San Diego, CA 92101                    550 West C Street, Suite 1600
11  Telephone:    (619) 233-4100           San Diego, CA 92101
    Facsimile:    (619) 231-4372           Telephone:    (619) 338-1133
12                                         Facsimile:    (619) 338-1139

13  Attorneys for Plaintiffs

14              IN THE UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16  MICHAEL SHAMES; GARY GRAMKOW,     Case No. 07CV2174H(BLM)
17  on behalf of themselves and on behalf of all
    persons similarly situated,           **CLASS ACTION**
18
                    Plaintiffs,           **PROOF OF SERVICE**
19
20  v.                                    DATE:     January 7, 2008
                                          TIME:     10:30 a.m.
21  THE HERTZ CORPORATION, et al.,        JUDGE:    Honorable Marilyn L. Huff
                                          CTRM:     13
22                  Defendants.

23

24

25

26

27

28

**PROOF OF SERVICE**
*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on November 29, 2007, I served the following document(s) entitled:

- **PLAINTIFF MICHAEL SHAMES'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF MICHAEL SHAMES'S MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF JULIANNE D'ANGELO FELLMETH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF CRYSTAL MUHLENKAMP IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF BRADLEY JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

- **[PROPOSED] ORDER GRANTING PLAINTIFF MICHAEL SHAMES'S MOTION FOR A PRELIMINARY INJUNCTION**

on ALL INTERESTED PARTIES in this action:
**SEE ATTACHED SERVICE LIST**

■ **BY HAND DELIVERY:** I caused a copy of the above-referenced documents to a process server to be personally served on the interested parties (as denoted on the attached Service List).

■ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit (as denoted on the attached Service List).

■ **BY ELECTRONIC MAIL:** I caused transmission of a PDF copy of the foregoing document(s) this date via the Court's ECF system, to the parties indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 29, 2007, at San Diego, California.

_____
SHERALYNN M. MACHADO

1

**CAR RENTAL FEES**
Case No. 07CV2174H(BLM)
Service List

**PLAINTIFFS' COUNSEL**

Dennis Stewart
Jennifer Kagan
HULLETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone: (619) 338-1133
Facsimile:  (619) 338-1139

**Robert C. Fellmeth
Ed Howard
Julianne D'angelo Fellmeth
CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
SCHOOL OF LAW
5998 Alcala Park
San Diego, CA  92110
Telephone: (619) 260-4806
Facsimile:  (619) 260-4753

†Donald G. Rez
SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone: (619) 233-4100
Facsimile:  (619) 231-4372

**DEFENDANTS**

*The Hertz Corporation
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

*Dollar Thrifty Automotive Group, Inc.
THE CORPORATION TRUST COMPANY
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

*Avis Budget Group, Inc.
CSC - Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

*Vanguard Car Rental USA, Inc.
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

*Enterprise Rent-A-Car, Inc.
CT Corporation System
120 South Central Avenue, Ste. 400
St. Louis MO 63105

*Fox Rent A Car, Inc.
c/o MANSOUR JABERI
5500 W Century Blvd
Los Angeles, CA 90045

*Coast Leasing Corp.
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

*California Travel and Tourism Commission
c/o Michael Kvarme
400 Capitol Mall Suite 1100
Sacramento, CA 95814

*Caroline Beteta
California Travel and Tourism Commission
980 9th Street, Suite 480
Sacramento, CA 95814-2715


* Via Personal Service
** Via U.S. Mail
† Via ECF System