# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated

VS

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP, a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION (see attached)

SUMMONS IN A CIVIL ACTION
Case No.

'07CV 2174 H    BLM

TO: (Name and Address of Defendant)

Dollar Thrifty Automotive Group, Inc.
c/o Agent For Service of Process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Center for Public Interest Law, University of San Diego School of Law, Robert C. Fellmeth, Ed Howard, 5998 Alcala Park, San Diego, CA 92110
Sullivan Hill Lewin Rez & Engel, Donald G. Rez, 550 West "C" Street, Suite 1500, San Diego, CA 92101
Hulett, Harper, Stewart, Dennis Stewart, Kirk Hulett, 550 West "C" Street, Suite 1600, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 1 4 2007
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

*Michael Shames, et al. v. Hertz Corporation, et al.*
USDC - Southern District of California

## ATTACHMENT TO SUMMONS IN CIVIL ACTION

Continuation of Defendants:

and Caroline Beteta

*Michael Shames, et al. v. Hertz Corporation, et al.*

::ODMA\PCDOCS\PCDOCS\276411\1

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100          Ref. No.         : 0291201-02
Attorney for : PLAINTIFF   Atty. File No.  : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : MICHAEL SHAMES, et al. | Case No.: 07CV 2174 H BLM |
| DEFENDANT | : THE HERTZ CORPORATION, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; [CLASS ACTION] COMPLAINT FOR INJUNCTION, MONEY DAMAGES AND DECLARATION RELIEF

3. a. Party served       : DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation
                          AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY, CORPORATION TRUST
   b. Person served    :   SCOTT LASCALA, REGISTERED AGENT
                          (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  1209 ORANGE STREET
                                        WILMINGTON, DE  19801      (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  November 20, 2007   (2) at: 01:40 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:        DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation
                          AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY, CORPORATION TRUST
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. SEE ATTACHED NOTARIZED AFFIDAVIT
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California  92101
   c. 619-233-9700
   d. Fee for service: $164.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007              Signature:
                                    SEE ATTACHED NOTARIZED AFFIDAVIT

Jud. Coun. form, rule 982.9              **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of California

Michael Shames, et al
Plaintiff(s)

v

The Hertz Corporation, et al
Defendant(s)

Case No: '07 CV-2174 H BLM

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Dollar Thrifty Automotive Group, Inc.

with the documents: Summons and Complaint

Person Served: Scott LaScala of The Corporation Trust Company, Registered Agent

Service Address: The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: November 20, 2007       Time of Service: 1:40 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 40's   Sex: M   Race: W   Hgt: 5'10"   Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

November 28, 2007      at   Wilmington,   Delaware
Date                         City             State

Daniel Newcomb, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me a Notary Public of the State of Delaware on November 28, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan  My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008