# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated

vs

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP, a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION (see attached)

SUMMONS IN A CIVIL ACTION
Case No.

'07CV 2174 H    BLM

TO: (Name and Address of Defendant)
Enterprise Rent-A-Car Company
c/o Agent for Service of Process
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Center for Public Interest Law, University of San Diego School of Law, Robert C. Fellmeth, Ed Howard, 5998 Alcala Park, San Diego, CA 92110
Sullivan Hill Lewin Rez & Engel, Donald G. Rez, 550 West "C" Street, Suite 1500, San Diego, CA 92101
Hulett, Harper, Stewart, Dennis Stewart, Kirk Hulett, 550 West "C" Street, Suite 1600, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. [signature]

By _____, Deputy Clerk

NOV 1 4 2007
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

*Michael Shames, et al. v. Hertz Corporation, et al.*
USDC - Southern District of California

## ATTACHMENT TO SUMMONS IN CIVIL ACTION

Continuation of Defendants:

and Caroline Beteta

*Michael Shames, et al. v. Hertz Corporation, et al.*

::ODMA\PCDOCS\PCDOCS\276411\1

DONALD G. REZ, ESQ. (SBN 82615)
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 WEST "C" STREET, SUITE 1500
SAN DIEGO CA 92101
619-233-4100
Attorney for : PLAINTIFF

Ref. No.      : 0291204-02
Atty. File No. : 246.10979

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF : MICHAEL SHAMES, et al. | | Case No.: 07CV 2174 H BLM |
| DEFENDANT : THE HERTZ CORPORATION, et al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served    : ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation
                         AGENT FOR SERVICE: CT CORPORATION
   b. Person served  : MEGHAN MEHAN, (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 120 S. CENTRAL AVENUE
                                       ST. LOUIS, MO  63105

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 19, 2007  (2) at: 02:05 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation
                      AGENT FOR SERVICE: CT CORPORATION
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. SEE ATTACHED NOTARIZED AFFIDAVIT
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $164.50
   e. I am:
      (3) a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 152
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 3, 2007            Signature: _____
                                             SEE ATTACHED NOTARIZED AFFIDAVIT

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

# AFFIDAVIT OF SERVICE

| State of California | County of | United States District Court |

Case Number: 07CV-2174

Plaintiff:
**Michael Shames; Gary Gramkow**

vs.

Defendant:
**Enterprise Rent-A-Car, et. al.**

For:
Knox Services
2250 Fourth Avenue
San Diego, CA 92101

Received by Master File to be served on **ENTERPRISE RENT-A-CAR, c/o CT Corporation, 120 S. Central Ave., Clayton, MO, 63105.**

I, Justin Roussel, being duly sworn, depose and say that on the **19th day of November, 2007 at 2:05 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case** with the date and hour of service endorsed thereon by me to Meghan Meehan c/o CT Corporation as Registered Agent of the within named corporation, in compliance with State Statutes.

**Justin Roussel**
Process Server

Subscribed and Sworn to before me on the 19th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

H. KATHLEEN DUNN
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Exp. 06/30/2008

Master File
7925 Clayton Road
Suite 200
St. Louis, MO 63117
(314) 862-6049
Our Job Serial Number: 2007000722
Ref: 01371

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i