1  Jeffrey A. LeVee (State Bar No. 125863)
   JONES DAY
2  555 South Flower Street
   Fiftieth Floor
3  Los Angeles, CA 90071-2300
   Telephone: (213) 489-3939
4  Facsimile: (213) 243-2539
   jlevee@jonesday.com
5
   Attorneys for Defendant
6  DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

7
   Dennis Stewart (State Bar No. 99152)
8  HULETT HARPER STEWART LLP
   550 West "C" Street, Suite 1600
9  San Diego, CA 92101
   Telephone: (619) 338-1133
10 Facsimile: (619) 338-1139
   dstewart@hulettharper.com
11
   Attorneys for Plaintiffs
12

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16 | **MICHAEL SHAMES; GARY**            | Case No. 07 CV 2174 H BLM
   | **GRAMKOW, on behalf of themselves and**
17 | **on behalf of all persons similarly situated,,** | [Class Action]

18 | **Plaintiffs,**                    |

19 | v.                                  | JOINT MOTION REGARDING
                                          DEFENDANTS' RESPONSE TO THE
20 | **THE HERTZ CORPORATION, et al.,** | COMPLAINT

21 | **Defendants.**                     |

22
        Plaintiffs and defendants hereby jointly move the Court for an order extending the date by
23
   which defendants must file their responses to the complaint. Good cause exists for the extension
24
   because this is the first request for an extension of time to respond to a twenty-one page
25
   complaint alleging antitrust violations. Further, if the Court allows the extension, defendants will
26
   be able to attempt to coordinate their responses to the complaint.
27
        In further support of this joint motion, the parties state:
28

1. Plaintiffs initiated this action on November 14, 2007.

2. All defendants either have been served or, by agreeing to this stipulation, hereby agree to waive service and any potential challenges to the manner of service of process.

3. Defendants have requested, and plaintiffs have agreed, that defendants' responses to the complaint shall be filed no later than January 25, 2008.

4. The parties have further agreed that, in the event any of the defendants files a motion to dismiss the complaint, plaintiffs shall have no less than twenty-eight (28) days to file their opposition to such motions (i.e. no earlier than February 22, 2008), and defendants shall have no less than fourteen (14) days thereafter to file their replies, if any, in support of such motions.

5. This joint motion does not affect the timing of plaintiffs' motion for preliminary injunction against the CTTC.

For purposes of this joint motion only, counsel for Dollar Thrifty Automotive Group, Inc. is authorized to sign on behalf of all defendants.

Dated: December 7, 2007

JONES DAY

By: /s/ Jeffrey A. LeVee

Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. AND SPECIALLY APPEARING ON BEHALF OF ALL DEFENDANTS FOR THE PURPOSES OF THIS MOTION ONLY

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | HULETT HARPER STEWART LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Dennis Stewart |

CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW

SULLIVAN HILL LEWIN REZ & ENGEL

Counsel for Plaintiffs