|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> THE HERTZ CORPORATION, et al., <br><br> Defendants. | Case No. 07 CV 2174 H  BLM <br><br> [Class Action] <br><br> **ORDER ON JOINT MOTION REGARDING DEFENDANTS' RESPONSE TO THE COMPLAINT** |
|---|---|

07 CV 2174

1  The Court has considered the parties' joint motion regarding the timing of defendants'
2  response to the complaint, and for good cause shown, the Court hereby orders:
3      1.    Defendants' responses to the complaint shall be filed no later than January 25,
4  2008.
5      2.    In the event any of the defendants files a motion to dismiss the complaint,
6  plaintiffs shall have no less than twenty-eight (28) days to file their opposition to such motions,
7  and defendants shall have no less than fourteen (14) days thereafter to file their replies, if any, in
8  support of such motions.
9      IT IS SO ORDERED.
10
11  Dated: December 10, 2007

                              Honorable Marilyn L. Huff
                              United States District Judge

12
13  COPIES TO:
    All Parties of Record