CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA 92110
Telephone: (619) 260-4806
Facsimile: (619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR AN INTERIM ORDER**<br><br>JUDGE: Honorable Marilyn L. Huff<br>CTRM: 13 |

{10824/11233/RRC/1000395.DOC;}   07CV2174H(BLM)

1  Plaintiff Michael Shames and Defendant California Travel and Tourism Commission
2  (hereinafter "CTTC") hereby submit this joint motion for an interim order resolving the issues
3  raised in Plaintiff Michael Shames's Motion for a Preliminary Injunction, pending resolution of
4  the Plaintiff's Motion. The parties stipulate and agree that the following will be binding on both
5  the CTTC and its committees until the hearing on Plaintiff's motion. This is an interim
6  arrangement the CTTC enters into in order to pursue further discussions with Plaintiff and arrange
7  for time to oppose Plaintiff's motion should such opposition be necessary. This Stipulation is
8  without prejudice to any claim or defense of the parties.

9  As used in this stipulation, "CTTC" includes the Commission itself and any other
10 committee, subcommittee or other CTTC entity that is governed by the Bagley-Keene Open
11 Meeting Act, Government Code sections 11120 *et seq*. As used in this stipulation, "meeting"
12 includes meetings of the Commission itself and any other committee, subcommittee or other
13 CTTC entity that is governed by the Bagley-Keene Open Meeting Act, Government Code sections
14 11120 *et seq*.

15  1.  The CTTC shall provide written notice of a meeting, upon request, at least ten
16 days in advance of the meeting.

17  2.  The CTTC shall include, on all written meeting notices, a single Internet address
18 where CTTC meeting notices and agendas are posted.

19  3.  The CTTC shall post agendas for all meetings on the Internet at least ten days prior
20 to the scheduled meeting at the same Internet address as that listed on the written notices. This
21 address shall be linked to or identified at www.visitcalifornia.com and www.visitcalifornia.ca.gov,
22 in the graphic box entitled "California Events," in the same font and point size as the listing for the
23 November 23 event in the Inland Empire currently posted. The text shall read: "Information
24 Regarding Meetings of the California Travel and Tourism Commission."

25  4.  Each item listed for discussion on CTTC meeting agendas shall be described by
26 the items of business to be transacted or discussed in either open or closed session. The phrases
27 "other business," "other financial issues," "legal issues" and "other legal issues" shall not be used.
28 The CTTC shall, prior to releasing agendas to the public either in writing or on the Internet, seek

the advice of counsel as to whether the agenda descriptions meet the requirements of section 11125(b).

5.    If the CTTC intends to meet via teleconference, it shall publish a notice containing the Internet address where the notice is posted electronically and a specific agenda of the teleconference meeting at least ten days in advance of the meeting at the Internet address required by paragraph 2 herein.  The CTTC shall post agendas at all teleconference locations.  The CTTC shall identify each teleconference location by its address in the notices and agendas, and it shall provide public access to each teleconference location.  Furthermore, members of the CTTC may only attend meetings via teleconference at locations that have been noticed and are accessible to the public.  The CTTC shall follow all other requirements of California Government Code section 11123 concerning the conduct of teleconference meetings.

6.    The CTTC shall not require members of the public to preregister or RSVP in order to attend its meetings or to receive meeting materials.  All meal registration requests, sign in sheets or other requests for information from the CTTC to the public shall state, in no less than 12 point font, at the top of each page, in capital letters the following language:  "TO MEMBERS OF THE PUBLIC:  PLEASE BE ADVISED THAT THIS SIGN IN SHEET [OR MEAL REGISTRATION FORM] IS VOLUNTARY.  YOU ARE NOT REQUIRED TO SIGN IN OR COMPLETE THIS FORM IN ORDER TO ATTEND OR SPEAK AT ANY COMMISSION MEETINGS."

7.    If the CTTC meets in closed session, it shall comply with paragraph 4 as well as include on all agendas a citation to the statutory authority under which the closed session is being held.  The CTTC shall follow all other requirements of Government Code sections 11126, 11126.1, and 11126.3 concerning closed sessions.

1 DATED: 12/11/07

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN

*/s/ J.A.K.*

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139


CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
  SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA 92110
Telephone: (619) 260-4806
Facsimile: (619) 260-4753

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372

Attorneys for Plaintiffs


DATED: 12/10/07

WEINTRAUB GENSHLEA CHEDIAK
CHARLES POST

*/s/ Charles Post*

CHARLES POST

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant California Travel and Tourism Commission

{10824/11233/RRC/1000395.DOC;}    3