```
 1  CENTER FOR PUBLIC INTEREST LAW
    UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
 2  ROBERT C. FELLMETH, SBN 49897
 3  cpil@sandiego.edu
    ED HOWARD, SBN 151936
 4  JULIANNE D'ANGELO FELLMETH, SBN: 109288
    5998 Alcala Park
 5  San Diego, CA  92110
    Telephone:    (619) 260-4806
 6  Facsimile:    (619) 260-4753
 7
    SULLIVAN HILL LEWIN REZ & ENGEL         HULETT HARPER STEWART LLP
 8  A Professional Law Corporation          DENNIS STEWART, SBN: 99152
    DONALD G. REZ, SBN 82615                dstewart@hulettharper.com
 9  rez@shlaw.com                           JENNIFER A. KAGAN, SBN: 234554
                                            jenni@hulettharper.com
10  550 West "C" Street, Suite 1500         550 West C Street, Suite 1600
    San Diego, CA  92101                    San Diego, CA  92101
11  Telephone:    (619) 233-4100            Telephone:    (619) 338-1133
    Facsimile:    (619) 231-4372            Facsimile:    (619) 338-1139
12
    Attorneys for Plaintiffs
13
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>               Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br><br>JUDGE:   Honorable Marilyn L. Huff<br>CTRM:   13 |
|---|---|

**PROOF OF SERVICE**
*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on December 11, 2007, I served the following document(s) entitled: **JOINT MOTION FOR AN INTERIM ORDER** on ALL INTERESTED PARTIES in this action:

| | |
|---|---|
| Jeffrey A. LeVee<br>jlevee@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Flr<br>Los Angeles, CA 90013<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 | Charles Post<br>cpost@weintraub.com<br>WEINTRAUB GENSHLEA CHEDIAK<br>400 Capitol Mall, Eleventh Floor<br>Sacramento, CA 95814<br>Telephone: (916)558-6000<br>Facsimile: (916) 446-1611 |

[✓] **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER**: I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

[ ] **BY FAX**: I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2007, at San Diego, California.

*/s/ Katie Gonzalez*
KATIE GONZALEZ

07CV2174H(BLM)