**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>   Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION FOR AN INTERIM ORDER**<br><br>JUDGE:   Honorable Marilyn L. Huff<br>CTRM:    13 |

1  The Court has considered the parties' Joint Motion for an Interim Order, and for good
2  cause shown, the Court hereby orders:

3  WHEREAS, Plaintiff Michael Shames and Defendant California Travel and Tourism
4  Commission (hereinafter "CTTC") submitted a joint motion for an interim order resolving the
5  issues raised in Plaintiff Michael Shames's Motion for a Preliminary Injunction, pending
6  resolution of the Plaintiff's Motion. The parties stipulate and agree that the following will be
7  binding on both the CTTC and its committees until the hearing on Plaintiff's motion. This is an
8  interim arrangement the CTTC enters into in order to pursue further discussions with Plaintiff and
9  arrange for time to oppose Plaintiff's motion should such opposition be necessary. This
10 Stipulation is without prejudice to any claim or defense of the parties.

11 As used in this stipulation, "CTTC" includes the Commission itself and any other
12 committee, subcommittee or other CTTC entity that is governed by the Bagley-Keene Open
13 Meeting Act, Government Code sections 11120 *et seq*. As used in this stipulation, "meeting"
14 includes meetings of the Commission itself and any other committee, subcommittee or other
15 CTTC entity that is governed by the Bagley-Keene Open Meeting Act, Government Code sections
16 11120 *et seq*.

17 1.  The CTTC shall provide written notice of a meeting, upon request, at least ten
18 days in advance of the meeting.

19 2.  The CTTC shall include, on all written meeting notices, a single Internet address
20 where CTTC meeting notices and agendas are posted.

21 3.  The CTTC shall post agendas for all meetings on the Internet at least ten days prior
22 to the scheduled meeting at the same Internet address as that listed on the written notices. This
23 address shall be linked to or identified at www.visitcalifornia.com and www.visitcalifornia.ca.gov,
24 in the graphic box entitled "California Events," in the same font and point size as the listing for the
25 November 23 event in the Inland Empire currently posted. The text shall read: "Information
26 Regarding Meetings of the California Travel and Tourism Commission."

27 4.  Each item listed for discussion on CTTC meeting agendas shall be described by
28 the items of business to be transacted or discussed in either open or closed session. The phrases

1

"other business," "other financial issues," "legal issues" and "other legal issues" shall not be used. The CTTC shall, prior to releasing agendas to the public either in writing or on the Internet, seek the advice of counsel as to whether the agenda descriptions meet the requirements of section 11125(b).

5.   If the CTTC intends to meet via teleconference, it shall publish a notice containing the Internet address where the notice is posted electronically and a specific agenda of the teleconference meeting at least ten days in advance of the meeting at the Internet address required by paragraph 2 herein.  The CTTC shall post agendas at all teleconference locations.  The CTTC shall identify each teleconference location by its address in the notices and agendas, and it shall provide public access to each teleconference location.  Furthermore, members of the CTTC may only attend meetings via teleconference at locations that have been noticed and are accessible to the public.  The CTTC shall follow all other requirements of California Government Code section 11123 concerning the conduct of teleconference meetings.

6.   The CTTC shall not require members of the public to preregister or RSVP in order to attend its meetings or to receive meeting materials.  All meal registration requests, sign in sheets or other requests for information from the CTTC to the public shall state, in no less than 12 point font, at the top of each page, in capital letters the following language:  "TO MEMBERS OF THE PUBLIC:  PLEASE BE ADVISED THAT THIS SIGN IN SHEET [OR MEAL REGISTRATION FORM] IS VOLUNTARY.  YOU ARE NOT REQUIRED TO SIGN IN OR COMPLETE THIS FORM IN ORDER TO ATTEND OR SPEAK AT ANY COMMISSION MEETINGS."

7.   If the CTTC meets in closed session, it shall comply with paragraph 4 as well as include on all agendas a citation to the statutory authority under which the closed session is being held.  The CTTC shall follow all other requirements of Government Code sections 11126, 11126.1, and 11126.3 concerning closed sessions.

IT IS SO ORDERED.

DATED: December 12, 2007

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE