CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA 92110
Telephone: (619) 260-4806
Facsimile: (619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,

Plaintiffs,

v.

THE HERTZ CORPORATION, et al.,

Defendants.

Case No. 07CV2174H(BLM)

**CLASS ACTION**

**JOINT MOTION TO CONTINUE THE JANUARY 7, 2008 HEARING**

JUDGE: Honorable Marilyn L. Huff
CTRM: 13

Plaintiff Michael Shames and Defendant California Travel and Tourism Commission (hereinafter "CTTC") hereby submit this joint motion for a continuance of the January 7, 2008 hearing on Plaintiff's motion for a preliminary injunction.

WHEREAS, the parties reached an interim agreement pending resolution of Plaintiff's Preliminary Injunction Motion, which the Court signed on December 12, 2007;

WHEREAS, the briefing scheduling for the January 7, 2008 hearing overlaps with the holiday season; and

WHEREAS, the parties are continuing to meet and confer regarding the issues raised in Plaintiff's preliminary injunction motion,

The parties hereby stipulate and agree as follows:

The January 7, 2008 hearing is continued until such later time as the parties agree, subject to the Court's availability.

This continuance is without prejudice to either party.

DATED: December 19, 2007

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN

*/s/ Dennis Stewart*
DENNIS STEWART

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA 92110
Telephone: (619) 260-4806
Facsimile: (619) 260-4753

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372

Attorneys for Plaintiffs

DATED: December 19, 2007

WEINTRAUB GENSHLEA CHEDIAK
CHARLES POST

Charles Post (TAB)
CHARLES POST

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Telephone: (916)558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant California Travel and Tourism Commission