1  CENTER FOR PUBLIC INTEREST LAW
   UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
2  ROBERT C. FELLMETH, SBN 49897
   cpil@sandiego.edu
3  ED HOWARD, SBN 151936
4  JULIANNE D'ANGELO FELLMETH, SBN: 109288
   5998 Alcala Park
5  San Diego, CA  92110
   Telephone:    (619) 260-4806
6  Facsimile:    (619) 260-4753

7
   SULLIVAN HILL LEWIN REZ & ENGEL            HULETT HARPER STEWART LLP
8  A Professional Law Corporation             DENNIS STEWART, SBN: 99152
   DONALD G. REZ, SBN 82615                   dstewart@hulettharper.com
9  rez@shlaw.com                              JENNIFER A. KAGAN, SBN: 234554
                                              jenni@hulettharper.com
10 550 West "C" Street, Suite 1500            550 West C Street, Suite 1600
   San Diego, CA  92101                       San Diego, CA  92101
11 Telephone:    (619) 233-4100               Telephone:   (619) 338-1133
   Facsimile:    (619) 231-4372               Facsimile:   (619) 338-1139
12
   Attorneys for Plaintiffs
13

14                    IN THE UNITED STATES DISTRICT COURT

15                       SOUTHERN DISTRICT OF CALIFORNIA

16 | MICHAEL SHAMES; GARY GRAMKOW,         | Case No. 07CV2174H(BLM)
17 | on behalf of themselves and on behalf of all persons similarly situated, |
                                           | **CLASS ACTION**
18 |                                       |
   |           Plaintiffs,                 | **PROOF OF SERVICE**
19 |                                       |
20 | v.                                    |
   |                                       |
21 | THE HERTZ CORPORATION, et al.,        | JUDGE:   Honorable Marilyn L. Huff
   |                                       | CTRM:    13
22 |           Defendants.                 |

Case 3:07-cv-02174-H-BLM     Document 23     Filed 12/20/2007     Page 2 of 2

**PROOF OF SERVICE**
*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on December 20, 2007, I served the following document(s) entitled: **JOINT MOTION TO CONTINUE THE JANUARY 7, 2008 HEARING** on ALL INTERESTED PARTIES in this action:

| | |
|---|---|
| Jeffrey A. LeVee<br>jlevee@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Flr<br>Los Angeles, CA 90013<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 | Charles Post<br>cpost@weintraub.com<br>WEINTRAUB GENSHLEA CHEDIAK<br>400 Capitol Mall, Eleventh Floor<br>Sacramento, CA 95814<br>Telephone: (916) 558-6000<br>Facsimile: (916) 446-1611 |
| Michael L. Weiner<br>michael.weiner@skadden.com<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>Four Times Square<br>New York, NY 10036-6522<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 | Sara L. Bensley<br>sara.bensley@skadden.com<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>1440 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760 |

☑ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2007 at San Diego, California.

_____
KATIE GONZALEZ

1

07CV2174H(BLM)