# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | CASE NO. 07-CV-2174 H (BLM)<br><br>CLASS ACTION<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On November 29, 2007, plaintiff Michael Shames ("Plaintiff") filed a motion for a preliminary injunction preventing defendant The California Travel and Tourism Commission ("CTTC") and its officers, employees and representatives from violating the Bagley-Keene Open Meeting Act, Cal. Govt. Code §§ 11120 et seq. (Doc. No. 10.) A hearing on Plaintiff's motion was set for January 7, 2008.

On December 11, 2007, Plaintiff and the CTTC filed a joint motion for an interim order resolving the issues raised in Plaintiff's motion pending resolution of that motion. (Doc. No. 19.) The Court granted the parties' joint motion and entered an order pursuant to a stipulation between Plaintiff and the CTTC. (Doc. No. 19.)

On December 20, 2007, Plaintiff and the CTTC filed a joint motion to continue the hearing on Plaintiff's motion in light of the holiday season and the parties' ongoing meet and

1  confer efforts regarding the issues raised in Plaintiff's motion for a preliminary injunction.
2  (Doc. No. 22.)  The Court grants the joint motion and orders that the hearing on Plaintiff's
3  motion be continued to February 4, 2008, at 10:30 a.m.
4  IT IS SO ORDERED.
5  DATED:  December 20, 2007

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT