| *Attorney or Party without Attorney:* <br> Hulett Harper Stewart LLP <br> 550 W. C Street, # 1600 <br> San Diego, CA 92101 <br> *Telephone No:* 619-338-1133   *FAX No.* 619-338-1139 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court - Southern District Of California | |
| *Plaintiff:* Michael Shames, et al. | |
| *Defendant:* The Hertz Corporation, et al | |

| **PROOF OF SERVICE** | *Hearing Date* | *Time:* | *Dept/Div.:* | *Case Number:* <br> 07CV2174H(BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Plaintiff Michael Shaem's Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points & Authorities in Support of Plaintiff Michael Shames's Motion for Preliminary Injunction; Declaration of Bradley Johnson; Declaration of Crystal Muhlenkamp; Declaration of Julianne D'Angelo Fellmeth; Order Granting Plaintiff Michael Shames's Motion for Preliminary Injunction; Proof of Service

3. a. Party served:  Avis Budget Group, Inc.
   b. Person served:  Becky DeGeorge, Person Authorized to Accept Service

4. Address where the party was served:  CSC Lawyers
   2730 Gateway Oaks Dr. # 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 30, 2007 (2) at: 1:36PM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tiffany Goucher
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955
   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Dec. 03, 2007

   *Judicial Council Form*  **PROOF OF SERVICE**   *(Tiffany Goucher)*   *hu15.101916*
   **Rule 982.9.(a)&(b) Rev January 1, 2007**