| *Attorney or Party without Attorney* | | | | For Court Use Only |
|---|---|---|---|---|
| Hulett Harper Stewart LLP<br>550 W. C Street, # 1600<br>San Diego, CA 92101 | | | | |
| *Telephone No.* 619-338-1133 | *FAX No.* 619-338-1139 | | | |
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court* | | | | |
| United States District Court - Southern District Of California | | | | |
| *Plaintiff:* Michael Shames, et al. | | | | |
| *Defendant:* The Hertz Corporation, et al | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV2174H(BLM) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Plaintiff Michael Shaem's Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points & Authorities in Support of Plaintiff Michael Shames's Motion for Preliminary Injunction; Declaration of Bradley Johnson; Declaration of Crystal Muhlenkamp; Declaration of Julianne D'Angelo Fellmeth; Order Granting Plaintiff Michael Shames's Motion for Preliminary Injunction; Proof of Service

3. a. Party served:                        California Travel and Tourism Commission
   b. Person served:                     Jennifer Williams, Person Authorized to Accept Service

4. Address where the party was served:     c/o Caroline Beteta<br>
                                                    980 9th Street Suite 480<br>
                                                  Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 30, 2007 (2) at: 2:10PM

7. **Person Who Served Papers:**                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tiffany Goucher                                            d. **The Fee** for Service was:
   b. **Class Action Research &**                              e. I am: Not a Registered California Process Server
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Dec. 03, 2007

                                                                     (Tiffany Goucher)

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | | hu15.101918 |
|---|---|---|---|