| Attorney or Party without Attorney:<br>Hulett Harper Stewart LLP<br>550 W. C Street, # 1600<br>San Diego, CA 92101<br>Telephone No: 619-338-1133   FAX No: 619-338-1139<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of California |

| Plaintiff: Michael Shames, et al. |
|---|
| Defendant: The Hertz Corporation, et al |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV2174H(BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Plaintiff Michael Shaem's Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points & Authorities in Support of Plaintiff Michael Shames's Motion for Preliminary Injunction; Declaration of Bradley Johnson; Declaration of Crystal Muhlenkamp; Declaration of Julianne D'Angelo Fellmeth; Order Granting Plaintiff Michael Shames's Motion for Preliminary Injunction; Proof of Service

3. a. Party served:           Dollar Thrifty Automotive Group, Inc.
   b. Person served:         Scott LaScala, Person Authorized to Accept Service

4. Address where the party was served:   The Corporation Trust Company
                                          1209 Orange Street
                                          Wilmington, DE 19801

5. I served the party.
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 03, 2007 (2) at: 1:30PM

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Lennon Snow                                    d. *The Fee for Service was:*
   **b. Class Action Research &**                    e. I am: Not a Registered California Process Server
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Dec. 03, 2007

   Judicial Council Form                      PROOF OF SERVICE              (Lennon Snow)
   Rule 982.9.(a)&(b) Rev January 1, 2007                                                    hu15.101914

## ALL-PURPOSE ACKNOWLEDGMENT

STATE OF __Delaware__         )
COUNTY OF __New Castle__      )

On __Dec 3, 2007__ before me, __Dennis Schofield, Notary Public__
      DATE                          NAME, TITLE OF OFFICER – E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared, __Lennon Snow__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____(SEAL)
NOTARY PUBLIC SIGNATURE

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 24, 2011.

──────────── OPTIONAL INFORMATION ────────────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____ NUMBER OF PAGES _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____    SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|   |   |