| Attorney or Party without Attorney:<br>Hulett Harper Stewart LLP<br>550 W. C Street, # 1600<br>San Diego, CA 92101<br>Telephone No 619-338-1133  FAX No. 619-338-1139<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No. | |
| Insert name of Court, and Judicial District and Branch Court<br>United States District Court - Southern District Of California | |
| Plaintiff: Michael Shames, et al. | |
| Defendant: The Hertz Corporation, et al | |

| **PROOF OF SERVICE** | Hearing Date | Time: | Dept/Div | Case Number:<br>07CV2174H(BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Plaintiff Michael Shaem's Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points & Authorities in Support of Plaintiff Michael Shames's Motion for Preliminary Injunction; Declaration of Bradley Johnson; Declaration of Crystal Muhlenkamp; Declaration of Julianne D'Angelo Fellmeth; Order Granting Plaintiff Michael Shames's Motion for Preliminary Injunction; Proof of Service

3. a. Party served:       Enterprise Rent-A-Car, Inc.
   b. Person served:     John Linnihan, Person Authorized to Accept Service

4. Address where the party was served:   CT Corporation System
   120 South Central Avenue Ste 400
   St. Louis, MO  63105

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 30, 2007 (2) at: 4:12PM

7. Person Who Served Papers:                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Lawrence Roth                                           d. **The Fee** for Service was:
   b. **Class Action Research &**                             e. I am: Not a Registered California Process Server
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Dec. 03, 2007

   Judicial Council Form          PROOF OF SERVICE         X _____
   Rule 982.9.(a)&(b) Rev January 1, 2007                    (Lawrence Roth)        hul5 101915

# ALL-PURPOSE ACKNOWLEDGMENT

STATE OF _Missouri_ )
COUNTY OF _St Louis_ )

On _12/15_ before me, _Kelley A Bannister, notary public_
    DATE                                  NAME TITLE OF OFFICER – E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared, _Lawrence G Roth_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

_____(SEAL)
NOTARY PUBLIC SIGNATURE

[Notary Seal:
KELLEY A. BANNISTER
Notary Public – Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 10, 2011
Commission # 07460028]

——————— OPTIONAL INFORMATION ———————

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____ NUMBER OF PAGES _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____ SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|  |  |