| *Attorney or Party without Attorney* | | | | *For Court Use Only* |
|---|---|---|---|---|
| Hulett Harper Stewart LLP<br>550 W. C Street, # 1600<br>San Diego, CA 92101 | | | | |
| *Telephone No.* 619-338-1133 | *FAX No.* 619-338-1139 | | | |
| | | *Ref. No. or File No..* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court.* | | | | |
| United States District Court - Southern District Of California | | | | |
| *Plaintiff:* Michael Shames, et al. | | | | |
| *Defendant.* The Hertz Corporation, et al | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time* | *Dept/Div* | *Case Number.*<br>07CV2174H(BLM) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Plaintiff Michael Shaem's Notice of Motion and Motion for a Preliminary Injunction; Memorandum of Points & Authorities in Support of Plaintiff Michael Shames's Motion for Preliminary Injunction; Declaration of Bradley Johnson; Declaration of Crystal Muhlenkamp; Declaration of Julianne D'Angelo Fellmeth; Order Granting Plaintiff Michael Shames's Motion for Preliminary Injunction; Proof of Service

3. a. *Party served:*     California Travel and Tourism Commission
   b. *Person served:*     Theresa Scott, Person Authorized to Accept Service

4. *Address where the party was served:*     c/o Michael Kvarme<br>400 Capitol Mall Suite 1100<br>Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 30, 2007 (2) at: 1:52PM

7. *Person Who Served Papers:*                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tiffany Goucher
   b. Class Action Research &
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   d. **The Fee** *for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Mon, Dec. 03, 2007

          **Judicial Council Form**           **PROOF OF SERVICE**      *(Tiffany Goucher)*      *hul5.101917*
          **Rule 982.9.(a)&(b) Rev January 1, 2007**