Charles L. Post, State Bar No. 160443
Thadd A. Blizzard, State Bar No. 83297
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
cpost@weintraub.com
tblizzard@weintraub.com

Attorneys for Defendant California Travel
And Tourism Commission

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07CV2174H(BLM)<br><br>CLASS ACTION<br><br>JOINT MOTION TO CONTINUE THE FEBRUARY 4, 2008 HEARING ON PRELIMINARY INJUNCTION<br><br>JUDGE:  Honorable Marilyn L. Huff<br>CTRM:   13 |

Plaintiff Michael Shames and Defendant California Travel and Tourism Commission hereby submit this joint motion for a continuance of the February 4, 2008 hearing on Plaintiff's motion for a preliminary injunction.

WHEREAS, the parties reached an interim agreement pending resolution of Plaintiff's preliminary injunction motion.

WHEREAS, the Court issued an Order on December 12, 2007 setting a hearing on Plaintiff's motion for preliminary injunction for February 4, 2008;

///

///

WHEREAS, the parties are continuing to meet and confer regarding the issues raised in Plaintiff's preliminary injunction motion, and desire additional time to discuss the possibility of a permanent stipulation which may obviate the need for a hearing on plaintiff's motion.

Therefore, the parties hereby stipulate ad agree as follows:

The February 4, 2008 hearing is continued until such later time as the parties agree, subject to the Court's availability but no sooner than March 4, 2008. The continuance is without prejudice to either party.

IT IS SO STIPULATED.

DATED: 1/10/08

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN

/s/ J. A. K.

JENNIFER A. KAGAN

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:  (619) 338-1133
Facsimile:   (619) 338-1139

CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
 SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA 92110
Telephone:  (619) 260-4806
Facsimile:   (619) 260-4753

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone:  (619) 233-4100
Facsimile:   (619) 231-4372

WHEREAS, the parties are continuing to meet and confer regarding the issues raised in Plaintiff's preliminary injunction motion, and desire additional time to discuss the possibility of a permanent stipulation which may obviate the need for a hearing on plaintiff's motion.

Therefore, the parties hereby stipulate ad agree as follows:

The February 4, 2008 hearing is continued until such later time as the parties agree, subject to the Court's availability but no sooner than March 4, 2008. The continuance is without prejudice to either party.

IT IS SO STIPULATED.

DATED: _____

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN


_____
JENNIFER A. KAGAN

550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139


CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
 SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA  92110
Telephone:   (619) 260-4806
Facsimile:   (619) 260-4753

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone:   (619) 233-4100
Facsimile:   (619) 231-4372

Attorneys for Plaintiffs

DATED: 1/10/08

WEINTRAUB GENSHLEA CHEDIAK

_____
CHARLES POST

Attorneys for Defendant California Travel and Tourism Commission

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, Eleventh Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action. On today's date, I caused to be served the following:

**JOINT MOTION TO CONTINUE THE FEBRUARY 4, 2008 HEARING ON PRELIMINARY INJUNCTION**

☑ I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary course of business. Under this practice, correspondence is collected, sealed, postage thereon fully prepaid, and deposited the same day with the U. S. Postal Service.

☐ I caused the above documents to be personally delivered to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by causing them to be delivered via Federal Express, for next-day delivery to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by transmitting them via facsimile to the addressee(s) indicated below.

☐ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. (Federal)

| | |
|---|---|
| CENTER FOR PUBLIC INTEREST LAW<br>UNIVERSITY OF SAN DIEGO SCHOOL OF LAW<br>ROBERT C. FELLMETH<br>ED HOWARD<br>JULIANNE D'ANGELO FELLMETH<br>5998 Alcala Park<br>San Diego, CA 92110 | Attorneys for Plaintiff |
| SULLIVAN HILL LEWIN REZ & ENGEL<br>A Professional Law Corporation<br>DONALD G. REZ<br>550 West "C" Street, Suite 1500<br>San Diego, CA 92101 | Attorneys for Plaintiff |
| HULETT HARPER STEWART LLP<br>DENNIS STEWART<br>JENNIFER A. KAGAN<br>550 West C Street, Suite 1600<br>San Diego, CA 92101 | Attorneys for Plaintiff |

{0478/15375/RRC/1008880.DOC;}

Proof of Service

| | |
|---|---|
| Jeffrey A. LeVee<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90013 | Attorneys for Dollar Thrifty Automotive Group |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 10, 2008, in Sacramento, California.

_____
Ramona R. Carrillo

{0478/15375/RRC/1008880.DOC;}

Proof of Service