# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES, GARY GRAMKOW, and JOHN DOE 1, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERTZ CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-2174-H (BLM)<br><br>ORDER GRANTING JOINT MOTION FOR CONTINUANCE<br><br>[Doc. No. 30] |

The Court currently has a hearing scheduled for February 4, 2008, at 10:30 AM regarding plaintiff Michael Shames's ("Plaintiff") motion for preliminary injunction. (Doc. No. 10)  The motion seeks an order binding only one defendant, The California Travel and Tourism Commission ("CTTC").  On January 10, 2008, Plaintiff and CTTC submitted a joint motion for a continuance of this hearing, indicating that additional time to meet and confer may result in a stipulation obviating the need for a hearing. (Doc. No. 30.)

/ / /

/ / /

/ / /

/ / /

1  The Court grants the motion and continues the hearing to **March 10, 2008 at
2  10:30 AM**, or as soon thereafter as the Court can call the case.
3  IT IS SO ORDERED.

5  DATED: January 16, 2008

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.