Charles L. Post, State Bar No. 160443
Thadd A. Blizzard, State Bar No. 83297
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA, <br><br> Defendants. | Case No:   07 CV 2174 H BLM <br><br> [CLASS ACTION] <br><br> PLAINTIFFS MICHAEL SHAMES AND GARY GRAMKOW AND DEFENDANTS THE CALIFORNIA TRAVEL AND TOURISM COMMISSION AND CAROLINE BETETA'S JOINT MOTION RE STIPULATION AND ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |

Plaintiffs Michael Shames and Gary Gramkow and Defendants California Travel and Tourism Commission (hereinafter "CTTC") and Caroline Beteta (hereinafter "Beteta") hereby submit this joint motion and stipulation for an order granting CTTC and Caroline Beteta an extension of time to respond to the Complaint in this matter.

///

1  ///

2  WHEREAS, Plaintiffs have granted CTTC and Beteta an extension of up to
3  and including February 8, 2008 to file their respective responsive pleadings,

4  The parties hereby stipulate and agree as follows:

5  CTTC and Beteta have up to and including February 8, 2008 to file their
6  respective responsive pleadings to the Complaint filed in this matter.

7  DATED: January 23, 2008

**HULETT HARPER STEWART LLP**
DENNIS STEWART
JENNIFER A. KAGAN

*/s/ Jennifer A. Kagan*

Jennifer A. Kagan
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

**CENTER FOR PUBLIC INTEREST LAW**
UNIVERSITY OF SAN DIEGO
SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA 92110
Telephone: (619) 260-4806
Facsimile: (619) 260-4753)

**SULLIVAN, HILL, LEWIN, REZ & ENGEL**
A Professional Law Corporation
DONALD G. REZ
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372

Attorneys for Plaintiffs

```
 1  DATED: January 23, 2008            WEINTRAUB GENSHLEA CHEDIAK
 2                                     CHARLES POST
 3                                     _____
                                       CHARLES POST
 4                                     400 Capitol Mall, Eleventh Floor
                                       Sacramento, CA 95814
 5                                     Telephone: (916) 558-6000
                                       Facsimile: (916) 446-1611
 6                                     Attorneys for Defendants California Travel
                                       and Tourism Commission and Caroline
 7                                     Beteta

 8
 9  DATED: January     , 2008          OFFICE OF THE ATTORNEY GENERAL OF
                                       THE STATE OF CALIFORNIA
10                                     LISA W. CHAO
11
12                                     _____
13                                     Lisa W. Chao
                                       Deputy Attorney General
14                                     300 S. Spring Street, Suite 1702
                                       Los Angeles, CA 90013
15                                     Ph: 213-897-2481
                                       Fax: 213-897-5775
16
17                                     Attorneys for Defendant Caroline Beteta
```

weintraub genshlea chediak
LAW CORPORATION

{10824/16392/TAB/1011755.DOC;}   3   Joint Motion for Extension of Time