UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No:   07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>ORDER GRANTING DEFENDANTS CTTC AND BATETA AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |

///

///

///

///

///

1     Pursuant to the Joint Motion and Stipulation of the parties herein,

2     **IT IS HEREBY ORDERED** that defendants California Travel and Tourism Commission and Caroline Beteta are granted an extension of up to and including February 8, 2008 to file their responsive pleadings to the complaint in this matter.

Dated: January 24, 2008

_____
Marilyn L. Huff, District Judge
United States District Court

COPIES TO:
All Parties of Record