| | |
|---|---|
| 1 | Michael L. Weiner (*Pro hac vice*) |
|   | SKADDEN ARPS SLATE MEAGHER & |
| 2 |    FLOM LLP |
|   | Four Times Square |
| 3 | New York, New York 10036-6522 |
|   | Telephone:  (212) 735-7000 |

Douglas B. Adler (Cal. Bar No. 130749)
SKADDEN ARPS SLATE MEAGHER &
   FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000

Sara L. Bensley (*Pro hac vice*)
SKADDEN ARPS SLATE MEAGHER &
   FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Telephone:  (202) 371-7000

Attorneys for Defendant
AVIS BUDGET GROUP, INC.

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA**<br><br>**Defendants.** | Case No. 07 CV 2174 H  BLM<br><br>[Class Action]<br><br><br><br><br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OF RENTAL CAR DEFENDANTS**<br><br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br><br>**Honorable Marilyn L. Huff** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 17, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13, of the above-entitled Court, located at 880 Front Street, No. 4290, San Diego, California 92101-8900, Defendants The Hertz Corporation, Dollar Thrifty Automotive Group Inc., Avis Budget Group Incorporated, Vanguard Car Rental USA Inc., Enterprise Rent-A-Car Company, Fox Rent-A-Car Incorporated, and Coast Leasing Corp. (collectively, the "Rental Car Defendants") will and hereby do, move the Court for an order to dismiss with prejudice the First and Second Causes of Action for failure to state a claim.

This Motion is made on the basis that the allegations that Rental Car Defendants violated Section 1 of the Sherman Act, 15 U.S.C. § 1, fail to satisfy the pleading requirements articulated by the Supreme Court in *Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955 (2007). Alternatively, to the extent that Plaintiffs' Section 1 allegations are based on the Rental Car Defendants' lobbying activities or their participation in a state-mandated industry referendum, the allegations fail to state a claim because the challenged conduct is immune from antitrust liability under the *Noerr-Pennington* doctrine, the challenged conduct is specifically authorized by state law, or, alternatively, the Plaintiffs have not suffered antitrust injury and therefore lack standing. The Rental Car Defendants also move to dismiss Plaintiffs' purported claims under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, and the False Advertising Law, Cal. Bus. & Prof. Code § 17500 *et seq.*, on the ground that their alleged conduct is immune from liability pursuant to Section 13995.90 of the California Government Code. Alternatively, Plaintiffs fail to state a claim under the Unfair Competition Law and the False Advertising Law because they do not and cannot show that the Rental Car Defendants' alleged conduct, which Plaintiffs admit was permitted under the California Tourism Marketing Act, was unlawful, unfair or fraudulent; Plaintiffs do not and cannot show that the conduct at issue violated the Sherman Act or any other law.

   1    This Motion is based on this Notice, the accompanying Memorandum of Points and

2 Authorities in Support of the Motion to Dismiss, the Request for Judicial Notice and attached

3 exhibits filed concurrently herewith, the Declaration of Gregory D. Call in Support of Rental Car

4 Defendants' Motion to Dismiss, the pleadings and papers filed in this action, and such further

5 evidence or argument as may be presented at or prior to the hearing on this matter.

6 Dated: January 25, 2008          Respectfully submitted,

| | |
|---|---|
| FOLGER LEVIN & KAHN LLP | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |
| By: /s/ Gregory D. Call | By: _____ |
| Gregory D. Call (Cal. Bar No. 120484) | Michael L. Weiner (*Pro hac vice*) |
| Beatrice B. Nguyen (Cal. Bar No. 172961) | Four Times Square<br>New York, New York 10036<br>Tel.: (212) 735-2632 |
| Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, California 94111<br>Tel.: (415) 986-2800 | Douglas B. Adler (Cal. Bar No. 130749) |
| Jennifer S. Romano (Cal. Bar No. 195953) | 300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Tel.: (213) 687-5120 |
| 1900 Avenue of the Stars<br>28th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 556-3700 | Sara L. Bensley (*Pro hac vice*) |
| Counsel for Defendants<br>ENTERPRISE RENT-A-CAR COMPANY<br>and VANGUARD CAR RENTAL USA,<br>INC. | 1440 New York Avenue, N.W.<br>Washington, D.C. 20005-2111<br>Tel.: (202) 371-7000 |
| | Counsel for Defendant<br>AVIS BUDGET GROUP, INC. |

1  This Motion is based on this Notice, the accompanying Memorandum of Points and
2  Authorities in Support of the Motion to Dismiss, the Request for Judicial Notice and attached
3  exhibits filed concurrently herewith, the Declaration of Gregory D. Call in Support of Rental Car
4  Defendants' Motion to Dismiss, the pleadings and papers filed in this action, and such further
5  evidence or argument as may be presented at or prior to the hearing on this matter.

6  Dated: January 25, 2008                    Respectfully submitted,

| FOLGER LEVIN & KAHN LLP | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |
|---|---|
| By: _____<br>Gregory D. Call (Cal. Bar No. 120484)<br>Beatrice B. Nguyen (Cal. Bar No. 172961)<br><br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, California 94111<br>Tel.: (415) 986-2800<br><br>Jennifer S. Romano (Cal. Bar No. 195953)<br><br>1900 Avenue of the Stars<br>28th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 556-3700<br><br>Counsel for Defendants<br>ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC. | By: /s/ Michael L. Weiner<br>Michael L. Weiner (*Pro hac vice*)<br><br>Four Times Square<br>New York, New York 10036<br>Tel.: (212) 735-2632<br><br>Douglas B. Adler (Cal. Bar No. 130749)<br><br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Tel.: (213) 687-5120<br><br>Sara L. Bensley (*Pro hac vice*)<br><br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005-2111<br>Tel.: (202) 371-7000<br><br>Counsel for Defendant<br>AVIS BUDGET GROUP, INC. |

Case 3:07-cv-02174-H-BLM   Document 34   Filed 01/25/2008   Page 5 of 8

| | |
|---|---|
| JONES DAY | LONG, WILLIAMSON AND DELIS |
| By: /s/ Jeffrey A. LeVee<br>Jeffrey A. LeVee (Cal. Bar No. 125863) | By: _____<br>T. Patrick Long (Cal. Bar No. 182394) |
| 555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel.: (213) 489-3939 | 400 N. Tustin Ave.<br>Suite 370<br>Santa Ana, California 92705<br>Tel: (714) 668-1400 |
| Counsel for Defendant<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | Counsel for Defendant<br>COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation |
| O'MELVENY & MYERS LLP | WERTZ McDADE WALLACE MOOT & BROWER |
| By: _____<br>Richard G. Parker (*Pro hac vice*) | By: _____<br>John H. Stephens (Cal. Bar No. 82971) |
| 1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300 | 945 Fourth Avenue<br>San Diego, California 92101<br>Tel: (619) 233-1888 |
| Michael F. Tubach (Cal. Bar No. 145955)<br>Thomas P. Brown (Cal. Bar No. 182916) | Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |
| Embarcadero Center West<br>275 Battery Street<br>Suite 2600<br>San Francisco, California 94111<br>Tel.: (415) 984-8700 | |
| Gerald A. Stein (*Pro hac vice*) | |
| Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>Tel.: (212) 326-2000 | |
| Counsel for Defendant<br>HERTZ CORPORATION | |

- 4 -

07cv2174

| | |
|---|---|
| JONES DAY | LONG, WILLIAMSON AND DELIS |
| By: _____<br>Jeffrey A. LeVee (Cal. Bar No. 125863)<br><br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel.: (213) 489-3939<br><br>Counsel for Defendant<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | By: /s/ Warren Campbell<br>T. Patrick Long (Cal. Bar No. 182394)<br>Warren B. Campbell (Cal. Bar #7037)<br>400 N. Tustin Ave.<br>Suite 370<br>Santa Ana, California 92705<br>Tel: (714) 668-1400<br><br>Counsel for Defendant<br>COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation |
| O'MELVENY & MYERS LLP | WERTZ McDADE WALLACE MOOT & BROWER |
| By: _____<br>Richard G. Parker (*Pro hac vice*)<br><br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300<br><br>Michael F. Tubach (Cal. Bar No. 145955)<br>Thomas P. Brown (Cal. Bar No. 182916)<br><br>Embarcadero Center West<br>275 Battery Street<br>Suite 2600<br>San Francisco, California 94111<br>Tel.: (415) 984-8700<br><br>Gerald A. Stein (*Pro hac vice*)<br><br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>Tel.: (212) 326-2000<br><br>Counsel for Defendant<br>HERTZ CORPORATION | By: _____<br>John H. Stephens (Cal. Bar No. 82971)<br><br>945 Fourth Avenue<br>San Diego, California 92101<br>Tel: (619) 233-1888<br><br>Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |

| | |
|---|---|
| JONES DAY | LONG, WILLIAMSON AND DELIS |
| By: _____<br>Jeffrey A. LeVee (Cal. Bar No. 125863) | By: _____<br>T. Patrick Long (Cal. Bar No. 182394) |
| 555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel.: (213) 489-3939 | 400 N. Tustin Ave.<br>Suite 370<br>Santa Ana, California 92705<br>Tel: (714) 668-1400 |
| Counsel for Defendant<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | Counsel for Defendant<br>COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation |
| O'MELVENY & MYERS LLP | WERTZ McDADE WALLACE MOOT & BROWER |
| By: /s/ Richard A. Parker<br>Richard G. Parker (Cal. Bar No. #62356) | By: _____<br>John H. Stephens (Cal. Bar No. 82971) |
| 1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300 | 945 Fourth Avenue<br>San Diego, California 92101<br>Tel: (619) 233-1888 |
| Michael F. Tubach (Cal. Bar No. 145955)<br>Thomas P. Brown (Cal. Bar No. 182916) | Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |
| Embarcadero Center West<br>275 Battery Street<br>Suite 2600<br>San Francisco, California 94111<br>Tel.: (415) 984-8700 | |
| Gerald A. Stein (*Pro hac vice*)<br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>Tel.: (212) 326-2000 | |
| Counsel for Defendant<br>HERTZ CORPORATION | |


| | |
|---|---|
| 1 | |
| 2 | JONES DAY |
| 3 | |
| 4 | By: _____ |
| 5 | Jeffrey A. LeVee (Cal. Bar No. 125863) |

JONES DAY

By: _____
Jeffrey A. LeVee (Cal. Bar No. 125863)

555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel.: (213) 489-3939

Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

O'MELVENY & MYERS LLP

By: _____
Richard G. Parker (*Pro hac vice*)

1625 Eye Street, NW
Washington, D.C. 20006
Tel.: (202) 383-5300

Michael F. Tubach (Cal. Bar No. 145955)
Thomas P. Brown (Cal. Bar No. 182916)

Embarcadero Center West
275 Battery Street
Suite 2600
San Francisco, California 94111
Tel.: (415) 984-8700

Gerald A. Stein (*Pro hac vice*)

Times Square Tower
Seven Times Square
New York, New York 10036
Tel.: (212) 326-2000

Counsel for Defendant
HERTZ CORPORATION

LONG, WILLIAMSON AND DELIS

By: _____
T. Patrick Long (Cal. Bar No. 182394)

400 N. Tustin Ave.
Suite 370
Santa Ana, California 92705
Tel: (714) 668-1400

Counsel for Defendant
COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation

WERTZ McDADE WALLACE MOOT & BROWER

By: *[signature]*
John H. Stephens (Cal. Bar No. 82971)

945 Fourth Avenue
San Diego, California 92101
Tel: (619) 233-1888

Counsel for Defendant
FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR