1   Michael L. Weiner (*Pro hac vice*)
    SKADDEN ARPS SLATE MEAGHER &
2   FLOM LLP
    Four Times Square
3   New York, New York 10036-6522
    Telephone:  (212) 735-7000
4
    Douglas B. Adler (Cal. Bar No. 130749)
5   SKADDEN ARPS SLATE MEAGHER &
    FLOM LLP
6   300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071-3144
7   Telephone:  (213) 687-5000

8   Sara L. Bensley (*Pro hac vice*)
    SKADDEN ARPS SLATE MEAGHER &
9   FLOM LLP
    1440 New York Avenue, N.W.
10  Washington, D.C. 20005-2111
    Telephone:  (202) 371-7000
11
    Attorneys for Defendant
12  AVIS BUDGET GROUP, INC.

13  [Additional Counsel Listed on Signature Page]

14              **UNITED STATES DISTRICT COURT**

15            **SOUTHERN DISTRICT OF CALIFORNIA**

16

17  **MICHAEL SHAMES; GARY**           Case No. 07 CV 2174 H  BLM
    **GRAMKOW, on behalf of themselves and**
18  **on behalf of all persons similarly situated,**      [Class Action]

19              **Plaintiffs,**

20          **v.**

21  **THE HERTZ CORPORATION, a**        **REQUEST FOR JUDICIAL NOTICE**
    **Delaware corporation; DOLLAR**     **IN SUPPORT OF RENTAL CAR**
22  **THRIFTY AUTOMOTIVE GROUP, INC.,**  **DEFENDANTS' MOTION TO**
    **a Delaware corporation; AVIS BUDGET** **DISMISS**
23  **GROUP, INC., a Delaware corporation;**
    **VANGUARD CAR RENTAL USA, INC.,**
24  **an Oklahoma corporation; ENTERPRISE** Date: March 17, 2008
    **RENT-A-CAR COMPANY, a Missouri**   Time: 10:30 a.m.
25  **corporation; FOX RENT A CAR, INC., a** Place: Courtroom 13
    **California corporation; COAST LEASING**
26  **CORP., a Texas corporation; THE**   **Honorable Marilyn L. Huff**
    **CALIFORNIA TRAVEL AND TOURISM**
27  **COMMISSION and CAROLINE BETETA**

28          **Defendants.**

1
2
3
4
5
6
7
8
9
10
11

Pursuant to Rule 201 of the Federal Rules of Evidence ("Rule 201"), Defendants The Hertz Corporation, Dollar Thrifty Automotive Group Inc., Avis Budget Group Incorporated, Vanguard Car Rental USA Inc., Enterprise Rent-A-Car Company, Fox Rent-A-Car Incorporated, and Coast Leasing Corp. (collectively, the "Rental Car Defendants") hereby respectfully request that this Court take judicial notice of the existence and content of the documents attached hereto as Exhibits A through F, which are:  (1) aspects of the legislative history of California Civil Code § 1936.01 (Exhibits A, B and C); (2) California Senate Bill 1057 (2007-08 Sess.) (Exhibit D); and (3) Plaintiffs' contracts with Alamo and Enterprise Rent-A-Car Company of San Francisco (Exhibits E and F).

12
13

**I.    This Court Should Take Judicial Notice of the Legislative History of California Civil Code § 1936.01.**

14
15
16
17
18
19
20
21
22
23

Exhibits A through C are part of the legislative history of California Civil Code § 1936.01, as added by Statutes of 2006, Chapter 790, § 1, Assembly Bill 2592 ("AB 2592").  Exhibit A is an Assembly Floor Analysis of AB 2592 (the "Assembly Floor Analysis"), including a statement from the bill's sponsor, Assemblyman Mark Leno, on the legislation's purpose.  Exhibit B is a letter, contained within the Assembly Committee Policy file, from Plaintiffs' counsel, Robert C. Fellmeth, Esq. to The Honorable Mark Leno, dated August 23, 2006 (the "Fellmeth Letter").  Exhibit C is the Senate Floor Analysis of AB 2592 on the Third Reading of the bill in the Senate (the "Senate Floor Analysis"), which quotes the Fellmeth Letter.  Thus, the documents attached as Exhibits A through C are part of the legislative history of California Civil Code § 1936.01.

24
25
26
27
28

Pursuant to Rule 201, the Court may take judicial notice of a public record whose existence and content are "not subject to reasonable dispute."  *See, e.g.*, *Intri-Plex Tech., Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007).  Facts are not subject to reasonable dispute when they are "generally known" in the community or "capable of accurate and ready

07cv2174

determination by reference to sources whose accuracy cannot be reasonably questioned." *Stiefel v. Bechtel Corp.*, 497 F. Supp. 2d 1138, 1144 (S.D. Cal. 2007) (citing Fed. R. Evid. 201(b)). Pursuant to Rule 201(d), a court "shall" take judicial notice of such facts where "requested by a party," and the court is "supplied with the necessary information." Fed. R. Evid. 201(d).[1]

The existence and content of the legislative history of statutes are not subject to reasonable dispute, and courts in the Ninth Circuit have consistently taken judicial notice of the legislative history of California statutes. *See, e.g.*, *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005) (granting a federal habeas corpus petitioner's request for judicial notice of the legislative history of a California Penal Code provision); *Louie v. McCormick & Schmick Rest. Corp.*, 460 F. Supp. 2d 1153, 1156 n.4 (C.D. Cal. 2006) (granting a plaintiff's request for judicial notice of portions of the legislative history of a California statute and stating that, under Rule 201, a federal court "may take judicial notice of the records of state courts, the legislative history of state statutes, and the records of state administrative agencies") (citations omitted).  As in *Chaker* and *Louie*, this Court may take judicial notice under Rule 201 of the legislative history of California Civil Code § 1936.01.  Since the Rental Car Defendants have requested judicial notice and supplied this Court with the Assembly Floor Analysis, the Fellmeth Letter, and the Senate Floor Analysis, this Court "shall" take judicial notice of these documents pursuant to Rule 201(d).

**II.   This Court Should Take Judicial Notice of California State Senate Bill 1057 (2007-08 Session).**

Exhibit D is the text of a pending California bill, S. 1057, 2007-2008 Sess. (Cal. 2008) ("SB 1057"), *available at* http://www.leginfo.ca.gov/pub/07-08/bill/sen/sb_1051-1100/sb_1057_

---

[1]   Moreover, a court may consider those properly-noticed facts in ruling on a motion to dismiss without converting the motion into one for summary judgment. *See, e.g.*, *Intri-Plex Tech.*, 499 F.3d at 1052; *see also Stiefel*, 497 F. Supp. 2d at 1144 (stating that a "matter that is properly the subject of judicial notice may be considered along with the complaint when deciding a motion to dismiss for failure to state a claim") (citing *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986)).

07cv2174

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

bill_20080107_introduced.html, introduced by Senator Carole Migden on January 8, 2007, which would amend the California Tourism Marketing Act to require that all rental charges (excluding taxes) be bundled into a single base rate and to prohibit charging a renter a travel commission assessment.  Proposed legislation is a "public record" whose existence and content is indisputable under Rule 201.  *See, e.g.*, *Catholic League for Religious and Civil Rights v. City and County of S.F.*, 464 F. Supp. 2d 938, 941 (N.D. Cal. 2006).  Therefore, the Court may properly take judicial notice of SB 1057.  Since the Rental Car Defendants have requested judicial notice of SB 1057 and supplied this Court with a copy of the bill, this Court "shall" take judicial notice of it pursuant to Rule 201(d).

### III.    This Court Should Take Judicial Notice of Plaintiffs' Rental Agreements with Alamo and Enterprise Rent-A-Car Company of San Francisco.

Exhibits E and F are true and correct redacted copies of the rental agreements between Plaintiff Michael Shames and Alamo and between Plaintiff Gary Gramkow and Enterprise Rent-A-Car Company of San Francisco ("ERAC-SF"), respectively.[2]  *See* Declaration of Gregory D. Call in Support of Rental Car Defendants' Motion to Dismiss.

This Court may consider rental agreements that are purportedly at issue in ruling on the Rental Car Defendants' Motion to Dismiss.  In *Swartz v. KPMG LLP*, 476 F.3d 756 (9th Cir. 2007), the Ninth Circuit reiterated its rule that in deciding a motion to dismiss, "a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned."  *Id.* at 763 (citing *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998), *superseded by statute on other grounds as stated in Abrego Abrego v. Dow Chem. Co.*, 443 F.3d 676 (9th Cir.2006)).  The reason for this rule is to

---

[2]    Messrs. Shames' and Gramkow's addresses and credit card information have been redacted from their rental agreements with Alamo and ERAC-SF.

07cv2174

1   "[p]revent plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting . . .

2   documents upon which their claims are based." *Parrino*, 146 F.3d at 706.

3       Here, Plaintiffs' purported claims are premised on allegedly having rented cars from the

4   Rental Car Defendants and being charged amounts that were allegedly the subject of an

5   agreement in restraint of trade.  *See* Complaint ¶ 9 ("After January 1, 2007, [Plaintiff Michael

6   Shames] rented a vehicle from one of the Rental Car Defendants who is a part of the instant

7   combination and was billed for and paid both the CTTC surcharge and the Airport Concession

8   Fee add-on."); *id.* ¶ 10 (alleging same for Plaintiff Gary Gramkow).  Plaintiffs' post-January 1,

9   2007 rental agreements are the very documents upon which Plaintiffs' purported claims are

10  based.  Further, the authenticity of these rental agreements is unquestionable, because they were

11  created in the regular course of Alamo's and ERAC-SF's business and they bear Plaintiffs' own

12  signatures.  Because Plaintiffs rely on their own rental agreements in the Complaint, and because

13  the agreements attached as Exhibits E and F are unquestionably authentic, this Court may

14  consider them in deciding the Motion to Dismiss.  Since the Rental Car Defendants have

15  requested judicial notice of these documents and supplied them to this Court, this Court "shall"

16  take judicial notice of them pursuant to Rule 201(d).

17  **IV.    Conclusion**

18       For the foregoing reasons, the Court should take judicial notice of the Exhibits attached

19  hereto as Exhibits A through F, and may properly consider the existence and content of these

20  documents in ruling on the Rental Car Defendants' Motion to Dismiss.

- 5 -

07cv2174

Dated: January 25, 2008

FOLGER LEVIN & KAHN LLP


By: _____
Gregory D. Call (Cal. Bar No. 120484)
(Cal. Bar No. 172961)

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Tel.: (415) 986-2800

Jennifer S. Romano (Cal. Bar No.
  195953)

1900 Avenue of the Stars
28th Floor
Los Angeles, California 90067
Tel.: (310) 556-3700

Counsel for Defendants
ENTERPRISE RENT-A-CAR COMPANY
and VANGUARD CAR RENTAL USA,
INC.



JONES DAY



By: _____
Jeffrey A. LeVee (Cal. Bar No. 125863)

555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel.: (213) 489-3939

Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE
GROUP, INC.

Respectfully submitted,

SKADDEN ARPS SLATE MEAGHER &
FLOM, LLP


By: _____
Michael L. Weiner (*Pro hac vice*)

Four Times Square
New York, New York 10036
Tel.: (212) 735-2632

Douglas B. Adler (Cal. Bar No. 130749)

300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Tel.: (213) 687-5120

Sara L. Bensley (*Pro hac vice*)

1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel.: (202) 371-7000

Counsel for Defendant
AVIS BUDGET GROUP, INC.

LONG, WILLIAMSON AND DELIS


By: _____
T. Patrick Long (Cal. Bar No. 182394)

400 N. Tustin Ave.
Suite 370
Santa Ana, California 92705
Tel: (714) 668-1400

Counsel for Defendant
COAST LEASING CORP. dba
ADVANTAGE RENT A CAR, erroneously
sued and served herein as Coast Leasing
Corp., a Texas corporation

- 6 -

07cv2174

1

2
Dated: January 25, 2008                          Respectfully submitted,

3
FOLGER LEVIN & KAHN LLP                          SKADDEN ARPS SLATE MEAGHER &
                                                 FLOM, LLP
4

5
By: _____                          By: /s/ Michael L. Weiner
6
        Gregory D. Call (Cal. Bar No. 120484)            Michael L. Weiner (*Pro hac vice*)
        (Cal. Bar No. 172961)

7                                                        Four Times Square
        Embarcadero Center West                          New York, New York 10036
        275 Battery Street, 23rd Floor                    Tel.: (212) 735-2632
8       San Francisco, California 94111
        Tel.: (415) 986-2800

9                                                        Douglas B. Adler (Cal. Bar No. 130749)

10      Jennifer S. Romano (Cal. Bar No.                 300 South Grand Avenue
          195953)                                        Suite 3400
                                                         Los Angeles, California 90071
11      1900 Avenue of the Stars                          Tel.: (213) 687-5120
        28th Floor
12      Los Angeles, California 90067
        Tel.: (310) 556-3700                             Sara L. Bensley (*Pro hac vice*)

13
Counsel for Defendants                                   1440 New York Avenue, N.W.
ENTERPRISE RENT-A-CAR COMPANY                            Washington, D.C. 20005-2111
14 and VANGUARD CAR RENTAL USA,                           Tel.: (202) 371-7000
   INC.

15
                                                 Counsel for Defendant
16                                               AVIS BUDGET GROUP, INC.

17 JONES DAY                                     LONG, WILLIAMSON AND DELIS

18

19 By: _____                        By: _____
        Jeffrey A. LeVee (Cal. Bar No. 125863)           T. Patrick Long (Cal. Bar No. 182394)
20
        555 South Flower Street                          400 N. Tustin Ave.
21      Fiftieth Floor                                   Suite 370
        Los Angeles, California 90071                    Santa Ana, California 92705
22      Tel.: (213) 489-3939                             Tel: (714) 668-1400

23
Counsel for Defendant                            Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE                         COAST LEASING CORP. dba
24 GROUP, INC.                                    ADVANTAGE RENT A CAR, erroneously
                                                 sued and served herein as Coast Leasing
25                                               Corp., a Texas corporation

26

27

28

07cv2174

1

2    Dated: January 25, 2008                     Respectfully submitted,

3    FOLGER LEVIN & KAHN LLP          SKADDEN ARPS SLATE MEAGHER &
FLOM, LLP

4

5    By: _____      By: _____

6        Gregory D. Call (Cal. Bar No. 120484)      Michael L. Weiner (*Pro hac vice*)
(Cal. Bar No. 172961)

7        Embarcadero Center West          Four Times Square
275 Battery Street, 23rd Floor         New York, New York 10036

8        San Francisco, California 94111     Tel.: (212) 735-2632
Tel.: (415) 986-2800

9        Jennifer S. Romano (Cal. Bar No.      Douglas B. Adler (Cal. Bar No. 130749)

10       195953)                    300 South Grand Avenue
Suite 3400

11       1900 Avenue of the Stars         Los Angeles, California 90071
28th Floor                   Tel.: (213) 687-5120

12       Los Angeles, California 90067
Tel.: (310) 556-3700

13   Counsel for Defendants           Sara L. Bensley (*Pro hac vice*)
ENTERPRISE RENT-A-CAR COMPANY

14   and VANGUARD CAR RENTAL USA,    1440 New York Avenue, N.W.
INC.                      Washington, D.C. 20005-2111

15                           Tel.: (202) 371-7000

16                           Counsel for Defendant
AVIS BUDGET GROUP, INC.

17   JONES DAY                 LONG, WILLIAMSON AND DELIS

18

19   By: _____      By: _____

20      Jeffrey A. LeVee (Cal. Bar No. 125863)    T. Patrick Long (Cal. Bar No. 182394)

21      555 South Flower Street         400 N. Tustin Ave.
Fiftieth Floor                 Suite 370

22      Los Angeles, California 90071      Santa Ana, California 92705
Tel.: (213) 489-3939          Tel: (714) 668-1400

23   Counsel for Defendant           Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE     COAST LEASING CORP. dba

24   GROUP, INC.                ADVANTAGE RENT A CAR, erroneously
sued and served herein as Coast Leasing

25                          Corp., a Texas corporation

26

27

28

07cv2174

| | |
|---|---|
| Dated: January 25, 2008 | Respectfully submitted, |
| FOLGER LEVIN & KAHN LLP | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |

| | |
|---|---|
| By: _____ | By: _____ |
| Gregory D. Call (Cal. Bar No. 120484) (Cal. Bar No. 172961) | Michael L. Weiner (*Pro hac vice*) |
| Embarcadero Center West 275 Battery Street, 23rd Floor San Francisco, California 94111 Tel.: (415) 986-2800 | Four Times Square New York, New York 10036 Tel.: (212) 735-2632 |
| Jennifer S. Romano (Cal. Bar No. 195953) | Douglas B. Adler (Cal. Bar No. 130749) |
| 1900 Avenue of the Stars 28th Floor Los Angeles, California 90067 Tel.: (310) 556-3700 | 300 South Grand Avenue Suite 3400 Los Angeles, California 90071 Tel.: (213) 687-5120 |
| | Sara L. Bensley (*Pro hac vice*) |
| Counsel for Defendants ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC. | 1440 New York Avenue, N.W. Washington, D.C. 20005-2111 Tel.: (202) 371-7000 |
| | Counsel for Defendant AVIS BUDGET GROUP, INC. |
| JONES DAY | LONG, WILLIAMSON AND DELIS |
| By: _____ | By: _____ |
| Jeffrey A. LeVee (Cal. Bar No. 125863) | T. Patrick Long (Cal. Bar No. 182394) Warren B. Campbell (Cal. Bar No. 70375) |
| 555 South Flower Street Fiftieth Floor Los Angeles, California 90071 Tel.: (213) 489-3939 | 400 N. Tustin Ave. Suite 370 Santa Ana, California 92705 Tel: (714) 668-1400 |
| Counsel for Defendant DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | Counsel for Defendant COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation |

07cv2174

1

2    O'MELVENY & MYERS LLP                    WERTZ McDADE WALLACE MOOT &
                                              BROWER
3

4    By: _____             By: _____
       Richard G. Parker (Cal. Bar No. #62356)    John H. Stephens (Cal. Bar No. 82971)
5
        1625 Eye Street, NW                        945 Fourth Avenue
6       Washington, D.C. 20006                     San Diego, California 92101
        Tel.: (202) 383-5300                       Tel: (619) 233-1888
7
        Michael F. Tubach (Cal. Bar No.        Counsel for Defendant
8         145955)                              FOX RENT A CAR D/B/A PAYLESS
        Thomas P. Brown (Cal. Bar No. 182916)  RENT-A-CAR
9
        Embarcadero Center West
10      275 Battery Street
        Suite 2600
11      San Francisco, California 94111
        Tel.: (415) 984-8700
12
        Gerald A. Stein (*Pro hac vice*)
13
        Times Square Tower
14      Seven Times Square
        New York, New York 10036
15      Tel.: (212) 326-2000

16   Counsel for Defendant
     HERTZ CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

07cv2174

1

2      O'MELVENY & MYERS LLP                    WERTZ McDADE WALLACE MOOT &
                                                BROWER
3

4      By: _____             By: _____
           Richard G. Parker (*Pro hac vice*)      John H. Stephens (Cal. Bar No. 82971)
5
           1625 Eye Street, NW                      945 Fourth Avenue
6          Washington, D.C. 20006                   San Diego, California 92101
           Tel.: (202) 383-5300                     Tel: (619) 233-1888
7
           Michael F. Tubach (Cal. Bar No.      Counsel for Defendant
8           145955)                             FOX RENT A CAR D/B/A PAYLESS
           Thomas P. Brown (Cal. Bar No. 182916)   RENT-A-CAR
9
           Embarcadero Center West
10         275 Battery Street
           Suite 2600
11         San Francisco, California 94111
           Tel.: (415) 984-8700
12
           Gerald A. Stein (*Pro hac vice*)
13
           Times Square Tower
14         Seven Times Square
           New York, New York 10036
15         Tel.: (212) 326-2000

16     Counsel for Defendant
       HERTZ CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

07cv2174