# REQUEST FOR JUDICIAL NOTICE
# IN SUPPORT OF RENTAL CAR DEFENDANTS' MOTION TO DISMISS

## EXHIBITS

|  |  | **Page** |
|---|---|---|
| Exhibit A | Assembly Floor Analysis of AB 2592 | E-1 |
| Exhibit B | Letter from Robert C. Fellmeth, Esq. to The Honorable Mark Leno, dated August 23, 2006 | E-7 |
| Exhibit C | Senate Floor Analysis of AB 2592 on the Third Reading of the bill in the Senate | E-11 |
| Exhibit D | S. 1057, 2007-2008 Sess. (Cal. 2008) | E-23 |
| Exhibit E | Rental Agreement No. 911587707, between Alamo and Michael Shames, rental date Sept. 13, 2007 | E-29 |
| Exhibit F | Rental Agreement No. D438269, between Enterprise Rent-A-Car Company of San Francisco and Gary Gramkow, rental date July 24, 2007 | E-31 |

SENATE BILL                                              No. 1057

### Introduced by Senator Migden

January 7, 2008

An act to amend Section 1936.01 of, and to add and repeal Section 1936.02 of, the Civil Code, relating to rental cars.

LEGISLATIVE COUNSEL'S DIGEST

SB 1057, as introduced, Migden. Rental cars.

Under existing law, a passenger vehicle rental company is required to only advertise a rental rate that includes the entire amount, except taxes, a customer facility charge, and a mileage charge, that a renter must pay to hire or lease a vehicle for the period of time to which the rental rate applies. Existing law also specifies that when a rental company provides a quote or imposes a charge, it may separately state the rental rate, taxes, customer facility charge, airport concession fee, tourism commission assessment, as defined, and mileage charge.

This bill would instead require a rental company to only advertise, quote, and charge a rental rate that includes the entire amount, except taxes, that a renter must pay for a rental car, as specified, and would delete the authority of a rental company to separately state those amounts. The bill would also prohibit a rental company from charging a renter a tourism commission assessment, as defined. By January 1, 2010, the bill would further require every rental company to report to the Legislature on the number and amount of tourism commission assessments that were collected from consumers during January 1, 2007, to January 1, 2009, inclusive, and the gross revenues obtained from the separate listing or itemization of airport concession fees during that same time period.

Vote: majority. Appropriation: no. Fiscal committee: no. State-mandated local program: no.

Exhibit D
E23

*The people of the State of California do enact as follows:*

1  SECTION 1. Section 1936.01 of the Civil Code is amended
2  to read:
3  1936.01. (a) For the purpose of this section, the following
4  definitions shall apply:
5  (1) "Airport concession fee" means a charge collected by a
6  rental company from a renter that is the renter's proportionate
7  share of the amount paid by the rental company to the owner or
8  operator of an airport for the right or privilege of conducting a
9  vehicle rental business on the airport's premises.
10  (2) "Quote" means an estimated cost of rental provided by a
11  rental company or a third party to a potential customer by
12  telephone, in-person, computer-transmission, or other means, that
13  is based on information provided by the potential customer and
14  used to generate an estimated cost of rental, including, but not
15  limited to, any of the following: potential dates of rental, locations,
16  or classes of car.
17  (3) "Tourism commission assessment" means the charge
18  collected by a rental company from a renter that has been
19  established by the California Travel and Tourism Commission
20  pursuant to Section 13995.65 of the Government Code *and
21  assessed to a rental company*.
22  (b) Notwithstanding subdivision (n) of Section 1936, the
23  following provisions shall apply:
24  (1) A rental company shall only advertise a rental rate that
25  includes the entire amount, except taxes, a customer facility charge,
26  if any, and a mileage charge, if any, that a renter must pay to hire
27  or lease the vehicle for the period of time to which the rental rate
28  applies, *which amount shall include, but is not limited to, the rental
29  rate, the customer facility charge, if any, the mileage charge, if
30  any, and the airport concession fee, if any*.
31  (2) When providing a quote, or imposing charges for a rental,
32  the rental company may *not* separately state the rental rate, taxes,
33  customer facility charge, if any, airport concession fee, if any,
34  tourism commission assessment, if any, and a mileage charge, if
35  any, that a renter must pay to hire or lease the vehicle for the period
36  of time to which the rental rate applies. *Any quote or charge shall
37  comport with the requirements described in paragraph (1).* A

—3—                                SB 1057

1    (3) *A rental company may not charge in addition to the rental*
2  *rate, taxes, a customer facility charge, if any, airport concession*
3  *fee, if any,* ~~tourism commission assessment, if any,~~ *and a mileage*
4  *charge, if any, any fee that must be paid by the renter as a condition*
5  *of hiring or leasing the vehicle, such as, but not limited to, required*
6  *fuel or airport surcharges other than customer facility charges and*
7  *airport concession fees.*
8  ~~(3) If customer facility charges, airport concession fees, or~~
9  ~~tourism commission assessments are imposed, the rental company~~
10 ~~shall do each of the following:~~
11 ~~(A) At the time the quote is given, provide the person receiving~~
12 ~~the quote with a good faith estimate of the rental rate, taxes,~~
13 ~~customer facility charge, if any, airport concession fee, if any, and~~
14 ~~tourism commission assessment, if any, as well as the total charges~~
15 ~~for the entire rental. The total charges, if provided on an Internet~~
16 ~~Web site, shall be displayed in a typeface at least as large as any~~
17 ~~rental rate disclosed on that page and shall be provided on a page~~
18 ~~that the person receiving the quote may reach by following links~~
19 ~~through no more than two Internet Web site pages, including the~~
20 ~~page on which the rental rate is first provided. The good faith~~
21 ~~estimate may exclude mileage charges and charges for optional~~
22 ~~items that cannot be determined prior to completing the reservation~~
23 ~~based upon the information provided by the person.~~
24 ~~(B) At the time and place the rental commences, clearly and~~
25 ~~conspicuously disclose in the rental contract, or that portion of the~~
26 ~~contract that is provided to the renter, the total of the rental rate,~~
27 ~~taxes, customer facility charge, if any, airport concession fee, if~~
28 ~~any, and tourism commission assessment, if any, for the entire~~
29 ~~rental, exclusive of charges that cannot be determined at the time~~
30 ~~the rental commences. Charges imposed pursuant to this~~
31 ~~subparagraph shall be no more than the amount of the quote~~
32 ~~provided in a confirmed reservation, unless the person changes~~
33 ~~the terms of the rental contract subsequent to making the~~
34 ~~reservation.~~
35 ~~(C) Provide each person, other than those persons within the~~
36 ~~rental company, offering quotes to actual or prospective customers~~
37 ~~access to information about customer facility charges, airport~~
38 ~~concession fees, and tourism commission assessments as well as~~
39 ~~access to information about when those charges apply. Any person~~
40 ~~providing quotes to actual or prospective customers for the hire~~

Exhibit D
E25

SB 1057 — 4 —

1 ~~or lease of a vehicle from a rental company shall provide the quotes~~
2 ~~in the manner described in subparagraph (A).~~
3   (4) In addition to the rental rate, taxes, customer facility charges,
4 if any, airport concession fees, if any, ~~tourism commission~~
5 ~~assessments, if any,~~ and mileage charges, if any, a rental company
6 may charge for an item or service provided in connection with a
7 particular rental transaction if the renter could have avoided
8 incurring the charge by choosing not to obtain or utilize the
9 optional item or service. Items and services for which the rental
10 company may impose an additional charge, include, but are not
11 limited to, optional insurance and accessories requested by the
12 renter, service charges incident to the renter's optional return of
13 the vehicle to a location other than the location where the vehicle
14 was hired or leased, and charges for refueling the vehicle at the
15 conclusion of the rental transaction in the event the renter did not
16 return the vehicle with as much fuel as was in the fuel tank at the
17 beginning of the rental. A rental company also may impose an
18 additional charge based on reasonable age criteria established by
19 the rental company.
20   (5) A rental company may not charge any fee for authorized
21 drivers in addition to the rental charge for an individual renter.
22   (6) If a rental company states a rental rate in print advertisement
23 or in a telephonic, in-person, or computer-transmitted quote, the
24 rental company shall clearly disclose in that advertisement or quote
25 the terms of any mileage conditions relating to the rental rate
26 disclosed in the advertisement or quote, including, but not limited
27 to, to the extent applicable, the amount of mileage and gas charges,
28 the number of miles for which no charges will be imposed, and a
29 description of geographic driving limitations within the United
30 States and Canada.
31   (7) (A) When a rental rate is stated in an advertisement, in
32 connection with a car rental at an airport where a customer facility
33 charge is imposed, the rental company shall clearly disclose the
34 existence and amount of the customer facility charge. For the
35 purposes of this subparagraph, advertisements include radio,
36 television, other electronic media, and print advertisements. If the
37 rental rate advertisement is intended to include transactions at more
38 than one airport imposing a customer facility charge, a range of
39 charges may be stated in the advertisement. However, all rental
40 rate advertisements that include car rentals at airport destinations

Exhibit D
E26

1  shall clearly and conspicuously include a toll-free telephone
2  number whereby a customer can be told the specific amount of
3  the customer facility charge to which the customer will be
4  obligated.
5  (B) If any person or entity other than a rental~~-car~~ company,
6  including a passenger carrier or a seller of travel services, advertises
7  a rental rate for a car rental at an airport where a customer facility
8  charge is imposed, that person or entity shall, provided they are
9  provided with information about the existence and amount of the
10  charge, to the extent not specifically prohibited by federal law,
11  clearly disclose the existence and amount of the charge. If a rental
12  ~~car~~ company provides the person or entity with rental rate and
13  customer facility charge information, the rental~~-car~~ company is
14  not responsible for the failure of that person or entity to comply
15  with this subparagraph.
16  (8) If a rental company delivers a vehicle to a renter at a location
17  other than the location where the rental company normally carries
18  on its business, the rental company may not charge the renter any
19  amount for the rental for the period before the delivery of the
20  vehicle. If a rental company picks up a rented vehicle from a renter
21  at a location other than the location where the rental company
22  normally carries on its business, the rental company may not charge
23  the renter any amount for the rental for the period after the renter
24  notifies the rental company to pick up the vehicle.
25  (9) Except as otherwise permitted pursuant to the customer
26  facility charge, a rental company may not separately charge, in
27  addition to the rental rate, a fee for transporting the renter to the
28  location where the rented vehicle will be delivered to the renter.
29  *(10) Notwithstanding subdivision (f) of Section 13995.65 of the*
30  *Government Code, a rental company may not charge a renter a*
31  *tourism commission assessment.*
32  (c) A renter may bring an action against a rental company for
33  the recovery of damages and appropriate equitable relief for a
34  violation of this section. The prevailing party shall be entitled to
35  recover reasonable attorney's fees and costs.
36  (d) Any waiver of any of the provisions of this section shall be
37  void and unenforceable as contrary to public policy.
38  (e) This section shall become operative only if the Secretary of
39  Business, Transportation and Housing provides notice to the
40  Legislature and the Secretary of State and posts notice on its

Exhibit D
E27

SB 1057 — 6 —

1 Internet Web site that the conditions described in Section 13995.92
2 of the Government Code have been satisfied.
3   SEC. 2. Section 1936.02 is added to the Civil Code, to read:
4   1936.02. (a) On or before January 1, 2010, every rental
5 company shall report to the Legislature on the number and amount
6 of tourism commission assessments, as defined in Section 1936.01,
7 that were collected from consumers during January 1, 2007, to
8 January 1, 2009, inclusive, and the gross revenues obtained from
9 the separate listing or itemization of airport concession fees during
10 that same time period.
11   (b) This section shall remain in effect only until January 1, 2012,
12 and as of that date is repealed, unless a later enacted statute, that
13 is enacted before January 1, 2012, deletes or extends that date.

O

99

Exhibit D
E28

# Alamo

| RA # 911587707 | RES # 934760694 | QS # |
|---|---|---|
| MICHAEL SHAMES | CONTRACT ID | FT # |
| REDACTED | EXT REF # | |

| RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
|---|---|---|---|
| SAN DIEGO AIRPORT (888)826 6893 | 13-SEP-2007 | SAN DIEGO AIRPORT (888)826 6893 | 14-SEP-2007 |
| 2942 KETTNER BLVD. | RENTAL TIME | 2942 KETTNER BLVD. | RETURN TIME |
| SAN DIEGO, CA 92101 | 05:03 PM | SAN DIEGO, CA 92101 | 03:30 PM |

RATE RULES AND QUALIFICATIONS   INITIAL X
BQD
Max. rental 4 days

**VEHICLE INFORMATION**
RESERVED        Economy 2/4 Door Car Auto A/C
DRIVEN          Compact 2/4 Door Car Auto A/C
CHARGED         Economy 2/4 Door Car Auto A/C
MAKE            SATURN
MODEL           ION 3
COLOR           GREEN DK
ODOMETER        22080
PLATE           5WLC359
REG AREA        CA
VEHICLE #       7Z158626
BAY             R1
STALL           D10

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| RENTER'S RESPONSIBILITY | | | |
| * TIME & DISTANCE | WEEK | 222.60 X | 0.00 |
| * TIME & DISTANCE | Day | 31.80 X 1 | 31.80 |
| * TIME & DISTANCE | Hour | 10.60 X | 0.00 |
| UNDERSTAY FEES | Day | 15.00 X | 0.00 |
| OVERSTAY FEES | Day | 10.99 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | 0.00 X | 0.00 |
| * REFUELING SERVICE CHARGE | Gallon | 6.99 X | 0.00 |
| * CONCESSION RECOUP FEE 11.11PCT @ 11.11% | | | 3.53 |
| CA TOURISM COMMISSION ASSESSMENT @ 2.50% | | | 0.80 |
| SALES TAX 7.75% | | | 2.74 |

ESTIMATED CHARGES    38.87   INITIAL X

PAYMENTS
REDACTED   Auth #

I DECLINE OPTIONAL ALAMO PROTECTION PLUS (APP) AS OF 13-SEP-2007 05:03 PM. X _____

I DECLINE OPTIONAL COLLISION DAMAGE WAIVER. X _____

I DECLINE OPTIONAL EXTENDED PROTECTION (EP). X _____

I DECLINE OPTIONAL CAREFREE PERSONAL PROTECTION COVERAGE (PERSPRO). X _____

I DECLINE ALAMO'S OPTIONAL ROADSIDE SERVICE PLAN X _____

'EARLY RETURN' IS RETURNING THE RENTAL VEHICLE PRIOR TO THE SCHEDULED DAY. IF I VIOLATE THE RENTAL AGREEMENT BY FAILING TO RETURN THE CAR AS STATED, I UNDERSTAND THAT, IN ADDITION TO MY OTHER CHARGES, THE RENTAL RATE WILL INCREASE AND I WILL BE ASSESSED AN EARLY RETURN FEE OF 15.00 PER RENTAL. X _____

'OVERSTAY' IS THE RATE PER DAY OVERSTAY FEE. IF I VIOLATE THE RENTAL AGREEMENT BY FAILING TO RETURN THE CAR AS STATED, I UNDERSTAND THAT THE RENTAL RATE MAY INCREASE AND I WILL BE ASSESSED AN OVERSTAY FEE OF 10.99 PER DAY IN ADDITION TO MY OTHER CHARGES. X _____

THE CALIFORNIA TOURISM COMMISSION ASSESSMENT IS A PERCENTAGE CHARGE ESTABLISHED BY THE CALIFORNIA TRAVEL AND TOURISM COMMISSION.

CALIFORNIA DEPARTMENT OF INSURANCE LICENSE # 0E20232. THE CALIFORNIA DEPARTMENT OF INSURANCE MAINTAINS A TOLL-FREE CONSUMER HOTLINE. 800-927-4357(HELP)

CALIFORNIA LAW REQUIRES ALL DRIVERS TO MEET STATE FINANCIAL RESPONSIBILITY REQUIREMENTS. UNLESS AN OPTIONAL INSURANCE PRODUCT HAS BEEN PURCHASED IN CONNECTION WITH THIS AGREEMENT THAT CONTAINS LIABILITY INSURANCE COVERAGE, ALAMO DOES NOT PROVIDE YOU ANY LIABILITY INSURANCE WITH THIS RENTAL. YOUR OWN MOTOR VEHICLE LIABILITY INSURANCE MAY OR MAY NOT PROVIDE YOU COVERAGE; ALAMO PERSONNEL CANNOT ADVISE YOU ON WHETHER IT DOES OR DOESN'T. THIS NOTICE AMENDS AND SUPERSEDES ALL CONFLICTING TERMS CONTAINED WITHIN THIS RENTAL AGREEMENT. YOU ACKNOWLEDGE HAVING READ THIS NOTICE X _____

RA # 911587707
PAGE 1 OF 2



Exhibit E
E29



RA # 911587707
PAGE 2 OF 2

NOTICE FINANCIAL RESPONSIBILITY AND DAMAGE WAIVER: YOU ARE RESPONSIBLE FOR ALL COLLISION DAMAGE TO THE VEHICLE EVEN IF SOMEONE ELSE CAUSED IT OR THE CAUSE IS UNKNOWN. YOU ARE RESPONSIBLE FOR THE COST OF REPAIR UP TO THE VALUE OF THE VEHICLE, AND TOWING, STORAGE, IMPOUND FEES AND OTHER COSTS RELATED TO SUCH DAMAGE. YOUR OWN INSURANCE, OR THE ISSUER OF THE CREDIT CARD YOU USE TO PAY FOR RENTALS UNDER THIS AGREEMENT MAY COVER ALL OR PART OF YOUR FINANCIAL RESPONSIBILITY FOR THE VEHICLE. YOU SHOULD CHECK WITH YOUR INSURANCE COMPANY, OR CREDIT CARD ISSUER TO FIND OUT ABOUT YOUR COVERAGE AND THE AMOUNT OF THE DEDUCTIBLE, IF ANY, FOR WHICH YOU MAY BE LIABLE. IF YOU USE A CREDIT CARD THAT PROVIDES COVERAGE FOR YOUR POTENTIAL LIABILITY, YOU SHOULD CHECK WITH THE ISSUER TO DETERMINE IF YOU MUST FIRST EXHAUST THE COVERAGE LIMITS OF YOUR OWN INSURANCE BEFORE THE CREDIT CARD COVERAGE APPLIES. ALAMO WILL NOT HOLD YOU RESPONSIBLE FOR COLLISION DAMAGE TO THE VEHICLE IF YOU PURCHASE COLLISION DAMAGE WAIVER (CDW). BUT CDW WILL NOT PROTECT YOU FROM COLLISION DAMAGE ARISING FROM A PROHIBITED USE, AS DESCRIBED IN THIS AGREEMENT (SEE RENTAL AGREEMENT JACKET).

**NO ADDITIONAL DRIVERS ARE AUTHORIZED TO DRIVE THE VEHICLE WITH THE EXCEPTION OF THE DRIVERS LISTED BELOW.**

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT, INCLUDING THOSE CONTAINED WITHIN ALAMO'S RENTAL AGREEMENT JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND THAT IF YOU DO NOT COMPLY WITH THE TERMS OF ANY APPLICABLE SEPARATE CORPORATE, GOVERNMENT, OR TOUR ACCOUNT AGREEMENT AND THE TERMS OF THIS RENTAL AGREEMENT, ALL LIABILITY AND UNINSURED/UNDERINSURED MOTORIST BENEFITS, IF ANY, ARE WITHDRAWN AND WILL NOT BE PROVIDED.

RENTER: _[signature]_

SANO71 13.SEP.2007 17:12

RA # 911587707
PAGE 2 OF 2

Exhibit E
E30

# enterprise  JAD

AUDITOR'S COPY

PAGE 1 of 4

MO 7:00 AM – 11:30 PM  TU 7:00 AM – 11:30 PM
WE 7:00 AM – 11:30 PM  TH 7:00 AM – 11:30 PM  PMCAFAL06
FR 7:00 AM – 11:30 PM  SA 7:00 AM – 8:00 PM
SU 7:00 AM – 11:30 PM  REF# 1VF3WT

ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO
OWNER OF VEHICLE: 2300 AIRPORT BLVD STE 100, SAN JOSE, CA, 951101231  (408) 452-1100
BRANCH ADDRESS:

| DATE | TIME | RENTAL TYPE | BUSINESS | SO# 0304173 | ID 999 | RENTAL AGREEMENT NO. | D 438269 |
|---|---|---|---|---|---|---|---|
| 07/24/2007 | 6:48 PM | | GRAMBOW | | GARY | | |

START CHARGES IF DIFFERENT

ORIGINAL VEHICLE
COLOR: Black
LICENSE NO: 5UMB384
MODEL: Cobalt
ECAR#: 125321
MILE-AGE IN:
OUT: 15167
EMPLOYEE #:

REDACTED

VEHICLE $19.80/HOUR
$59.37/DAY

free upgrade

NO CHARGE MILEAGE

BILL TO: COMPANY N
ATTN:       PHONE       EXT
REFERENCE NUMBER:

ADDITIONAL AUTHORIZED DRIVER(S) - EXCEPT NO OTHER DRIVERS PERMITTED WITHOUT OWNERS WRITTEN APPROVAL.
I REQUEST OWNER'S PERMISSION TO ALLOW
AGE       DRIVERS LICENSE NO.       STATE       EXP
WHO IS UNDER MY CONTROL AND DIRECTION TO DRIVE VEHICLE FOR ME AND ON MY BEHALF. I AM RESPONSIBLE FOR THEIR ACTS WHILE THEY ARE DRIVING, AND FOR FULFILLING TERMS AND CONDITIONS OF THIS RENTAL AGREEMENT (AGREEMENT). USE OF VEHICLE BY AN UNAUTHORIZED DRIVER WILL AFFECT MY LIABILITY AND RIGHTS UNDER THIS AGREEMENT.
RENTER: X

PERMISSION GRANTED TO OPERATE VEHICLE ONLY IN THE STATE OF RENTAL AND THE FOLLOWING STATE(S):  SJC RETURN MIN DROP $100
OPERATION IN ANY OTHER STATE OR COUNTRY WILL AFFECT YOUR LIABILITY AND RIGHTS UNDER THIS AGREEMENT.

CONDITION AGREED TO
RENTER
CONDITION SAME ON RETURN Yes No
OUT E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F
No Gasoline Refunds
IN E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F

DAMAGE WAIVER NOTICE: RENTER ACKNOWLEDGES RECEIPT OF ORAL DISCLOSURE THAT DAMAGE WAIVER MAY BE DUPLICATIVE OF COVERAGE MAINTAINED UNDER HIS OR HER OWN POLICY OF MOTOR VEHICLE INSURANCE. THE PURCHASE OF DAMAGE WAIVER IS OPTIONAL AND MAY BE DECLINED.

RENTER: X

RENTER DECLINES OPTIONAL DAMAGE WAIVER (DW) AND ASSUMES DAMAGE RESPONSIBILITY. SEE PAGE 2, PARAGRAPH 6.
RENTER: X Decides DW

RENTER ACCEPTS OPTIONAL DAMAGE WAIVER (DW) AT FEE SHOWN IN COLUMN TO RIGHT SEE DW NOTICE TO LEFT AND PAGE 2, PARAGRAPH 16. DW IS NOT INSURANCE
RENTER: X  Accepts DW  $8.99/DAY

RENTER DECLINES OPTIONAL PERSONAL ACCIDENT INSURANCE (PAI)
RENTER: X Declines PAI

RENTER ACCEPTS OPTIONAL PERSONAL ACCIDENT INSURANCE (PAI) AT FEE SHOWN IN COLUMN TO RIGHT SEE PAGE 3, PARAGRAPH 18
RENTER: X  Accepts PAI  $5.00/DAY

RENTER DECLINES OPTIONAL SUPPLEMENTAL LIABILITY PROTECTION (SLP) SEE PAGE 2, PARAGRAPH 7.
RENTER: X Declines SLP

RENTER ACCEPTS OPTIONAL SUPPLEMENTAL LIABILITY PROTECTION (SLP) AT FEE SHOWN IN COLUMN TO RIGHT. SEE PAGE 3, PARAGRAPH 17.
RENTER: X  Accepts SLP  $11.99/DAY

ACKNOWLEDGMENT OF THE ENTIRE AGREEMENT, WHICH CONSISTS OF PAGES 1 THROUGH 4.
I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON PAGES 1 THROUGH 4 OF THIS AGREEMENT AND BY MY SIGNATURE BELOW I AM THE "RENTER" UNDER THIS AGREEMENT. BY SIGNING BELOW, I AM AUTHORIZING OWNER TO PROCESS CHARGES ON MY CREDIT CARD(S) AND/OR DEBIT CARD(S) FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND CHARGES INCURRED, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I CERTIFY THAT THE DRIVER'S LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED.

RENTER X       DATE 07/24/2007
OWNER REP. X       E627DM

FUEL CHARGE $4.64/GALLON

SALES TAX 8.25%
AIRPORT CONCESSION 11.11%
AIRPORT ACCESS $5.00
TOURISM FEE 2.50%

REPLACEMENT VEHICLE
COLOR       LICENSE NO
MODEL       ECAR#
MILE-AGE IN
OUT
EMPLOYEE #

I WILL RETURN CAR BY:
DATE 07/26/2007  TIME 6:30 PM
DEPOSIT(S): AMOUNT $300.00  PAID BY REDACTED  07/24/2007

ADDITIONAL INFORMATION

CONDITION AGREED TO X RENTER
CONDITION SAME ON RETURN Yes No
OUT E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F
No Gasoline Refunds
IN E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F

TOTAL CHARGES  155
DEPOSITS
REFUNDS
**AMOUNT DUE**
CLOSED BY
PAID BY | CASH | CHECK | CHARGES
RECEIPT OF CASH REFUND | DATE | AMOUNT | RECEIVED BY

OWNER IS AN AFFILIATE OF ENTERPRISE RENT-A-CAR COMPANY, WHICH OWNS ALL RIGHTS TO ENTERPRISE NAMES AND MARKS.  © Enterprise Rent-A-Car Company of San Francisco, 2006

Exhibit F
E31