| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
|   | Gregory D. Call (CSB No. 120483) |
| 2 | Beatrice B. Nguyen (CSB No. 172961) |
|   | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-2800 |
|   | Facsimile: (415) 986-2827 |
| 5 | |
|   | FOLGER LEVIN & KAHN LLP |
| 6 | Jennifer S. Romano (CSB No. 195953) |
|   | 1900 Avenue of the Stars, 28th Floor |
| 7 | Los Angeles, CA 90067 |
|   | Telephone: (310) 556-3700 |
| 8 | Facsimile: (310) 556-3770 |

Attorneys for Defendants
ENTERPRISE RENT-A-CAR COMPANY and
VANGUARD CAR RENTAL USA INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, | Case No. 07CV 2174 H BLM |
| | **DECLARATION OF GREGORY D. CALL IN SUPPORT OF RENTAL CAR DEFENDANTS' MOTION TO DISMISS** |
| Plaintiffs, | |
| v. | Date: March 17, 2008 |
| | Time: 10:30 a.m. |
| THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA, | Place: Courtroom 13 |
| | Honorable Marilyn J. Huff |
| Defendants. | |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

I, Gregory D. Call, declare as follows:

1. I am a member of Folger Levin & Kahn LLP, counsel for Defendants Enterprise Rent-A-Car Company and Vanguard Car Rental USA Inc. I submit this declaration in support of the Rental Car Defendants' Motion to Dismiss. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit E to the Request for Judicial Notice in Support of Rental Car Defendants' Motion to Dismiss (the "RJN") is a true and correct redacted copy of the rental agreement between Plaintiff Michael Shames and Alamo, which was obtained from files maintained by Alamo in the regular course of its business.[1] Alamo is a brand owned and operated by Defendant Vanguard Car Rental USA Inc.

3. Attached as Exhibit F to the RJN is a true and correct redacted copy of the rental agreement between Plaintiff Gary Gramkow and Enterprise Rent-A-Car Company of San Francisco ("ERAC-SF"), which was obtained from files maintained by ERAC-SF in the regular course of its business.[2] ERAC-SF is an operating subsidiary of Defendant Enterprise Rent-A-Car Company.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2008.

*Gregory D. Call*

29055\6003\585159.1

---

[1] Mr. Shames' address and credit card information was redacted from his rental agreement with Alamo.

[2] Mr. Gramkow's address and credit card information was redacted from his rental agreement with ERAC-SF.

-1- DECLARATION OF GREGORY D. CALL IN SUPPORT OF RENTAL CAR DEFENDANTS' MOTION TO DISMISS; CASE NO. 07CV 2174 H BLM