| | |
|---|---|
| 1 | Michael L. Weiner (*Pro hac vice*) |
| | SKADDEN ARPS SLATE MEAGHER & |
| 2 | FLOM LLP |
| | Four Times Square |
| 3 | New York, New York 10036-6522 |
| | Telephone: (212) 735-7000 |
| 4 | |
| | Douglas B. Adler (Cal. Bar No. 130749) |
| 5 | SKADDEN ARPS SLATE MEAGHER & |
| | FLOM LLP |
| 6 | 300 South Grand Avenue, Suite 3400 |
| | Los Angeles, California 90071-3144 |
| 7 | Telephone: (213) 687-5000 |
| 8 | Sara L. Bensley (*Pro hac vice*) |
| | SKADDEN ARPS SLATE MEAGHER & |
| 9 | FLOM LLP |
| | 1440 New York Avenue, N.W. |
| 10 | Washington, D.C. 20005-2111 |
| | Telephone: (202) 371-7000 |
| 11 | |
| | Attorneys for Defendant |
| 12 | AVIS BUDGET GROUP, INC. |
| 13 | [Additional Counsel Listed on Signature Page] |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW**, on behalf of themselves and on behalf of all persons similarly situated, | **Case No. 07 CV 2174 H BLM** |
| Plaintiffs, | [Class Action] |
| v. | |
| **THE HERTZ CORPORATION**, a Delaware corporation; **DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.**, a Delaware corporation; **AVIS BUDGET GROUP, INC.**, a Delaware corporation; **VANGUARD CAR RENTAL USA, INC.**, an Oklahoma corporation; **ENTERPRISE RENT-A-CAR COMPANY**, a Missouri corporation; **FOX RENT A CAR, INC.**, a California corporation; **COAST LEASING CORP.**, a Texas corporation; **THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA** | **PROOF OF SERVICE**<br><br>Date: March 17, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br><br>**Honorable Marilyn L. Huff** |
| **Defendants.** | |

**PROOF OF SERVICE**

WASHINGTON, D.C., COUNTY OF __XXXXX__

    I am employed in the County of __XXXXX__, in Washington, D.C. I am over the age of 18 and not a party to the within action; my business address is 1440 New York Avenue, N.W. Washington, D.C. 20005-2111.

    ON **JANUARY 25, 2008**, I served the foregoing documents described as:

**NOTICE OF MOTION AND MOTION TO DISMISS OF RENTAL CAR DEFENDANTS;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE RENTAL CAR DEFENDANTS' MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING THE RENTAL CAR DEFENDANTS' MOTION TO DISMISS**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RENTAL CAR DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF GREGORY D. CALL IN SUPPORT OF RENTAL CAR DEFENDANTS' MOTION TO DISMISS**

**NOTICE OF PARTY WITH FINANCIAL INTEREST BY AVIS BUDGET GROUP, INC.**

on the interested parties in this action as follows:

**SEE ATTACHED LIST**

☒    **(BY U.S. MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Washington, D.C. and placed for collection and mailing following ordinary business practices.

☒**(FEDERAL)**    I declare under penalty of perjury that the above is true and correct.

☒Executed on **January 25, 2008** at Washington, D.C.

    Lauren E. Burke                                   /s/ Lauren Burke
    Type or Print Name                         Signature

1
2
3
4
5

*Michael Shames; Gary Gramkow, on behalf of themselves
and on behalf of all persons similarly situated
v.
The Hertz Corporation et al.,*

No. 07cv2174 H (BLM)

<u>Service List</u>

6  **Service by Electronic Case Filing System:**

7  Donald G. Rez
   SULLIVAN, HILL, LEWIN, REZ &
8  ENGEL
   A Professional Law Corporation
9  550 West "C" Street, Suite 1500
   San Diego, CA  92101
10
   *Counsel for Plaintiffs*
11

   Dennis Stewart
   Kirk Hulett
   HULETT HARPER STEWART LLP
   550 West "C" Street, Suite 1600
   San Diego, CA  92101

   *Counsel for Plaintiffs*

12  Charles L. Post
    Thadd A. Blizzard
13  Michael Kvarme
    WEINTRAUB GENSHLEA
14  CHEDIAK
    400 Capitol Mall
15  Eleventh Floor
    Sacramento, CA  95814
16
    *Counsel for Defendants*
17  CALIFORNIA TRAVEL AND
    TOURISM COMMISSION and
18  CAROLINE BETETA

19

20  **Service by First-Class Mail, Postage Pre-Paid:**

21  Robert C. Fellmeth
    CENTER FOR PUBLIC INTEREST
22  LAW
    University of San Diego School of Law
23  5998 Alcala Park
    San Diego, CA  92110
24
    *Counsel for Plaintiffs*
25

26

27

28

**Service by First-Class Mail, Postage Pre-Paid:**

Gregory D. Call
Beatrice B. Nguyen
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111

Jennifer S. Romano
FOLGER LEVIN & KAHN LLP
1900 Avenue of the Stars
28th Floor
Los Angeles, CA 90067

*Counsel for Defendants ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC.*

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Michael F. Tubach
Thomas P. Brown
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
Suite 2600
San Francisco, CA 94111

Gerald A. Stein
O'MELVENY & MYERS LLP
Times Square Tower
Seven Times Square
New York, NY 10036

*Counsel for Defendant HERTZ CORPORATION*

Jeffrey A. LeVee
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

*Counsel for Defendant DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.*

T. Patrick Long
LONG, WILLIAMSON AND DELIS
400 N. Tustin Ave.
Suite 370 Santa Ana, CA 92705

*Counsel for Defendant COAST LEASING CORP. dba ADVANTAGE RENT A CAR*

John H. Stephens
WERTZ McDADE WALLACE MOOT & BROWER
945 Fourth Avenue
San Diego, CA 92101

*Counsel for Defendant FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR*