FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483)
Beatrice B. Nguyen (CSB No. 172961)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

FOLGER LEVIN & KAHN LLP
Jennifer S. Romano (CSB No. 195953)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (310) 556-3700
Facsimile: (310) 556-3770

Attorneys for Defendant
ENTERPRISE RENT-A-CAR COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No. 07CV 2174 H BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2 of the United States District Court for the Southern District of California, Defendant Enterprise Rent-A-Car Company states that as of this date: (1) it is a wholly-owned subsidiary of The Crawford Group, Inc., and (2) no publicly-held corporation owns 10 percent of its stock.

Dated: January 25, 2008

FOLGER LEVIN & KAHN LLP

/s Gregory D. Call
Attorneys for Defendant
ENTERPRISE RENT-A-CAR COMPANY
E-mail: gcall@flk.com

29055\6003\585417.1