FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483)
Beatrice B. Nguyen (CSB No. 172961)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

FOLGER LEVIN & KAHN LLP
Jennifer S. Romano (CSB No. 195953)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA  90067
Telephone: (310) 556-3700
Facsimile: (310) 556-3770

Attorneys for Defendant
VANGUARD CAR RENTAL USA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No. 07CV 2174 H BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2 of
2  the United States District Court for the Southern District of California, Defendant Vanguard Car
3  Rental USA Inc. states that as of this date: (1) it is a wholly-owned subsidiary of Vanguard Car
4  Rental USA Holdings Inc., and (2) no publicly-held corporation owns 10 percent of its stock.

5  Dated: January 25, 2008                                FOLGER LEVIN & KAHN LLP

7                                                        /s Gregory D. Call
8                                                      Attorneys for Defendant
                                                   VANGUARD CAR RENTAL USA INC.
                                                      E-mail: gcall@flk.com

10  29055\6003\585408.1