THOMAS P. BROWN (Cal. Bar No. 182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

GERALD A. STEIN (*Pro Hac Vice*)
gstein@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Attorneys for Defendant
THE HERTZ CORPORATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE HERTZ CORPORATION, a Delaware Corporation, et al.,**<br><br>**Defendants.** | Case No. 07 CV 2174 H  BLM<br><br>Honorable Marilyn L. Huff<br><br>[Class Action]<br><br><br><br>**THE HERTZ CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant THE HERTZ CORPORATION states that:

THE HERTZ CORPORATION is a wholly owned subsidiary of Hertz Investors, Inc., which is a wholly owned subsidiary of Hertz Global Holdings, Inc.

Additionally, no publicly held corporation owns ten percent or more of its stock.

Dated: January 25, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP

Thomas P. Brown (Bar No. 182916)
tbrown@omm.com
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701


By: /s/ Gerald Stein
    Gerald A. Stein (*Pro Hac Vice*)
    gstein@omm.com

Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Counsel for Defendant
THE HERTZ CORPORATION

NY1:1725141.1