Michael L. Weiner (*Pro hac vice*)
SKADDEN ARPS SLATE MEAGHER &
   FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone:  (212) 735-7000

Douglas B. Adler (Cal. Bar No. 130749)
SKADDEN ARPS SLATE MEAGHER &
   FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000

Sara L. Bensley (*Pro hac vice*)
SKADDEN ARPS SLATE MEAGHER &
   FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Telephone:  (202) 371-7000

Attorneys for Defendant
AVIS BUDGET GROUP, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA**<br><br>**Defendants.** | Case No. 07 CV 2174 H  BLM<br><br>[Class Action]<br><br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST BY AVIS BUDGET GROUP, INC.** |

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, the

2  undersigned counsel for defendant Avis Budget Group, Inc. hereby certifies that defendant Avis

3  Budget Group, Inc. does not have a corporate parent and that no publicly held corporation owns

4  10% or more of its stock.

5

Dated: January 25, 2008                Respectfully submitted,

6
                                       SKADDEN ARPS SLATE MEAGHER &
7                                      FLOM, LLP

8

9                                      By: /s/ Michael L. Weiner
                                           Michael L. Weiner (*Pro hac vice*)
10
                                           Four Times Square
11                                         New York, New York 10036
                                           Tel.: (212) 735-2632
12
                                           Douglas B. Adler (Cal. Bar No. 130749)
13
                                           300 South Grand Avenue
14                                         Suite 3400
                                           Los Angeles, California 90071
15                                         Tel.: (213) 687-5120

16
                                           Sara L. Bensley (*Pro hac vice*)
17
                                           1440 New York Avenue, N.W.
18                                         Washington, D.C. 20005-2111
                                           Tel.: (202) 371-7000
19
                                       Counsel for Defendant
20                                     AVIS BUDGET GROUP, INC.

21

22

23

24

25

26

27

28

758163-D.C. Server 2A - MSW                        1                              07cv2174