FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483)
Beatrice B. Nguyen (CSB No. 172961)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

FOLGER LEVIN & KAHN LLP
Jennifer S. Romano (CSB No. 195953)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (310) 556-3700
Facsimile: (310) 556-3770

Attorneys for Defendants ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No. 07CV 2174 H BLM<br><br>**PROOF OF SERVICE BY CM/ECF NOTICE OF ELECTRONIC FILING AND BY MAIL** |

**PROOF OF SERVICE BY CM/ECF NOTICE OF ELECTRONIC FILING AND BY MAIL**

I, Erin Suzukawa, declare:

I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111.

On January 25, 2008, I caused a copy of the following document(s):

**DEFENDANT ENTERPRISE RENT-A-CAR COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

**DEFENDANT VANGUARD CAR RENTAL USA INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

to be electronically filed in accordance with the Electronic Case Filing Administrative Policies and Procedures Manual of this Court, and I received confirmation that the CM/ECF system generated a "Notice of Electronic Filing" to the person(s) at the e-mail address(es) listed below:

| Attorneys For Defendant Avis Budget | Attorneys For Defendant California Travel and Tourism Commission |
|---|---|
| Michael L. Weiner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: (212) 735-2632<br>Fax: (917) 777-2632<br>mweiner@skadden.com | Charles L. Post<br>Weintraub Genshlea Chediak<br>400 Capitol Mall, Eleventh Floor<br>Sacramento, CA 95814<br>Tel: (916) 558-6035<br>Fax: (916) 446-1611<br>cpost@weintraub.com |

On January 28, 2008, I also deposited the foregoing document(s) in the mail at San Francisco, California along with an unsigned copy of this declaration in a sealed envelope, with postage fully prepaid, addressed to:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 28, 2008, at San Francisco, California.

Erin Suzukawa

*Shames et al. v. Hertz Corporation et al.*
Case No. 07CV 2174 H BLM
**SERVICE LIST**

| | |
|---|---|
| Attorneys For Defendant Advantage<br>T. Patrick Long<br>Long, Williamson and Delis<br>400 N. Tustin Ave., Suite 370<br>Santa Ana, CA 92705<br>Tel: (714) 668-1400<br>Fax: (714) 668-1411<br>tplong@lw-d.com | Attorneys For Defendant Dollar Thrifty<br>Jeffrey A. LeVee<br>Jones Day<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Tel: (213) 243-2572<br>Fax: (213) 243-2539<br>jlevee@JonesDay.com |
| Attorneys For Defendant Payless<br>John H. Stephens<br>Wertz, McDade, Wallace, Moot & Brower<br>945 Fourth Avenue<br>San Diego, CA 92101<br>Tel: (619) 233-1888<br>Fax: (619) 696-9476<br>jstephens@wertzmcdade.com | Attorneys For Defendant Hertz<br>Michael Tubach<br>O'Melveny & Myers LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 984-8876<br>Fax: (415) 984-8701<br>mtubach@omm.com |

Attorneys For Plaintiffs
Robert C. Fellmeth
Center for Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110
Tel: (619) 260-4806
Fax: (619) 260-4753
cpil@sandiego.edu

29055\6003\585615.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

SERVICE LIST; CASE NO. 07CV 2174 H BLM
SHAMES ET AL. V. HERTZ CORPORATION ET AL.