THOMAS P. BROWN (Cal. Bar No. 182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

GERALD A. STEIN (*Pro Hac Vice*)
gstein@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Attorneys for Defendant
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,** | Case No. 07 CV 2174 H  BLM |
| **Plaintiffs,** | Honorable Marilyn L. Huff |
| **v.** | [Class Action] |
| **THE HERTZ CORPORATION, a Delaware Corporation, et al.,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on January 25, 2008, the document listed below was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that on January 28, 2008, I mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**THE HERTZ CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 28, 2008, at San Francisco, California.

/s/ Isabel A. Haas
ISABEL A. HAAS

07cv2174

**Service by Electronic Case Filing System:**

Donald G. Rez
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
550 West "C" Street, Suite 1500
San Diego, CA 92101

Dennis Stewart
Kirk Hulett
Jennifer A. Kagan
HULETT HARPER STEWART LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101

*Counsel for Plaintiffs*

Michael L. Weiner (*Pro Hac Vice*)
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036-6522

Douglas B. Adler
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

Sara L. Bensley (*Pro Hac Vice*)
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

*Counsel for Defendant AVIS BUDGET
GROUP, INC.*

Charles L. Post
Thadd A. Blizzard
Michael Kvarme
WEINTRAUB GENSHLEA CHEDIAK
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

*Counsel for Defendants CALIFORNIA
TRAVEL AND TOURISM COMMISSION and
CAROLINE BETETA*

**Service by First-Class, Mail, Postage Pre-Paid:**

Robert C. Fellmeth
CENTER FOR PUBLIC INTEREST LAW
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

*Counsel for Plaintiffs*

Gregory D. Call
Beatrice B. Nguyen
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111

Jennifer S. Romano
FOLGER LEVIN & KAHN LLP
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

*Counsel for Defendants ENTERPRISE RENT-
A-CAR COMPANY and VANGUARD CAR
RENTAL USA, INC.*

07cv2174

1

2  Jeffrey A. LeVee
   JONES DAY
3  555 South Flower Street, 50th Floor
   Los Angeles, CA 90071

4  *Counsel for Defendant DOLLAR THRIFTY*
   *AUTOMOTIAVE GROUP, INC.*
5

6  T. Patrick Long
   LONG, WILLIAMSON AND DELIS
7  400 N. Tustin Avenue, Suite 370
   Santa Ana, CA 92705
8
   *Counsel for Defendant COAST LEASING*
9  *CORP. d/b/a ADVANTAGE RENT A CAR*

John H. Stephens
WERDTZ McDADE WALLACE MOOT &
BROWER
945 Fourth Avenue
San Diego, CA 92101

*Counsel for Defendant FOX RENT A CAR*
*d/b/a PAYLESS-RENT-A-CAR*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SF1:703455.1

07cv2174