T. Patrick Long, Esq. (Bar #182394)
tplong@lw-d.com
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Suite 370
Santa Ana, CA 92705
(714) 668-1400/fax (714) 668-1411

Attorneys for Defendant, COAST LEASING CORP. dba ADVANTAGE RENT-A-CAR

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | CASE NO. 07 CV 2174 H (BLM)<br>[Class Action]<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST BY COAST LEASING CORP. DBA ADVANTAGE RENT-A-CAR** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, the undersigned counsel for defendant Coast Leasing Corp. dba Advantage Rent-A-Car (hereinafter "Coast Leasing Corp.") hereby states that defendant Coast Leasing Corp. is wholly owned by

1  its parent corporation Southwest-Tex Leasing Co., Inc. and that no publicly held corporation
2  owns 10% or more of its stock.
3  DATED: January 29, 2008                    LONG WILLIAMSON & DELIS
4
5                                              /s/ T. Patrick Long
                                               Attorneys for Defendant, COAST LEASING
6                                              CORP. dba ADVANTAGE RENT-A-CAR
                                                E-mail: tplong@lw-d.com
7

PROOF OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen and not a party to the within action. I am employed in the County of Orange, State of California. My business address is 400 N. Tustin Ave., Suite 370, Santa Ana, California 92705.

On 1/29/08, I served the foregoing document described as:

**NOTICE OF PARTY WITH FINANCIAL INTEREST BY COAST LEASING CORP. DBA ADVANTAGE RENT-A-CAR**

on all interested parties in this action: SEE ATTACHED SERVICE LIST

(X)   **BY MAIL.** I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)   (FEDERAL)   I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/29/08 at Santa Ana, California.

_Brenda Rowland_
BRENDA ROWLAND

*MICHAEL SHAMES; GARY GRAMKOW,, on behalf of themselves and on behalf of all persons similarly situated*
vs.
*THE HERTZ CORPORATION, et al.*
Case No. 07cv2174 H (BLM)

## SERVICE LIST

**Service by Electronic Case Filing System:**

Donald G. Rez, Esq.
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
550 W. C St., Suite 1500
San Diego, CA 92101
Attorneys for Plaintiffs

Dennis Stewart, Esq.
Kirk Hulett, Esq.
HULETT HARPER STEWART LLP
550 W. C St., Suite 600
San Diego, CA 92101
Attorneys for Plaintiffs

Charles L. Post, Esq.
Thadd A. Blizzard, Esq.
Michael Kvarme, Esq.
WEINTRAUB GENSHLEA CHEDIAK
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Attorneys for Defendants, CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA

Michael L. Weiner, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Attorneys for Defendant, Avis Budget

Douglas B. Adler, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Attorneys for Defendant, Avis Budget

///

```
1  Sara L. Bensley, Esq.
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  1440 New York Avenue, N.W.
3  Washington, D.C. 20005-2111
   Attorneys for Defendant, Avis Budget
4
5  Service by First Class Mail, Postage Prepaid:

6  Robert C. Fellmeth, Esq.
   CENTER FOR PUBLIC INTEREST LAW
7  University of San Diego School of Law
8  5998 Alcala Park
   San Diego, CA 92110
9  Attorneys for Plaintiffs

10 Gregory D. Call, Esq.
11 Beatrice B. Nguyen, Esq.
   FOLGER LEVIN & KAHN LLP
12 Embarcadero Center West
   275 Battery Street, 23rd Floor
13 San Francisco, CA 94111
14 Attorneys for Defendants, Enterprise Rent-A-Car and Vanguard Car Rental USA, Inc.

15 Jennifer S. Romano, Esq.
   FOLGER LEVIN & KAHN LLP
16 1900 Avenue of the Stars, 28th Flr.
17 Los Angeles, CA 90067
   Attorneys for Defendants, Enterprise Rent-A-Car and Vanguard Car Rental USA, Inc.
18
19 Jeffrey A. LeVee, Esq.
   JONES DAY
20 555 S. Flower St., 50th Flr.
   Los Angeles, CA 90071
21 Attorneys for Defendant, Dollar Thrifty Automotive Group, Inc.
22
   John H. Stephens, Esq.
23 WERTZ McDADE WALLACE MOOT & BROWER
   945 Fourth Ave.
24 San Diego, CA 92101
25 Attorneys for Defendant, Fox Rent-A-Car d/b/a/ Payless Rent-A-Car

26 Richard G. Parker, Esq.
   O'MELVENY & MYERS LLP
27 1625 Eye St., NW
28 Washington, D.C. 20006
   Attorneys for Defendant, Hertz Corporation
```

1  Michael F. Tubach, Esq.
2  Thomas P. Brown, Esq.
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery St., Suite 2600
4  San Francisco, CA 94111
5  Attorneys for Defendant, Hertz Corporation

6  Gerald A. Stein, Esq.
   O'MELVENY & MYERS LLP
7  Times Square Tower
8  Seven Times Square
   New York, NY 10036
9  Attorneys for Defendant, Hertz Corporation

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28