```
 1  John H. Stephens, SBN 082971
    jstephens@wertzmcdade.com
 2  Lynn M. Beekman, SBN 149325
    lbeekman@wertzmcdade.com
 3  WERTZ McDADE WALLACE MOOT & BROWER
    A Professional Corporation
 4  945 Fourth Avenue
    San Diego, California  92101
 5  (619) 233-1888 / Fax: (619) 696-9476

 6  Attorneys for FOX RENT A CAR, INC.

 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation, AVIS BUDGET GROUP, INC., a Delaware corporation, VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | CASE NO. 07 CV 2174 H BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANT FOX RENT A CAR, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant Fox Rent A Car, Inc. hereby certifies that:

/ / /

/ / /

/ / /

[193300v1/5813-002]

1

Notice of Party With Financial Interest by Defendant Fox Rent A Car, Inc.

1 |       Fox Rent A Car, Inc. does not have a corporate parent, and certifies that no publicly held
2 | corporation owns 10 percent or more of its stock.

4 | Dated: February 5, 2008              WERTZ McDADE WALLACE MOOT & BROWER
                                        A Professional Corporation

                                     By: _____
                                              John H. Stephens
                                              Lynn M. Beekman
                                              Attorneys for FOX RENT A CAR, INC.

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476