1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  W. DEAN FREEMAN
   FELIX E. LEATHERWOOD
3  Supervising Deputy Attorneys General
   RONALD N. ITO, State Bar No. 071322
4  DIANE SPENCER SHAW, State Bar No. 073970
   LISA W. CHAO, State Bar No. 198536
5  Deputy Attorneys General
       300 South Spring Street, Room 1702
6      Los Angeles, California  90013
       Telephone:  (213) 897-2477
7      Fax:  (213) 897-5775

8  Attorneys for Defendant
   Caroline Beteta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation, THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | CASE NO.  07 CV 2174 H BLM<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CAROLINE BETETA TO DISMISS COMPLAINT FOR INJUNCTION, MONETARY DAMAGES AND DECLARATORY RELIEF**<br><br>Hearing Date:  April 1, 2008<br>Time:              10:30 a.m.<br>Place:             Courtroom 13<br>Judge:            Hon. Marilyn Huff |

1  TO PLAINTIFFS, ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS
2  OF RECORD:
3  PLEASE TAKE NOTICE that on April 1, 2008 at 10:30 a.m., or as soon as the matter
4  may be heard, a hearing will be held in Courtroom 13 of the above-entitled court, located at 940
5  Front Street, San Diego, California, 92101, whereby Defendant Caroline Beteta will and hereby
6  does move the Court for dismissal of the Complaint for Injunction, Monetary Damages and
7  Declaratory Relief.
8  The Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6) on the ground
9  that the Complaint, and each Cause of Action, fails to state a claim upon which relief may be
10 granted.  Plaintiffs have not sufficiently alleged: any violation upon which relief can be awarded
11 against defendant Caroline Beteta under Section 1 of the Sherman Act by defendant Caroline
12 Beteta, applying the standards set forth in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007)
13 in the First Cause of Action; or any violation of, or grounds for monetary or injunctive relief from
14 defendant Caroline Beteta under, the California's Unfair Competition Act (Cal. Gov't Code §
15 17200, et seq.) in the Second Cause of Action; or any allegations of violations of the Bagley-
16 Keene Open Meeting Act by defendant Caroline Beteta.  As to the Second Cause of Action any
17 monetary award against defendant Caroline Beteta under the Unfair Competition Act is barred by
18 the Eleventh Amendment and failure to allege compliance with the California Tort Claims Act,
19 and, as a California state employee, under California law defendant Caroline Beteta is immune
20 from suit for violation of the Unfair Competition Act.  As to the Third Cause of Action, Plaintiffs
21 have not asserted any allegations against defendant Caroline Beteta and she is not a proper party.
22 The Second Cause of Action and Third Cause of Action also should be dismissed pursuant
23 to Federal Rules of Civil Procedure 12(b)(1) on the ground that the Court should decline to
24 exercise supplemental jurisdiction over these causes of action that are based solely on state law.
25 //
26 //
27 //
28 //

1  This Motion to Dismiss is based on this Notice, the Memorandum of Points and
2  Authorities in support thereof, all pleadings and papers on file in this action, and upon such other
3  and further argument as may be made at the time of hearing upon the Motion.

Dated: February 8, 2008

EDMUND G. BROWN JR., Attorney General
of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO
DIANE SPENCER SHAW
LISA W. CHAO
Deputy Attorneys General


s/Ronald N. Ito
Attorneys for Defendant
Caroline Beteta
E-mail: Ronald.Ito@doj.ca.gov