```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  W. DEAN FREEMAN
    FELIX E. LEATHERWOOD
 3  Supervising Deputy Attorneys General
    RONALD N. ITO, State Bar No. 071322
 4  DIANE SPENCER SHAW, State Bar No. 073970
    LISA W. CHAO, State Bar No. 198536
 5  Deputy Attorneys General
        300 South Spring Street, Room 1702
 6      Los Angeles, California  90013
        Telephone: (213) 897-2477
 7      Fax: (213) 897-5775

 8  Attorneys for Defendant
    Caroline Beteta
 9
                  UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HERTZ CORPORATION, Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation, THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA, <br><br> Defendants. | CASE NO.  07 CV 2174 H BLM <br><br> **PROOF OF SERVICE** <br><br> Hearing Date:  April 1, 2008 <br> Time:  10:30 a.m. <br> Place:  Courtroom 13 <br> Judge:  Hon. Marilyn Huff |

PROOF OF SERVICE

## DECLARATION OF SERVICE BY MAIL

Case Name: Michael Shames, et al. v. The Hertz Corporation, et al.
Case No.: 07 CV 2174 H BLM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 8, 2008**, I served the attached

**NOTICE OF MOTION AND MOTION OF DEFENDANT CAROLINE BETETA TO DISMISS COMPLAINT FOR INJUNCTION, MONETARY DAMAGES AND DECLARATORY RELIEF**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANT CAROLINE BETETA TO DISMISS COMPLAINT FOR INJUNCTION, MONETARY DAMAGES AND DECLARATORY RELIEF**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Los Angeles, California 90013, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 8, 2008**, at **Los Angeles, California**.

_____
(Declarant)

DSS:cvt

## SERVICE LIST

Case Name:  Michael Shames, et al. v. The Hertz Corporation, et al.
Case No.: 07 CV 2174 H BLM

Service by Electronic Case Filing System and First Class Mail, Postage Pre-paid:

Donald G. Rez
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
550 West "C" Street, Suite 1500
San Diego, CA 92101

*Counsel for Plaintiffs*

Charles L. Post
Thadd A. Blizzard
Michael Kvarme
WEINTRAUB GENSHLEA CHEDIAK
400 Capitol Mail, 11th Floor
Sacramento, CA 95814

*Counsel for Defendants
CALIFORNIA TRAVEL AND
TOURISM COMMISSION*

Gregory D. Call
Beatrice B. Nguyen
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111

Jennifer S. Romano
FOLGER LEVIN & KAHN LLP
1900 Avenue of the Stars
28th Floor
Los Angeles, CA 90067

*Counsel for Defendants ENTERPRISE
RENT-A-CAR COMPANY and
VANGUARD CAR RENTAL USA, INC.*

Dennis James Stewart
Kirk Hulett
Jennifer A. Kogan
HULETT HARPER STEWART LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101

*Counsel for Plaintiffs*

Gerald A. Stein
O'MELVENY & MYERS LLP
Times Square Tower
Seven Times Square
New York, NY 10036

*Counsel for Defendant HERTZ
CORPORATION*

Gregory Dwight Call
Folger Levin Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111

*Counsel for Defendant ENTERPRISE RENT-
A-CAR COMPANY*

Michael L. Weiner *(Pro hac vice)*
SKADDEN ARPS SLATE MEAGER
& FLOM LLP
Four Times Square
New York, New York 10036-6522

Sara L. Bensley *(Pro hac vice)*
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendant
AVIS BUDGET GROUP, INC.*

<u>SERVICE LIST (Cont'd)</u>

Case Name: Michael Shames, et al. v. The Hertz Corporation, et al.
Case No.: 07 CV 2174 H BLM

<u>Service by First Class Mail, Postage Pre-paid</u>

Robert C. Fellmeth
CENTER FOR PUBLIC INTEREST LAW
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

*Counsel for Plaintiffs*

Jeffrey A. LeVee
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

*Counsel for Defendant DOLLAR THRIFTY AUTOMOBILE GROUP, INC.*

Jones H. Stephens
WERTZ McDADE WALLACE MOOT & BROWER
945 Fourth Avenue
San Diego, CA 92101

*Counsel for Defendant FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR*

Stephens, John H.
Beekman, Lynn
WERTZ, McDADE, WALLACE, MOOT & BROWER
945 Fourth Avenue
San Diego, CA 92101

*Counsel for Payless*

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Michael F. Tubach
Thomas P. Brown
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111

*Counsel for Defendant HERTZ CORPORATION*

Douglas B. Adler
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144

*Attorneys for Defendant AVIS BUDGET GROUP, INC.*

T. Patrick Long
LONG, WILLIAMSON AND DELIS
400 N. Tustin Ave., Suite 370
Santa Ana, CA 92705

*Counsel for Defendant COAST LEASING CORP. dba ADVANTAGE RENT A CAR*