1  Charles L. Post, State Bar No. 160443
   Thadd A. Blizzard, State Bar No. 83297
2  **weintraub** genshlea chediak
   a law corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, CA 95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5
   EDMUND G. BROWN JR.
6  Attorney General of the State of California
   W. DEAN FREEMAN
7  FELIX E. LEATHERWOOD
   Supervising Deputy Attorneys General
8  RONALD N. ITO, State Bar No. 71322
   DIANE SPENCER SHAW, State Bar No. 73970
9  LISA W. CHAO, State Bar No. 198536
   Deputy Attorneys General
10 300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
11 (213) 897-2477 – Main
   (213) 897-5775 – Facsimile
12
   Attorneys for Defendant
13 The California Travel and Tourism Commission

14

15              UNITED STATES DISTRICT COURT

16              SOUTHERN DISTRICT OF CALIFORNIA

17 MICHAEL SHAMES; GARY GRAMKOW, on ) Case No. 07 CV 2174 H BLM
   behalf of themselves and on behalf of all     )
18 persons similarly situated,,                  ) [CLASS ACTION]
                                                 )
19        Plaintiffs,                            )
                                                 ) DEFENDANT CALIFORNIA TRAVEL AND
20        vs.                                    ) TOURISM COMMISSION'S NOTICE OF
                                                 ) MOTION AND MOTION TO DISMISS
21 THE HERTZ CORPORATION, a Delaware             ) PLAINTIFFS' COMPLAINT
   corporation; DOLLAR THRIFTY                   ) [Fed. R. Civ. P. 12(b)(6)]
22 AUTOMOTIVE GROUP, INC., a Delaware            )
   corporation; AVIS BUDGET GROUP, INC., a       )
23 Delaware corporation; VANGUARD CAR            )
   RENTAL USA, INC., an Oklahoma                 ) Date: April 1, 2008
24 corporation; ENTERPRISE RENT-A-CAR            ) Time: 10:30 a.m.
   COMPANY, a Missouri corporation; FOX          ) Place: Courtroom 13
25 RENT A CAR, INC., a California corporation;   )
   COAST LEASING CORP., a Texas                  ) The Honorable Marilyn L. Huff
26 corporation; THE CALIFORNIA TRAVEL AND        )
   TOURISM COMMISSION and CAROLINE               )
27 BETETA,                                       )
                                                 )
28        Defendants.                            )
   _____)

{10824/16392/TAB/1015539.DOC;}          1                    Notice of Motion and Motion to
                                                             Dismiss Plaintiffs' Complaint

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on April 1, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above-entitled Court, located at 880 Front Street, No. 4290, San Diego, California 92101, defendant California Travel and Tourism Commission ("CTTC") will, and hereby does, move the Court for an order dismissing with prejudice Plaintiffs' Complaint for failure to state a claim upon which relief may be granted.

This motion is made on the basis that CTTC is entitled to immunity from antitrust liability for any acts complained of in the Complaint as a state actor. Alternatively, the allegations in the Complaint fail to satisfy the pleading standard announced in *Bell Atlantic Corp. v. Twombly*, ___ U.S. ___, 127 S.Ct. 1955 (2007). Alternatively, CTTC is immune from antitrust liability under the *Noerr-Pennington* doctrine, and Plaintiffs have suffered no injury.

CTTC moves to dismiss the Unfair Competition Law claims on the grounds that CTTC is not a "person" for unfair competition purposes and is therefore not subject to suit. The unfair competition claim should also be dismissed because Plaintiffs' Complaint fails to allege facts sufficient to establish any illegal activity on the part of CTTC on which to base an unfair competition claim. CTTC is expressly immune from any such suit pursuant to California Government Code section 13995.90(c). Any conduct Plaintiffs complain of was done in compliance with the California Tourism Marketing Act, California Government Code sections 13995 *et seq.*

CTTC moves to dismiss the third claim, alleging violations of the Bagley-Keene Open Meeting Act for lack of jurisdiction since the third claim is not transactionally related to the antitrust claims over which the Court has original jurisdiction. CTTC also moves to dismiss the Bagley-Keene Act claim because the alleged violations are time-barred, and on comity principles, as this is an issue best left for the California state courts, or better yet, the California Legislature.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in Support of Motion to Dismiss, the Motion to Dismiss filed by the Rental Car Defendants on January 25, 2008, in which CTTC has joined, the Request for Judicial Notice

filed by the Rental Car Defendants on January 25, 2008, in which CTTC has joined, the pleadings and papers filed in this action, and any further evidence, testimony, or evidence as may be presented at oral argument on this matter.

Dated: February 8, 2008

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /s/ Thadd S. Blizzard
Thadd S. Blizzard
California State Bar No. 83297
Attorneys for Defendant California
Travel and Tourism Commission

EDMUND G. BROWN JR., Attorney General
of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO
DIANE SPENCER SHAW
LISA W. CHAO
Deputy Attorneys General

By: /s/ Ronald N. Ito
Ronald N. Ito
California State Bar No. 71322
Attorneys for Defendant California
Travel and Tourism Commission