Thadd A. Blizzard, State Bar No. 83297
Michael Kvarme, State Bar No.
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA, <br><br> Defendants. | Case No. 07 CV 2174 H BLM <br><br> [CLASS ACTION] <br><br> DEFENDANT CALIFORNIA TRAVEL AND TOURISM COMMISSION'S JOINDER IN RENTAL CAR DEFENDANTS' MOTION TO DISMISS AND RENTAL CAR DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF <br><br> Date: April 1, 2008 <br> Time: 10:30 a.m. <br> Place: Courtroom 13 <br><br> The Honorable Marilyn L. Huff |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant California Travel and Tourism Commission ("CTTC") hereby joins in the Motion to Dismiss filed by the Rental Car Defendants on January 25, 2008, Docket No. 34, the Memorandum of Points and Authorities in support thereof, Docket No. 35, and the Request for Judicial Notice in support thereof, Docket No. 36. As demonstrated by the Rental Car Defendants' motion to dismiss, Plaintiffs' Complaint fails to state a claim upon which relief may be granted. Additional grounds for dismissal exist as to CTTC; therefore, CTTC is filing its own motion to dismiss Plaintiffs' Complaint for failure to state a claim concurrently herewith.

Dated: February 8, 2008

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /s/ Thadd S. Blizzard
Thadd S. Blizzard
California State Bar No. 83297
Attorneys for Defendant California
Travel and Tourism Commission

EDMUND G. BROWN JR., Attorney General
of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO
DIANE SPENCER SHAW
LISA W. CHAO
Deputy Attorneys General

By: /s/ Ronald N. Ito
Ronald N. Ito
California State Bar No. 71322
Attorneys for Defendant California
Travel and Tourism Commission