CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA  92110
Telephone:      (619) 260-4806
Facsimile:       (619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone:      (619) 233-4100
Facsimile:       (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:      (619) 338-1133
Facsimile:       (619) 338-1139

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND MOTION TO CONSOLIDATE HEARING DATES**<br><br>JUDGE:    Honorable Marilyn L. Huff<br>CTRM:     13 |

1   Plaintiffs Michael Shames ("Shames") and Gary Gramkow (collectively "Plaintiffs") and
2   Defendants The Hertz Corporation, Dollar Thrifty Automotive Group, Inc., Avis Budget Group,
3   Inc., Vanguard Car Rental USA, Inc., Enterprise Rent-A-Car Company, Fox Rent a Car, Inc.,
4   Coast Leasing Corp. ("Rental Car Defendants"), The California Travel and Tourism Commission
5   ("CTTC"), and Caroline Beteta ("Beteta") (collectively "Defendants") hereby agree and move that
6   the Court hear all presently pending motions in one hearing on April 1, 2008, at 10:30 a.m.

7   WHEREAS, Shames's Motion for Preliminary Injunction is currently set for hearing on
8   March 10, 2008, and Shames and the CTTC reached an interim agreement pending resolution of
9   that Motion, which the Court signed on December 12, 2007;

10  WHEREAS, the Rental Car Defendants' Motion to Dismiss is currently set for hearing on
11  March 17, 2008;

12  WHEREAS, the CTTC's and Beteta's Motions to Dismiss are currently set for hearing on
13  April 1, 2008; and

14  WHEREAS, the Stipulation fosters judicial economy and allows counsel for the parties to
15  avoid traveling on multiple occasions for three separate hearings,

16  The parties hereby stipulate, agree, and move as follows:

17  That Shames's Motion for Preliminary Injunction, the Rental Car Defendants' Motion to
18  Dismiss, and the CTTC's and Beteta's Motions to Dismiss all be set for hearing on April 1, 2008
19  at 10:30 a.m. and that the hearing dates of March 10, 2008 and March 17, 2008 be vacated.

20  DATED: February 15, 2007                HULETT HARPER STEWART LLP
                                            DENNIS STEWART
21                                          JENNIFER A. KAGAN

24                                          _____
                                            DENNIS STEWART

26                                          550 West C Street, Suite 1600
                                            San Diego, CA 92101
                                            Telephone:   (619) 338-1133
27                                          Facsimile:   (619) 338-1139

28

                                            1



1  
2  CENTER FOR PUBLIC INTEREST LAW  
   UNIVERSITY OF SAN DIEGO  
3   SCHOOL OF LAW  
   ROBERT C. FELLMETH  
4  ED HOWARD  
   JULIANNE D'ANGELO FELLMETH  
5  5998 Alcala Park  
   San Diego, CA 92110  
6  Telephone:  (619) 260-4806  
   Facsimile:  (619) 260-4753  
7  
8  SULLIVAN, HILL, LEWIN, REZ & ENGEL  
   A Professional Law Corporation  
9  DONALD G. REZ  
   550 West "C" Street, Suite 1500  
10 San Diego, CA 92101  
   Telephone:  (619) 233-4100  
11 Facsimile:  (619) 231-4372  

12  Attorneys for Plaintiffs  

13  DATED: February 15, 2008    WEINTRAUB GENSHLEA CHEDIAK  
14                              THADD A. BLIZZARD  

15  
16                              _____  
                                THADD A. BLIZZARD  
17  
                                400 Capitol Mall, Eleventh Floor  
18                              Sacramento, CA 95814  
                                Telephone:  (916)558-6000  
19                              Facsimile:  (916) 446-1611  

20                              Attorneys for Defendant California Travel and  
                                Tourism Commission  
21  
22  
23  
24  
25  
26  
27  
28

| | |
|---|---|
| DATED: February 15, 2008 | EDMUND G. BROWN JR.<br>  Attorney General of the State of California<br>W. DEAN FREEMAN<br>FELIX E. LEATHERWOOD<br>  Supervising Deputy Attorney General<br>RONALD N. ITO<br>DIANE SPENCER SHAW<br>LISA W. CHAO<br>  Deputy Attorneys General<br><br>*/s/ Ronald N. Ito*<br>_____<br>RONALD N. ITO<br><br>Attorneys for Defendants California Travel and Tourism Commission and Caroline Beteta<br><br>JONES DAY<br>JEFFREY A. LEVEE<br><br>_____<br>JEFFREY A. LEVEE<br><br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA  90013<br>Telephone:   (213) 489-3939<br>Fax:             (213) 243-2539<br><br>Attorneys for Dollar Thrifty Automotive Group, Inc. and Specially Appearing on Behalf of the Rental Car Defendants for the purposes of this Motion only |

3

07CV2174H(BLM)

| | | |
|---|---|---|
| 1 | DATED: February 15, 2008 | EDMUND G. BROWN JR. |
| 2 | |   Attorney General of the State of California |
| | | W. DEAN FREEMAN |
| 3 | | FELIX E. LEATHERWOOD |
| | |   Supervising Deputy Attorney General |
| 4 | | RONALD N. ITO |
| | | DIANE SPENCER SHAW |
| 5 | | LISA W. CHAO |
| | |   Deputy Attorneys General |

_____

RONALD N. ITO

Attorneys for Defendants California Travel and Tourism Commission and Caroline Beteta

JONES DAY
JEFFREY A. LEVEE

_____*Jeffrey A. Levee* /DS_____ (w/ authorization)
JEFFREY A. LEVEE

555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90013
Telephone:   (213) 489-3939
Fax:              (213) 243-2539

Attorneys for Dollar Thrifty Automotive Group, Inc. and Specially Appearing on Behalf of the Rental Car Defendants for the purposes of this Motion only

3