CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA 92110
Telephone:    (619) 260-4806
Facsimile:    (619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA 92101
Telephone:    (619) 233-4100
Facsimile:    (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>JUDGE:    Honorable Marilyn L. Huff<br>CTRM:     13 |

**PROOF OF SERVICE**
*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on February 15, 2008, I served the following document(s) entitled: **STIPULATION AND MOTION TO CONSOLIDATE HEARING DATES**

Robert C Fellmeth
Center for Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92101

☑ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX**: I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 15, 2008, at San Diego, California.

_/s/ Dennis Stewart_
DENNIS STEWART

**Motions**
3:07-cv-02174-H-BLM Shames et al v. Hertz Corporation et al

# U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Stewart, Dennis on 2/15/2008 at 4:48 PM PST and filed on 2/15/2008

**Case Name:** Shames et al v. Hertz Corporation et al
**Case Number:** 3:07-cv-2174
**Filer:** Michael Shames
Gary Gramkow
**Document Number:** 54

**Docket Text:**
Joint MOTION for Hearing *Stipulation and Motion to Consolidate Hearing Dates* by Michael Shames, Gary Gramkow. (Stewart, Dennis)


**3:07-cv-2174 Notice has been electronically mailed to:**

Sara L. Bensley     sbensley@skadden.com, brigitte.travaglini@skadden.com

Gregory Dwight Call     gcall@flk.com, bnguyen@flk.com, esuzukawa@flk.com, jromano@flk.com

W Scott Cameron     wcameron@weintraub.com, enetemeyer@weintraub.com

Ronald Noboru Ito     ronald.ito@doj.ca.gov

Jennifer A Kagan     jenni@hulettharper.com, office@hulettharper.com

Charles L Post     cpost@weintraub.com, rcarrillo@weintraub.com

Donald G Rez     rez@shlaw.com, frederick@shlaw.com

Gerald A. Stein     gstein@omm.com

Dennis James Stewart     dstewart@hulettharper.com, office@hulettharper.com

Michael L Weiner     mweiner@skadden.com, brigitte.travaglini@skadden.com

**3:07-cv-2174 Notice has been delivered by other means to:**

Robert C Fellmeth

Center For Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=2/15/2008] [FileNumber=2424166-0
] [7d94058b55c21c1f3b87ffb3d65ff0b04a8a5b708c42430ae9ef15d5ac782bac8fd
da6250a09fb30dad064eebbd806f5901f820b1bc3cc68a99057bbcc45cc2e]]