# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SHAMES; GARY
GRAMKOW, on behalf of themselves and
on behalf of all persons similarly situated,

Plaintiffs,

vs.

THE HERTZ CORPORATION, et al.,

Defendants.

CASE NO. 07-CV-2174 H (BLM)

**ORDER GRANTING JOINT
MOTION TO CONSOLIDATE
HEARING DATES**

The Court currently has four pending motions in this case: plaintiff Michael Shames's motion for a preliminary injunction against defendant California Travel and Tourism Commission ("CTTC"), set for hearing on March 10, 2008; the rental car companies' motion to dismiss, set for hearing on March 17, 2008; and motions to dismiss by defendants Caroline Beteta and the CTTC, set for hearing on April 1, 2008. On February 15, 2008, the parties filed a joint motion to consolidate all four motions for hearing on April 1, 2008. (Doc. No. 54.)

The Court grants the joint motion. Accordingly, the Court vacates the hearings currently set for March 10, 2008 and March 17, 2008. The Court will hear all currently pending motions on April 1, 2008.

IT IS SO ORDERED.

DATED: February 20, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT