Jeffrey A. LeVee (State Bar No. 125863)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@jonesday.com

Attorneys for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[Class Action]<br><br>NOTICE OF APPEARANCE OF COUNSEL JEFFREY A. LEVEE |

**PLEASE TAKE NOTICE** that the following counsel will hereby appear in this matter as counsel on behalf of defendant Dollar Thrifty Automotive Group, Inc. and hereby requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

> Jeffrey A. LeVee, Esq.
> jlevee@jonesday.com
> JONES DAY
> 555 South Flower Street
> Fiftieth Floor
> Los Angeles, CA 90071-2300
> Telephone: (213) 489-3939
> Facsimile: (213) 243-2539

**PLEASE TAKE FURTHER NOTICE** that the foregoing includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint,

LAI-2932962v1

DEFENDANTS' NOTICE OF APPEARANCE
Case No. 07 CV 2174 H BLM

hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-email.

Dated: February 28, 2008

JONES DAY

By: /s/ Jeffrey A. LeVee
Jeffrey A. LeVee

Attorneys for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.