THOMAS P. BROWN (Cal. Bar No. 182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

GERALD A. STEIN (*Pro Hac Vice*)
gstein@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation, et al.,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>Honorable Marilyn L. Huff<br><br>[Class Action]<br><br>NOTICE OF APPEARANCE OF COUNSEL GERALD A. STEIN |

**PLEASE TAKE NOTICE** that the following counsel will appear in this matter as counsel on behalf of defendant The Hertz Corporation and hereby requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

> Gerald A. Stein
> gstein@omm.com
> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square
> New York, NY 10036
> Telephone:   (212) 326-2000
> Facsimile:   (212) 326-2061

**PLEASE TAKE FURTHER NOTICE** that the foregoing includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated: March 5, 2008

Respectfully submitted,

By: /s/ Gerald A. Stein

Times Square Tower
7 Times Square
New York, NY 10036
Telephone:(212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Defendant
THE HERTZ CORPORATION

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on March 5, 2008, the document listed below was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that on March 5, 2008, I mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**THE HERTZ CORPORATION'S NOTICE OF APPEARANCE**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 5, 2008, at San Francisco, California.

_____
KEVIN RUBINO

**Service by Electronic Case Filing System:**

| | |
|---|---|
| Donald G. Rez<br>SULLIVAN, HILL, LEWIN, REZ & ENGEL<br>A Professional Law Corporation<br>550 West "C" Street, Suite 1500<br>San Diego, CA 92101 | Michael L. Weiner (*Pro Hac Vice*)<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, NY 10036-6522 |
| Dennis Stewart<br>Kirk Hulett<br>Jennifer A. Kagan<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA 92101<br><br>*Counsel for Plaintiffs* | Douglas B. Adler<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br><br>Sara L. Bensley (*Pro Hac Vice*)<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005-2111<br><br>*Counsel for Defendant AVIS BUDGET GROUP, INC.* |
| Charles L. Post<br>Thadd A. Blizzard<br>Michael Kvarme<br>WEINTRAUB GENSHLEA CHEDIAK<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br><br>*Counsel for Defendants CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA* | |

**Service by First-Class, Mail, Postage Pre-Paid:**

| | |
|---|---|
| Robert C. Fellmeth<br>CENTER FOR PUBLIC INTEREST LAW<br>University of San Diego School of Law<br>5998 Alcala Park<br>San Diego, CA 92110<br><br>*Counsel for Plaintiffs* | Gregory D. Call<br>Beatrice B. Nguyen<br>FOLGER LEVIN & KAHN LLP<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br><br>Jennifer S. Romano<br>FOLGER LEVIN & KAHN LLP<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA 90067<br><br>*Counsel for Defendants ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC.* |

- 4 -

| | |
|---|---|
| 1   Jeffrey A. LeVee<br>    JONES DAY<br>2   555 South Flower Street, 50th Floor<br>    Los Angeles, CA 90071<br>3<br>    *Counsel for Defendant DOLLAR THRIFTY*<br>4   *AUTOMOTIAVE GROUP, INC.* | John H. Stephens<br>WERDTZ McDADE WALLACE MOOT &<br>BROWER<br>945 Fourth Avenue<br>San Diego, CA 92101<br><br>*Counsel for Defendant FOX RENT A CAR*<br>*d/b/a PAYLESS-RENT-A-CAR* |

```
 1   Jeffrey A. LeVee                            John H. Stephens
     JONES DAY                                   WERDTZ McDADE WALLACE MOOT &
 2   555 South Flower Street, 50th Floor         BROWER
     Los Angeles, CA 90071                       945 Fourth Avenue
 3                                               San Diego, CA 92101
     Counsel for Defendant DOLLAR THRIFTY
 4   AUTOMOTIAVE GROUP, INC.                     Counsel for Defendant FOX RENT A CAR
                                                 d/b/a PAYLESS-RENT-A-CAR
 5
     T. Patrick Long
 6   LONG, WILLIAMSON AND DELIS
     400 N. Tustin Avenue, Suite 370
 7   Santa Ana, CA 92705

 8   Counsel for Defendant COAST LEASING
     CORP. d/b/a ADVANTAGE RENT A CAR
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```