1   CENTER FOR PUBLIC INTEREST LAW
  UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
2   ROBERT C. FELLMETH, SBN 49897
  cpil@sandiego.edu
3   ED HOWARD, SBN 151936
4   JULIANNE D'ANGELO FELLMETH, SBN: 109288
  5998 Alcala Park
5   San Diego, CA  92110
  Telephone:    (619) 260-4806
6   Facsimile:     (619) 260-4753

7

8   SULLIVAN HILL LEWIN REZ & ENGEL       HULETT HARPER STEWART LLP
  A Professional Law Corporation           DENNIS STEWART, SBN: 99152
  DONALD G. REZ, SBN 82615             dstewart@hulettharper.com
9   rez@shlaw.com                     JENNIFER A. KAGAN, SBN: 234554
  550 West "C" Street, Suite 1500          jenni@hulettharper.com
10   San Diego, CA  92101               550 West C Street, Suite 1600
  Telephone:    (619) 233-4100        San Diego, CA  92101
11   Facsimile:     (619) 231-4372        Telephone:    (619) 338-1133
                             Facsimile:     (619) 338-1139
12

  Attorneys for Plaintiffs
13

14               **IN THE UNITED STATES DISTRICT COURT**

15              **SOUTHERN DISTRICT OF CALIFORNIA**

16   MICHAEL SHAMES; GARY GRAMKOW,    Case No. 07CV2174H(BLM)
  on behalf of themselves and on behalf of all
17   persons similarly situated,           **CLASS ACTION**

18             Plaintiffs,        **PROOF OF SERVICE**

19

20   v.                         JUDGE:    Honorable Marilyn L. Huff
                            CTRM:     13
21   THE HERTZ CORPORATION, et al.,

22             Defendants.

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<ins>PROOF OF SERVICE</ins>**
*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on March 11, 2008, I served the following document(s) entitled:

**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

**PLAINTIFFS' OPPOSITION TO DEFENDANT CALIFORNIA TRAVEL AND TOURISM COMMISSION'S MOTION TO DISMISS**

on ALL INTERESTED PARTIES in this action:

| | |
|---|---|
| John H. Stephens | T. Patrick Long |
| Lynn Beekman | LONG WILLIAMSON & DELIS |
| WERTZ MCDADE WALLACE | 400 North Tustin Avenue, Suite 370 |
|  MOOT & BROWER | Santa Ana, CA  92705 |
| 945 Fourth Avenue | Telephone:    (714) 668-1400 |
| San Diego, CA  92101 | Facsimile:    (714) 668-1411 |
| Telephone:    (619) 233-1888 | |
| Facsimile:    (619) 696-9476 | |

■ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 11, 2008, at San Diego, California.

*Anita Villanueva*
ANITA VILLANUEVA