1  Thadd A. Blizzard, State Bar No. 83297
   Michael A. Kvarme, State Bar No. 90749
2  W. Scott Cameron, State Bar No. 229828
   **weintraub** genshlea chediak
3  a law corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, CA   95814
   (916) 558-6000 – Main
5  (916) 446-1611 – Facsimile

6  EDMUND G. BROWN JR.
   Attorney General of the State of California
7  W. DEAN FREEMAN
   FELIX E. LEATHERWOOD
8  Supervising Deputy Attorneys General
   RONALD N. ITO, State Bar No. 71322
9  DIANE SPENCER SHAW, State Bar No. 73970
   LISA W. CHAO, State Bar No. 198536
10 Deputy Attorneys General
   300 South Spring Street, Suite 1702
11 Los Angeles, CA   90013
   (213) 897-2477 – Main
12 (213) 897-5775 – Facsimile

13 Attorneys for Defendant
   The California Travel and Tourism Commission

14

15              UNITED STATES DISTRICT COURT

16              SOUTHERN DISTRICT OF CALIFORNIA

17 MICHAEL SHAMES; GARY GRAMKOW, on          Case No. 07 CV 2174 H BLM
   behalf of themselves and on behalf of all
18 persons similarly situated,                [CLASS ACTION]

19              Plaintiffs,
           vs.
20                                            DECLARATION OF MATTHEW SABBATINI
   THE HERTZ CORPORATION, a Delaware          IN OPPOSITION TO PLAINTIFF MICHAEL
21 corporation; DOLLAR THRIFTY                SHAMES'S MOTION FOR PRELIMINARY
   AUTOMOTIVE GROUP, INC., a Delaware         INJUNCTION
22 corporation; AVIS BUDGET GROUP, INC., a
   Delaware corporation; VANGUARD CAR
23 RENTAL USA, INC., an Oklahoma
   corporation; ENTERPRISE RENT-A-CAR         Date:      April 1, 2008
24 COMPANY, a Missouri corporation; FOX       Time:      10:30 a.m.
   RENT A CAR, INC., a California corporation; Place:     Courtroom 13
25 COAST LEASING CORP., a Texas
   corporation; THE CALIFORNIA TRAVEL AND     The Honorable Marilyn L. Huff
26 TOURISM COMMISSION and CAROLINE
   BETETA,                                    **PART 1 OF 2**
27
                Defendants.
28

{10824/16392/WSC/1023549.DOC;}

I, Matthew Sabbatini, declare as follows:

1.      I am the Operations Manager and Commission Liaison for the California Travel and Tourism Commission ("CTTC"). I have held this position since October of 2006. I have personal knowledge of the following facts, and if called upon to do so, could testify competently thereto.

2.      In my duties as Operations Manager, I am responsible for the logistics for all CTTC meetings, including but not limited to CTTC Commission Meetings, CTTC Marketing Advisory Committee Meetings, CTTC Executive Committee Meetings. The logistics required for these meetings include sending out initial meeting information, sending official meeting notices, preparing the meeting agenda (with content provided to me by CTTC), posting the meeting agenda, and preparing meeting materials for distribution at the meeting. I also coordinate with the Events Coordinator in setting up meeting locations and providing for lunch for meeting attendees. I also attend each meeting and take the meeting minutes. Following the meeting, I prepare and distribute the meeting minutes.

3.      It is my custom and practice that the first notification I send of an upcoming meeting is a "Save The Date" notice. This notice is generally sent by email eight weeks prior to the actual meeting, and is intended to provide the Commissioners as much advance notice of the meeting as possible to avoid conflicts in scheduling and secure the maximum participation among Commissioners. The intended purpose for providing advance notice is to allow the Commissioners to arrange travel and hotel accommodations to attend the hearings. The "Save The Date" notices are sent to all CTTC Commissioners, to whom they are primarily directed, but I also send them to any person who has signed up with CTTC as requesting meeting notices and provided an email address.

4.      It is my understanding that these "Save The Date" notices are not required by the Bagley-Keene Open Meeting Act. These "Save The Date" notices are not intended to, and do not, replace the official meeting notice that is sent not later than 10 days prior to the meeting. The intent of the "Save The Date" notices is to provide advanced notice of the date of the meeting to allow for travel arrangements and to provide a basis for ordering sufficient food for

Decl. of Matthew Sabbatini In Opposition to
Shames's Motion for Preliminary Injunction

weintraub genshlea chediak
LAW CORPORATION

1  meetings.  Again, all attendees, including any and all interested members of the public, are

2  provided lunch without charge at the meetings.

3      5.    In addition to the "Save The Date" notice, it is my custom and practice to send a

4  "Reminder Notice" to all Commissioners, and also to any person who has signed up with CTTC

5  requesting notice of meetings and provided an email address.  I generally send these "Reminder

6  Notices" weekly by email until the meeting.  It is my understanding that these "Reminder

7  Notices" are not required under the Bagley-Keene Open Meeting Act, and are not intended to

8  replace the official meeting notice sent not later than 10 days prior to the meeting.

9      6.    It is my custom and practice to send the official "Public Notice Of The CTTC

10  Commission Meeting" not later than 10 days prior to every CTTC meeting.  I send the required

11  notice to each Commissioner and staff person, and also to every person who has requested

12  meeting notices from CTTC and has provided an address to mail the notice.  Attached to the

13  "Public Notice Of The CTTC Commission Meeting" is a copy of the agenda for the meeting, as

14  well as information describing the meeting time, date, and location.  I send the "Public Notice

15  Of The CTTC Commission Meeting" by first class mail with the U.S. Postal Service on the date it

16  is prepared.  This is the same date listed on the Public Notice.  This is also my practice with all

17  other Public Notices for meetings I send.

18      7.    I prepared and sent by U.S. mail the "Public Notice Of The CTTC Commission

19  Meeting" for the September 24, 2007, meeting on September 13, 2007, the date listed on the

20  notice.  A true and correct copy of the "Public Notice Of The CTTC Commission Meeting" for

21  the September 24, 2007 CTTC Commission meeting is attached hereto as Exhibit A.

22      8.    I prepared and sent by U.S. mail the "Public Notice Of The CTTC Executive

23  Committee Meeting" for the September 24, 2007 CTTC Executive Committee meeting on

24  September 13, 2007.  A true and correct copy of the "Public Notice Of The CTTC Executive

25  Committee Meeting" for the September 24, 2007 CTTC Executive Committee meeting is

26  attached hereto as Exhibit B.

27      9.    I prepared and sent by U.S. mail the "Public Notice Of The CTTC Governance

28  Committee Meeting" for the October 19, 2007 CTTC Governance Committee meeting on

**weintraub** genshlea chediak
LAW CORPORATION

Decl. of Matthew Sabbatini In Opposition to
Shames's Motion for Preliminary Injunction

October 5, 2007.  A true and correct copy of the "Public Notice Of The CTTC Governance Committee Meeting" for the October 19, 2007 CTTC Governance Committee meeting is attached hereto as Exhibit C.

10.    I prepared and sent by U.S. mail the "Public Notice Of The CTTC Nominating Committee Meeting" for the October 19, 2007 CTTC Nominating Committee meeting on October 5, 2007.  A true and correct copy of the "Public Notice Of The CTTC Nominating Committee Meeting" for the October 19, 2007 CTTC Nominating Committee meeting is attached hereto as Exhibit D.

11.    I have sent each required notice by mail at least 10 days prior to the meeting for every meeting since I assumed my role as Operations Manager.  In fact, I have come in on Saturdays on occasion to ensure the notice is mailed timely.

12.    In addition to the official mailed "Public Notice Of The CTTC Commission Meeting," it is my custom and practice to send a courtesy copy of the notice via email to every Commissioner and staff person, and to each person who has signed up with CTTC requesting meeting notices and provided CTTC with an email address.  This email notice is generally sent the same day as the official mailed notice, however on some occasions I have been delayed in sending this courtesy email copy of the notice.  It is my understanding that this courtesy copy of the notice by email is not required by the Bagley-Keene Open Meeting Act, and that the mailed copy complies with the notice requirements of the Act.

13.    Included in each of the above notices is a request to R.S.V.P. for the meeting.  The purpose for requesting the R.S.V.P. is a matter of logistics.  I use the number of R.S.V.P. responses as a guide to ensure that the room selected for the meeting has a large enough capacity and that there are sufficient meeting materials printed and available as handouts for each person at the meeting.  Also, the CTTC provides lunch for the Commissioners and all other attendees including members of the public, and the R.S.V.P. responses are used to ensure we have enough food for everyone in attendance.  It is not required for a member of the public to R.S.V.P. to attend the meeting.  In fact, the public notice indicates this by including the

//

**weintraub** genshlea chediak
LAW CORPORATION

1  parenthetical "(For informational purposes only)" following the "Members of the Public Who

2  Have Requested Notification" in the "To:" line of the notice. See Exhibits A through D.

3        14.    Since I began my duties as Operations Manager, to my knowledge no person has

4  been turned away from a meeting or denied access for failure to register or R.S.V.P. before the

5  meeting. To my knowledge no person has been denied meeting materials for failure to register

6  or R.S.V.P. prior to the meetings. Also, to my knowledge and in my experience, there are always

7  extra copies of all meeting materials available to everyone who attends the meetings and are

8  located in the meeting room, and there have been extra copies left over after each meeting

9  since I have been Operations Manager. Meeting materials are also available on the Internet

10  through the CTTC Website.

11        15.    For meetings prior to the December 14, 2007, CTTC Executive Committee

12  meeting, I did not include an Internet address in the "Public Notice Of The CTTC Executive

13  Committee Meeting" as I was not aware of the requirement to include an Internet address.

14  Upon learning that the Internet address is a requirement for the official notices, it became the

15  policy of the CTTC to include such notices. I changed the format of the Public Notice for the

16  December 14, 2007, meeting to include the Internet address for the appropriate information

17  and have included it in every subsequent notice. A true and correct copy of each Public Meeting

18  Notice sent since December 1, 2007, each of which includes this Internet address, is attached

19  hereto as Exhibit E.

20        16.    Prior to November of 2007, no one had ever, to my knowledge, complained of

21  the lack of an Internet address or advised CTTC that the notices did not meet the requirements

22  of the Bagley-Keene Open Meeting Act and requested that it change its practices to come into

23  compliance with the Act. As Operations Manager and Commission Liaison, had such a

24  complaint or request been made, it would have been directed to me. Had such a request been

25  made, I would have reviewed the Bagley-Keene Open Meeting Act and changed the notices to

26  include said email address. Executive staff at the Commission has directed me to maintain full

27  transparency and comply in every respect with the terms and spirit of the Bagley-Keene Open

28  Meeting Act.

weintraub genshlea chediak
LAW CORPORATION

17.    CTTC does not, and at least since I have been Operations Manager has not, required any member of the public to R.S.V.P. prior to a meeting to attend, or to sign in once at a meeting to remain or participate.  Prior to November of 2007, to my knowledge no one had ever complained to the CTTC about its practice of requesting R.S.V.P.'s for informational purposes only.  I was unaware that there was a question about this request being a violation of the Bagley-Keene Open Meeting Act.  Had this concern been brought to my attention prior to November of 2007, I would have included a clear statement that no registration or R.S.V.P. is required to attend the meetings.  As Operations Manager and Commission Liaison, had such a complaint or request been made to CTTC, it would have been directed to me.  In fact, as soon as I was made aware that this was a concern, I did change the form of the notices to include such a statement.  Every Public Meeting Notice that has been sent since December 1, 2007, has included the following "Public Notice:"

Public Notice:

No R.S.V.P., notice or registration is required to attend this meeting.  Members of the public may attend or speak at the meeting without prior notice toe the Commission.  Signing, registering or completing an RSVP is voluntary and is not a requirement for attendance at any Commission meeting.  All persons may attend the meeting regardless of whether he or she signs in, registers, or RSVPs.

The    Agenda    and    Public    Meeting    Notice    are    available    at www.visitcalifornia.com/agendas

A true and correct copy of each Public Meeting Notice sent since December 1, 2007, each of which includes this Public Notice statement, is attached hereto as Exhibit E.

18.    I prepare the Agenda for each meeting.  This procedure has changed since December 15, 2007, to allow more time for review of the agenda items by counsel and the Executive Director, and to specifically review the agenda items for specificity.  The procedure for preparing the Agenda calls for each Commissioner, Committee, or staff member to provide me with any items they wish to have included on the Agenda at least 15 days prior to the date on which the Public Notice is to be sent.  I compile all the inputs I receive into one Agenda, and circulate it to counsel and the Executive Director.  It is now our policy not to include items such as "Other Business" without any subheadings providing additional detail.

weintraub genshlea chediak
LAW CORPORATION

19.     Prior to November of 2007, I was unaware of the requirement to post the meeting agenda on the Internet at least 10 days prior to a meeting.  To my knowledge, no one ever complained to the CTTC of the failure to post the agenda, and no one ever requested that CTTC post the agenda on the Internet prior to the filing of this lawsuit.  As Operations Manager and Commission Liaison, had such a complaint or request been made, it would have been directed to me.  Since having learned of the requirement, I have changed my custom and practice to include posting the Public Notice and Agenda on the Internet at least 10 days prior to the meeting, and will continue to do so.

20.     I circulate a "sign-in sheet" at meetings to identify individuals in attendance for the meeting minutes.  I have never required anyone to sign in on the sheet to attend the meeting or to participate in the meetings.  To my knowledge, the CTTC has never required anyone to sign in to attend a meeting either.  It is my experience that the individuals that typically attend the meetings are persons in the travel industry, and want to be recognized as attending meetings and contributing to them.

21.     Prior to November of 2007, I was unaware of the requirement to include an affirmative statement on the sign-in sheet that signing the sheet was voluntary.  Since being made aware of that requirement, CTTC has changed its policy and I have changed the form of the sign-in sheet to include an affirmative notice that signing the sheet is completely voluntary and not required to attend or speak at the meeting.  A true and correct copy of the sign-in sheet currently in use for all CTTC meetings is attached hereto as Exhibit F.  Had anyone requested this change to the sign-in sheet earlier, I could have easily added the notice that signing was voluntary.  However, prior to November of 2007, no one had, to my knowledge complained that the sign-in sheet may constitute a violation of the Bagley-Keene Open Meeting Act, or otherwise request that it be changed.  As Operations Manager, if such a complaint or request had been made to CTTC, it would have been directed to me.

22.     At the beginning of each meeting, the Commissioner presiding over the meeting turns to me, and I take roll to identify for the minutes the Commissioners in attendance.  All attendees are also given the opportunity to introduce themselves following the roll, and provide

any information on their industry or location. Typically, these attendees are from the more rural counties, and welcome the opportunity to promote their locations and industries. No one is forced to introduce him- or her-self to remain in the meeting or to contribute at it.

23. At times, certain Commissioners participate in the meetings by teleconference. Since December of 2007, CTTC's policy and procedure requires that any Commissioner attending by telephone to do so at a location that is open to the public, and which members of the public may attend. The Public Notices now include locations for teleconference participants, as well as contact information so that members of the public can attend. See Exhibit E.

24. Prior to November of 2007, I was unaware of a requirement to include a citation to the applicable statute authorizing the closure of the meeting. Since November of 2007, it is my custom and practice and CTTC's policy to include a citation to the statute authorizing the closed session any time a portion of the meeting is to be conducted in closed session. See Exhibit E, "Public Notice Of The CTTC Executive Committee Meeting" for the December 14, 2007, CTTC Executive Committee meeting. Prior to November of 2007, to my knowledge no one had complained of a lack of statutory citation or requested the inclusion of such citation to CTTC. As Operations Manager, had any such request or complaint been made, it would have been directed to me.

25. On September 24, 2007, the CTTC Executive Committee, as part of its meeting, met in closed session. As stated on the Agenda for that meeting, the closed session was to discuss and conduct the CTTC Annual Executive Director Review. Exhibit B. On October 19, 2007, the CTTC, as part of its meeting, met in closed session. As stated in the Agenda for that meeting, the closed session was to discuss the Personnel Committee Report on the Executive Director Contract. A true and correct copy of the "Public Notice Of The CTTC Commission Meeting" for the October 24, 2007, meeting, including the Agenda, is attached as Exhibit G.

26. My staff reviewed my records, and on February 26, 2007, there were two meetings concerning CTTC. The CTTC Executive Committee Meeting was in the evening, which met at the Sheraton Grand Hotel, at 1230 J Street, Sacramento, California, at 4:30 p.m. A true and correct copy of the "Public Notice Of The CTTC Executive Committee Meeting" for the

weintraub genshlea chediak
LAW CORPORATION

February 26, 2007, meeting, which shows the meeting time and location, and includes the Agenda for the meeting is attached hereto as Exhibit H. The only other meeting that day was an earlier meeting of the CTTC Nominating Committee, which met at 11:00 a.m., at a different location. That meeting was held at 980 9th Street, Sacramento, California. A true and correct copy of the Public Notice Of The CTTC Nominating Committee Meeting" for the February 26, 2007, meeting, showing the meeting time and location, and which includes the Agenda for the meeting, is attached hereto as Exhibit I. There were no CTTC meetings at the Sheraton before the Executive Committee Meeting on February 26, 2007. Neither the CTTC Executive Committee nor the CTTC Nominating Committee met in closed session on February 26, 2007. In fact, I have been to every Nominating Committee meeting since I have been the Operations Manager, and in that time, the Nominating Committee has never met in closed session.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13 day of March, 2008, at Koloa, Hawaii.

Matthew Sabbatini

weintraub genshlea chediak
LAW CORPORATION

*EXHIBIT "A"*



TO:         California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:       Caroline Beteta, Executive Director

DATE:       September 13, 2007

RE:         PUBLIC NOTICE OF THE CTTC COMMISSION MEETING

---

A meeting of the California Travel and Tourism Commission is scheduled to take place on Monday, September 24, 2007, from 3:00 p.m. to 4:00 p.m.

Participation in this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting: | CTTC Commission Meeting |
| Date: | Monday, September 24, 2007 |
| Time: | 3:00 p.m. to 4:00 p.m. |
| Call-in Information | Phone 877.973.7507 |
| | Pass code 518056 |
| Meeting Location: | California Travel and Tourism Commission 980 Ninth Street, Suite 480 Sacramento, CA 95814 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916.319.5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Commission Committee Meeting**
Monday, September 24, 2007
3:00 p.m. to 4:00 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814

## AGENDA

---

*Any and all items on this Agenda are subject to discussion and vote*

I.  Call to Order / Roll Call

II. Approval of Ballot Language and Candidates for 2007 Referendum

III. Other Business

IV. Public Comment

V.  Adjournment





TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Thursday, September 13, 2007

RE:        PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, September 24, 2007 from 2:00 p.m. to 3:00 p.m.

Participation in this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting: | Executive Committee Meeting |
| Date: | Monday, September 24, 2007 |
| Time: | 2:00 p.m. to 3:00 p.m. |
| Call-in Information: | Phone 877.973.7507 / Pass code 518056 |
| Meeting Location: | California Travel and Tourism Commission 980 Ninth Street, Suite 480 Sacramento, CA 95814 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916.319.5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

CTTC Executive Committee Meeting
Monday, September 24, 2007
2:00 p.m. to 3:00 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Dial-in 877-973-7507 / Pass code 518056

## AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order / Roll Call

II.    Opening Remarks

III.   Executive Director Report

IV.    Approval of Ballot Language for 2007 Referendum

V.     Referendum Report/Assessment Update
       A.  Referendum Task Force Update
       B.  New Referendum DVD and Collateral Materials

VI.    Government Affairs Update

VII.   Nominating Committee Report

VIII.  Governance Committee Report

IX.    Marketing Advisory Committee Update
       A.  Update on FY 07-08 Marketing Plan
       B.  Wine/Culinary Co-Branding Campaign
       C.  Governor's Trade and Tourism Mission – India
       D.  New Advertising Campaign

X.     Financial Update
       A.  Financial Reports
       B.  Discuss Proposed Assessment Payments by Credit Card
       C.  Audit Committee Update/Recommendations and Approvals
       D.  Disaster Recovery Plan Update
       E.  Other Financial Matters

XI.    Legal Update
       A.  Status and Qualifications of Commissioners

XII.   Other Business
       A.  Staffing Update
       B.  2007/2008 Commission Meeting Dates
       C.  TIA Travel Leadership Summit – September 2007
       D.  CTTC Annual Executive Director Review (Closed Session)
           1.  Personnel Committee Report
           2.  Process and Timeline

XIII.  Public Comment

XIV.   Adjournment





FIND YOURSELF HERE

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, October 5, 2007

RE:        PUBLIC NOTICE OF THE CTTC GOVERNANCE COMMITTEE
           MEETING

---

A meeting of the California Travel and Tourism Commission Governance Committee is
scheduled to take place on Friday, October 19, 2007 from 2:30 p.m. to 3:30 p.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

| | |
|---|---|
| Meeting: ............................ | <u>Governance Committee Meeting</u> |
| Date: .................................. | Friday, October 19, 2007 |
| Time: ................................. | 2:30 p.m. to 3:30 p.m. |
| Call-in Information: ........... | 877-973-7507 |
| | Pass code: 518056 |
| Meeting Location: .............. | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or
msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that
pertinent meeting materials reach you.

Thank you.

**CTTC Governance Committee Meeting**
Friday, October 19, 2007
2:30 p.m. to 3:30 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Call in: 877-973-7507  Pass code: 518056

# AGENDA

*Any and all items on this Agenda are subject to discussion and vote.*

I.     Call to Order/Roll Call/Welcoming Remarks.

II.    General Review of Current Bylaws.

III.   Consideration and Approval of:

    a.  Establishing Timeline and Future Meeting Dates Leading to the Fall Referendum.
    b.  Review of Current Bylaws Related to Attendance Policy and Terms by Individual Commissioners, Executive Committee, Advisory Committees, and Officers.
    c.  Consideration for a "Best Practices" Review on Board Governance Issues and Related Advisory Committee.
    d.  Discussion/Proposal to Increase Number of Board Members.
    e.  Ex-Officio Status Policy Review.
    f.  Discussion of Board Vetting Process for New Directors.
    g.  Governance Committee Recruitment.

IV.    Other Business.

V.     Public Comment.

VI.    Adjournment.





FIND YOURSELF HERE

TO:         **California Travel and Tourism Commission**
            **Secretary of State**
            **Travel Industry Association**
            **Members of the Public Who Have Requested Notification**
            **(For informational purposes only)**

FROM:       **Caroline Beteta, Executive Director**

DATE:       **Friday, October 5, 2007**

RE:         **PUBLIC NOTICE OF THE CTTC NOMINATING COMMITTEE**
            **MEETING**

---

A meeting of the California Travel and Tourism Commission Nominating Committee is scheduled to take place on Friday, October 19, 2007 from 10:00 a.m. to 11:00 a.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

| | |
|---|---|
| Meeting: ........................ | Nominating Committee Meeting |
| Date: ............................. | Friday, October 19, 2007 |
| Time: ............................. | 10:00 a.m. to 11:00 p.m. |
| Call-in Information: ........ | Phone #877-973-7507 |
| | Pass code 518056 |
| Meeting Location: | California Travel and Tourism |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

**CTTC Nominating Committee Meeting**
Friday, October 19, 2007
10:00 a.m. to 11:00 a.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Call in: 877-973-7507 Pass code: 518056

## AGENDA

*Any and all items on this Agenda are subject to discussion and vote.*

I.     Call to Order/Roll Call/Welcoming Remarks.

II.    Review Nominating Process and Vacancies.

III.   Open Discussion, Consideration and Approval of Recommendations and Nominations to
       Provide Candidate Names to the Full Commission and Executive Committee for existing
       vacancies.

IV.    Open Discussion, Consideration and Approval of Recommendations and Nominations for
       Gubernatorial Appointments.

V.     Discussion Topics and Agenda Items for Future Meetings.

       A.  Establish Timeline and Future Meeting Dates Leading to the Fall Referendum.
       B.  Review Current Bylaws Related to Attendance Policy and Actual Attendance Record for
           Individual Commissioners, Executive Committee, Advisory Committees, and Officers.
       C.  Discussion of Public Outreach and Commissioner Recruitment/Call for Nominations.
       D.  Discussion of Board Vetting Process for New Directors.
       E.  2008 Officers/Executive Committee Nominating Process.

VI.    Other Business.

VII.   Public Comment.

VIII.  Adjournment.