Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>                Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br><br>**DECLARATION OF MATTHEW SABBATINI IN OPPOSITION TO PLAINTIFF MICHAEL SHAMES'S MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:        April 1, 2008<br>Time:        10:30 a.m.<br>Place:       Courtroom 13<br><br>The Honorable Marilyn L. Huff<br><br>**PART 2 OF 2** |

weintraub genshlea chediak
LAW CORPORATION





**california**
| FIND YOURSELF HERE

TO:        California Travel and Tourism Commission
                Secretary of State
                Travel Industry Association
                Members of the Public Who Have Requested Notification
                (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, January 11, 2008

RE:         PUBLIC NOTICE OF THE CTTC INTERNATIONAL SUMMIT MEETING

---

A meeting of the California Travel and Tourism Commission International Summit is scheduled to take place on Wednesday, January 23, 2008 from 9:30 a.m. to 5:00 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting:.........................CTTC International Summit Meeting | |
| Date:................................Wednesday, January 23, 2008 | |
| Time:................................9:30 a.m. to 5:00 p.m. | |
| Meeting Location: | Hyatt Regency - BigSur AB Room<br>1209 L Street<br>Sacramento, CA 95814<br>(916) 443-1234 |

The agenda is attached for your reference.

**For Commissioners, Staff and Consultants:**
Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

**Public Notice:**
No R.S.V.P., notice or registration is required to attend this meeting.  Members of the public may attend or speak at the meeting without prior notice to the Commission. Signing, registering or completing an RSVP is voluntary and is not a requirement for attendance at any Commission meeting. All persons may attend the meeting regardless of whether he or she signs in, registers or RSVPs.

The Agenda and Public Meeting Notice are available at www.visitcalifornia.com/agendas

CTTC International Summit Meeting
Wednesday, January 23, 2008
9:30 a.m. to 5:00 p.m.

Hyatt Regency - Regency Big Sur AB Room
1209 L Street
Sacramento, CA 95814
916.443.1234

## AGENDA

California Market Place Discussion
Caroline Beteta, CTTC Executive Director, will lead a discussion of a new initiative to give
international travel trade additional exposure throughout the State.

Market Presentations - CTTC International Offices
Each office will present an orientation to their travel market, an update of their marketing
plans and the benefits of partnering with the CTTC.
Presentation Schedule:

                UK Office Presentation

                Germany Office Presentation

                Lunch/Break

                Japan Office Presentation

                Australia Office Presentation

                Mexico Office Presentation



**FIND YOURSELF HERE**

TO:      California Travel and Tourism Commission
         Secretary of State
         Travel Industry Association
         Members of the Public Who Have Requested Notification
         (For informational purposes only)

FROM:    Caroline Beteta, Executive Director

DATE:    Friday, January 11, 2007

RE:      PUBLIC NOTICE OF THE CTTC NOMINATING COMMITTEE MEETING

A meeting of the California Travel and Tourism Commission Nominating Committee is
scheduled to take place on Tuesday, January 22, 2008 from 1:45 p.m. to 2:45 p.m.

Participation in this meeting is available via conference call. The meeting details are as
follows:

> Meeting: ......................... Nominating Committee Meeting
>
> Date: ............................... Tuesday, January 22, 2008
>
> Time: ............................... 1:45 p.m. to 2:45 p.m.
>
> Call-in Information: ... Phone #877-973-7507
>
>                         Pass code 518056
>
> Meeting Location:.............. Hyatt Regency- Sequoia Room
>
>                         1209 L Street
>                         Sacramento, CA 95814
>                         916.443.1234

The agenda is attached for your reference.

**For Commissioners, Staff and Consultants:**
Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or
msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure
that pertinent meeting materials reach you.

**Public Notice:**
No R.S.V.P., notice or registration is required to attend this meeting. Members of the public
may attend or speak at the meeting without prior notice to the Commission. Signing,
registering or completing any RSVP is voluntary and is not a requirement for attendance at
any Commission meeting. All persons may attend the meeting regardless of whether he or
she signs in, registers or RSVPs.

The Agenda and Public Meeting Notice are available at www.visitcalifornia.com/agendas

CTTC Nominating Committee Meeting
Tuesday, January 22, 2008
1:45 p.m. to 2:45 p.m.

Hyatt Regency- Sequioa Room

1209 L Street
Sacramento, CA 95814
916.443.1234
Call in: 877-973-7507 Pass code: 518056

AGENDA

---

I.    Call to Order/Roll Call/Welcoming Remarks.

II.   Review Nominating Process and Vacancies.

III.  Open Discussion, Consideration and Approval of Recommendations and Nominations of Candidates to fill existing vacancies on the Commission, Executive Committee, and Vice-Chair of Marketing.

IV.   Open Discussion, Consideration and Approval of Recommendations and Nominations for Gubernatorial Appointments.

V.    Discussion Topics and Agenda Items for Future Meetings.

      A. Review Current Bylaws Related to Attendance Policy and Actual Attendance Record for Individual Commissioners, Executive Committee, Advisory Committees, and Officers.
      B. Discussion of Public Outreach and Commissioner Recruitment/Call for Nominations.
      C. Discussion of Board Vetting Process for New Directors.

VI.   Public Comment.

VII.  Adjournment.

Locations of Teleconference Participants

| | |
|---|---|
| Jim Burba<br>Burba Hotel Network<br>2900 Bristol St Ste D101<br>Costa Mesa, CA 92626-5939<br>(714) 540-9300 | Terry MacRae<br>Hornblower Cruises and Events<br>Pier 3<br>San Francisco, CA 94111-2027<br>(415) 983-8230 |
| Jon Handlery<br>Handlery Union Square Hotel<br>351 Geary St<br>San Francisco, CA 94102-1801<br>(415) 781-7800 | Gillian Zucker<br>California Speedway<br>9300 Cherry Ave<br>Fontana, CA 92335-2562<br>(909) 429-5504 |



**california**

FIND YOURSELF HERE

TO:      California Travel and Tourism Commission
Secretary of State
Travel Industry Association
Members of the Public Who Have Requested Notification
(For informational purposes only)

FROM:   Caroline Beteta, Executive Director

DATE:   Friday, January 11, 2008

RE:      PUBLIC NOTICE OF THE CTTC MARKETING ADVISORY COMMITTEE
MEETING

A meeting of the California Travel and Tourism Commission Marketing Advisory
Committee is scheduled to take place on Thursday, January 24, 2008 from 9:00 a.m. to
4:00 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting:..........................| CTTC Marketing Advisory Meeting |
| Date:................................| Thursday, January 24, 2008 |
| Time:...................................| 9:00 a.m. to 4:00 p.m. |
| Meeting Location: | Hyatt Regency - Regency BC Room |
| | 1209 L Street |
| | Sacramento, CA 95814 |
| | (209) 443-1234 |

The agenda is attached for your reference.

**For Commissioners, Staff and Consultants:**
Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or
msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure
that pertinent meeting materials reach you.

**Public Notice:**
No R.S.V.P., notice or registration is required to attend this meeting. Members of the public
may attend or speak at the meeting without prior notice to the Commission. Signing,
registering or completing an RSVP is voluntary and is not a requirement for attendance at
any Commission meeting. All persons may attend the meeting regardless of whether he or
she signs in, registers or RSVPs.

The Agenda and Public Meeting Notice are available at www.visitcalifornia.com/agendas

CTTC Marketing Advisory Committee Meeting
Thursday, January 24, 2008
9:00 a.m. to 4:00 p.m.

Hyatt Regency - Regency BC Room
1209 L Street
Sacramento, CA 95814
916.443.1234

AGENDA

I. Call to Order/ Approval of Agenda and October 24, 2007 Marketing Advisory Committee Meeting Minutes

II. Executive Director Report

III. Proposed FY 08-09 Strategic Marketing Plan ($50 Million) – Solicit Suggestions for Plan Revisions

IV. Domestic Advertising/Co-op Update
   a. 2007 Spring/Summer ROI Results *Special Presentation – SMARI*
   b. Report on "Work" Mainstream Brand Advertising
   c. Wine and Food
      1. Brand Advertising (Broadcast & Print)
      2. Co-op Program
      3. Web site and Launch of LandofFoodandWine.com
      4. Media Relations/New York Launch
   d. Winter Campaign Update – New Creative
   e. Discuss and Vote on Proposed Cooperative Marketing Program Restructure Recommendation

V. International Report
   a. International Office Update
      1. Summit Re-Cap
      2. United Kingdom Report, Black Diamond
      3. Japan Report, AVIAREPS Marketing Garden (Holdings) Ltd.
      4. Germany, MSi Marketing Services International
      5. Australia, Gate 7 Pty LTD.
      6. Mexico, Facto International
      7. Canada Report

VI. Technology/Web site/Publications/Fulfillment
   a. Web 2.0 Report
   b. Content Submission Report and Determination of Policy

VII. Communications/Travel Trade Reports
   a. Events
   b. Crisis Communications/Wildfire

        1. Plan
        2. Report on ROI Results from Wildfire Effort

VIII.   New 08-09 Welcome Center and Rural Strategic Plan Presentation

IX.   Other Business
      a. Discuss and Determine Role of Incentive Travel within CTTC
      b. Discuss and Determine Role of California Travel Market within CTTC
      c. Discuss and Determine Role of Olympic Winter Games Proposal within CTTC

X.   Public Comment

XI.   Adjournment



**california**

**| FIND YOURSELF HERE**

TO:     California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:   Caroline Beteta, Chief Executive Officer

DATE:    Thursday, February 21, 2008

RE:      PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Thursday, March 6, 2008 from 10:00 a.m. to 12:00 p.m.

Participation in this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting:...........................| <u>Executive Committee Meeting</u> |
| Date:................................| Thursday, March 6, 2008 |
| Time:...............................| 10:00 a.m. to 12:00 p.m |
| Meeting Location:........| California Travel and Tourism Commission<br>980 Ninth Street, Suite 480<br>Sacramento, CA 95814<br>916.444.4429 |
| Conference Call #......| 1-877-973-7507 passcode 518056 |

The agenda is attached for your reference.

**For Commissioners, Staff and Consultants:**
Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

**Public Notice:**
No R.S.V.P., notice or registration is required to attend this meeting.  Members of the public may attend or speak at the meeting. Any RSVP is voluntary and is not a requirement for attendance at any Commission meeting. All persons may attend the meeting regardless of whether he or she signs in, registers or RSVPs.

The meeting is accessible to the physically disabled.  A person who needs disability-related accommodations or modifications in order to participate in the meeting shall make a request no later than five (5) working days before the meeting to the Board by contacting Matthew Sabbatini at (916) 319-5401 or sending a written request for that person at the CTTC address of 980 Ninth Street, Suite 480, Sacramento, California, 95814  Requests for further information should be directed to Matthew Sabbatini at the same address and telephone number.

The Agenda and Public Meeting Notice are available at http://notices.visitcalifornia.com

CTTC Executive Committee Meeting
Thursday, March 6, 2008
10:00 a.m. to 12:00 p.m

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
916.444.4429
Teleconference: 1-877-973-7507 pass code 518056

AGENDA

I.   Call to Order / Roll Call / Approval of Agenda / Approval  of October 23, 2007, December 14, 2007, and January 23, 2008 meeting minutes

II.   Opening Remarks

III.   Executive Director Report

IV.   Legal Update
     a.  Discuss and Determine Web Site Posting Policy
     b.  Discuss Potential Regulations regarding:
          i.  Commissioner terms and qualifications
          ii.  Collection issues
          iii.  Definition of assessed business
     c.  Confer with and receive legal counsel regarding Shames, et al. v. Hertz Corporation, et al. filed November 14, 2007, **Closed session pursuant to Bagley-Keene Open Meeting Act Section 11126(e)(1)**
     d.  Confer with and receive legal counsel regarding Comiskey v. Avis, et al., filed December 14, 2007 – **closed session pursuant to Bagley-Keene Open Meeting Act, Section 11126(a)(1).**
     e.  Confer with and receive legal counsel regarding Cohen v. Avis, et al., filed December 14, 2007 – **closed session pursuant to Bagley-Keene Open Meeting Act, Section 11126(a)(1).**
     f.  Determine Agenda posting procedure and policy

V.     Government Affairs Update
     a.  Report on Senator Migden's Pending Legislation

VI.    Nominating Committee Report
     a.  Discuss, Recommend and Approve New Committee Chairs
          i.  Nominating Committee
          ii.  Ad/Coop Committee
          iii.  New Media Committee
          iv.  Publications/Fulfillment Committee
          v.  California Welcome Centers
          vi.  Rural Tourism Council

VII.   Operations Update
     a.  Review, Recommend and Approve Changes to the CTTC Contracts Policy
     b.  Review, Recommend and Approve Changes to the CTTC Travel Policy
     c.  Human Resources Update
     d.  Management Training Update

VIII.  Financial Update
     a.  Review, comment and determination of Proposed 08-09 Operating Budget
     b.  Financial Reports
     c.  Cash Flow Update Report
     d.  Review check signing policy and discuss bylaw amendment to Article X,
        Section 3 or related policies

IX.    Marketing Advisory Committee Update
     a.  Review, Discuss and Approve Recommendations of Incentive Task Force
     b.  Update on and Consideration of FY 07-08 Plan
     c.  Review, Comment and Determination of Proposed FY 08-09 Marketing
        Budget

X.     Other Business
     a.  Discuss and Determine Proposed New Meeting Structure and Protocol

XI.    Public Comment

XII.   Adjournment

Locations of Teleconference Participants

| | |
|---|---|
| Damon Eberhart<br>Eberhart & Company<br>3300 Douglas Blvd Ste 350<br>Roseville, CA 95661-3844<br>(916) 783-9900 | Andrew Fichthorn<br>Seaworld Of California<br>500 Sea World Dr<br>San Diego, CA 92109<br>(619) 226-3802 |
| Jon Handlery<br>Handlery Union Square Hotel<br>351 Geary St<br>San Francisco, CA 94102-1801<br>(415) 781-7800 | Cormac O'Modhrain<br>20042 Beach Blvd., Suite 201<br>Huntington Beach, CA  92648<br>(323) 206-7362 |
| Terry Westrope<br>Ocean Park Hotels, LLC<br>1493 Higuera Street<br>San Luis Obispo, CA 93401<br>(805) 544-0815 | |

# california

## FIND YOURSELF HERE

## CTTC Executive Committee

### Members

**Dale Bonner**
*Secretary*
Business, Transportation and Housing Agency
980 9th St Ste 2450
Sacramento, CA 95814-2742
Phone: (916) 323-5400, Fax: (916) 323-5402
email: dbonner@bth.ca.gov

**Andrew P. Fichthorn**
*Executive Vice President & General Manager*
Seaworld Of California
500 Sea World Dr
San Diego, CA 92109-7904
Phone: (619) 226-3802, Fax: (619) 226-3933
email: andrew.fichthorn@seaworld.com

**Louis Meunier**
*Executive Vice President*
Macy's West
50 Ofarrell St
San Francisco, CA 94108-5808
Phone: (415) 954-6406, Fax: (415) 984-7534
email: louis.meunier@macys.com

**Cormac O'Modhrain**
*President of Hotel Management*
CIM Group
6922 Hollywood Blvd Fl 9
Los Angeles, CA 90028-6117
Phone: (323) 860-4995, Fax: (323) 446-7156
email: cormac@cimgroup.com

**Terry Westrope**
*Vice President of Administration*
Ocean Park Hotels, LLC
1493 Higuera Street
San Luis Obispo, CA 93401-2915
Phone: (805) 544-0815, Fax: (805) 544-0808
email: twestrope@jamesmflagg.com

**Jim Burba**
*President*
Burba Hotel Network
2900 Bristol St Ste D101
Costa Mesa, CA 92626-5939
Phone: (714) 540-9300 x103
email: jburba@burba.com

**Jon Handlery**
*Senior Vice President & General Manager*
Handlery Union Square Hotel
351 Geary St
San Francisco, CA 94102-1801
Phone: (415) 781-7800, Fax: (415) 362-1157
email: jon@handlery.com

**Bob Muhs**
*Vice President, Government Affairs & Counsel*
Avis/Budget Group, Inc.
6 Sylvan Way
Parsippany, NJ 07054-3826
Phone: (973) 496-3532, Fax: (973) 496-3444
email: robert.muhs@avisbudget.com

**John Wagnon**
*Vice President of Marketing*
Heavenly Valley Limited Partnership
PO Box 2180
Stateline, NV 89449-2180
Phone: (775) 586-4455, Fax: (775) 588-5517
email: jwagnon@vailresorts.com

### Staff

**Caroline Beteta**
*President and Chief Executive Officer*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5420, Fax: (916) 319-5417
email: cbeteta@visitcalifornia.com

**Matt Sabbatini**
*Operations Manager & Commission Liaison*
California Travel and Tourism Commission
980 9th St Ste 480
Sacramento, CA 95814-2715
Phone: (916) 319-5401, Fax: (916) 444-0410
email: msabbatini@visitcalifornia.com

california

**FIND YOURSELF HERE**

**Susan Wilcox**

*Vice President of Operations and Industry Relations*

California Travel and Tourism Commission

980 9th St Ste 480

Sacramento, CA 95814-2715

Phone: (916) 319-5412, Fax: (916) 444-0410

email: swilcox@visitcalifornia.com


FIND YOURSELF HERE

TO:      California Travel and Tourism Commission
         Secretary of State
         Travel Industry Association
         Members of the Public Who Have Requested Notification
         (For informational purposes only)

FROM:    Caroline Beteta, Executive Director

DATE:    Friday, January 11, 2008

RE:      PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Wednesday, January 23, 2008 from 4:00 p.m. to 5:30 p.m.

Participation in this meeting is available via conference call.  The meeting details are as follows:

> Meeting:...........................Executive Committee Meeting
>
> Date:................................Wednesday, January 23, 2008
>
> Time:...............................................4:00 p.m. to 5:30 p.m.
>
> Meeting Location:........Hyatt Regency- Regency E Room
>
> 1209 L Street
> Sacramento, CA 95814
> 916.443.1234

The agenda is attached for your reference.

**For Commissioners, Staff and Consultants:**
Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

**Public Notice:**
No R.S.V.P., notice or registration is required to attend this meeting.  Members of the public may attend or speak at the meeting any RSVP is voluntary and is not a requirement for attendance at any Commission meeting. All persons may attend the meeting regardless of whether he or she signs in, registers or RSVPs.

The Agenda and Public Meeting Notice are available at www.visitcalifornia.com/agendas

CTTC Executive Committee Meeting
Wednesday, January 23, 2008
4:00 p.m. to 5:30 p.m.

Hyatt Regency - Regency E Room
1209 L Street
Sacramento, CA 95814
916.443.1234
Teleconference: 1-877-973-7507 pass code 518056

## AGENDA

I.   Call to Order / Roll Call / Approval of Agenda / Approval  of September 23, 2007 and December 14, 2007 minutes

II.  Opening Remarks

III. Executive Director Report

IV.  Referendum Results

V.   Nominating Committee Report
   a. Recommend and Approve New Executive Committee Members and Officers
   b. Recommend and Approve New Commissioners

VI.  Legal Update
   a. Discuss and Determine Web Site Posting Policy
   b. Discuss Potential Regulations regarding:
       i.   Commissioner terms and qualifications
       ii.  Collection issues
       iii. Definition of assessed business
   c. Personnel Committee Report on Executive Director Contract and decision on contract renewal - **closed session pursuant to Bagley-Keene Open Meeting Act Section 11126(a)(1)**
   d. Confer with and receive legal counsel regarding Shames, et al. v. Hertz Corporation, et al. filed November 14, 2007, **Closed session pursuant to Bagley-Keene Open Meeting Act Section 11126(e)(1)**
   e. Confer with and receive legal counsel regarding Comiskey v. Avis, et al., filed December 14, 2007 – **closed session pursuant to Bagley-Keene Open Meeting Act, Section 11126(a)(1).**
   f. Confer with and receive legal counsel regarding Cohen v. Avis, et al., filed December 14, 2007 – **closed session pursuant to Bagley-Keene Open Meeting Act, Section 11126(a)(1).**
   g. Determine Agenda posting procedure and policy

VII.  Operations Update
   a. Review, Recommend and Approve Changes to the CTTC Contracts Policy

      b. Review, Recommend and Approve Changes to the CTTC Travel Policy
      c. Human Resources Update
      d. Management Training Update

VIII. Financial Update
      a. Audit Committee Report
      b. Approval of Audit for June 30, 2007 year end
      c. Review, comment and determination of Proposed 08-09 Operating Budget
      d. Financial Reports
      e. Cash Flow Update Report
      f. Review check signing policy and discuss bylaw amendment to Article X, Section 3 or related policies.

IX. Marketing Advisory Committee Update
      a. Update on and consideration of FY 07-08 Plan
      b. Review, comment and determination of Proposed FY 08-09 Marketing Budget
      c. International Summit Update
      d. Wine and Food/New Advertising Campaign Update

X. Government Affairs Update
      a. Report on Senator Migden's Proposed Bill

XI. Other Business
      a. Proposed New Meeting Structure and Protocol

XII. Public Comment

XIII. Adjournment



TO:          California Travel and Tourism Commission
             Secretary of State
             Travel Industry Association
             Members of the Public Who Have Requested Notification
             (For informational purposes only)

FROM:        Caroline Beteta, Executive Director

DATE:        Monday, December 03, 2007

RE:          PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Friday, December 14, 2007 from 10:00 a.m. to 11:30 a.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting: | Executive Committee Meeting |
| Date: | Friday, December 14, 2007 |
| Time: | 10:00 a.m. to 11:30 a.m. |
| Meeting Location: | California Travel & Tourism Commission |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |
| | 916-444-4429 |

The agenda is attached for your reference.

### For Commissioners, Staff and Consultants:
Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

### Public Notice:
No R.S.V.P., notice or registration is required to attend this meeting.  Members of the public may attend or speak at the meeting without prior notice to the Commission. Signing, registering or completing this document is voluntary and is not a requirement for attendance at any Commission meeting. All persons may attend the meeting regardless of whether he or she signs in, registers or RSVPs.

Agenda and Public Meeting Notice is available at www.visitcalifornia.com/agendas

Thank you.

CTTC Executive Committee Meeting
Friday, December 14, 2007
10:00 a.m. to 11:30 a.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814
Teleconference: 1-877-973-7507 pass code 518056
Locations of Teleconference Participants below

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.     Call to Order / Roll Call / Approval of Agenda

II.    Opening Remarks

III.   Executive Director Report

IV.    Referendum Report/Assessment Update
       A.  Referendum Task Force Update
       B.  New Referendum DVD and Collateral Materials

V.     Government Affairs Update

VI.    Nominating Committee Report

VII.   Governance Committee Report

VIII.  Marketing Advisory Committee Update
       A.  Update on FY 07-08 Marketing Plan
       B.  Wine & Food Co-Branding Campaign
       C.  Governor's Trade and Tourism Mission – India
       D.  New Advertising Campaign

IX.    Financial Update
       A.  Audit Committee Report
       B.  Financial Reports
       C.  Cash Flow Update
       D.  Other Financial Matters

X.     Legal Update
       A.  Web Site Posting Policy
       B.  Potential Regulations regarding:
            1.  Commission terms and qualifications
            2.  Collection issues
            3.  Definition of assessed business
       C.  Consideration of Ethics Policy and Conflict of Interest Policy
       D.  Commissioner Qualifications under revised statute
       E.  Open Meeting Act Policy regarding public comment
       F.  Personnel Committee Report on Executive Director Contract and decision on contract renewal - **closed session pursuant to Bagley-Keene Open Meeting Act Section 11126(a)(1)**
       G.  Confer with and receive from legal counsel regarding Shames, et al. v. Hertz Corporation, et al. filed November 14, 2007, **Closed session pursuant to Bagley-Keene Open Meeting Act Section 11126(e)(1).**

XI.    Other Business

XII.   Public Comment

XIII.  Adjournment

Locations of Teleconference Participants

| | |
|---|---|
| Claire Bilby<br>Walt Disney Parks & Resorts<br>1150 W Magic Way Fl 3<br>Anaheim, CA 92802-2247<br>(714) 956-6839 | Dale Bonner<br>Business, Transportation and Housing Agency<br>980 Ninth Street, Suite 2450<br>Sacramento, CA 95814<br>(916) 323-5400 |
| Jim Burba<br>Burba Hotel Network<br>2900 Bristol St Ste D101<br>Costa Mesa, CA 92626-5939<br>(714) 540-9300 | Damon Eberhart<br>Eberhart & Company<br>3300 Douglas Blvd Ste 350<br>Roseville, CA 95661-3844<br>(916) 783-9900 |
| Jon Handlery<br>Handlery Union Square Hotel<br>351 Geary St<br>San Francisco, CA 94102-1801<br>(415) 781-7800 | Bob Muhs<br>Avis/Budget Group, Inc.<br>6 Sylvan Way<br>Parsippany, NJ 07054-3826<br>(973) 496-3532 |
| Terry MacRae<br>Hornblower Cruises and Events<br>Pier 3<br>San Francisco, CA 94111-2027<br>(415) 983-8230 | |





## Commission/Marketing Meeting

California Travel and Tourism Commission

Thursday, March 13, 2008

### SIGN-IN SHEET

**Public Notice:**

No R.S.V.P., notice or registration is required to attend this meeting.  Members of the public may attend or speak at the meeting without prior notice to the Commission. Signing, registering or completing an RSVP is voluntary and is not a requirement for attendance at any Commission meeting. All persons may attend the meeting regardless of whether he or she signs in, registers or RSVPs.

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____





**FIND YOURSELF HERE**

TO:         California Travel and Tourism Commission
            Secretary of State
            Travel Industry Association
            Members of the Public Who Have Requested Notification
            (For informational purposes only)

FROM:       Caroline Beteta, Executive Director

DATE:       Friday, October 12, 2007

RE:         PUBLIC NOTICE OF THE CTTC COMMISSION MEETING

---

A meeting of the California Travel and Tourism Commission is scheduled to take place on Wednesday, October 24, 2007 from 9:00 a.m. to 4:00 p.m.

The meeting details are as follows:

| | |
|---|---|
| Meeting:..........................CTTC Commission Meeting | |
| Date:................................Wednesday, October 24, 2007 | |
| Time:................................9:00 a.m. to 4:00 p.m. | |
| Meeting Location: | The Balboa Bay Club & Resort |
| | 1221 W. Coast Highway |
| | Newport Beach, CA 92663 |
| | (949) 645-5000 |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5401 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

CTTC Commission Meeting
Wednesday, October 24, 2007
9:00 a.m. to 4:00 p.m.

The Balboa Bay Club & Resort
1221 W. Coast Highway
Newport Beach, CA 92663
(949) 645-5000

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.  Call to Order/Approval of Agenda and May 15, 2007 and September 24, 2007 Commission Meeting Minutes

II.  Opening Remarks

III.  Executive Director Report

IV.  Nominating Committee Report
    a.  Discussion/Fill Existing Vacancies on Commission and Executive Committee

V.  Referendum Update/Assessment Update
    a.  Establish Task Force for Referendum
        1.  Break-out – Assessed Business Value

VI.  Governance Committee Report and Recommendations

VII.  Legal Issues
    a.  Web Site Posting Policy
    b.  Potential Regulations Regarding:
        1.  Commission Terms and Qualifications
        2.  Collection Issues
        3.  Definition of Assessed Business
    c.  Consideration of Ethics Policy and Conflict of Interest Policy
    d.  Commissioner Qualifications under Revised Statute
    e.  Open Meeting Act Policy Regarding Public Comment
    f.  Personnel Committee Report on Executive Director Contract - **closed session**

VIII.  Marketing Advisory Committee Update – See Marketing Advisory Committee Meeting Agenda

IX.  Government Affairs Update

X.  Financial Report
    a.  Audit Committee Report – Presentation of Auditor's Report for FY 06-07
    b.  Financial Reports
    c.  Cash Flow Update
    d.  Disaster Recovery Plan Update
    e.  Other Financial Matters

XI.  Other Business
    a.  CTTC Meeting Dates for 2008

XII.  Public Comment

XIII.  Adjournment



CTTC MEMORANDUM

TO:        California Travel and Tourism Commission
           Secretary of State
           Travel Industry Association
           Members of the Public Who Have Requested Notification
           (For informational purposes only)

FROM:      Caroline Beteta, Executive Director

DATE:      Friday, February 16, 2007

RE:        PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Monday, February 26, 2007 from 4:30 p.m. to 6:30 p.m.

Participation for this meeting is available via conference call.  The meeting details are as follows:

---

Meeting:........................Executive Committee Meeting

Date:..............................Monday, February 26, 2007

Time:..............................4:30 p.m. to 6:30 p.m.

Meeting Location:     Sheraton Grand Sacramento
                      1230 J St
                      Sacramento, CA 95814
                      (916) 447-1700

---

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

CTTC Executive Committee Meeting Agenda
Monday, February 26, 2007

## CTTC Executive Committee Meeting
Monday, February 26, 2007
4:30 p.m. to 6:30 p.m.

Sheraton Grand Sacramento
1230 J St
Sacramento, CA 95814
(916) 447-1700

### AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.  Call to Order/Roll Call/Approval of Minutes

II.  Opening Remarks

III.  Executive Director Report

IV.  Government Affairs Update

V.  Marketing Advisory Committee Update

VI.  Financial Update
   1. Financial Reports
   2. FY 07-08 Proposed Catastrophic Reserve
   3. Cash Flow Projection
   4. Discuss Proposed Assessment Payments by Credit Card
   5. Proposed FY 07-08 Operating Budget
   6. Other Financial Matters

VII.  Legal Update
   1. Review of Formal Adoption of Resolution with Respect to Government Affairs and Lobbying Issues.
   2. Review of Policy and Legal Restrictions with Respect to Contracts Involving Third Parties Including Trade Associations, Convention and Visitor's Bureau's and Marketing Programs.

VIII.  Other Business
   1. 2007 Commission Meeting Dates
   2. TIA Travel Leadership Summit – September 2007

IX.  Public Comment

X.  Adjournment



**CTTC Nominating Committee Meeting Agenda**
Monday, February 26, 2007

CTTC MEMORANDUM

| | |
|---|---|
| **TO:** | **California Travel and Tourism Commission**<br>**Secretary of State**<br>**Travel Industry Association**<br>**Members of the Public Who Have Requested Notification**<br>**(For informational purposes only)** |
| **FROM:** | **Caroline Beteta, Executive Director** |
| **DATE:** | **Friday, February 16, 2007** |
| **RE:** | **PUBLIC NOTICE OF THE CTTC NOMINATING COMMITTEE**<br>**MEETING** |

A meeting of the California Travel and Tourism Commission Nominating Committee is scheduled to take place on Monday, February 26, 2007 from 11:00 a.m. to 12:00 p.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

> Meeting: .......................... Nominating Committee Meeting
> Date: ............................... Monday, February 26, 2007
> Time: …............................11:00 a.m. to 12:00 p.m.
> Meeting Location: 980 - 9th Street, Suite 480
> Sacramento, CA   95814
> Call in: 877-973-7507   Pass code: 518056

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

CTTC Nominating Committee Meeting Agenda
Monday, February 26, 2007

CTTC Nominating Committee Meeting
Monday, February 26, 2007

11:00 a.m. to 12:00 p.m.
980 - 9th Street, Suite 480
Sacramento, CA  95814
Call in: 877-973-7507   Pass code: 518056

*Any and all items on this Agenda are subject to discussion and vote*

I.      **Call to Order**

II.     **Review Nominating Process and Vacancies**

III.    **Open Discussion, Consideration and Approval of Recommendations and Nominations to Provide Candidate Names to the Full Commission and Executive Committee**

IV.     **Open Discussion, Consideration and Approval of Recommendations and Nominations for Gubernatorial Appointments**

V.      **Other Business**

        a.  **Commissioner Term Limits - Discussion**

VI.     **Public Comment**

VII.    **Adjournment**