Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>DECLARATION OF TERRI TOOHEY IN OPPOSITION TO PLAINTIFF MICHAEL SHAMES'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:     April 1, 2008<br>Time:    10:30 a.m.<br>Place:    Courtroom 13<br><br>The Honorable Marilyn L. Huff |

I, Terri Toohey, declare as follows:

1. I was the Program Manager of the Division of Tourism for the Business, Transportation and Housing Agency ("BTH") in February 2007. I held that position from January 2006 to December 1, 2007. In that position, I was in charge of the BTH assessment program for the CTTC and drafting regulations under the California Tourism Marketing Act. I make this declaration upon my personal knowledge and if called, would and could competently testify to the contents hereof.

2. I have been advised that a declaration has been submitted in support of a motion for preliminary injunction from two law students who state that, among other things, they spoke to me at the February 26, 2007 CTTC Executive Committee meeting at the Sheraton Grand Hotel in Sacramento, California. I remember that meeting, and I remember meeting two people who I believe were these law students, and introducing myself to them. However, I disagree with their description of the events.

3. It is not my practice to tell people coming to attend CTTC meetings that we have no materials for them. I do not believe I did so as described in these declarations. I always defer to a Commission staff person that is responsible for meeting materials. Often, we have extra materials, and it is my experience that the CTTC always has sufficient materials for everyone attending the meeting, and the CTTC staff goes out of its way to provide materials to members of the public seeking to attend, and would be willing to even provide their own copies of materials, if necessary. I am quite confident that I did not tell the two law students that there were no materials for them. I believe the two law students must be mistaken as to whom they spoke about the materials, since I do not believe that I did not tell them there were no materials.

4. Additionally, I have been advised that these law student declarations state that I told them that the executive committee had discussed budget and other matters at meetings that had taken place earlier that day and that those meetings were not open to the public. I do not recall ever telling anyone that such meetings are closed, and I do not believe that I told these two students on that day that such meetings were closed. I also do not believe that the meetings in question were closed if they did occur. The only meetings of the CTTC that I am aware of that

have been closed are meetings of the personnel committee, the executive committee, and the entire commission, when discussing personnel or litigation matters, not budget matters.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 14 day of March, 2008, at Scottsdale, Arizona.

_Terri Toohey_