```
 1  Thadd A. Blizzard, State Bar No. 83297
    Michael A. Kvarme, State Bar No. 90749
 2  W. Scott Cameron, State Bar No. 229828
    weintraub genshlea chediak
 3  a law corporation
    400 Capitol Mall, 11th Floor
 4  Sacramento, CA  95814
    (916) 558-6000 – Main
 5  (916) 446-1611 – Facsimile

 6  EDMUND G. BROWN JR.
    Attorney General of the State of California
 7  W. DEAN FREEMAN
    FELIX E. LEATHERWOOD
 8  Supervising Deputy Attorneys General
    RONALD N. ITO, State Bar No. 71322
 9  DIANE SPENCER SHAW, State Bar No. 73970
    LISA W. CHAO, State Bar No. 198536
10  Deputy Attorneys General
    300 South Spring Street, Suite 1702
11  Los Angeles, CA  90013
    (213) 897-2477 – Main
12  (213) 897-5775 – Facsimile

13  Attorneys for Defendant
    The California Travel and Tourism Commission
14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>DECLARATION OF BETSY TALOFF IN OPPOSITION TO PLAINTIFF MICHAEL SHAMES'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:  April 1, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom 13<br><br>The Honorable Marilyn L. Huff |

{10824/16392/TAB/1024212.DOC;}

Decl. of Betsy Taloff In Opposition to
Shames's Motion for Preliminary Injunction

I, Betsy Taloff, declare as follows:

1. I am the Executive Assistant to Caroline Beteta, the Deputy Director of the Business, Transportation and Housing Agency ("BTH"), who is also the President and Chief Executive Officer of the California Travel and Tourism Commission ("CTTC"). I make this declaration upon my personal knowledge and if called, would and could competently testify to the contents hereof.

2. I have reviewed the list maintained by CTTC of individuals who have requested notice of CTTC meetings. Michael Shames is not on the list of individuals who have requested notice.

3. I consulted with Troy Cantrell, Director of Information Technology for the CTTC, and we searched both the current and previous databases for the name Michael Shames. Our search showed no indication that Michael Shames has ever requested notice of CTTC meetings, and there is no indication that he has ever been on the list of individuals receiving said notice. His name does not appear in the current database, and it does not appear in the previous database.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 14th day of March, 2008, at Sacramento, California.

*Betsy Taloff* (signature)
Betsy Taloff