Center for Public Interest Law
University of San Diego School of Law
 Robert C. Fellmeth, SBN 49897
 Ed Howard, SBN 151936
5998 Alcala Park
San Diego, CA 92110
Telephone:    (619) 260-4806
Facsimile:    (619) 260-4753
cpil@sandiego.edu

Sullivan, Hill, Lewin, Rez & Engel          Hulett, Harper, Stewart
A Professional Law Corporation               Dennis Stewart, SBN 99152
 Donald G. Rez, SBN 82615                    Kirk Hulett, SBN 110726
550 West "C" Street, Suite 1500              Jennifer Kagan, SBN 234554
San Diego, California 92101                  550 West "C" Street, Suite 1600
Telephone:    (619) 233-4100                 San Diego, CA 92101
Facsimile:    (619) 231-4372                 Telephone:    (619) 338-1133
rez@shlaw.com                                Facsimile:    (619) 338-1139
                                             dstewart@hulettharper.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SHAMES; GARY          )    Case No. 07CV2174 H BLM
GRAMKOW, on behalf of themselves and )
on behalf of all persons similarly situated, )   **APPLICATION TO EXCEED 10-**
                              )    **PAGE LIMIT ON REPLY BRIEF IN**
        Plaintiffs,           )    **SUPPORT OF MOTION FOR**
                              )    **PRELIMINARY INJUNCTION**
v.                            )
                              )    **Date:        April 1, 2008**
THE HERTZ CORPORATION, a      )    **Time:        10:30 a.m.**
Delaware corporation; DOLLAR  )    **Ctrm.:       13**
THRIFTY AUTOMOTIVE GROUP, INC., )
a Delaware corporation; AVIS BUDGET )   [CLASS ACTION]
GROUP, INC., a Delaware corporation; )
VANGUARD CAR RENTAL USA, INC., )    Judge:          Hon. Marilyn L. Huff
an Oklahoma corporation; ENTERPRISE )   Trial Date:     Not Set
RENT-A-CAR COMPANY, a Missouri )    Complaint Filed: November 14, 2007
corporation; FOX RENT A CAR, INC., a )
California corporation; COAST LEASING )
CORP., a Texas corporation; THE )
CALIFORNIA TRAVEL AND TOURISM )
COMMISSION and CAROLINE BETETA )
                              )
        Defendants.           )
                              )
_____)

1        Plaintiff Michael Shames ("Plaintiff") respectfully requests this Court to authorize it to file a

2 Reply Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction

3 ("Reply Brief") which exceeds the 10-page rule set forth in Local Rule 7.1(h), which limits reply

4 memorandum to 10 pages without leave of the Judge.  Plaintiff requests additional pages in order to

5 fully respond to the arguments presented in Defendant CTTC's Memorandum of Points and

6 Authorities in Opposition to Plaintiff Michael Shames' Motion for Preliminary Injunction.  In

7 addition to responding to the merits of Plaintiff's Motion, Defendants' brief presents new arguments

8 regarding jurisdictional and standing issues, and raises some factual issues. As such, Plaintiff

9 believes that a three-page extension is appropriate to adequately present the arguments for the Court

10 to make an informed decision.

11        It should be noted that the parties herein have consciously avoided overloading the Court

12 with excessive briefing.  For example, despite the fact that the CTTC and the Rental Car Defendants

13 filed separate motions to dismiss, Plaintiffs addressed the issues that overlapped in a single brief.

14        Counsel for the CTTC, Thadd Blizzard, has consented to this request.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    It is respectfully requested that Plaintiffs be given leave to exceed the 10-page limit by not

2  more than three pages and that this Court order that the Reply Brief shall not exceed 13 pages.

3    Respectfully submitted,

4  Dated:    March 21, 2008                    **SULLIVAN, HILL, LEWIN, REZ & ENGEL**
                                               **A Professional Law Corporation**

5

6                                              By: */s/ Donald G. Rez*
                                                   Donald G. Rez
7                                                  550 West "C" Street, Suite 1500
                                                   San Diego, California 92101
8                                                  Telephone:      (619) 233-4100
                                                   Facsimile:      (619) 231-4372
9

10                                             **HULETT, HARPER, STEWART**
                                               Dennis Stewart
                                               Kirk Hulett
11                                             Jennifer Kagan
                                               Attorneys for Plaintiff Class
12                                             550 West "C" Street, Suite 1600
                                               San Diego, CA 92101
13                                             Telephone:    (619) 338-1133
                                               Facsimile:    (619) 338-1139
14                                             dstewart@huletharper.com

15                                             **CENTER FOR PUBLIC INTEREST LAW**
                                               **University of San Diego School of Law**
16                                             Robert C. Fellmeth
                                               Ed Howard
17                                             5998 Alcala Park
                                               San Diego, CA 92110
18                                             Telephone:    (619) 260-4806
                                               Facsimile:    (619) 260-4753
19
                                               Attorneys for Plaintiffs
20

21

22

23

24

25

26

27

28

::ODMA\PCDOCS\PCDOCS\281682\1                                        Case No.: 07CV2174 H BLM

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA<br><br>　　　　　Defendants. | Case No. 07 CV 2174 H BLM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CYNTHIA FREDERICK, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1500, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the following documents:

1.　　**APPLICATION TO EXCEED 10-PAGE LIMIT ON REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified them.

1    **1.    SEE ATTACHED SERVICE LIST**

2    I declare under penalty of perjury that the foregoing is true and correct.

3    Executed on March 21, 2008.

4

5

6    CYNTHIA FREDERICK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### SERVICE LIST

2

*Michael Shames, et al. v. The Hertz Corporation*
**USDC Case No. 07 CV 2174 H BLM**

3

4  Service by Electronic Case Filing System and First- Class Mail, Postage Pre-Paid:

| ADDRESSEE | PARTY |
|---|---|
| 5 | |
| 6 Richard G. Parker | **Attorneys for Defendant The** |
| 7 **O'MELVENY & MYERS LLP** | **Hertz Corporation** |
| 1625 Eye Street, NW | |
| 8 Washington, DC 20006 | |
| Tele: (202) 383-5380 | |
| 9 Fax: (202) 383-5410 | |
| rparker@omm.com | |
| 10 | |
| Michael F. Tubach | **Attorneys for Defendant The** |
| 11 Thomas P. Brown | **Hertz Corporation** |
| 12 **O'MELVENY & MYERS LLP** | |
| Embarcadero Center West | |
| 13 275 Battery Street, Suite 2600 | |
| San Francisco, CA 94111-3305 | |
| 14 Tele: (415) 984-8700 | |
| 15 Fax: (415) 984-8701 | |
| mtubach@omm.com | |
| 16 tbrown@omm.com | |
| 17 Gerald A. Stein | **Attorneys for Defendant The** |
| 18 **O'MELVENY & MYERS LLP** | **Hertz Corporation** |
| Times Square Tower | |
| 19 Seven Times Square | |
| New York, NY 10036 | |
| 20 Tele: (212) 326-2000 | |
| Fax: (212) 326-2061 | |
| 21 gstein@omm.com | |
| 22 Jeffrey A. LeVee | **Attorneys for Dollar Thrifty** |
| 23 **JONES DAY** | **Automotive Group, Inc.** |
| 555 South Flower Street | |
| 24 Fiftieth Floor | |
| Los Angeles, CA 90071-2300 | |
| 25 Tele: (213) 489-3939 | |
| 26 Fax: (213) 243-2539 | |
| jlevee@jonesday.com | |

27

28

| ADDRESSEE | PARTY |
|---|---|
| Michael L. Weiner (*Pro Hac Vice*)<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Four Times Square<br>New York, NY 10036-6522<br>Tele:   (212) 735-2666<br>Fax:    (212) 735-2000<br>mweiner@skadden.com | **Attorneys for Avis Budget Group, Inc.** |
| Douglas B. Adler<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tele:   (213) 687-5000<br>Fax:    (213) 621-5120<br>Douglas.adler@skadden.com | **Attorneys for Avis Budget Group, Inc.** |
| Sara L. Bensley (*Pro Hac Vice*)<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>1440 New York Ave., NW<br>Washington, DC 20005-2111<br>Tele:   (202) 371-7000<br>Fax:    (202) 393-5760<br>sbensley@skadden.com | **Attorneys for Avis Budget Group, Inc.** |
| Gregory D. Call<br>Beatrice B. Nguyen<br>**FOLGER LEVIN & KAHN LLP**<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Tele:   (415) 986-2800<br>Fax:    (415) 986-2827<br>gcall@flk.com<br>bnguyen@flk.com | **Attorneys for Defendants Enterprise Rent-A-Car Company and Vanguard Car Rental USA, Inc.** |
| Jennifer S. Romano<br>**FOLGER LEVIN & KAHN**<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA 90067<br>Tele:   (310) 556-3700<br>Fax:    (310) 556-3770<br>jromano@flk.com | **Attorneys for Defendants Enterprise Rent-A-Car Company and Vanguard Car Rental USA, Inc.** |

| ADDRESSEE | PARTY |
|---|---|
| John H. Stephens<br>**WERTZ MCDADE WALLACE MOOT & BROWER**<br>945 Fourth Avenue<br>San Diego, CA 92101<br>Tele:  (619) 233-1888<br>Fax:   (619) 696-9476<br>jstephens@wertzmcdade.com | **Attorneys for Defendant Fox Renta A Car dba Payless Rent-A-Car** |
| T. Patrick Long<br>**LONG, WILLIAMSON AND DELIS**<br>400 N. Tustin Avenue, Suite 370<br>Santa Ana, CA 92705<br>Tele:  (714) 668-1400<br>Fax:   (714) 668-1411<br>palong@lw-d.com | **Attorneys for Defendants Coast Leasing Corp. dba Advantage Rent A Car** |
| Thadd A. Blizzard<br>Michael Kvarme<br>W. Scott Cameron<br>**WEINTRAUB GENSHLEA CHEDIAK**<br>400 Capitol Mall, Eleventh Floor<br>Sacramento, CA 95814<br>Tele:  (916) 558-6000<br>Fax:   (916) 446-1611<br>tblizzard@weintraub.com<br>wcameron@weintraub.com | **Attorneys for Defendant California Travel and Tourism Commission** |
| Edmund G. Brown, Jr.<br>**ATTORNEY GENERAL OF THE STATE OF CALIFORNIA**<br>W. Dean Freeman<br>Felix E. Leatherwood<br>Supervising Deputy Attorneys General<br>Ronald N. Ito<br>Diane Spencer Shaw<br>Lisa W. Chao<br>Deputy Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tele:  (213) 897-2477<br>Fax:   (213) 897-5775<br>Ronald.ito@doj.ca.gov | **Attorneys for Defendants Caroline Beteta and The California Travel and Tourism Commission** |