**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA<br><br>Defendants. | Case No. 07CV2174 H BLM<br><br>**ORDER GRANTING APPLICATION TO EXCEED PAGE LIMIT ON REPLY BRIEF**<br><br>[CLASS ACTION]<br><br>Judge:           Hon. Marilyn L. Huff<br>Trial Date:     Not Set<br>Complaint Filed: November 14, 2007 |

Pursuant to Local Rule 7.1(h), the Court grants Plaintiffs' request for an Order permitting a three-page extension on Plaintiffs' Reply Brief in Support of Motion for Preliminary Injunction so that their Reply Brief may not exceed 13 pages.

Dated: March 24, 2008

_____
Hon. Marilyn L. Huff

Case No.: 07-CV-2174 H (BLM)

1