Center for Public Interest Law
University of San Diego School of Law
  Robert C. Fellmeth, SBN 49897
  Ed Howard, SBN 151936
5998 Alcala Park
San Diego, CA 92110
Telephone:    (619) 260-4806
Facsimile:    (619) 260-4753
cpil@sandiego.edu

Sullivan, Hill, Lewin, Rez & Engel
A Professional Law Corporation
  Donald G. Rez, SBN 82615
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone:    (619) 233-4100
Facsimile:    (619) 231-4372
rez@shlaw.com

Hulett, Harper, Stewart
  Dennis Stewart, SBN 99152
  Kirk Hulett, SBN 110726
  Jennifer Kagan, SBN 234554
550 West "C" Street, Suite 1600
San Diego, CA 92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139
dstewart@hulettharper.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,

Plaintiffs,

v.

THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA

Defendants.

Case No. 07CV2174 H BLM

**DECLARATION OF DONALD G. REZ IN SUPPORT OF REPLY BRIEF RE MOTION FOR PRELIMINARY INJUNCTION**

[CLASS ACTION]

Date:          April 1, 2008
Time:          10:30 a.m.
Ctrm:          13

Judge:         Hon. Marilyn L. Huff
Trial Date:    Not Set
Complaint Filed: November 14, 2007

# ORIGINAL

::ODMA\PCDOCS\PCDOCS\281634\1

Case No.: 07CV2174 H BLM

1    I, Donald G. Rez, declare:

2    1.    I am an attorney at law licensed to practice before all courts in the State of California

3    and, since 1978, this Honorable Court. I am a 1978 graduate of Harvard Law School and a

4    shareholder in the Law Firm of Sullivan Hill Lewin Rez & Engel. I am one of the counsel for

5    Plaintiffs in the above-referenced action.

6    2.    During the period including September through November 2007, I conducted and

7    reviewed publicly available factual research concerning the activities of the CTTC, particularly

8    activities concerning the "CTTC assessment" of car rental companies and the apparent facilitation

9    and involvement of the CTTC in a cartel among the airport car rental companies to fix prices by

10    agreeing to raise prices to consumers by passing on to consumers any assessment paid to the CTTC.

11    3.    In furtherance of this investigation in November of 2007, I submitted a Public

12    Records Act request for relevant documents. While only a few documents were produced in

13    compliance with the request, some of those records bear directly upon the issue of CTTC

14    involvement in the conspiracy and failures to comply with the Bagley-Keene Act.

15    4.    Attached hereto as Exhibit A is a true and correct copy of an e-mail string dated

16    January 16, 2007 produced by the Office of Tourism in response to the Public Records Act between a

17    representative of Defendant National Car Rental and Terri Toohey of the CTTC (in charge of

18    assessments) in which Defendant National Car Rental complains that its "competitor Avis is not

19    charging the tourism fee" and "what can be done about that?" In response, the CTTC representative

20    states that she "will discuss the issue with our Executive Director" and that "we also have a meeting

21    planned with the industry next week and I will put it on the agenda."

22    5.    Attached hereto as Exhibit B is a true and correct copy of the agenda dated

23    Wednesday, January 31, 2007 for an Executive Committee Meeting to be held February 14, 2007. I

24    retrieved this agenda from the CTTC website. The only item on the agenda is a closed session item

25    entitled, "Analysis of Legal Issues on Various Funding Requests and Proposals." Nothing on the

26    agenda or notice explains what provision of the Government Code authorizes a closed session

27    meeting to discuss that separate matter and the description is too vague to put the public on notice

28    that enforcement of an illegal price fix may have been discussed (as suggested by Exhibit A).

6.      Attached hereto as Exhibit C is a true and correct copy of the Memorandum of Understanding among the Rental Car Defendants and the CTTC.  This is a fully executed true and correct copy that was produced in response to the Public Records Act by the Office of Tourism.

7.      Attached hereto as Exhibit D are true and correct e-mail strings produced in response to the Public Records Act Request.  These e-mails show communications among and between the CTTC and various Rental Car Defendants negotiating the terms of the Memorandum of Understanding; thus antitrust Defendants met and discussed elements of their pricing under the auspices of the CTTC.  For example, the e-mail dated October 17, 2006 between CTTC's counsel and Defendant Hertz, with others copied, states, "[m]y recollection **from the meeting** is that **everyone agreed** to continue the funding **as long as the pass-through was in place**."  (Emphasis added.)

8.      Attached hereto as Exhibit E is a true and correct copy of the ballot which the CTTC and each rental car company agreed to and the CTTC caused to be mailed out to each of the Rental Car Defendants.  The ballot specifies that the Rental Car Defendants were voting to agree among themselves that "a percentage of Revenue to be collected **by** each passenger car rental company" would be paid to the CTTC (emphasis added).  The statute, however, allowed a determination of what could be collected **from**, not **by**, each passenger car rental company.  (Gov't Code § 13995.20(b) ("'Assessed business' means a person required to pay an assessment… ."))  The ballot tabulation form (produced as part of the Public Records Act request) shows a unanimous 9-0 vote.

9.      Attached hereto as Exhibit F is a true and correct copy of the agenda of the CTTC Executive Committee Meeting dated Monday, September 25, 2006 for the meeting scheduled Tuesday, October 3, 2006.  Item IV(a) indicates the agenda item to be "rental car pass through fees."  Attached as Exhibit G is the October 3, 2006 Executive Committee Meeting Minutes.  At the bottom of page 1 under Government Affairs Update it is "reported the CTTC has acquired a partnership with the rental car industry to secure a long-term funding solution for the CTTC."  Both of these documents were retrieved directly off the CTTC website.

10.      Attached hereto as Exhibit H is a true and correct document taken off of the CTTC website in October of 2007 and again in November 2007 which states as follows:

Passenger Car Rental Industry Tourism Assessment Program
A new tourism assessment program for the Passenger Car Rental
Industry was enacted in 2006 and becomes effective January 1, 2007.
(Government Code sections 13995 et. seq.)  The Passenger Car Rental
Industry assessment program is limited to companies that have
business locations renting passenger vehicles at either airports or
accommodation locations, such as hotels.  The Passenger Car Rental
Industry shall have an industry specific assessment rate, adjusted
annually. **This assessment rate shall be passed through to the
customer**.  (Emphasis added.)

11.    On March 19, 2008, I again visited the CTTC website and looked at the "passenger car rental industry tourism assessment program" portion of their website.  The language that "This assessment rate shall be passed through to the customer" has been deleted from the website!  A true and correct copy of the revised webpage is attached hereto as Exhibit I.

12.    The CTTC continues, however, to describe itself as "an industry-led public/private partnership."  Attached as Exhibit J is a true and correct copy of the webpage of the California Travel and Tourism Commission copied March 19, 2008 and as Exhibit K is a true and correct copy of the CTTC Marketing Plan produced in response to the Public Records Act request.

13.    Attached hereto as Exhibit L is a true and correct copy taken from the CTTC website of the CTTC tourism marketing budget and the industry segment contributions showing that 79% of the CTTC budget is made up of collections from the passenger car rental industry.

14.    Attached hereto as Exhibit M is a true and correct copy of an e-mail dated November 30, 2007 produced in response to the Public Records Act request.  The e-mail from Matthew Sabbatini, the Operations Manager and Commission Liaison of the CTTC, indicates that CTTC meetings have been being held improperly and that changes must be made in order to comply with the Bagley-Keene Act.  This e-mail was sent within two weeks of the filing of the lawsuit in this matter and appears to be an admission that the CTTC meetings have previously been held in violation of the law.

15.    Attached hereto as Exhibit N are true and correct copies of letters between counsel in this case concerning continued violations of the Bagley-Keene Act following entry by this Court of

the Order Granting Joint Motion for an Interim Order entered December 12, 2007 (docket document No. 19):

- Letter from Dennis Stewart to Charles Post dated December 27, 2007;
- Letter from Charles Post to Dennis Stewart dated January 4, 2008 responding to the December 27, 2007 letter.

I declare under penalty of perjury the foregoing is true and correct. Executed this 24th day of March 2008 in San Diego, California.

Donald G. Rez

# TABLE OF CONTENTS

**Page Nos.**

**EXHIBIT A**................................................................................................................ 1-2

**EXHIBIT B**................................................................................................................ 3-5

**EXHIBIT C**.............................................................................................................. 6-19

**EXHIBIT D**........................................................................................................... 20-25

**EXHIBIT E**............................................................................................................ 26-29

**EXHIBIT F**............................................................................................................ 30-32

**EXHIBIT G** .......................................................................................................... 33-36

**EXHIBIT H** ........................................................................................................... 37-38

**EXHIBIT I**............................................................................................................. 39-41

**EXHIBIT J** ............................................................................................................ 42-43

**EXHIBIT K** ........................................................................................................... 44-46

**EXHIBIT L**............................................................................................................ 47-50

**EXHIBIT M**........................................................................................................... 51-52

**EXHIBIT N**........................................................................................................... 53-60

# EXHIBIT A

**Terri Toohey**

| | |
|---|---|
| **From:** | McNulty, Denise [mcnultyd@nationalcar.com] |
| **Sent:** | Tuesday, January 16, 2007 10:34 AM |
| **To:** | Toohey, Terri |
| **Subject:** | RE: Passenger Car Rental Industry Tourism Assessment Form |

THANK YOU.

DENISE

-----Original Message-----
From: Toohey, Terri [mailto:TToohey@tourism.ca.gov]
Sent: Tuesday, January 16, 2007 10:33 AM
To: McNulty, Denise
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form

I sent the forms to the controllers of all the passenger car rental companies last week to
insure that they have been informed of the assessment.  I will discuss the issue with our
Executive Director.  We also have a meeting planned with the industry next week and I will
put it on the agenda.

-----Original Message-----
From: McNulty, Denise [mailto:mcnultyd@nationalcar.com]
Sent: Tuesday, January 16, 2007 10:21 AM
To: Toohey, Terri
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form
Importance: High

HI TERRI,

I HAVE A QUESTION.  OUR COMPETITOR AVIS IS NOT CHARGING THE TOURISM FEE HERE.

THEY DIDN'T TELL ME, BUT I CAN SEE WHEN I SHOP THEIR RATES.  WHAT CAN BE DONE
ABOUT THAT?  IT MAKES US LOOK LIKE OUR RATES ARE HIGHER, AND THEY ARE NOT.

DENISE MCNULTY

-----Original Message-----
From: Toohey, Terri [mailto:TToohey@tourism.ca.gov]
Sent: Tuesday, January 16, 2007 9:22 AM
To: McNulty, Denise
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form

Yes I did.  I will make those changes today and send you a new preprinted from.  I was out
of the office on Friday and yesterday was a holiday, so I apologize for the delay.

-----Original Message-----
From: McNulty, Denise [mailto:mcnultyd@nationalcar.com]
Sent: Monday, January 15, 2007 12:13 PM
To: Toohey, Terri
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form
Importance: High

HELLO TERRI,

DID YOU RECEIVE MY REQUEST TO CHANGE CHANGE MY BILLING INFORMATION TO MY
BUSINESS?

1

02
EXHIBIT A

# EXHIBIT B

# CTTC MEMORANDUM

**TO:**       **California Travel and Tourism Commission**
              **Secretary of State**
              **Travel Industry Association**
              **Members of the Public Who Have Requested Notification**
              **(For informational purposes only)**

**FROM:**     **Caroline Beteta, Executive Director**

**DATE:**     **Wednesday, January 31, 2007**

**RE:**       PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE MEETING

---

A meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Wednesday, February 14, 2007, from 10:00 a.m. to 11:00 a.m.

Participation for this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting: ............................. | Executive Committee Meeting |
| Date:..................................... | Wednesday, February 14, 2007 |
| Conference Call info:... ..... | 1-877-973-7507/passcode 518056 |
| Time:.. .................................. | 10:00 a.m. to 11:00 a.m. |
| Meeting Location: | California Travel and Tourism Commission |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |
| | Conference Room |

The agenda is attached for your reference.

Please R.S.V.P. (if you haven't already) at 916-319-5420 or msabbatini@visitcalifornia.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

04
EXHIBIT B

**CTTC Executive Committee Meeting Agenda**
**Wednesday, February 14, 2007**

**CTTC Executive Committee Meeting**
**Wednesday, February 14, 2007**
**10:00 a.m. to 11:00 a.m.**

**CTTC**
**980 Ninth Street, Suite 480**
**Sacramento, CA 95814**

**AGENDA**

*Any and all items on this agenda are subject to discussion and vote*

I.   **Call to Order**

II.  **Open Meeting and Roll Call**

III. **Closed Session-Analysis of Legal Issues on Various Funding Requests and Proposals**

IV.  **Public Comment**

V.   **Adjournment**

.

# EXHIBIT C

MEMORANDUM OF AGREEMENT

Between

THE CALIFORNIA PASSENGER CAR RENTAL INDUSTRY

And

CALIFORNIA TRAVEL AND TOURISM COMMISSION

Pursuant to the California Tourism Marketing Act

MEMORANDUM OF AGREEMENT

Between

THE CALIFORNIA PASSENGER CAR RENTAL INDUSTRY

And

CALIFORNIA TRAVEL AND TOURISM COMMISSION

Pursuant to the California Tourism Marketing Act

## INTRODUCTION

This Agreement sets forth the terms of the Passenger Car Rental Industry Segment assessment program that is effective January 1, 2007 pursuant to recent legislation. The implementation of this Agreement is consistent with the legislative intent and is subject to the passing of an industry referendum held by the Secretary of the Business Transportation and Housing Agency. The parties agree to comply with all relevant statutory, regulatory and administrative requirements relating to the tourism assessment as it applies to the Passenger Car Rental Industry Segment.

## AUTHORITY

This Agreement is entered into pursuant to the authority cited in California Government Code section 13995 et. seq.

## PURPOSE

The purpose of this Agreement is to establish a Passenger Car Rental Industry Segment assessment program, which will result in providing the fiscal year revenue goals for the California Travel and Tourism Commission and to define a reasonable collection and remittance process for the industry. This assessment collection program is limited to companies that have business locations renting passenger vehicles at either airports or accommodation locations, such as hotels.

## FINANCIAL

The Passenger Car Rental Industry Segment assessment is expected to generate *$16.2* million in fiscal year 2006/07, *$39.8* million in fiscal year 2007/08 and is anticipated to continue at approximately that level thereafter.

DEFINITIONS

California Travel and Tourism Commission ("CTTC") is the commission that promotes California as a tourism destination, both domestically and internationally.   It is headquartered at 980 9th Street, Suite 480, Sacramento, CA 95814.

Office of Tourism ("Office") is the office of the State of California, Business, Transportation and Housing Agency that administers the California Travel and Tourism Assessment including processing of all payments.  It is also located at 980 9th Street, Suite 480, Sacramento, CA 95814.

Passenger Car Rental Industry Segment is defined as those companies renting passenger vehicles at an Airport Location or Accommodation Location including, but not limited to, the following companies:  The Hertz Corporation, DTG Operations (includes Dollar and Thrifty), Avis Rent-A-Car, Vanguard Car Rental USA Inc. (includes Alamo Rent-A-Car and National Car Rental), Enterprise Rent A Car Company of Los Angeles, Enterprise Rent-A-Car Company of Sacramento and Enterprise Rent-A-Car Company of San Francisco, Budget Rent A Car, Fox Rent A Car (includes Payless), and Coast Leasing Corporation (Advantage Rent A Car).

Accommodation Location is any passenger car rental location on the property of a hotel, motel or other accommodation facility.

Airport Location is any passenger car rental location on an airport property or servicing an airport and subject to either an airport concession agreement or an airport access fee agreement.

Revenue is all paid time and/or mileage charges only, as shown on each concluded Rental Agreement, net of any discount at California Airport Locations and Accommodation Locations.

Passenger vehicle is as defined in Section 465 of the California Vehicle Code.

RESPONSIBILITIES

1.      By October 20, 2006, each member of the Passenger Car Rental Industry Segment that is not exempt under California law has submitted to the Office the Revenue for calendar year 2005 at California Airport Locations and Accommodation Locations.  By March 31, 2007, each member of the Passenger Car Rental Industry Segment shall submit to the Office the Revenue data for calendar year 2006 at California Airport Locations and Accommodation Locations.

2.      The Office will determine a percentage of Revenue to be collected from the Passenger Car Rental Industry Segment, based on the Revenue reported under Paragraph 1.  The assessment percentage will be calculated by dividing (i) the revenue required to be generated to provide the $16.2 million required from the segment for fiscal year 2006/07 and the $39.8 million required from the segment for fiscal year 2007/08, by (ii) the Revenue reported in 2005 and 2006, respectively, taking into account quarterly fluctuations.

3.      The assessment amount to be collected, as calculated by the Office, will be subject to the industry referendum.   The projected referendum date is November 20, 2006.  This

referendum will be called for by the Secretary of the Business, Transportation and Housing Agency. An independent ballot company will be responsible for the voting process and all findings will be delivered to the Secretary. The ballot company shall be required to distribute the ballot to the member company no later than twenty-one days before the referendum voting deadline. All known members of the Passenger Car Rental Industry Segment will be included in the referendum.

4.    If the referendum passes, the Passenger Car Rental Industry Segment assessment shall begin January 1, 2007.

5.    The Passenger Car Rental Industry Segment assessment will be payable monthly, beginning January 2007. All assessments for a given month shall be submitted by a rental car company to the Office within 25 days of each month end beginning February 25, 2007. At the end of the 2006/07 fiscal year on June 30, 2007 and 2007/08 fiscal year on June 30, 2008, if the amount paid by the Passenger Car Rental Industry Segment is not, cumulatively, respectively $16.2 million and $39.8 million, an excess or deficit in funding will be taken into account in setting the subsequent year's rate. The rate shall also be adjusted annually based on the most accurate recent financial information available and such adjustment shall not be subject to referendum during the term of this Agreement.

6.    The Office will provide a Passenger Car Rental Industry Segment Assessment Form to be submitted by each member of the Passenger Car Rental Industry Segment subject to assessment on a monthly basis together with the remittance of the assessment calculated thereon.

7.    Each member of the Passenger Car Rental Industry Segment shall be required to pay assessments as currently required for all tourism revenue earned until December 31, 2006.

8.    If the referendum does not pass as required by law, then no change will be made in the method or amount of assessment and members of the Passenger Car Rental Industry Segment shall continue to pay assessments on income earned from January 1, 2007 forward as the law currently requires.

CONFIDENTIALITY

All information or data provided by the Passenger Car Rental Industry Segment shall be maintained by the Office and will be confidential. It shall not be released to any person or company, including the CTTC.

MODIFICATION OR TERMINATION

This Agreement shall be effective upon signature by all parties thereto.

This Agreement shall remain effective, and the Passenger Car Rental Industry Segment shall pay the assessment required by this Agreement, until: (1) Section 1936.01 of the California Civil Code is amended to prohibit or impair the ability of the Passenger Car Rental Industry Segment to separately quote or charge taxes, customer facility charges, airport concession fees, and

tourism assessments, or (2) the date the results of the 2013 referendum are announced by the Secretary, unless the assessment is reaffirmed by vote of the Passenger Car Rental Industry Segment conducted in conjunction with the 2013 referendum.

This Agreement may be modified or terminated by the written consent of both parties. For purposes of this paragraph, the Passenger Car Rental Industry Segment party shall be deemed to have consented to any such modification or termination upon the written consent of Passenger Car Rental Industry Segment members possessing no less than fifty-one percent of the most recently available fiscal year's total Passenger Car Rental Industry Segment Revenue.

COUNTERPARTS

This Memorandum of Understanding may be simultaneously executed in several counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument, which shall be sufficiently evidenced by any such original counterpart.

CALIFORNIA TRAVEL AND TOURISM COMMISSION

By: _Caroline Wette_____
Name: _____
Title: _____


THE HERTZ CORPORATION

By: _____
Name: _Richard Broome_____
Title: _VP Corporate Affairs_____

DTG OPERATIONS, INC. D/B/A DOLLAR RENT A CAR AND THRIFTY CAR RENTAL

By: _____
Name: _____
Title: _____

tourism assessments, or (2) the date the results of the 2013 referendum are announced by the Secretary, unless the assessment is reaffirmed by vote of the Passenger Car Rental Industry Segment conducted in conjunction with the 2013 referendum.

This Agreement may be modified or terminated by the written consent of both parties. For purposes of this paragraph, the Passenger Car Rental Industry Segment party shall be deemed to have consented to any such modification or termination upon the written consent of Passenger Car Rental Industry Segment members possessing no less than fifty-one percent of the most recently available fiscal year's total Passenger Car Rental Industry Segment Revenue.

## COUNTERPARTS

This Memorandum of Understanding may be simultaneously executed in several counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument, which shall be sufficiently evidenced by any such original counterpart.


CALIFORNIA TRAVEL AND TOURISM COMMISSION


By: _____
Name: _____
Title: _____


THE HERTZ CORPORATION

By: _____
Name: _____
Title: _____

DTG OPERATIONS, INC. D/B/A DOLLAR RENT A CAR AND THRIFTY CAR RENTAL

By: _____
Name: JOHN J. FOLEY
Title: PRESIDENT

{10824/11233/MKVARME/920446.DOC;7}

AVIS RENT-A-CAR, LLC

By: _Robert E Muhs_
Name: ROBERT E MUHS
Title: VICE PRESIDENT + ASSISTANT SECRETARY

VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

By: _____
Name: _____
Title: _____

BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: PM GALLAGHER
Title: ASSISTANT SECRETARY

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____


VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO

By: _Susan M. Irwin_____
Name: _Susan M. Irwin_____
Title: _Vice President / General Mgr._


ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

By: _____
Name: _____
Title: _____


BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

{10824/11233/MKVARME/920446.DOC;7}

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____

VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF LOS
ANGELES

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF
SACRAMENTO

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SAN
FRANCISCO

By: _____
Name: _____
Title: _____

BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____

VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF LOS
ANGELES

By: _Quol Sittel_____
Name: _Brett Bittel_____
Title: _Vice President / General Manager_

ENTERPRISE RENT-A-CAR COMPANY OF
SACRAMENTO

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SAN
FRANCISCO

By: _____
Name: _____
Title: _____

BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____

VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

By: _____ *Leonard Anglar* _____
Name: _____ *Leonard A. Anglar* _____
Title: _____ *Vice-President / General Mgr* _____

BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

17
EXHIBIT C

FOX RENT-A-CAR

By: _____

Name: _____JOE__KNIGHT_____

Title: _____

COAST LEASING CORPORATION

By: _____

Name: _____

Title: _____

FOX RENT-A-CAR

By: _____
Name: _____
Title: _____


COAST LEASING CORPORATION

By: _____
Name: _____PAUL HERRIRT_____
Title: _____COO_____

# EXHIBIT D

## Terri Toohey

| | |
|---|---|
| **From:** | Michael Kvarme [mkvarme@weintraub.com] |
| **Sent:** | Tuesday, October 17, 2006 10:52 AM |
| **To:** | rbroome@hertz.com |
| **Cc:** | Toohey, Terri; Caroline Beteta Forward to CTTC; caugustine@bth.ca.gov |
| **Subject:** | RE: Rental Car |
| **Attachments:** | Michael Kvarme.vcf; Michael Kvarme.vcf |

 

Michael Kvarme.vcf   Michael Kvarme.vcf
(451 B)            (451 B)

You should feel free to propose any changes.  My recollection from the meeting is that
everyone agreed to continue the funding as long as the pass-through was in place.  In
fairness to the industry I added in the possible cancellation of the CTTC in the every 6
year referendum so that you are not forced to continue it on your own.  I could be wrong,
but I thought that the Governor's concern was that this was not intended to go forward
beyond the 2013 referendum.  Hopefully, we can clarify on our next call.  In any event,
feel free to propose an alternative.

Additionally, Terri needs your company's financial data-we have received the remainder
from the other companies.

.Michael A. Kvarme, Esq.
weintraub genshlea chediak
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Direct:  (916) 558-6081
Fax:  (916) 446-1611
mkvarme@weintraub.com

Privileged/Confidential Information may be contained in this message. If you are not the
addressee indicated in this message (or responsible for delivery of the message to such
person), you may not copy or deliver this message to anyone. In such case, you should
destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer does not consent to Internet email for messages of
this kind. Opinions, conclusions and other information in this message that do not relate
to the official business of my firm shall be understood as neither given nor endorsed by
it.

-----Original Message-----
From: Richard Broome [mailto:RBroome@hertz.com]
Sent: Tuesday, October 17, 2006 10:06 AM
To: Sharon Vargas
Cc: bill.walker@dtag.com; Caroline Beteta; eastj@vanguardcar.com; eheidig@bth.ca.gov;
fred@ppallc.com; joe@foxrentacar.com; jross@ka-pow.com; robert.muhs@avisbudget.com; Tracy
Garrett; Toohey, Terri
Subject: Re: Rental Car

It is possible that I am misreading the paragraph, but I thought we had
agreed on the call that the car rental industry would have the right to
review it's participation at the higher funding levels upon conclusion of
the next six year referendum, in 2013.    I don't believe we discussed or
agreed to a review dependent on mutual consent of the industry and
Commission.

Richard Broome
Vice President, Corporate Affairs
The Hertz Corporation
225 Brae Blvd.
Park Ridge, NJ 07656
U.S.A.


To
                                      <rbroome@hertz.com>,

                                      <eastj@vanguardcar.com>,

    "Sharon Vargas"                   <robert.muhs@avisbudget.com>,

    <sharon.vargas@weintraub.com      <bill.walker@dtag.com>,

    >                                 <joe@foxrentacar.com>


cc
    10/17/2006 12:52 PM               "Toohey, Terri"

                                      <TToohey@tourism.ca.gov>,

                                      <eheidig@bth.ca.gov>, "Tracy

                                      Garrett" <tgarrett@cttc1.com>,

                                      <jross@ka-pow.com>,

                                      <fred@ppallc.com>, "Caroline

                                      Beteta" <cbeteta@cttc1.com>


    Subject
                                      Rental Car

22
EXHIBIT D

**Terri Toohey**

| | |
|---|---|
| From: | Turner, Katherine C [Katherine.C.Turner@erac.com] |
| Sent: | Friday, October 20, 2006 11:06 AM |
| To: | Richard Broome; Toohey, Terri |
| Cc: | Bill Walker (E-mail); Caroline Beteta Forward to CTTC; Jim East (E-mail); Joe Knight (E-mail); Mike Kvarme (E-mail); Robert Muhs (E-mail) |
| Subject: | RE: Revised MOU |
| Attachments: | Memorandum of Agreement (Rental Car) (ERAC).DOC |

Memorandum of
Agreement (Renta...

I took the liberty of incorporating Hertz's recommendations as well as ours in
the attached revision. Please feel free to contact me with any questions.

Kathy Turner, ARM
Vice President-Legislative and Government Affairs Enterprise Rent-A-Car, California and
Hawaii Phone (310) 851-3576
Fax     (310) 851-6576
Katherine.c.turner@erac.com

**************************************************************
***********************************************************
This message is confidential, intended only for the named recipient(s), and may contain
information that is privileged, attorney work product or exempt from disclosure under
applicable law. If you are not the intended recipient(s), you are notified that the
dissemination,
distribution or copying of this message is strictly prohibited. If you
received this message in error, or are not the named recipient(s), please notify the
sender at the email address above and delete this email from your computer. Receipt by
anyone other than the named
recipient(s) is not a waiver of the attorney-client, work product, or
other applicable privilege. Thank you.
**************************************************************
***********************************************************

-----Original Message-----
From: Richard Broome [mailto:RBroome@hertz.com]
Sent: Friday, October 20, 2006 8:16 AM
To: Toohey, Terri
Cc: Bill Walker (E-mail); Caroline Beteta Forward to CTTC; Jim East (E-mail); Joe Knight
(E-mail); Turner, Katherine C; Mike Kvarme (E-mail); Robert Muhs (E-mail)
Subject: Re: Revised MOU

Thanks this looks pretty good. The following are largely technical comments.


1. In Financial I would substitute the words "is expected to" in lieu of the word "shall".

2. Definitions:
    Is the CTTC a "program"?
    Second paragraph: add words "Passenger Car Rental Industry" between the
    words "the" and "assessment"
    Third paragraph:  substitute "passenger vehicles" for "automobiles,
    vans, or trucks"
    Third paragraph:  I believe Avis and Budget should be consolidated as
    are DTG and Vanguard.  Bob Muhs can advise.
    Fifth paragraph:  Replace current language with following:
    "Airport

1

Location: Any passenger car rental location on an airport property or
servicing an airport and subject to either an airport concession
agreement or an airport access fee agreement."

3. Responsibilities
   par. 1: insert words "calendar year" between "for" and 2006" in the
   last sentence.
   par. 2: replace the word "projections" with the words "revenue reported"
   in the first sentence.
   par 2: refer to either Budget or Fiscal year in reference to
2006/2007
   and 2007/2008.
   par 3: Add the following sentence after the fourth sentence:   "The
   ballot company shall be required to distribute all supporting
   documentation to the member company no later than __ days before the
   referendum."

4. Modification or Termination

Insert the words "of the California Civil Code"  after "Section 1936.01"
in
the first sentence.

Richard Broome
Vice President, Corporate Affairs
The Hertz Corporation
225 Brae Blvd.
Park Ridge, NJ 07656
U.S.A.


| To | |
|---|---|
| | "Joe Knight \(E-mail\)" |
| | <Joe@foxrentacar.com>, "Kathy |
| "Toohey, Terri" | Turner \(E-mail\)" |
| <TToohey@tourism.ca.gov> | <Katherine.c.turner@erac.com>, |
| | "Robert Muhs \(E-mail\)" |
| 10/19/2006 06:44 PM | <robert.muhs@avisbudget.com>, |
| | "Richard Broome \(E-mail\)" |
| | <rbroome@hertz.com>, "Jim East |
| | \(E-mail\)" |
| | <EastJ@vanguardcar.com>, "Bill |
| | Walker \(E-mail\)" |
| | <Bill.Walker@DTAG.com> |
| cc | |
| | "Caroline Beteta Forward to CTTC" |

24
EXHIBIT D

<cbeteta@cttc1.com>, "Mike Kvarme

\(E-mail\)"

<mkvarme@weintraub.com>

Subject                                           Revised MOU

Attached is the revised MOU for the Passenger Car Rental Industry.  If you have any
comments or amendments, please forward them to both Mike Kvarme and myself.

 <<Memorandum of Agreement (Rental Car).DOC>> [attachment "Memorandum of Agreement (Rental
Car).DOC" deleted by Richard Broome/COR/PRK/Hertz]

---------------
This message (including attachments) may contain information that is privileged,
confidential or protected from disclosure.  If you are not the intended recipient, you are
hereby notified that dissemination, disclosure, copying, distribution or use of this
message or any information contained in it is strictly prohibited.  If you have received
this message in error, please immediately notify the sender by reply e-mail and delete
this message from your computer.  Although we have taken steps to ensure that this e-mail
and attachments are free from any virus, we advise that in keeping with good computing
practice the recipient should ensure they are actually virus free.
---------------

25
EXHIBIT D

# EXHIBIT E

**P 01**

## PASSENGER CAR RENTAL INDUSTRY
## REFERENDUM BALLOT
## NOVEMBER 2006
**Official Ballot**

022-06-01

**01**

---

**Assessment Rate for Passenger Car Rental Industry (Vote for 1)**

The Office of Tourism has determined a percentage of Revenue to be collected by each passenger car rental company based on the historical revenue data submitted to the Office. The Passenger Car Rental Industry assessment rate for fiscal year 2006/07 shall be .025 of all Revenue earned between January 1, 2007 and June 30, 2007.

▪ Yes          ☐ No

/  ssment Payment Provisions for Passenger Car Rental Industry (Vote for 1)

∴e Assessment Rate is adopted, the Passenger Car Rental Industry Segment assessment will begin January 1, 2007. All assessments for a given month shall be submitted by a rental car company to the Office within 25 days of each month end, beginning February 25, 2007.

▪ YES          ☐ NO

All capitalized terms are as defined in that Memorandum of Agreement between the California Passenger Car Rental Industry and California Travel and Tourism Commission and previously provided to each prospective assessed business within the Passenger Car Rental Industry segment.

### INSTRUCTIONS

THIS IS YOUR OFFICIAL BALLOT. YOU SHOULD HAVE ALSO RECEIVED A DOUBLE WINDOW RETURN ENVELOPE AND AN ENVELOPE MARKED "SECRET BALLOT ENVELOPE"

1. Mark the appropriate box next to your choice(s) **like this** ▪. Do not sign or write comments on the ballot.
2. When you have finished marking the ballot, separate the bottom stub along the dotted line.
3. Place the marked ballot in the solid envelope marked "SECRET BALLOT ENVELOPE".
4. Sign the separated stub where indicated certifying that you are authorized to cast votes on behalf of your organization.
5. Place the signed stub and the "SECRET BALLOT ENVELOPE" into the double window envelope so that the post office box address and bar code are visible through the windows.
6. Seal and mail the envelope (no postage necessary if mailed in the United States.)
7. BALLOTS MUST BE RECEIVED BY December 12, 2006. LATE BALLOTS WILL NOT BE COUNTED.
8. If you damage your ballot you may request a duplicate from the Business, Transportation and Housing Agency at, (916) 324 3787.

*Election 0220601*

TRUBALLOT
Automated Election Administration

**Assessment Rate for Passenger Car Rental Industry (Vote for 1)**
  9   Yes
  0   No

**Assesment Payment Provisions for Passenger Car Rental Industry (Vote for 1)**
  9   YES
  0   NO

Page 1 Election ID: 0220601   Machine ID: 23
FINAL ELECTION RESULTS 12/13/2006

*Election 0220601*

TRUE BALLOT
Automated Election Administration

---

**Assessment Rate for Passenger Car Rental Industry (Vote for 1)**

   9   Yes
   *0*   *No*

---

**Assesment Payment Provisions for Passenger Car Rental Industry (Vote for 1)**

   9   YES
   *0*   *NO*

---

Machine ID: 23  12/12/2006  09:26:48

Page 1 Election ID: 0220601
PRELIMINARY Election Results

# EXHIBIT F

# CTTC MEMORANDUM

**TO:**       **California Travel and Tourism Commission**
             **Secretary of State**
             **Travel Industry Association**
             **Members of the Public Who Have Requested Notification**
             **(For informational purposes only)**

**FROM:**     **Caroline Beteta, Executive Director**

**DATE:**     **Monday, September 25, 2006**

**RE:**       **PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE**
             **MEETING**

---

A conference call/meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Tuesday, October 3, 2006 from 3:00 p.m. to 5:00 p.m.

Participation for this meeting is available via conference call.  The meeting details are as follows:

| | |
|---|---|
| Meeting: | Executive Committee Meeting |
| Date: | Tuesday, October 3, 2006 |
| Time: | 3:00 pm – 5:00 pm |
| **Conference Call-In:** | **877-973-7507  /  Pass Code: 518056** |
| Meeting Location: | CTTC Offices |
| | 980 Ninth Street, Suite 480 |
| | Sacramento, CA 95814 |

The agenda is attached for your reference and can also be viewed at http://www.visitcalifornia.com.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@CTTC1.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# CTTC Executive Committee Meeting
Tuesday, October 3, 2006
3:00 p.m. – 5:00 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.      Call to Order/Approval of June 28, 2006 Executive Committee Meeting
        Minutes/ Opening Remarks

II.     Executive Director Report

III.    Budget Update
        A.   2006/2007 Proposed $25 Million Budget Plan Update
        B.   Proposed FY 2006/2007 Staffing/Operations Plan Update

IV.     Government Affairs Update
        A.   Rental Car Pass through Fees
        B.   Consideration of Program Legislative and Regulatory Changes
        C.   Federal Update
        D.   TIA Power of Travel Event Re-Cap
        E.   Road-side Rest Areas

V.      Nominating Committee Report
        A.   Discuss Next Steps and Schedule Meeting

VI.     Financial Report
        A.   Audit Update

VII.    Marketing Plan Update
        A.   2006/2007 Marketing Plan Update
        B.   New Web site Design Update
        C.   Media Relations Activities
        D.   Advertising Report – Jeff Gordon Shoot
        E.   Travel Trade Report

VIII.   Assessment Update

IX.     Other Business
        A.   Upcoming Commission Meeting Dates
        B.   Tour of California Updates
        C.   2006/2007 Proposed International Trade Missions

**X.      Public Comment**

XI.     Adjournment

EXHIBIT F

# EXHIBIT G

Executive Committee Meeting
October 3, 2006
3:00 p.m. to 5:00 p.m.

Commissioner MacRae called the meeting to order at 3:07 p.m. Roll was taken and the following Commissioners were present: Commissioner Bilby, Bridwell, Koeberer, Lawrance, and MacRae. Others present included: Executive Director Beteta, Sue Coyle, Damon Eberhart, Tracy Garrett, Ross Hutchings, Jennifer Jasper, Bob Roberts, and Susan Wilcox.

Motion by Commissioner Lawrance to approve the minutes of June 28, 2006. Second by Commissioner Bilby. Damon Eberhart asked to have the word "possible" corrected to "feasible" in the financial section. Motion unanimously approved.

### Executive Director Report
Executive Director Beteta thanked everyone for attending and reported that the Governor had signed the tourism funding bill (AB 2592) on the prior Friday. She reported that staff is gearing up for upcoming marketing activities and the upcoming referendum. She reported that a conference call with the rental car industry will be held the next day to discuss the upcoming referendum timeline since the rental car industry would like to start passing on the fees beginning January 1, 2007. She reported that Mike Kvarme has written a draft MOU that will become part of referendum to ensure a long-term funding solution for the Commission. She also reported that staff is working on the upcoming Governor's Trade and Tourism Mission to Mexico City in November. The CTTC will be hosting the signature event, which will consist of an IMAX movie premier of "Adventures in Wild California." Lastly, she reported that the communications team is currently hosting the San Francisco Media Event, which has a record-breaking 90 members of the media and 88 delegates attending.

### Budget Update/Marketing Update
Commissioner Bilby reported that the current $18.25 million plan has been reviewed by staff to update for the $25 million marketing plan and will be presented to the Marketing Advisory Committee for approval on October 24, 2006. She reported that the International Advisory Committee will be meeting in the coming weeks.

Executive Director Beteta reported that Commissioner Zucker had offered to have the CTTC shoot NASCAR legend Jeff Gordon. She reported that she and staff went to the California Speedway for the shoot over Labor Day weekend and it will be included in the new spring advertising campaign. She also reported that the CTTC is gearing up for the upcoming winter sports campaign with the snowsports industry, which, if approved by the Commission, will start to air November 1, 2006.

Commissioner Bilby reported that an additional $5,000 has been allocated for each rural region, but it will also require the 60/40 match contribution. Executive Director Beteta reported that she and staff have been to the Fresno area five times in the last four months to support the area; she would like to see other rural regions throughout the state create programs like the San Joaquin Valley Tourism Corridor.

Executive Director Beteta distributed a new organizational chart for discussion. She reviewed the changes and reported that staff would like to add three additional positions for the current fiscal year. These positions will include a new Rural Tourism Development Manager, Events Coordinator, and an Administrative Assistant for the Operations Department. She also reported that staff will be looking at staffing needs for the next fiscal year and may ask for additional staff next fiscal year if deemed necessary. Commissioner Bilby reported that Glenda Taylor has been promoted from Travel Trade Manager to Director of International and Domestic Travel Trade.

Motion by Commissioner Koeberer to approve the organizational chart as presented. Second by Commissioner Lawrance. Commissioner MacRae stated that the revised organizational chart requires no additional money for this fiscal year. Total staff will be 23 Commission employees and seven state employees. Motion unanimously approved.

### Government Affairs Update
Bob Roberts reported that the Government Affairs Committee has been extremely active in recent months helping with the tourism funding bill (AB 2592). He reported the CTTC has acquired a partnership with the rental car

industry to secure a long-term funding solution for the CTTC and that recently the Governor has signed the bill. He also reported that he will be working with the committee to detail some "clean-up" language for the tourism funding bill. He stated that the committee would also like to see the state's funding commitment to be approximately $2.5 million or 5-percent of the total CTTC budget. Commissioner MacRae stated that he would like the CTTC to make sure the committee has the resources needed to ensure the revised tourism funding bill will be passed in the subsequent year. He also stated that the rental car industry agreed to only take six seats on the Commission, which is disproportionate to the other segments in terms of revenue paid. He reported that with this clean-up language the CTTC need to add six seats to the Commission since the Commission does not want to take any seats from other segments.

Motion by Commissioner Koeberer to reconfirm the Government Affairs Committee and to give them power to seek to eliminate the "sunset" provision in the bill and to set the state funding requirement at a minimum of $3.65 million. Second by Commissioner Bridwell. Motion unanimously approved.

**Nominating Committee Update**
Commissioner Lawrance reported that the Nominating Committee has not met recently, but is planning to meet later in October to discuss vacant seats on the Commission and Executive Committee. He reported that the committee hopes to have at least two nominees at the next Commission meeting to be approved.

**Financial Report**
Damon Eberhart reported that Moss Adams is in the process completing an annual audit and plans to have draft audit report on October 16, 2006. He also reported that since the CTTC budget will be $50 million for the next fiscal year it would be wise to move to an accrual basis for revenue in the succeeding years.

Executive Director Beteta reported that due to the timing of cash flow and media buys in the current fiscal year the CTTC may be in the position to require a loan to temporarily cover the media buy. She reported that this issue will be brought up during the conference call meeting; it will be stressed that the CTTC has never had to secure a loan.

**Assessment Update**
Terri Toohey reported that the assessment team has had some collection issues under the new $650 per million rate. She stated that a majority of the businesses are currently paying on 2005 revenue and the new rate commenced in 2006. She reported that California Tourism has had to make some budget adjustments accordingly. Executive Director Beteta reported that due to this adjustment The CTTC is currently budgeting $7.6 million in revenue for the current fiscal year.

Terri stated that they are in the process of sending a letter to all businesses that reported in July to offer a refund or a credit towards next year's payment.

**Other Business**
Executive Director Beteta reported that California Congressional Leadership Dinner in Washington, DC was a huge success. She reported exceptional attendance, with over 20 members of Congress and over 70 delegates attending. She reported that the CTTC would like to hold another event next year, but will look at the event on a year-by-year basis.

Beteta reported that she and Susan Wilcox will be testifying before the California Transportation Commission to request an additional allocation of $150 million to make improvements to the state's failing system. She thanked Sunne Wright McPeak for her leadership in making this program happen.

Beteta reported that she attended a meeting with Amgen to discuss the upcoming 2007 Tour of California race. She reported that last year the race attracted 1.3 million spectators in its first year and, consequently, was the largest single sporting event ever held in California and the US. She reported that the CTTC is working with the race sponsors for the upcoming race and hopes to plan the February Commission meeting around the race. She reported that the CTTC will plan Commission meetings a year in advance; dates will be given at the upcoming meeting on October 25, 2006.

Jennifer Jasper reported that the CTTC will be holding a joint reception aboard a Hornblower yacht at the next Commission meeting. She reported that since this event will be held on a Commission member's facility, the CTTC cannot pay for any part of this event. She asked for everyone to help in donating items. Executive Director Beteta asked Ross Hutchings from CalTia if they could provide any support for this reception. He stated that he was unaware that donations were needed.

**Public Comment**

Ross Hutchings asked if the CTTC has looked at the issue regarding passports to neighboring countries. Executive Director Beteta reported that this is a federal issue and a top issue with TIA.

**Adjournment**

Motion by Commissioner Lawrance to adjourn the meeting at 5:04 p.m. Second by Commissioner Lawrance. Motion unanimously approved.

# EXHIBIT H



   

Home / **Assessment** /



## ASSESSMENT

ABOUT  ASSESSABLE BUSINESSES  CALCULATE YOUR ASSESSMENT  CONTACT  DEFINITIONS  FAQS  FORMS
PROPOSED REGULATIONS

## ABOUT

**Tourism Assessment Program**
The California Tourism Marketing Act was enacted in 1995, to increase California's share of the travel and tourism market (Government Code Section 13995 et. seq.) (Link to Government Code) The legislation authorized self-imposition of an assessment by businesses that benefit from travel and tourism. It also authorized the establishment of a non-profit, public benefit corporation, the California Travel and Tourism Commission (CTTC), to oversee the promotion of California as a premier travel destination. The statute became operative upon industry wide approval in 1997 and the assessment program was initiated in 1998. In 2001, the program was renewed by industry referendum with an 84 percent margin and will subsequently be renewable by industry vote every six years.

The California Travel and Tourism Commission is comprised of 37 Commission members, representing each industry segment (Accommodations, Restaurants and Retail, Attractions and Recreation, Transportation and Travel Services, and Passenger Car Rental). The Commission meets three times a year and directs and approves the marketing plan, expenditures and the overall strategic course for California Tourism. The CTTC staff oversees the production of the marketing activities, including advertising, visitor publications and cooperative programs – all designed to promote California to travelers, tourists and the travel trade.

The assessment program is administered by the Division of Tourism, Tourism Assessment Program. The Division of Tourism is housed in the California Business, Transportation and Housing Agency and the Agency's Secretary serves as Chairperson of the CTTC.

**Passenger Car Rental Industry Tourism Assessment Program**
A new tourism assessment program for the Passenger Car Rental industry was enacted in 2006 and becomes effective January 1, 2007. (Government Code sections 13995 et. seq.) The Passenger Car Rental Industry assessment program is limited to companies that have business locations renting passenger vehicles at either airports or accommodation locations, such as hotels. The Passenger Car Rental Industry shall have an industry specific assessment rate, adjusted annually. This assessment rate shall be passed through to the customer.

**2007 California Tourism Marketing Renewal**
Since its inception more than a decade ago, the California Travel and Tourism Commission has become one of the nation's premier state marketing agencies – promoting the California brand and helping to increase tourism and travel-related spending. As an industry-led public/private partnership, CTTC is leading successful marketing campaigns that are having a profound effect. Over the last three years, California has moved from 28th to 2nd among state tourism marketing budgets. In 2006, CTTC met its 2010 domestic market share goals an astonishing five years early. This level of success can only continue with industry support.

This November, assessed businesses will be asked to approve renewal of their assessments that help fund the CTTC. Without the renewal, California would rank last among state tourism marketing budgets – essentially eliminating virtually all tourism marketing for California. Currently, $300 million is allocated for the next six years for tourism marketing. This dramatic increase in resources will allow the CTTC to greatly expand the depth and scope of





# EXHIBIT I



Deutsch  Español  Français  Italiano  Portugues

site search

Home ⁝ Assessment

# ASSESSMENT

About    Assessable Businesses    Calculate Your Assessment    Contact    Definitions    FAQs    Forms
Proposed Regulations

# ABOUT

### Tourism Assessment Program

The California Tourism Marketing Act was enacted in 1995, to increase California's share of the travel and tourism market (Government Code Section 13995 et. seq.) (Link to Government Code) The legislation authorized self-imposition of an assessment by businesses that benefit from travel and tourism. It also authorized the establishment of a non-profit, public benefit corporation, the California Travel and Tourism Commission (CTTC), to oversee the promotion of California as a premier travel destination. The statute became operative upon industry wide approval in 1997 and the assessment program was initiated in 1998. In 2001, the program was renewed by industry referendum with an 84 percent margin and will subsequently be renewable by industry vote every six years.



*Holid*

adve

The California Travel and Tourism Commission is comprised of 37 Commission members, representing each industry segment (Accommodations, Restaurants and Retail, Attractions and Recreation, Transportation and Travel Services, and Passenger Car Rental). The Commission meets three times a year and directs and approves the marketing plan, expenditures and the overall strategic course for California Tourism. The CTTC staff oversees the production of the marketing activities, including advertising, visitor publications and cooperative programs – all designed to promote California to travelers, tourists and the travel trade.



adve

The assessment program is administered by the Division of Tourism, Tourism Assessment Program. The Division of Tourism is housed in the California Business, Transportation and Housing Agency and the Agency serves as Chairperson of the CTTC.

### Passenger Car Rental Industry Tourism Assessment Program

A new tourism assessment program for the Passenger Car Rental Industry was enacted in 2006 and becomes eff 2007. (Government Code sections 13995 et. seq.) The Passenger Car Rental Industry assessment program is lim

40
EXHIBIT I

companies that have business locations renting passenger vehicles at either airports or accommodat
The Passenger Car Rental Industry shall have an industry specific assessment rate, adjusted annuall

**2007 California Tourism Marketing Renewal and Results**

Since its inception more than a decade ago, the California Travel and Tourism Commission has becom
premier state marketing agencies – promoting the California brand and helping to increase tourism a
As an industry-led public/private partnership, CTTC is leading successful marketing campaigns that a
Over the last three years, California has moved from 28th to 2nd among state tourism marketing bu
2010 domestic market share goals an astonishing five years early. This level of success can only continue with in

In November 2007, assessed businesses voted to approve the California Tourism Assessment Program. As a resu
Tourism Assessment Program shall continue to operate for the purpose of promoting California as a t
for an additional six years, pursuant to referendum results. Currently, $300 million is allocated for th
marketing. This dramatic increase in resources will allow the CTTC to greatly expand the depth and s
programs.

To learn more about the referendum, visit www.visitcalifornia.com/renew

To learn more about the referendum results click here.

| **Press Room** | **Travel Industry** | **Research** | **Assessment** | adve |
| **Students** | | | | |

This site brought to you by the California Travel & Tourism Commission.
Copyright 2008 California Travel & Tourism Commission. All rights reserved. Sitemap | Contact | Advertising

41
EXHIBIT I

**EXHIBIT J**



# California Travel & Tourism Cor

vote now          assessment program          consur





**Frequently Asked**

**CTTC Year in R**

The CTTC highlights many of our industry achievements here in Insights: Year in Review.

$S$ince its inception more than a decade ago, the California Travel and Tourism Commission has become one of the nation's premier state marketing agencies – promoting the California brand and helping to increase tourism and travel-related spending. As an industry-led public/private partnership, CTTC is leading successful marketing campaigns that are having a profound effect. Over the last three years, California has moved from 28th to 2nd among state tourism marketing budgets. In 2006, CTTC met its 2010 domestic market share goals an astonishing five years early. This level of success can only continue with industry support.

This November, assessed businesses will be asked to approve renewal of their assessments that help fund the CTTC. Without the renewal, California would rank last among state tourism marketing budgets – essentially eliminating virtually all tourism marketing for California. Currently, $300 million is allocated for the next six years for tourism marketing. This dramatic increase in resources will allow the CTTC to greatly expand the depth and scope of its marketing programs.

With your support, we encourage you to vote 'YES' on the California Marketing Renewal.

**Caroline Beteta, Executive Director**
**California Travel & Tourism Commission**

'Voting 'YES' on the Tourism Marketing R ensure California touri competitive with other other worldwide dest the renewal fails California will rank las marketing budgets.'

Jon Handlery
Senior Vice President Manager
Handlery Union Square H

V
I

43
EXHIBIT J

# EXHIBIT K

# California Travel and Tourism Commission

Proposed $25 and $50 Million Marketing Plan  |  August 2006

**FIND YOURSELF HERE**

*California*

**TOURISM**

www.visitcalifornia.com

EXHIBIT K

## I. Background/Situation Analysis

As the number one travel destination in the United States, California annually generates $88.1 billion in direct travel spending into the economy, directly supports jobs for nearly 912,000 Californians and generates $5.2 billion in direct state and local tax revenues. On average, every $92,400 of travel spending supports one job in California. [1]

Recent advertising efforts to stimulate travel and tourism in California have been very successful. In terms of return on investment (ROI), the conservative measure of the immediate short-term/incremental impact of the **domestic advertising campaign alone indicated that each $1 in advertising generated $4.35 in additional tax revenue for the state, and that the cumulative total of long-term influenced travel could be as high as $19.46 in tax revenue for each $1 of advertising expenditures (directly influencing 4.9 million visitors, totaling $1.99 billion in travel and tourism spending, and $80.1 million in tax revenues - $19.46 to $1 ROI).**[2]

### The Public/Private Partnership is Reinstated

The ROI results were key to the state of California's decision to reinstate $7.3 million in state funds to renew the public-private partnership that was so successful in creating these strong economic returns. In FY 05/06 the state and the CTTC agreed upon a 60/40 funding split (60 percent industry/40 percent state). This partnership provides $7.3 million in state funding and $10.95 million in industry funding for FY 05/06, bringing the total California Division of Tourism budget to $18.25 million.

### California Tourism's Market Share and ROI

It is significant to note that from 1998 to 2002, when the CTTC's marketing budget was fully funded at approximately $14 million annually, a strong and comprehensive program was in place and California's domestic market share increased from **9.7 percent to 11.5 percent**. This increase reversed a decade-long decline, and resulted in an additional: 50.7 million person trips, $8.7 billion in visitor spending, 120,833 California jobs, and approximately $539 million in direct tax revenues.[3] Conversely, when funding was either



**California Domestic Market Share**
(% US person-stays)



Source: D.K. Shifflet & Associates Ltd.; California Tourism Research, August 2005

eliminated or inconsistent during the late 1980s, and early 1990s, California experienced a dramatic decline of domestic and international market share among competing states and destinations.

The most current trend (see chart) indicates a slight increase in California's share of total domestic travel. This is due largely to the strong resurgence of the business travel segment to California, as California's share of leisure travel (the segment the CTTC is

---

[1] Source: Dean Runyan Associate, 2005
[2] Strategic Marketing and Research, Inc. (SMARI) 2004
[3] DK Shifflet and Associates, 2004

3

# EXHIBIT L



**CTTC TOURISM MARKETING BUDGET**



■ CTTC BUDGET    ▨ WITH NEW CAR RENTAL ASSESSMENT

In 2006, Governor Schwarzenegger signed AB 2592 into law, creating a new tourism assessment program for the passenger car rental industry. This landmark legislation dramatically increases the money allocated for tourism marketing.

Because of the 2006 legislation, the passenger car rental industry contributes 79 percent of California's total tourism marketing budget.

**WHAT ARE THE INDUSTRY SEGMENT CONTRIBUTIONS?**



79% PASSENGER CAR RENTAL

13% ACCOMMODATIONS

3% RESTAURANT & RETAIL

3% TRANSPORTATION & TRAVEL SERVICES

2% ATTRACTIONS & RECREATION

CTTC has a proven track record of spending money wisely— 90 percent of the budget goes directly to marketing and reserves while only 10 percent goes to operations.

# California Travel and Tourism Commission



In the early 1990s, California experienced a dramatic downturn in its domestic travel market share. In response, the CTTC was created at the request of tourism and travel-related businesses, which had suffered losses as a result of the declining market share.



**CTTC's Marketing Programs—Making A Big Impact**

- Advertising
- Visitor Publications
- Cooperative Marketing Programs
- California Welcome Centers (Statewide)
- International Travel Trade Programs/Offices
- Media Outreach
- Website (visitcalifornia.com)/e-Marketing

The total direct travel spending in California

The number of jobs in California supported by tourism

Domestic and international travelers to California—the most of any state in the nation



# VOTE YES!
## California Tourism Marketing Renewal

**A Big Return on a Small Investment
for Accommodations**

As a result of legislation in 2006, the Passenger Car Rental
Industry contributes 79 percent of the total CTTC budget.



**79%** **Passenger Car Rental**

13%  Accommodations

3%  Restaurant & Retail

**79%**

**Industry leaders say "Yes on Renewal and Yes to CTTC"**

*"The CTTC's aggressive marketing campaign to promote
California directly benefits the Accommodations Industry."*

-Jim Abrams, President & Chief Executive Officer
California Hotel & Lodging Association

*"Setting lofty goals and exceeding them has become routine
for the CTTC. The CTTC is currently expanding its Web
presence and cooperative marketing programs to further
help it increase California tourism."*

-Louis Meunier, Executive Vice President
Macy's

*"The CTTC is a valuable tool for businesses in the tourism
industry. It is very important for the CTTC to take advantage
of the promotions and participate in the Governor's trade
and tourism missions—to leverage on the star power of
a Governor like Arnold Schwarzenegger and show that
tourism is truly one of California's largest industries."*

-Terry MacRae, CEO
Hornblower Cruises and Events

*"California is the greatest travel destination in the world and
I love selling our state to potential tourists across the globe.
I've organized trade missions to promote California tourism
in Japan, China, Mexico and Canada. I will continue promoting
tourism for as long as I am Governor. The CTTC is a critical
part of every trade mission and all the work I'm doing to
encourage tourism."*

-Governor Arnold Schwarzenegger

EXHIBIT L

# EXHIBIT M

## Sandy Lyon

| | |
|---|---|
| **From:** | Matthew Sabbatini |
| **Sent:** | Friday, November 30, 2007 5:10 PM |
| **To:** | Susan Wilcox; Terri Toohey; Matthew Sabbatini; Lynn Carpenter; Jennifer Jasper; Caroline Beteta; mkvarme@weintraub.com; eberhartcpa@surewest.net; Tracy Garrett; lhughes@burba.com; carolyn.akl@macys.com; tmacrae@hornblower.com; jon@handlery.com; tlwestrope@ophot.com; louis.meunier@macys.com; jburba@burba.com; jk@calparksco.com; dbonner@bth.ca.gov; robert.muhs@avisbudget.com; claire.bilby@disney.com; rick@clia.org; Sandy Lyon |
| **Subject:** | Executive Committee Meeting |
| **Importance:** | High |

Hi all –

We will not be able to hold the Executive Committee meeting on Wednesday, December 12. Unfortunately, open meeting laws require that at least one Commissioner be physically present in the CTTC office in order to hold a meeting via conference call. That was not possible on December 12.

We are now looking at **Friday, December 14** for the meeting, at one of the following times:

10:00 a.m. - 11:30 a.m. PST
12:00 noon - 1:30 p.m. PST
1:30 p.m. - 3:00 p.m. PST

Our legal counsel has informed us that our public meeting notices must indicate the address and phone number of each location from which any meeting attendee will participate in the meeting via conference call, and that participating in meetings via cell phone from a car is prohibited. In addition, we are informed that once the notice is disseminated, commissioners are prohibited from changing the mode or location of their participation in the meeting. Accordingly, please notify us via return email of the following:

1. Which of the time(s) you will be available for the Executive Committee meeting on Friday, December 14;
2. Whether you will be physically present for the meeting, or whether you will be participating via conference call;
3. If you will be participating via conference call, the address and phone number of the location from which you will be calling in.

So that we can comply with public notice requirements, please respond with the above information, via phone or email, by noon on Monday, December 3.

Thanks for your prompt reply!

Regards,



matthew sabbatini
operations manager and commission liaison
California Travel and Tourism Commission
980 9th Street, Suite 480 / Sacramento, CA 95814
*direct:* 916 319 5401 *fax:* 916 444 4410

**EXHIBIT N**

# HULETT HARPER STEWART
### *LLP*

*550 West C Street, Suite 1600*
*San Diego, California 92101*
*office 619.338.1133*
*fax 619.338.1139*

<u>**VIA FACSIMILE**</u>

December 27, 2007

Charles Post
WEINTRAUB GENSHLEA CVHEDIAK
400 Capitol Mall, Eleventh Floor
Sacramento, CA. 95814

Re:     *Michael Shames, et al.  v. The Hertz Corporation, et al.*
        Case No.  07CV2174H(BLM)

Dear Mr. Post,

I write to alert you to several apparent violations of the joint interim order, to which your client stipulated and which the Court signed on December 12, 2007, and to commence a "meet and confer" process to attempt to resolve the necessity of bringing a motion for contempt and/or to enforce the interim order.

On November 29, 2007, Plaintiff Shames filed a motion for preliminary injunction to prevent your client from violating the Bagley-Keene Open Meeting Act, to which it is expressly subject in all respects.  The motion, along with accompanying declarations and exhibits, demonstrated numerous past violations of the most basic provisions of the Act committed by your client.  Because your client is expressly subject to the Act, because many of the alleged violations are self-evident from the Commission's own documents, and to avoid the necessity of briefing over the holidays, your client agreed to a stipulated interim order that became effective on the day it was signed by the Court.

That stipulated order applies to "both the CTTC and its committees until the hearing on Plaintiff's motion" (Order, page 1 at lines 4-5).  The term "meeting," as used in the stipulated order, "includes meetings of the Commission itself and any other committee, subcommittee or other CTTC entity that is governed by the Bagley-Keene Open Meeting Act" (Order, page 1 at lines 11-13).

The Commission's Executive Committee met by teleconference on December 14, 2007. Because it consists of "three or more persons," the Executive Committee is subject to the Bagley-Keene Act under Government Code section 11121(c).  As such, the meeting was subject to both the Bagley-Keene Act's teleconference provision, section 11123, and to the specific terms of the interim order.

Charles Post
Page Two
December 27, 2007

When we discussed the proposed interim order in our conference call on December 6, 2007, one of Plaintiff's counsel, Julie D'Angelo Fellmeth of the Center for Public Interest Law (CPIL), expressly mentioned the fact that she had seen the agenda for the upcoming December 14 meeting of the Executive Committee, and indicated Plaintiff's desire that the interim order apply not only to Commission meetings but also to CTTC committee meetings. Ms. Fellmeth noted that the agenda listed eight teleconference "locations" and stated that, under widely-accepted interpretations of the Bagley-Keene Act, those "locations" are required to be accessible to the public during the meeting.[1]  You stated that you did not necessarily agree with those interpretations of the Act, but indicated that the Executive Committee members would probably agree to make their office locations (from which they would be participating in the meeting) accessible to the public.  In other words, when we negotiated the language of the interim order, it was clear to you that we intended the order to apply to all Commission and CTTC committee meetings after it was approved by the Court, and until the hearing on Plaintiff's motion.  And the interim order so provides.

A representative of CPIL attended the December 14 meeting of the Executive Committee. She attended the meeting at 980 Ninth Street, Suite 480, in Sacramento.  Several Committee members participated via telephone from "locations" across the country; they were presumably at the locations identified in the meeting notice.  However, Commission Chair Dale Bonner did not participate from his noticed location (980 Ninth Street, Suite 2450) or from the main meeting location (980 Ninth Street, Suite 480). He participated via his cellular telephone because he was on his way to Riverside.  CPIL's representative heard him make that statement during the meeting.  Thus, Secretary Bonner failed to participate from a noticed location and instead participated from an unnoticed location that was not accessible to the public.  These actions violate the stipulated court order and Government Code section 11123(b)(3), which states that "each teleconference location shall be accessible to the public."

---

[1]For example, the Department of Consumer Affairs' *Guide to the Bagley-Keene Open Meeting Act* states: "We emphasize that the law now requires every teleconference meeting location to be identified in the notice and agenda and to be open to the public. Most importantly, the members of the agency must attend the meeting at a public location. Members are no longer able to attend the meeting via teleconference from their offices, homes, or other convenient location unless those locations are identified in the notice and agenda, and the public is permitted to attend at those locations." *Id.* at 18.

Charles Post
Page Three
December 27, 2007


Additionally, the stipulated order prevents your client from using the following terms to describe agenda items: "other business," "other financial issues," "legal issues," and "other legal issues." The agenda of the December 14, 2007 Executive Committee meeting — which is still posted on CTTC's Web site — lists as agenda items "other financial matters" (Item IX.D) and "other business" (Item XI) in violation of the stipulation and Government Code section 11125(b), which requires state bodies to publish a "specific agenda" ten days in advance of a meeting.

Unless you confirm forthwith that your clients will fully comply with the interim order as construed above, we believe that a contempt proceeding and/or motion to enforce will become a necessary adjunct to the pending preliminary injunction motion. Please let me hear from you by December 31, 2007.

Sincerely,

DENNIS STEWART
DS/smm

12/27/2007 16:01 FAX 619 338 1139    HULETT HARPER STEWART    ☑001

```
                    ********************
                    ***  TX REPORT  ***
                    ********************


    TRANSMISSION OK

    TX/RX NO            0116
    CONNECTION TEL             19164461611
    SUBADDRESS
    CONNECTION ID
    ST. TIME            12/27 16:00
    USAGE T             01'36
    PGS. SENT              4
    RESULT              OK
```

**Tel: (619) 338-1133  Fax: (619) 338-1139**

550 West C Street, Suite 1600, San Diego, CA 92101

The information in this facsimile message may be privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to the above address via the U.S. Postal Service. Thank you.

| From: | Dennis Stewart | Date: | December 27, 2007 |
|---|---|---|---|
| Re: | *Shames, et al. v. The Hertz Corp., et al.* | Pages: | (including cover sheet) |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

# HulettHarperStewart
### L L P
**550 West C Street, Suite 1600**
**San Diego, CA 92101**

**Tel: (619) 338-1133**
**Fax: (619) 338-1139**
www.HulettHarper.com

## FACSIMILE TRANSMITTAL

| To: | Charles Post | Fax: | (916) 446-1611 |
|---|---|---|---|
| From: | Dennis Stewart | Date: | December 27, 2007 |
| Re: | *Shames, et al. v. The Hertz Corp., et al.* | Pages: | 4 (including cover sheet) |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

The information in this facsimile message may be privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to the above address via the U.S. Postal Service. Thank you.

**550 West C Street, Suite 1600, San Diego, CA 92101**

**Tel: (619) 338-1133   Fax: (619) 338-1139**

January 4, 2008

400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
916.558.6000  916.446 1611 fax
www.weintraub.com

MERITAS LAW FIRMS WORLDWIDE

Charles L. Post
916.558.6035 direct
post@weintraub.com

Dennis Stewart
Hulett Harper Stewart, LLP
550 West C Street, Suite 1600
San Diego, CA 92101

Re:    *Michael Shames, et al v. The Hertz Corporation, et al*
       Case No. 07CV2174H (BLM)

Dear Mr. Stewart:

We have reviewed your letter of December 27, 2007 and do not believe that the Commission has violated the joint interim order in any meaningful fashion.

As you know, the joint interim order was agreed upon after publication of notice for the December 14, 2007 Executive Committee meeting. On that calendar was a closed session to determine the Executive Director's salary and bonus which was required six (6) months ago. Under the Tourism Marketing Act, the Secretary must "approve" that salary. On the morning of December 14, 2007, as your attendee should have also heard, Governor Schwarzenegger ordered Secretary Bonner to travel to Southern California to deal with a crisis. Virtually all of Secretary Bonner's participation was in the closed session and the public was not harmed in any way by his participation by cell phone.

As to the "other financial issues," etc., those have been used by the Commission as placeholders for staff reports and not action items. Your attendee should be able to confirm this as well. I also understand that the notice you object to had been sent and posted prior to the stipulation and order. In the interest of compromise, we will be happy to agree to list those items as "staff reports" for the future. As a practical matter, such non-voting matters do not require notice and are only listed to be more open and not less.

We still believe that your interpretation of the Bagley-Keene Open Meeting Act with respect to teleconference participation is incorrect and serves only to limit rather than enhance

{10824/16392/MKVARME/1007289.DOC;}

**weintraub** genshlea chediak
LAW CORPORATION

January 4, 2008
Page 2

public participation. Nonetheless, we are willing to agree that until this issue is settled or more authoritatively resolved, participation in meetings by phone can only be done at a specific, previously noticed location.

Very truly yours,

**weintraub** genshlea chediak
law corporation

Charles L. Post

CLP/sdv

Cc:    Carolyn Beteta
       Evelyn Mattucci

{10824/16392/MKVARME/1007289.DOC;}

**weintraub** genshlea chediak
LAW CORPORATION

60
EXHIBIT N