1  CENTER FOR PUBLIC INTEREST LAW
   UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
2  ROBERT C. FELLMETH, SBN 49897
   cpil@sandiego.edu
3  ED HOWARD, SBN 151936
4  JULIANNE D'ANGELO FELLMETH, SBN: 109288
   5998 Alcala Park
5  San Diego, CA  92110
   Telephone:     (619) 260-4806
6  Facsimile:     (619) 260-4753

7
   SULLIVAN HILL LEWIN REZ & ENGEL           HULETT HARPER STEWART LLP
8  A Professional Law Corporation            DENNIS STEWART, SBN: 99152
   DONALD G. REZ, SBN 82615                  dstewart@hulettharper.com
9  rez@shlaw.com                             JENNIFER A. KAGAN, SBN: 234554
   550 West "C" Street, Suite 1500           jenni@hulettharper.com
10 San Diego, CA  92101                      550 West C Street, Suite 1600
   Telephone:     (619) 233-4100             San Diego, CA  92101
11 Facsimile:     (619) 231-4372             Telephone:     (619) 338-1133
12                                           Facsimile:     (619) 338-1139

   Attorneys for Plaintiffs
13

14              **IN THE UNITED STATES DISTRICT COURT**

15                **SOUTHERN DISTRICT OF CALIFORNIA**

16 | MICHAEL SHAMES; GARY GRAMKOW,         | Case No. 07CV2174H(BLM)
17 | on behalf of themselves and on behalf of all |
   | persons similarly situated,           | **CLASS ACTION**
18 |                                       |
   |            Plaintiffs,                | **PROOF OF SERVICE**
19 |                                       |
   | v.                                    | DATE:      April 1, 2008
20 |                                       | TIME:      10:30 a.m.
   |                                       | JUDGE:     Honorable Marilyn L. Huff
21 | THE HERTZ CORPORATION, et al.,        | CTRM:      13
22 |            Defendants.                |

# PROOF OF SERVICE

*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on March 24, 2008, I served the following document(s) entitled: **PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION and DECLARATION OF DONALD G. REZ IN SUPPORT OF REPLY BRIEF RE: MOTION FOR PRELIMINARY INJUNCTION** on ALL INTERESTED PARTIES in this action:

| | |
|---|---|
| John H. Stephens | T. Patrick Long |
| Lynn Beekman | LONG WILLIAMSON & DELIS |
| WERTZ MCDADE WALLACE | 400 North Tustin Avenue, Suite 370 |
| MOOT & BROWER | Santa Ana, CA 92705 |
| 945 Fourth Avenue | Telephone: (714) 668-1400 |
| San Diego, CA 92101 | Facsimile: (714) 668-1411 |
| Telephone: (619) 233-1888 | |
| Facsimile: (619) 696-9476 | |

☐ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■ **BY OVERNIGHT COURIER**: I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above addresses.

■ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 24, 2008, at San Diego, California.

  */s/Dennis Stewart*
  DENNIS STEWART

1

07CV2174H(BLM)