# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES and GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERTZ CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-2174-H (BLM)<br><br>ORDER SUBMITTING MOTIONS AND VACATING HEARING |

The parties have briefed various motions currently set for a hearing on April 1, 2008 at 10:30 a.m. These include Plaintiff's motion for a preliminary injunction, several motions to dismiss, and a related request for judicial notice. (See Doc. Nos. 10, 34, 36, 48, 50.) The Court concludes that these motions are suitable for decision without oral argument. Exercising its discretion under Local Civil Rule 7.1(d)(1), the Court submits all of the currently pending motions on the papers and vacates the hearing on April 1, 2008.

IT IS SO ORDERED.

DATED: March 25, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.