1  Thadd A. Blizzard, State Bar No. 83297
   Michael A. Kvarme, State Bar No. 90749
2  W. Scott Cameron, State Bar No. 229828
   **weintraub** genshlea chediak
3  a law corporation
   400 Capitol Mall, 11th Floor
4  Sacramento, CA  95814
   (916) 558-6000 – Main
5  (916) 446-1611 – Facsimile

6  EDMUND G. BROWN JR.
   Attorney General of the State of California
7  W. DEAN FREEMAN
   FELIX E. LEATHERWOOD
8  Supervising Deputy Attorneys General
   RONALD N. ITO, State Bar No. 71322
9  DIANE SPENCER SHAW, State Bar No. 73970
   LISA W. CHAO, State Bar No. 198536
10 Deputy Attorneys General
   300 South Spring Street, Suite 1702
11 Los Angeles, CA  90013
   (213) 897-2477 – Main
12 (213) 897-5775 – Facsimile

13 Attorneys for Defendant
   The California Travel and Tourism Commission
14

15                  UNITED STATES DISTRICT COURT

16                 SOUTHERN DISTRICT OF CALIFORNIA

17 MICHAEL SHAMES; GARY GRAMKOW, on          ) Case No. 07 CV 2174 H BLM
   behalf of themselves and on behalf of all  )
18 persons similarly situated,                ) [CLASS ACTION]
                                              )
19         Plaintiffs,                        )
                                              )
20 vs.                                        ) DEFENDANT CALIFORNIA TRAVEL AND
                                              ) TOURISM COMMISSION'S OBJECTION TO
21 THE HERTZ CORPORATION, a Delaware          ) THE DECLARATION OF DONALD G. REZ IN
   corporation; DOLLAR THRIFTY                ) SUPPORT OF REPLY RE MOTION FOR
22 AUTOMOTIVE GROUP, INC., a Delaware         ) PRELIMINARY INJUNCTION
   corporation; AVIS BUDGET GROUP, INC., a    )
23 Delaware corporation; VANGUARD CAR         )
   RENTAL USA, INC., an Oklahoma              )
24 corporation; ENTERPRISE RENT-A-CAR         ) Date:   April 1, 2008
   COMPANY, a Missouri corporation; FOX       ) Time:   10:30 a.m.
25 RENT A CAR, INC., a California corporation;) Place:  Courtroom 13
   COAST LEASING CORP., a Texas               )
26 corporation; THE CALIFORNIA TRAVEL AND     ) The Honorable Marilyn L. Huff
   TOURISM COMMISSION and CAROLINE            )
27 BETETA,                                    )
                                              )
28         Defendants.                        )

CTTC's Objection to Declaration of Donald G. Rez

{10824/16392/TAB/1025689.DOC;}

Defendant CALIFORNIA TRAVEL AND TOURISM COMMISSION ("CTTC") hereby submits the following objection to the Declaration of Donald G. Rez in Support of Reply re Motion for Preliminary Injunction, and the exhibits thereto, filed by Plaintiff Michael Shames on March 24, 2008.

Plaintiff Michael Shames filed his reply memorandum of points and authorities in support of motion for preliminary injunction on March 24, 2008. This reply, docket item 77, was accompanied by the declaration of Donald G. Rez ("Rez Declaration"). This Rez Declaration, 66 pages in length including fourteen (14) exhibits, should be disregarded, because it is evidence improperly submitted for the first time with the reply, and to which CTTC has had no opportunity to respond.

The law in the Ninth Circuit is clear: "'It is well accepted that raising of new issues and submission of new facts in reply brief is improper.'" *Schwartz v. Upper Deck Co.*, 183 F.R.D. 672, 682 (S.D. Cal. 1999) (quoting *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996)). In *Provenz*, the Ninth Circuit "agree[d] with the Seventh Circuit, which held that '[w]here new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond.'" *Provenz v. Miller*, 102 F.3d at 1483 (quoting *Black v. TIC Inv. Corp.*, 900 F.2d 112, 116 (7th Cir. 1990)). While *Provenz* dealt with evidence presented in support of a motion for summary judgment, it has also been applied in cases considering motions for preliminary injunction. *See El Pollo Loco, Inc. v. Hashim*, 316 F.3d 1032, 1040-41 (9th Cir. 2003).[1]

Plaintiff submitted the Rez Declaration in support of his reply brief. The declaration, including its 14 exhibits, constitutes new evidence submitted with the reply. CTTC has not been afforded an opportunity to respond to this new evidence, and since the Court has taken the matter under submission without oral argument, CTTC will not have an opportunity to respond. Therefore, the Rez Declaration, and its attached exhibits, should be disregarded. In addition,

---

[1] In *El Pollo Loco v. Hashim*, the court considered additional arguments raised for the first time in reply, but did so noting that the court heard oral argument on the issues, and considered cases and points that the opposing party raised at oral argument. Thus, in that case, there was an opportunity to respond to the newly raised issues. *El Pollo Loco v. Hashim*, 316 F.3d at 1040. Here, the Court ordered the Motion for Preliminary Injunction submitted without oral argument.

1 | Plaintiff's Reply, to the extent it contains information from, or relies upon, the Rez Declaration,
2 | should also be disregarded and not considered by the Court in deciding this motion. *Provenz v.*
3 | *Miller*, 102 F.3d at 1483. Should the Court decide to consider this additional evidence, CTTC
4 | respectfully requests the opportunity to respond, by sur-reply to Plaintiff's reply. Since the motion
5 | for preliminary injunction has otherwise been fully briefed, however, and this new material
6 | should not have been submitted in reply, CTTC suggests that the more appropriate approach is
7 | to disregard the Rez Declaration and any references to it or its exhibits, rather than delay the
8 | resolution of this matter with further briefing by sur-reply.

CTTC therefore requests that the Court sustain its objection to the Rez Declaration and its exhibits, and disregard it and any reference to it or its exhibits in plaintiff's reply brief.

Dated: March 27, 2008

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____/s/ Thadd S. Blizzard_____
Thadd A. Blizzard
California State Bar No. 83297
Attorneys for Defendant The California
Travel and Tourism Commission

EDMUND G. BROWN JR., Attorney General
of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO
DIANE SPENCER SHAW
LISA W. CHAO
Deputy Attorneys General

By: _____/s/ Ronald N. Ito_____
Ronald N. Ito
California State Bar No. 71322
Attorneys for Defendant California
Travel and Tourism Commission

---

{10824/16392/TAB/1025689.DOC;}    2    MPAs of CTTC In Oppo to Shames's M/Preliminary Inj