Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION and CAROLINE BETETA,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>PROOF OF SERVICE RE DEFENDANT CALIFORNIA TRAVEL AND TOURISM COMMISSION'S OBJECTION TO THE DECLARATION OF DONALD G. REZ IN SUPPORT OF REPLY RE MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: April 1, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br><br>The Honorable Marilyn L. Huff |

*Michael Shames, Gary Gramkow, et al. v. The Hertz Corporation, et al.*
U.S.D.C., Southern District of California Case No. 07-CV-2174 H BLM

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On this date, I caused to be served the following:

**DEFENDANT CALIFORNIA TRAVEL AND TOURISM COMMISSION'S OBJECTION TO THE DECLARATION OF DONALD G. REZ IN SUPPORT OF REPLY RE MOTION FOR PRELIMINARY INJUNCTION**

__X__  United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business **for parties that are not CM/ECF participants.**

_____  By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

_____  Via overnight courier

__X__  Via Electronic Case Filing System **for parties that are CM/ECF participants on the attached list**

**SEE ATTACHED LIST FOR SERVICE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of March 2008, at Sacramento, California.

_____
Janet Giebel

{10824/16392/JMG/1025234.DOC;}    2    Proof of Service

### SERVICE VIA ELECTRONIC CASE FILING SYSTEM

| | |
|---|---|
| Donald G. Rez<br>Sullivan Hill Lewin Rez & Engel<br>550 West "C" Street, Suite 1500<br>San Diego, California  92101 | Counsel for Plaintiffs |
| Dennis Stewart<br>Kirk Hulett<br>Jennifer A. Kagan<br>Hulett Harper Stewart LLP<br>550 West "C" Street, Suite 1600<br>San Diego, California  92101 | Counsel for Plaintiffs |
| Michael L. Weiner<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, New York  10036 | Counsel for Defendant Avis Budget |
| Sara L. Bensley<br>Skadden Arps Slate Meagher & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, D. C.  20005 | Counsel for Defendant Avis Budget |
| Jeffrey A. LeVee<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, California  90071 | Counsel for Defendant Dollar Thrifty Automotive Group, Inc. |
| Thomas Brown<br>Michael Tubach<br>O'Melveny & Myers LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2600<br>San Francisco, California  94111 | Counsel for Defendant Hertz Corporation |
| Gregory D. Call<br>Beatrice B. Nguyen<br>Folger Levin & Kahn LLP<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, California  94111 | Counsel for Defendants Enterprise Rent-A-Car and Vanguard Car Rental USA, Inc. |
| Ronald N. Ito<br>Diane Spencer Shaw<br>Lisa Chao<br>California Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California  90013 | Counsel for Defendant Caroline Beteta |

| | |
|---|---|
| Gerald A. Stein<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036 | Counsel for Defendant Hertz Corporation |
| Jennifer S. Romano<br>Folger Levin & Kahn LLP<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, California 90067 | Counsel for Defendants Enterprise Rent-A-Car and Vanguard Car Rental USA, Inc. |
| Richard Parker<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D. C. 20006 | Counsel for Defendant Hertz Corporation |

## SERVICE VIA FIRST CLASS MAIL

| | |
|---|---|
| Robert C. Fellmeth<br>Center for Public Interest Law<br>University of San Diego School of Law<br>5998 Alcala Park<br>San Diego, California 92110 | Counsel for Plaintiffs |
| Douglas B. Adler<br>Skadden Arps Slate Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 | Counsel for Defendant Avis Budget |
| T. Patrick Long<br>Long Williamson & Delis<br>400 N. Tustin Avenue, Suite 370<br>Santa Ana, California 92705 | Counsel for Defendant Coast Leasing Corp. dba Advantage Rent A Car |
| John H. Stephens<br>Lynn Beekman<br>Wertz McDade Wallace Moot & Brower<br>945 Fourth Avenue<br>San Diego, California 92101 | Counsel for Defendant Fox Rent A Car dba Payless Rent-A-Car |