Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Kate Wallace (State Bar No. 234949)
kpwallace@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE HERTZ CORPORATION, et al.,**<br><br>**Defendants.** | Case No.  07 CV 2174 H BLM<br><br>Class Action<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANT DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.**<br><br>**FED. R. CIV. P. 7.1 & L.R. 40.2** |

LAI-2941396v1

1        Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, the

2   undersigned, counsel for Dollar Thrifty Automotive Group, Inc., certifies that Dollar Thrifty

3   Automotive Group, Inc. does not have a corporate parent and that no publicly held corporation

4   holds ten percent (10%) or more of its stock

5   Dated: April 7, 2008                                    JONES DAY

6

7                                                           By: /s/ Jeffrey A. LeVee

8                                                               Jeffrey A. LeVee

9                                                           Attorneys for Defendant
                                                            DOLLAR THRIFTY AUTOMOTIVE
10                                                          GROUP, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28