**PROOF OF SERVICE**

I, Larry Sublett, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On April 7, 2008, I served a copy of the within document(s):

**NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANT DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 7, 2008, at Los Angeles, California.

_____
Larry Sublett

# SERVICE LIST

## Michael Shames, et al. v. The Hertz Corporation, et al.
### Case No. 07 CV 2174 H BLM

<u>Service by Electronic Case Filing System</u>:

| | |
|---|---|
| Donald G. Rez<br>SULLIVAN, HILL LEWIN, REZ & ENGEL<br>A Professional Law Corporation<br>550 West "C" Street, Suite 1500<br>San Diego, CA  92101<br><br>Dennis James Stewart<br>Kirk Hulett<br>Jennifer A. Kagan<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA  92101<br><br>Counsel for PLAINTIFFS, MICHAEL SHAMES AND GARY GRAMKOW | Charles L. Post<br>W. Scott Cameron<br>Thadd A. Blizzard<br>Michael Kvarme<br>WEINTRAUB GENSHLEA CHEDIAK<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA  95814<br><br>Attorneys for Defendant<br>CALIFORNIA TRAVEL AND TOURISM COMMISSION<br><br>Gerald A. Stein<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>Seven Times Square<br>New York, NY  10036<br><br>Counsel for Defendant<br>HERTZ CORPORATION |
| Gregory D. Call<br>Beatrice B. Nguyen<br>FOLGER LEVIN & KAHN LLP<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111<br><br>Counsel for Defendants<br>ENTERPRISE RENT-A-CAR COMPANY<br>and VANGUARD CAR RENTAL USA, INC. | |

- 2 -

| | |
|---|---|
| Sara L. Bensley (Pro Hac Vice)<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM, LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C.  20005-2111<br><br>Attorneys for Defendant<br>AVIS BUDGET GROUP, INC | Michael L. Weiner (Pro Hac Vice)<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM, LLP<br>Four Times Square<br>New York, NY  10036-6522<br><br>Counsel for Defendant<br>AVIS BUDGET GROUP, INC., HERTZ<br>CORPORATION, FOX RENT A CAR, INC.,<br>COAST LEASING CORP. d/b/a/<br>ADVANTAGE RENT A CAR |

<u>Service By First Class Mail, Postage Pre-Paid</u>:

| | |
|---|---|
| Robert C. Fellmeth<br>CENTER FOR PUBLIC INTEREST LAW<br>University of San Diego School of Law<br>5998 Alcala Park<br>San Diego, CA  92110<br><br>Counsel for PLAINTIFFS, MICHAEL SHAMES AND GARY GRAMKOW<br><br>Jennifer S. Romano<br>FOLGER LEVIN & KAHN LLP<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA  90067<br><br>Counsel for Defendants<br>ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC.<br><br>Jones H. Stephens<br>Lynn Beekman<br>WERTZ McDADE WALLACE MOOT & BROWER<br>945 Fourth Avenue<br>San Diego, CA  92101<br><br>Counsel for Defendant, FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR<br><br>T. Patrick Long<br>LONG, WILLIAMSON AND DELIS<br>400 N. Tustin Ave., Suite 370<br>Santa Ana, CA  92705<br><br>Counsel for Defendant, COAST LEASING CORP. d/b/a ADVANTAGE RENT A CAR | Richard G. Parker<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br><br>Michael F. Tubach & Thomas P. Brown<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2600<br>San Francisco, CA  94111<br><br>Counsel for Defendant,<br>HERTZ CORPORATION<br><br>Douglas B. Adler<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>300 South Grand Ave., Suite 3400<br>Los Angeles, CA  90071-3144<br><br>Counsel for Defendant<br>AVIS BUDGET GROUP, INC.<br><br>Edmund G. Brown, Jr.<br>Attorney General of the State of California<br>Ronald N. Ito<br>Diance Spencer Shaw<br>Lisa W. Chao<br>Deputy Attorneys General<br>300 South Spring Street, Room 1702<br>Los Angeles, CA  90013<br><br>Counsel for Defendant, CALIFORNIA TRAVEL & TOURISM COMMISSION AND CAROLINE BETETA |