Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Kate Wallace (State Bar No. 234949)
kpwallace@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Attorneys for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE HERTZ CORPORATION, et al.,**<br><br>Defendants. | Case No.  07 CV 2174 H BLM<br><br>[Class Action]<br><br>**NOTICE OF APPEARANCE OF COUNSEL KATE WALLACE** |

**PLEASE TAKE NOTICE** that the following counsel will hereby appear in this matter as counsel on behalf of defendant Dollar Thrifty Automotive Group, Inc. and hereby requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

>Kate Wallace, Esq.
>kpwallace@jonesday.com
>JONES DAY
>555 South Flower Street
>Fiftieth Floor
>Los Angeles, CA  90071-2300
>Telephone:     (213) 489-3939
>Facsimile:      (213) 243-2539

**PLEASE TAKE FURTHER NOTICE** that the foregoing includes not only all notices

LAI-2941391v1

DEFENDANTS' NOTICE OF APPEARANCE
Case No. 07 CV 2174 H BLM

1  and papers, but also includes, without limitation, orders and notices of any pleading, complaint,
2  hearing, application, motion, request or demand, whether formal or informal, written or oral, or
3  transmitted or conveyed by mail, facsimile, or e-email.

Dated: April 7, 2008                                JONES DAY

                                                    By:  /s/ Jeffrey A. LeVee
                                                         Jeffrey A. LeVee

                                                    Attorneys for Defendant
                                                    DOLLAR THRIFTY AUTOMOTIVE
                                                    GROUP, INC.