# EXHIBIT A

# MEMORANDUM OF AGREEMENT

Between

## THE CALIFORNIA PASSENGER CAR RENTAL INDUSTRY

And

## CALIFORNIA TRAVEL AND TOURISM COMMISSION

Pursuant to the California Tourism Marketing Act

MEMORANDUM OF AGREEMENT

Between

THE CALIFORNIA PASSENGER CAR RENTAL INDUSTRY

And

CALIFORNIA TRAVEL AND TOURISM COMMISSION

Pursuant to the California Tourism Marketing Act


INTRODUCTION

This Agreement sets forth the terms of the Passenger Car Rental Industry Segment assessment program that is effective January 1, 2007 pursuant to recent legislation. The implementation of this Agreement is consistent with the legislative intent and is subject to the passing of an industry referendum held by the Secretary of the Business Transportation and Housing Agency. The parties agree to comply with all relevant statutory, regulatory and administrative requirements relating to the tourism assessment as it applies to the Passenger Car Rental Industry Segment.

AUTHORITY

This Agreement is entered into pursuant to the authority cited in California Government Code section 13995 et. seq.

PURPOSE

The purpose of this Agreement is to establish a Passenger Car Rental Industry Segment assessment program, which will result in providing the fiscal year revenue goals for the California Travel and Tourism Commission and to define a reasonable collection and remittance process for the industry. This assessment collection program is limited to companies that have business locations renting passenger vehicles at either airports or accommodation locations, such as hotels.

FINANCIAL

The Passenger Car Rental Industry Segment assessment is expected to generate *$16.2* million in fiscal year 2006/07, *$39.8* million in fiscal year 2007/08 and is anticipated to continue at approximately that level thereafter.

DEFINITIONS

California Travel and Tourism Commission ("CTTC") is the commission that promotes California as a tourism destination, both domestically and internationally.   It is headquartered at 980 9th Street, Suite 480, Sacramento, CA 95814.

Office of Tourism ("Office") is the office of the State of California, Business, Transportation and Housing Agency that administers the California Travel and Tourism Assessment including processing of all payments.  It is also located at 980 9th Street, Suite 480, Sacramento, CA 95814.

Passenger Car Rental Industry Segment is defined as those companies renting passenger vehicles at an Airport Location or Accommodation Location including, but not limited to, the following companies:  The Hertz Corporation, DTG Operations (includes Dollar and Thrifty), Avis Rent-A-Car, Vanguard Car Rental USA Inc. (includes Alamo Rent-A-Car and National Car Rental), Enterprise Rent A Car Company of Los Angeles, Enterprise Rent-A-Car Company of Sacramento and Enterprise Rent-A-Car Company of San Francisco, Budget Rent A Car, Fox Rent A Car (includes Payless), and Coast Leasing Corporation (Advantage Rent A Car).

Accommodation Location is any passenger car rental location on the property of a hotel, motel or other accommodation facility.

Airport Location is any passenger car rental location on an airport property or servicing an airport and subject to either an airport concession agreement or an airport access fee agreement.

Revenue is all paid time and/or mileage charges only, as shown on each concluded Rental Agreement, net of any discount at California Airport Locations and Accommodation Locations.

Passenger vehicle is as defined in Section 465 of the California Vehicle Code.

RESPONSIBILITIES

1.    By October 20, 2006, each member of the Passenger Car Rental Industry Segment that is not exempt under California law has submitted to the Office the Revenue for calendar year 2005 at California Airport Locations and Accommodation Locations. By March 31, 2007, each member of the Passenger Car Rental Industry Segment shall submit to the Office the Revenue data for calendar year 2006 at California Airport Locations and Accommodation Locations.

2.    The Office will determine a percentage of Revenue to be collected from the Passenger Car Rental Industry Segment, based on the Revenue reported under Paragraph 1.  The assessment percentage will be calculated by dividing (i) the revenue required to be generated to provide the $16.2 million required from the segment for fiscal year 2006/07 and the $39.8 million required from the segment for fiscal year 2007/08, by (ii) the Revenue reported in 2005 and 2006, respectively, taking into account quarterly fluctuations.

3.    The assessment amount to be collected, as calculated by the Office, will be subject to the industry referendum.  The projected referendum date is November 20, 2006.  This

04
EXHIBIT A

referendum will be called for by the Secretary of the Business, Transportation and Housing Agency. An independent ballot company will be responsible for the voting process and all findings will be delivered to the Secretary. The ballot company shall be required to distribute the ballot to the member company no later than twenty-one days before the referendum voting deadline. All known members of the Passenger Car Rental Industry Segment will be included in the referendum.

4.     If the referendum passes, the Passenger Car Rental Industry Segment assessment shall begin January 1, 2007.

5.     The Passenger Car Rental Industry Segment assessment will be payable monthly, beginning January 2007. All assessments for a given month shall be submitted by a rental car company to the Office within 25 days of each month end beginning February 25, 2007. At the end of the 2006/07 fiscal year on June 30, 2007 and 2007/08 fiscal year on June 30, 2008, if the amount paid by the Passenger Car Rental Industry Segment is not, cumulatively, respectively $16.2 million and $39.8 million, an excess or deficit in funding will be taken into account in setting the subsequent year's rate. The rate shall also be adjusted annually based on the most accurate recent financial information available and such adjustment shall not be subject to referendum during the term of this Agreement.

6.     The Office will provide a Passenger Car Rental Industry Segment Assessment Form to be submitted by each member of the Passenger Car Rental Industry Segment subject to assessment on a monthly basis together with the remittance of the assessment calculated thereon.

7.     Each member of the Passenger Car Rental Industry Segment shall be required to pay assessments as currently required for all tourism revenue earned until December 31, 2006.

8.     If the referendum does not pass as required by law, then no change will be made in the method or amount of assessment and members of the Passenger Car Rental Industry Segment shall continue to pay assessments on income earned from January 1, 2007 forward as the law currently requires.

CONFIDENTIALITY

All information or data provided by the Passenger Car Rental Industry Segment shall be maintained by the Office and will be confidential. It shall not be released to any person or company, including the CTTC.

MODIFICATION OR TERMINATION

This Agreement shall be effective upon signature by all parties thereto.

This Agreement shall remain effective, and the Passenger Car Rental Industry Segment shall pay the assessment required by this Agreement, until: (1) Section 1936.01 of the California Civil Code is amended to prohibit or impair the ability of the Passenger Car Rental Industry Segment to separately quote or charge taxes, customer facility charges, airport concession fees, and

tourism assessments, or (2) the date the results of the 2013 referendum are announced by the Secretary, unless the assessment is reaffirmed by vote of the Passenger Car Rental Industry Segment conducted in conjunction with the 2013 referendum.

This Agreement may be modified or terminated by the written consent of both parties. For purposes of this paragraph, the Passenger Car Rental Industry Segment party shall be deemed to have consented to any such modification or termination upon the written consent of Passenger Car Rental Industry Segment members possessing no less than fifty-one percent of the most recently available fiscal year's total Passenger Car Rental Industry Segment Revenue.

## COUNTERPARTS

This Memorandum of Understanding may be simultaneously executed in several counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument, which shall be sufficiently evidenced by any such original counterpart.

CALIFORNIA TRAVEL AND TOURISM COMMISSION

By: _Caroline Beteta_

Name: _____

Title: _____


THE HERTZ CORPORATION

By: _____

Name: _Richard Broome_

Title: _VP Corporate Affairs_

DTG OPERATIONS, INC. D/B/A DOLLAR RENT A CAR AND THRIFTY CAR RENTAL

By: _____

Name: _____

Title: _____

tourism assessments, or (2) the date the results of the 2013 referendum are announced by the Secretary, unless the assessment is reaffirmed by vote of the Passenger Car Rental Industry Segment conducted in conjunction with the 2013 referendum.

This Agreement may be modified or terminated by the written consent of both parties. For purposes of this paragraph, the Passenger Car Rental Industry Segment party shall be deemed to have consented to any such modification or termination upon the written consent of Passenger Car Rental Industry Segment members possessing no less than fifty-one percent of the most recently available fiscal year's total Passenger Car Rental Industry Segment Revenue.

## COUNTERPARTS

This Memorandum of Understanding may be simultaneously executed in several counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument, which shall be sufficiently evidenced by any such original counterpart.

CALIFORNIA TRAVEL AND TOURISM
COMMISSION

By: _____
Name: _____
Title: _____

THE HERTZ CORPORATION

By: _____
Name: _____
Title: _____

DTG OPERATIONS, INC. D/B/A DOLLAR RENT
A CAR AND THRIFTY CAR RENTAL

By: _____
Name: _____JOHN  J. FOLEY_____
Title: _____PRESIDENT_____

AVIS RENT-A-CAR, LLC

By: _____
Name: ROBERT E MUHS
Title: VICE PRESIDENT + ASSISTANT SECRETARY


VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

By: _____
Name: _____
Title: _____


BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: PAM GALLAGHER
Title: ASSISTANT SECRETARY

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____


VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF LOS
ANGELES

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF
SACRAMENTO

By: _Susan M. Irwin_____
Name: _Susan m. Irwin_____
Title: _Vice President / General Mgr._


ENTERPRISE RENT-A-CAR COMPANY OF SAN
FRANCISCO

By: _____
Name: _____
Title: _____


BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____

VANGUARD CAR RENTAL

By: _____
Name: Wesley Frederberg
Title: Secretary

ENTERPRISE RENT-A-CAR COMPANY OF LOS
ANGELES

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF
SACRAMENTO

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SAN
FRANCISCO

By: _____
Name: _____
Title: _____

BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

{10824/11233/MKVARMB/920446.DOC;7}

EXHIBIT A

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____


VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF LOS
ANGELES

By: _____*Brett Bittel*_____
Name: _____Brett Bittel_____
Title: __Vice President / General Manager__


ENTERPRISE RENT-A-CAR COMPANY OF
SACRAMENTO

By: _____
Name: _____
Title: _____


ENTERPRISE RENT-A-CAR COMPANY OF SAN
FRANCISCO

By: _____
Name: _____
Title: _____


BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

AVIS RENT-A-CAR, LLC

By: _____
Name: _____
Title: _____

VANGUARD CAR RENTAL

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO

By: _____
Name: _____
Title: _____

ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

By: _____
Name: _____
Title: _____

BUDGET RENT A CAR SYSTEM, INC.

By: _____
Name: _____
Title: _____

FOX RENT-A-CAR

By: _____

Name: _JOE KNIGHT_

Title: _1/P_

COAST LEASING CORPORATION

By: _____

Name: _____

Title: _____

13

EXHIBIT A

FOX RENT-A-CAR

By: _____

Name: _____

Title: _____


COAST LEASING CORPORATION

By: _____

Name: _____PAUL HEMMERT_____

Title: _____COO_____

# EXHIBIT B

Terri Toohey

| | |
|---|---|
| From: | East, James G. [EastJ@vanguardcar.com] |
| Sent: | Tuesday, January 30, 2007 2:13 PM |
| To: | Toohey, Terri |
| Subject: | RE: Passenger Car Rental Industry Assessment Meeting |

Thanks,

-----Original Message-----
From: Toohey, Terri [mailto:TToohey@tourism.ca.gov]
Sent: Tuesday, January 30, 2007 4:06 PM
To: East, James G.
Subject: RE: Passenger Car Rental Industry Assessment Meeting

We were going to wait until the proposed regulation package is sent out at the end of this week.  I am expecting some proposed changes to those regulations, specifically language exempting local business from the assessment.  That being the case, I will expect to set up the next meeting for the week of February 12th.  I will check with Caroline and get back to you.

-----Original Message-----
From: East, James G. [mailto:EastJ@vanguardcar.com]
Sent: Tuesday, January 30, 2007 1:38 PM
To: Toohey, Terri
Subject: RE: Passenger Car Rental Industry Assessment Meeting

Terri:
I am getting feedback on the issues we discussed last week, but not sure when our next meeting is scheduled. Were we going to wait until you, or someone, sent us a set of the permanent rules?
Thanks
Jim East

-----Original Message-----
From: Toohey, Terri [mailto:TToohey@tourism.ca.gov]
Sent: Wednesday, January 24, 2007 4:37 PM
To: Richard Broome (E-mail); Robert Muhs (E-mail); Marshall Fein (E-mail); Jim East (E-mail); Joe Knight (E-mail); Kathy Turner (E-mail); Bill Walker (E-mail); Brian Kennedy (E-mail)
Cc: Caroline Beteta Forward to CTTC; Mike Kvarme (E-mail)
Subject: Passenger Car Rental Industry Assessment Meeting

Attached is the Agenda/Discussion Items for tomorrow's meeting on the Passenger Car Rental Industry Assessment program.

Thursday, January 25, 2007
2:30 p.m.

The Conference Call Phone Number:  877-973-7507
Passcode:  518056

If you have any problems calling into the conference call, please call Matt at 916-319-5417.

   <<Agenda - Car Rental Ind Mtg 1.25.07.doc>>

Passenger Car Rental Industry Tourism Assessment Meeting
Thursday, January 25, 2007, 2:30 p.m.

DISCUSSION ITEMS/AGENDA

1.  Local business exemptions from the tourism assessment fee at the Airport and Hotel locations.

2.  State of California/business contract exemptions from the tourism assessment fee.

3.  Identification of independent car rental companies that are at airports/hotels (licensees).  How many and how do we reach them?

4.  Establish consistent name of " assessment program" on the rental contract throughout the state.

5.  Other Issues:

    a.  Airport locations not charging the fee - unfair pricing advantage.

    b.  Companies charging at non-airport locations.

EXHIBIT B

**EXHIBIT C**



# California Travel & Tourism Cor

vote now        assessment program        consur





**VOTE Y**
California Tourism Market
**Frequently Asked**

### CTTC Year in R

The CTTC
highlights many
of our industry
achievements
here in Insights:
Year in Review.

Since its inception more than a decade ago, the California Travel and Tourism Commission has become one of the nation's premier state marketing agencies – promoting the California brand and helping to increase tourism and travel-related spending. As an industry-led public/private partnership, CTTC is leading successful marketing campaigns that are having a profound effect. Over the last three years, California has moved from 28th to 2nd among state tourism marketing budgets. In 2006, CTTC met its 2010 domestic market share goals an astonishing five years early. This level of success can only continue with industry support.

This November, assessed businesses will be asked to approve renewal of their assessments that help fund the CTTC. Without the renewal, California would rank last among state tourism marketing budgets – essentially eliminating virtually all tourism marketing for California. Currently, $300 million is allocated for the next six years for tourism marketing. This dramatic increase in resources will allow the CTTC to greatly expand the depth and scope of its marketing programs.

With your support, we encourage you to vote 'YES' on the California Marketing Renewal.

**Caroline Beteta, Executive Director**
**California Travel & Tourism Commission**

'Voting 'YES' on the
Tourism Marketing R
ensure California touri
competitive with other
other worldwide dest
the renewal fails
California will rank las
marketing budgets.'

Jon Handlery
Senior Vice President
Manager
Handlery Union Square H

V
I

http://renew.visitcalifornia.com/DEFAULT.aspx                    3/19/2008

# EXHIBIT D

Terri Toohey

| | |
|---|---|
| **From:** | Michael Kvarme [mkvarme@weintraub.com] |
| **Sent:** | Tuesday, October 17, 2006 10:52 AM |
| **To:** | rbroome@hertz.com |
| **Cc:** | Toohey, Terri; Caroline Beteta Forward to CTTC; caugustine@bth.ca.gov |
| **Subject:** | RE: Rental Car |
| **Attachments:** | Michael Kvarme.vcf; Michael Kvarme.vcf |

 

Michael Kvarme.vcf Michael Kvarme.vcf
(451 B)            (451 B)

You should feel free to propose any changes. My recollection from the meeting is that everyone agreed to continue the funding as long as the pass-through was in place. In fairness to the industry I added in the possible cancellation of the CTTC in the every 6 year referendum so that you are not forced to continue it on your own. I could be wrong, but I thought that the Governor's concern was that this was not intended to go forward beyond the 2013 referendum. Hopefully, we can clarify on our next call. In any event, feel free to propose an alternative.

Additionally, Terri needs your company's financial data-we have received the remainder from the other companies.

Michael A. Kvarme, Esq.
weintraub genshlea chediak
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Direct: (916) 558-6081
Fax: (916) 446-1611
mkvarme@weintraub.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.


-----Original Message-----
From: Richard Broome [mailto:RBroome@hertz.com]
Sent: Tuesday, October 17, 2006 10:06 AM
To: Sharon Vargas
Cc: bill.walker@dtag.com; Caroline Beteta; eastj@vanguardcar.com; eheidig@bth.ca.gov;
fred@ppallc.com; joe@foxrentacar.com; jross@ka-pow.com; robert.muhs@avisbudget.com; Tracy
Garrett; Toohey, Terri
Subject: Re: Rental Car

1

It is possible that I am misreading the paragraph, but I thought we had
agreed on the call that the car rental industry would have the right to
review it's participation at the higher funding levels upon conclusion
of
the next six year referendum, in 2013.    I don't believe we discussed
or
agreed to a review dependent on mutual consent of the industry and
Commission.

Richard Broome
Vice President, Corporate Affairs
The Hertz Corporation
225 Brae Blvd.
Park Ridge, NJ 07656
U.S.A.

To

       "Sharon Vargas"

       <sharon.vargas@weintraub.com

       >

                .<rbroome@hertz.com>,

                <eastj@vanguardcar.com>,

                <robert.muhs@avisbudget.com>,

                <bill.walker@dtag.com>,

                <joe@foxrentacar.com>

cc
    10/17/2006 12:52 PM

                "Toohey, Terri"

                <TToohey@tourism.ca.gov>,

                <eheidig@bth.ca.gov>, "Tracy

                Garrett" <tgarrett@cttc1.com>,

                <jross@ka-pow.com>,

                <fred@ppallc.com>,."Caroline

                Beteta" <cbeteta@cttc1.com>

    Subject

                Rental Car

**EXHIBIT E**

**PASSENGER CAR RENTAL INDUSTRY**
**REFERENDUM BALLOT**
**NOVEMBER 2006**
**Official Ballot**

**P 01**

022-06-01

01

---

**Assessment Rate for Passenger Car Rental Industry (Vote for 1)**

The Office of Tourism has determined a percentage of Revenue to be collected by each passenger car rental company based on the historical revenue data submitted to the Office.  The Passenger Car Rental Industry assessment rate for fiscal year 2006/07 shall be .025 of all Revenue earned between January 1, 2007 and June 30, 2007.

■ Yes          ☐ No

**ـssment Payment Provisions for Passenger Car Rental Industry (Vote for 1)**

·ـ e Assessment Rate is adopted, the Passenger Car Rental Industry Segment assessment will begin January 1, 2007.  All assessments for a given month shall be submitted by a rental car company to the Office within 25 days of each month end, beginning February 25, 2007.

■ YES          ☐ NO

All capitalized terms are as defined in that Memorandum of Agreement between the California Passenger Car Rental Industry and California Travel and Tourism Commission and previously provided to each prospective assessed business within the Passenger Car Rental Industry segment.

## INSTRUCTIONS

THIS IS YOUR OFFICIAL BALLOT.  YOU SHOULD HAVE ALSO RECEIVED A DOUBLE WINDOW RETURN ENVELOPE AND AN ENVELOPE MARKED "SECRET BALLOT ENVELOPE"

1. Mark the appropriate box next to your choice(s) **like this** ■. Do not sign or write comments on the ballot.
2. When you have finished marking the ballot, separate the bottom stub along the dotted line.
3. Place the marked ballot in the solid envelope marked "SECRET BALLOT ENVELOPE".
4. Sign the separated stub where indicated certifying that you are authorized to cast votes on behalf of your organization.
5. Place the signed stub and the "SECRET BALLOT ENVELOPE" into the double window envelope so that the post office box address and bar code are visible through the windows.
6. Seal and mail the envelope (no postage necessary if mailed in the United States.)
7. BALLOTS MUST BE RECEIVED BY December 12, 2006.  LATE BALLOTS WILL NOT BE COUNTED.
8. If you damage your ballot you may request a duplicate from the Business, Transportation and Housing Agency at, (916) 324 3787.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



*Election 0220601*

**Assessment Rate for Passenger Car Rental Industry (Vote for 1)**
- **9    Yes**
- *0    No*

**Assesment Payment Provisions for Passenger Car Rental Industry (Vote for 1)**
- **9    YES**
- *0    NO*

Page 1 Election ID: 0220601    Machine ID: 23
FINAL ELECTION RESULTS 12/13/2006

*Election 0220601*

TEST BALLOT
Automatic Election Service Inc.

**Assessment Rate for Passenger Car Rental Industry (Vote for 1)**
  9  Yes
  0  *No*

**Assesment Payment Provisions for Passenger Car Rental Industry (Vote for 1)**
  9  YES
  0  *NO*

Machine ID: 23   09:26:48   12/12/2006

Page 1 Election ID: 0220601
PRELIMINARY Election Results

# EXHIBIT F

Executive Committee Meeting
October 3, 2006
3:00 p.m. to 5:00 p.m.

Commissioner MacRae called the meeting to order at 3:07 p.m. Roll was taken and the following Commissioners were present: Commissioner Bilby, Bridwell, Koeberer, Lawrance, and MacRae. Others present included: Executive Director Beteta, Sue Coyle, Damon Eberhart, Tracy Garrett, Ross Hutchings, Jennifer Jasper, Bob Roberts, and Susan Wilcox.

Motion by Commissioner Lawrance to approve the minutes of June 28, 2006. Second by Commissioner Bilby. Damon Eberhart asked to have the word "possible" corrected to "feasible" in the financial section. Motion unanimously approved.

### Executive Director Report

Executive Director Beteta thanked everyone for attending and reported that the Governor had signed the tourism funding bill (AB 2592) on the prior Friday. She reported that staff is gearing up for upcoming marketing activities and the upcoming referendum. She reported that a conference call with the rental car industry will be held the next day to discuss the upcoming referendum timeline since the rental car industry would like to start passing on the fees beginning January 1, 2007. She reported that Mike Kvarme has written a draft MOU that will become part of referendum to ensure a long-term funding solution for the Commission. She also reported that staff is working on the upcoming Governor's Trade and Tourism Mission to Mexico City in November. The CTTC will be hosting the signature event, which will consist of an IMAX movie premier of "Adventures in Wild California." Lastly, she reported that the communications team is currently hosting the San Francisco Media Event, which has a record-breaking 90 members of the media and 88 delegates attending.

### Budget Update/Marketing Update

Commissioner Bilby reported that the current $18.25 million plan has been reviewed by staff to update for the $25 million marketing plan and will be presented to the Marketing Advisory Committee for approval on October 24, 2006. She reported that the International Advisory Committee will be meeting in the coming weeks.

Executive Director Beteta reported that Commissioner Zucker had offered to have the CTTC shoot NASCAR legend Jeff Gordon. She reported that she and staff went to the California Speedway for the shoot over Labor Day weekend and it will be included in the new spring advertising campaign. She also reported that the CTTC is gearing up for the upcoming winter sports campaign with the snowsports industry, which, if approved by the Commission, will start to air November 1, 2006.

Commissioner Bilby reported that an additional $5,000 has been allocated for each rural region, but it will also require the 60/40 match contribution. Executive Director Beteta reported that she and staff have been to the Fresno area five times in the last four months to support the area; she would like to see other rural regions throughout the state create programs like the San Joaquin Valley Tourism Corridor.

Executive Director Beteta distributed a new organizational chart for discussion. She reviewed the changes and reported that staff would like to add three additional positions for the current fiscal year. These positions will include a new Rural Tourism Development Manager, Events Coordinator, and an Administrative Assistant for the Operations Department. She also reported that staff will be looking at staffing needs for the next fiscal year and may ask for additional staff next fiscal year if deemed necessary. Commissioner Bilby reported that Glenda Taylor has been promoted from Travel Trade Manager to Director of International and Domestic Travel Trade.

Motion by Commissioner Koeberer to approve the organizational chart as presented. Second by Commissioner Lawrance. Commissioner MacRae stated that the revised organizational chart requires no additional money for this fiscal year. Total staff will be 23 Commission employees and seven state employees. Motion unanimously approved.

### Government Affairs Update

Bob Roberts reported that the Government Affairs Committee has been extremely active in recent months helping with the tourism funding bill (AB 2592). He reported the CTTC has acquired a partnership with the rental car

industry to secure a long-term funding solution for the CTTC and that recently the Governor has signed the bill. He also reported that he will be working with the committee to detail some "clean-up" language for the tourism funding bill. He stated that the committee would also like to see the state's funding commitment to be approximately $2.5 million or 5-percent of the total CTTC budget. Commissioner MacRae stated that he would like the CTTC to make sure the committee has the resources needed to ensure the revised tourism funding bill will be passed in the subsequent year. He also stated that the rental car industry agreed to only take six seats on the Commission, which is disproportionate to the other segments in terms of revenue paid. He reported that with this clean-up language the CTTC need to add six seats to the Commission since the Commission does not want to take any seats from other segments.

Motion by Commissioner Koeberer to reconfirm the Government Affairs Committee and to give them power to seek to eliminate the "sunset" provision in the bill and to set the state funding requirement at a minimum of $3.65 million. Second by Commissioner Bridwell. Motion unanimously approved.

Nominating Committee Update
Commissioner Lawrance reported that the Nominating Committee has not met recently, but is planning to meet later in October to discuss vacant seats on the Commission and Executive Committee. He reported that the committee hopes to have at least two nominees at the next Commission meeting to be approved.

Financial Report
Damon Eberhart reported that Moss Adams is in the process completing an annual audit and plans to have draft audit report on October 16, 2006. He also reported that since the CTTC budget will be $50 million for the next fiscal year it would be wise to move to an accrual basis for revenue in the succeeding years.

Executive Director Beteta reported that due to the timing of cash flow and media buys in the current fiscal year the CTTC may be in the position to require a loan to temporarily cover the media buy. She reported that this issue will be brought up during the conference call meeting; it will be stressed that the CTTC has never had to secure a loan.

Assessment Update
Terri Toohey reported that the assessment team has had some collection issues under the new $650 per million rate. She stated that a majority of the businesses are currently paying on 2005 revenue and the new rate commenced in 2006. She reported that California Tourism has had to make some budget adjustments accordingly. Executive Director Beteta reported that due to this adjustment The CTTC is currently budgeting $7.6 million in revenue for the current fiscal year.

Terri stated that they are in the process of sending a letter to all businesses that reported in July to offer a refund or a credit towards next year's payment.

Other Business.
Executive Director Beteta reported that California Congressional Leadership Dinner in Washington, DC was a huge success. She reported exceptional attendance, with over 20 members of Congress and over 70 delegates attending. She reported that the CTTC would like to hold another event next year, but will look at the event on a year-by-year basis.

Beteta reported that she and Susan Wilcox will be testifying before the California Transportation Commission to request an additional allocation of $150 million to make improvements to the state's failing system. She thanked Sunne Wright McPeak for her leadership in making this program happen.

Beteta reported that she attended a meeting with Amgen to discuss the upcoming 2007 Tour of California race. She reported that last year the race attracted $1.3 million spectators in its first year and, consequently, was the largest single sporting event ever held in California and the US. She reported that the CTTC is working with the race sponsors for the upcoming race and hopes to plan the February Commission meeting around the race. She reported that the CTTC will plan Commission meetings a year in advance; dates will be given at the upcoming meeting on October 25, 2006.

Jennifer Jasper reported that the CTTC will be holding a joint reception aboard a Hornblower yacht at the next Commission meeting. She reported that since this event will be held on a Commission member's facility, the CTTC cannot pay for any part of this event. She asked for everyone to help in donating items. Executive Director Beteta asked Ross Hutchings from CalTia if they could provide any support for this reception. He stated that he was unaware that donations were needed.

Public Comment
Ross Hutchings asked if the CTTC has looked at the issue regarding passports to neighboring countries. Executive Director Beteta reported that this is a federal issue and a top issue with TIA.

Adjournment
Motion by Commissioner Lawrance to adjourn the meeting at 5:04 p.m. Second by Commissioner Lawrance. Motion unanimously approved.

# EXHIBIT G

# CTTC MEMORANDUM

**TO:**     **California Travel and Tourism Commission**
            **Secretary of State**
            **Travel Industry Association**
            **Members of the Public Who Have Requested Notification**
            **(For informational purposes only)**

**FROM:**   **Caroline Beteta, Executive Director**

**DATE:**   Monday, September 25, 2006

**RE:**     **PUBLIC NOTICE OF THE CTTC EXECUTIVE COMMITTEE**
            **MEETING**

---

A conference call/meeting of the California Travel and Tourism Commission Executive Committee is scheduled to take place on Tuesday, October 3, 2006 from 3:00 p.m. to 5:00 p.m.

Participation for this meeting is available via conference call. The meeting details are as follows:

| | |
|---|---|
| Meeting: | Executive Committee Meeting |
| Date: | Tuesday, October 3, 2006 |
| Time: | 3:00 pm – 5:00 pm |
| **Conference Call-In:** | **877-973-7507  /  Pass Code: 518056** |
| Meeting Location: | CTTC Offices 980 Ninth Street, Suite 480 Sacramento, CA 95814 |

The agenda is attached for your reference and can also be viewed at http://www.visitcalifornia.com.

Please R.S.V.P. (if you haven't already) to Matthew Sabbatini at 916-319-5420 or msabbatini@CTTC1.com, if you are planning to participate so that we can ensure that pertinent meeting materials reach you.

Thank you.

# CTTC Executive Committee Meeting
### Tuesday, October 3, 2006
### 3:00 p.m. – 5:00 p.m.

California Travel and Tourism Commission
980 Ninth Street, Suite 480
Sacramento, CA 95814

AGENDA

*Any and all items on this Agenda are subject to discussion and vote*

I.  Call to Order/Approval of June 28, 2006 Executive Committee Meeting Minutes/ Opening Remarks

II.  Executive Director Report

III.  Budget Update
A.  2006/2007 Proposed $25 Million Budget Plan Update
B.  Proposed FY 2006/2007 Staffing/Operations Plan Update

IV.  Government Affairs Update
A.  Rental Car Pass through Fees
B.  Consideration of Program Legislative and Regulatory Changes
C.  Federal Update
D.  TIA Power of Travel Event Re-Cap
E.  Road-side Rest Areas

V.  Nominating Committee Report
A.  Discuss Next Steps and Schedule Meeting

VI.  Financial Report
A.  Audit Update

VII.  Marketing Plan Update
A.  2006/2007 Marketing Plan Update
B.  New Web site Design Update
C.  Media Relations Activities
D.  Advertising Report – Jeff Gordon Shoot
E.  Travel Trade Report

VIII.  Assessment Update

IX.  Other Business
A.  Upcoming Commission Meeting Dates
B.  Tour of California Updates
C.  2006/2007 Proposed International Trade Missions

**X.  Public Comment**

XI.  Adjournment

# EXHIBIT H



   

Home / Assessment /

 



## ABOUT

**Tourism Assessment Program**
The California Tourism Marketing Act was enacted in 1995, to increase California's share of the travel and tourism market (Government Code Section 13995 et. seq.) (Link to Government Code) The legislation authorized self-imposition of an assessment by businesses that benefit from travel and tourism. It also authorized the establishment of a non-profit, public benefit corporation, the California Travel and Tourism Commission (CTTC), to oversee the promotion of California as a premier travel destination. The statute became operative upon industry wide approval in 1997 and the assessment program was initiated in 1998. In 2001, the program was renewed by industry referendum with an 84 percent margin and will subsequently be renewable by industry vote every six years.

The California Travel and Tourism Commission is comprised of 37 Commission members, representing each industry segment (Accommodations, Restaurants and Retail, Attractions and Recreation, Transportation and Travel Services, and Passenger Car Rental). The Commission meets three times a year and directs and approves the marketing plan, expenditures and the overall strategic course for California Tourism. The CTTC staff oversees the production of the marketing activities, including advertising, visitor publications and cooperative programs — all designed to promote California to travelers, tourists and the travel trade.

The assessment program is administered by the Division of Tourism, Tourism Assessment Program. The Division of Tourism is housed in the California Business, Transportation and Housing Agency and the Agency's Secretary serves as Chairperson of the CTTC.

**Passenger Car Rental Industry Tourism Assessment Program**
A new tourism assessment program for the Passenger Car Rental Industry was enacted in 2005 and becomes effective January 1, 2007. (Government Code sections 13995 et. seq.) The Passenger Car Rental Industry assessment program is limited to companies that have business locations renting passenger vehicles at either airports or accommodation locations, such as hotels. The Passenger Car Rental Industry shall have an industry specific assessment rate, adjusted annually. This assessment rate shall be passed through to the customer.

**2007 California Tourism Marketing Renewal**
Since its inception more than a decade ago, the California Travel and Tourism Commission has become one of the nation's premier state marketing agencies — promoting the California brand and helping to increase tourism and travel-related spending. As an industry-led public/private partnership, CTTC is leading successful marketing campaigns that are having a profound effect. Over the last three years, California has moved from 26th to 2nd among state tourism marketing budgets. In 2006, CTTC met its 2010 domestic market share goals an astonishing five years early. This level of success can only continue with industry support.

This November, assessed businesses will be asked to approve renewal of their assessments that help fund the CTTC. Without the renewal, California would rank last among state tourism marketing budgets — essentially eliminating virtually all tourism marketing for California. Currently, $300 million is allocated for the next six years for tourism marketing. This dramatic increase in resources will allow the CTTC to greatly expand the depth and scope of



# EXHIBIT I

**Terri Toohey**

| | |
|---|---|
| **From:** | McNulty, Denise [mcnultyd@nationalcar.com] |
| **Sent:** | Tuesday, January 16, 2007 10:34 AM |
| **To:** | Toohey, Terri |
| **Subject:** | RE: Passenger Car Rental Industry Tourism Assessment Form |

THANK YOU.

DENISE

-----Original Message-----
From: Toohey, Terri [mailto:TToohey@tourism.ca.gov]
Sent: Tuesday, January 16, 2007 10:33 AM
To: McNulty, Denise
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form

I sent the forms to the controllers of all the passenger car rental companies last week to
insure that they have been informed of the assessment. I will discuss the issue with our
Executive Director. We also have a meeting planned with the industry next week and I will
put it on the agenda.

-----Original Message-----
From: McNulty, Denise [mailto:mcnultyd@nationalcar.com]
Sent: Tuesday, January 16, 2007 10:21 AM
To: Toohey, Terri
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form
Importance: High

HI TERRI,

I HAVE A QUESTION. OUR COMPETITOR AVIS IS NOT CHARGING THE TOURISM FEE HERE.

THEY DIDN'T TELL ME, BUT I CAN SEE WHEN I SHOP THEIR RATES. WHAT CAN BE DONE
ABOUT THAT? IT MAKES US LOOK LIKE OUR RATES ARE HIGHER, AND THEY ARE NOT.

DENISE MCNULTY

-----Original Message-----
From: Toohey, Terri [mailto:TToohey@tourism.ca.gov]
Sent: Tuesday, January 16, 2007 9:22 AM
To: McNulty, Denise
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form

Yes I did. I will make those changes today and send you a new preprinted from. I was out
of the office on Friday and yesterday was a holiday, so I apologize for the delay.

-----Original Message-----
From: McNulty, Denise [mailto:mcnultyd@nationalcar.com]
Sent: Monday, January 15, 2007 12:13 PM
To: Toohey, Terri
Subject: RE: Passenger Car Rental Industry Tourism Assessment Form
Importance: High

HELLO TERRI,

DID YOU RECEIVE MY REQUEST TO CHANGE CHANGE MY BILLING INFORMATION TO MY
BUSINESS?

1

EXHIBIT I

**EXHIBIT J**

**Sandy Lyon**

| | |
|---|---|
| **From:** | Matthew Sabbatini |
| **Sent:** | Friday, November 30, 2007 5:10 PM |
| **To:** | Susan Wilcox; Terri Toohey; Matthew Sabbatini; Lynn Carpenter; Jennifer Jasper; Caroline Beteta; mkvarme@weintraub.com; eberhartcpa@surewest.net; Tracy Garrett; lhughes@burba.com; carolyn.aki@macys.com; tmacrae@hornblower.com; jon@handlery.com; tlwestrope@ophot.com; louis.meunier@macys.com; jburba@burba.com; jk@calparksco.com; dbonner@bth.ca.gov; robert.muhs@avisbudget.com; claire.bilby@disney.com; rick@clia.org; Sandy Lyon |
| **Subject:** | Executive Committee Meeting |
| **Importance:** | High |

Hi all –

We will not be able to hold the Executive Committee meeting on Wednesday, December 12. Unfortunately, open meeting laws require that at least one Commissioner be physically present in the CTTC office in order to hold a meeting via conference call. That was not possible on December 12.

We are now looking at **Friday, December 14** for the meeting, at one of the following times:

10:00 a.m. - 11:30 a.m. PST
12:00 noon - 1:30 p.m. PST
1:30 p.m. - 3:00 p.m. PST

Our legal counsel has informed us that our public meeting notices must indicate the address and phone number of each location from which any meeting attendee will participate in the meeting via conference call, and that participating in meetings via cell phone from a car is prohibited. In addition, we are informed that once the notice is disseminated, commissioners are prohibited from changing the mode or location of their participation in the meeting. Accordingly, please notify us via return email of the following:

1. Which of the time(s) you will be available for the Executive Committee meeting on Friday, December 14;
2. Whether you will be physically present for the meeting, or whether you will be participating via conference call;
3. If you will be participating via conference call, the address and phone number of the location from which you will be calling in.

So that we can comply with public notice requirements, please respond with the above information, via phone or email, by noon on Monday, December 3.

Thanks for your prompt reply!

Regards,



matthew sabbatini
operations manager and commission liaison
California Travel and Tourism Commission
980 9th Street, Suite 480 / Sacramento, CA 95814
*direct:* 916 319 5401 *fax:* 916 444 4410