```
John H. Stephens, SBN 082971
jstephens@wertzmcdade.com
Lynn M. Beekman, SBN 149325
lbeekman@wertzmcdade.com
Sarah H. Lanham, SBN 213555
slanham@wertzmcdade.com
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476

Attorneys for FOX RENT A CAR
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | CASE NO. 07-CV-2174-H-BLM<br><br>NOTICE OF APPEARANCE OF COUNSEL JOHN H. STEPHENS, LYNN M. BEEKMAN AND SARAH H. LANHAM |

PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel on behalf of defendant FOX RENT A CAR, and hereby request that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

```
John H. Stephens, SBN 082971
jstephens@wertzmcdade.com
Lynn M. Beekman, SBN 149325
lbeekman@wertzmcdade.com
Sarah H. Lanham, SBN 213555
slanham@wertzmcdade.com
WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
(619) 233-1888 / Fax: (619) 696-9476
```

1  PLEASE TAKE FURTHER NOTICE that the foregoing includes not only all
2  notices and papers, but also includes, without limitation, orders and notices of any
3  pleading, complaint, hearing application, motion, request or demand, whether
4  formal or informal, written or oral, or transmitted or conveyed by mail, facsimile or
5  e-mail.

7  Dated: May 6, 2008

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation

By: _____
John H. Stephens
Attorneys for FOX RENT A CAR

[196728v1/5813-002]

2

Notice of Attorney Appearance          07-CV-2174-H-BLM