```
 1  Jeffrey A. LeVee (State Bar No. 125863)
    jlevee@jonesday.com
 2  Kate Wallace (State Bar No. 234949)
    kpwallace@jonesday.com
 3  JONES DAY
    555 South Flower Street
 4  Fiftieth Floor
    Los Angeles, CA 90071-2300
 5  Telephone:   (213) 489-3939
    Facsimile:   (213) 243-2539
 6
    Attorneys for Defendant
 7  DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

 8  Dennis Stewart (State Bar No. 99152)
    dstewart@hulettharper.com
 9  HULETT HARPER STEWART LLP
    550 West "C" Street, Suite 1600
10  San Diego, CA 92101
    Telephone:   (619) 338-1133
11  Facsimile:   (619) 338-1139

12  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[Class Action]<br><br>**JOINT MOTION REGARDING DEFENDANTS' RESPONSES TO THE FIRST AMENDED COMPLAINT** |

Plaintiffs and Defendants hereby jointly move the Court for an order extending the date by which Defendants must file their responses to the First Amended Complaint. Good cause exists for the extension because, if the extension is granted, Defendants will be able to attempt to coordinate their responses to the First Amended Complaint.

In further support of this Joint Motion, the parties state:

1.  Plaintiffs initiated this action on November 14, 2007. The Court subsequently granted Defendants' motion to dismiss and gave Plaintiffs leave to amend.
2.  Plaintiffs filed their First Amended Complaint on May 1, 2008.
3.  Defendants have requested and Plaintiffs have agreed, that Defendants' responses to the First Amended Complaint shall be filed no later than May 29, 2008.
4.  The parties have further agreed that, in the event any of the Defendants files a motion to dismiss the First Amended Complaint, Plaintiffs shall file their oppositions to such motions no later than June 23, 2008, and Defendants shall file their replies, if any, in support of such motions no later than July 7, 2008. The hearing date on Defendants motion to dismiss shall be July 14, 2008.

For purposes of this Joint Motion only, counsel for Dollar Thrifty Automotive Group, Inc. is authorized to sign on behalf of all Defendants.

Dated: May 8, 2008

Respectfully submitted,

JONES DAY

By: _____
Jeffrey A. LeVee

Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

Dated: May __, 2008

HULETT HARPER STEWART LLP

By: _____
Dennis Stewart

Counsel for Plaintiffs

1.  Plaintiffs initiated this action on November 14, 2007. The Court subsequently granted Defendants' motion to dismiss and gave Plaintiffs leave to amend.
2.  Plaintiffs filed their First Amended Complaint on May 1, 2008.
3.  Defendants have requested and Plaintiffs have agreed, that Defendants' responses to the First Amended Complaint shall be filed no later than May 29, 2008.
4.  The parties have further agreed that, in the event any of the Defendants files a motion to dismiss the First Amended Complaint, Plaintiffs shall file their oppositions to such motions no later than June 23, 2008, and Defendants shall file their replies, if any, in support of such motions no later than July 7, 2008. The hearing date on Defendants motion to dismiss shall be July 14, 2008.

For purposes of this Joint Motion only, counsel for Dollar Thrifty Automotive Group, Inc. is authorized to sign on behalf of all Defendants.

Dated: May __, 2008

Respectfully submitted,

JONES DAY

By: _____
Jeffrey A. LeVee

Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

Dated: May 8, 2008

HULETT HARPER STEWART LLP

By: _____
Dennis Stewart

Counsel for Plaintiffs