UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE HERTZ CORPORATION, et al.,**<br><br>Defendants. | **Case No. 07 CV 2174 H  BLM**<br><br>[Class Action]<br><br>**ORDER ON JOINT MOTION REGARDING DEFENDANTS' RESPONSES TO THE FIRST AMENDED COMPLAINT** |

07 CV 2174

**ORDER**

The Court has considered the parties' Joint Motion regarding the timing of Defendants' response to the First Amended Complaint, and for good cause shown, the Court hereby orders:

1. Defendants' responses to the First Amended Complaint shall be filed no later than May 29, 2008.

2. In the event any of the Defendants files a motion to dismiss the complaint, Plaintiffs shall file their opposition to such motions on or before June 23, 2008, and Defendants shall file their replies in support of such motions, if any, on or before July 7, 2008. The Court sets a hearing date for any such motions on July 14, 2008 at 10:30 a.m., though the Court may exercise its discretion to submit these motions on the papers.

**IT IS SO ORDERED.**

Dated: May 9, 2008

Honorable Marilyn L. Huff
United States District Judge