CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA  92110
Telephone:     (619) 260-4806
Facsimile:     (619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone:     (619) 233-4100
Facsimile:     (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:     (619) 338-1133
Facsimile:     (619) 338-1139

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO APPROVE STIPULATION ON FORM OF NOTICE**<br><br>DATE:     TBD<br>TIME:     TBD<br>JUDGE:   Honorable Marilyn L. Huff<br>CTRM:    13 |

1  Plaintiffs Michael Shames and Gary Gramkow ("Plaintiffs") and Defendants The Hertz Corporation, Avis Budget Group, Inc., Dollar Thrifty Automotive Group, Inc., Fox Rent a Car, Inc., Vanguard Car Rental USA, Inc., Enterprise Rent-a-Car Company, and Coast Leasing Corp. ("Rental Car Defendants") hereby submit this joint motion to approve the parties' stipulation with respect to the service of notice, pursuant to California Civil Code § 1782, to allow Plaintiffs to serve their § 1782 notice on the Rental Car Defendants by sending the letter via electronic mail and U.S. mail service to each of the Rental Car Defendants' counsel.

WHEREAS, on May 1, 2008, Plaintiffs filed their First Amended Complaint, which included a claim for violation of the Consumers Legal Remedies Act, Civil Code §§ 1750, *et seq.* (the "CLRA");

WHEREAS, § 1782(a) of the Civil Code requires that a CLRA notice "be sent by certified or registered mail, return receipt requested, to the place where the transaction occurred or to the person's principal place of business within California"; and

WHEREAS, each of the Rental Car Defendants is represented by counsel who have appeared in the present case,

The parties hereby stipulate and jointly move this Court as follows:

Plaintiffs shall serve their CLRA notice, pursuant to § 1782 of the California Civil Code, on the Rental Car Defendants by sending the letter via electronic mail and U.S. mail service to each of the Rental Car Defendants' counsel.  Such service will have the same effect as if Plaintiffs had sent the notice "by certified or registered mail, return receipt requested, to the place where the transaction occurred or to the person's principal place of business within California," as stated in § 1782(a).  This stipulation relates only to the manner of serving notice pursuant to Civil Code § 1782(a), and all other defenses and positions are expressly preserved.

For purposes of this Joint Motion only, counsel for Dollar Thrifty Automotive Group, Inc. is authorized to sign on behalf of all the Rental Car Defendants.

IT IS SO STIPULATED.

DATED:  May 14, 2008

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN

_/s/Dennis Stewart_
DENNIS STEWART

550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:     (619) 338-1133
Facsimile:      (619) 338-1139

Attorneys for Plaintiffs

DATED: May 14, 2008

JONES DAY
JEFFREY A. LEVEE

_/s/Jeffrey A. Levee_ (with consent)
JEFFREY A. LEVEE

555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90013
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Attorney for Dollar Thrifty Automotive Group, Inc. and with permission on behalf of all Rental Car Defendants