1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**SOUTHERN DISTRICT OF CALIFORNIA**

11

MICHAEL SHAMES; GARY GRAMKOW,
on behalf of themselves and on behalf of all
12   persons similarly situated,

Case No. 07CV2174H(BLM)

**CLASS ACTION**

13                      Plaintiffs,

**ORDER GRANTING JOINT MOTION TO**
**APPROVE STIPULATION ON FORM OF**
14   v.                                                    **NOTICE**

15
THE HERTZ CORPORATION, et al.,

DATE:        TBD
16                                                          TIME:        TBD
                      Defendants.           JUDGE:      Honorable Marilyn L. Huff
17                                                          CTRM:       13

18

19

20

21

22

23

24

25

26

27

28

1    The Court has considered the Joint Motion of Plaintiffs Michael Shames and Gary

2  Gramkow ("Plaintiffs") and Defendants The Hertz Corporation, Avis Budget Group, Inc., Dollar

3  Thrifty Automotive Group, Inc., Fox Rent a Car, Inc., Vanguard Car Rental USA, Inc., Enterprise

4  Rent-a-Car Company, and Coast Leasing Corp. ("Rental Car Defendants") to approve the parties'

5  stipulation with respect to the service of notice, pursuant to California Civil Code § 1782, to allow

6  Plaintiffs to serve their § 1782 notice on the Rental Car Defendants by sending the letter via

7  electronic mail and U.S. mail service to each of the Rental Car Defendants' counsel, and for good

8  cause shown, the Court hereby orders:

9    Plaintiffs shall serve their CLRA notice, pursuant to § 1782 of the California Civil Code,

10  on the Rental Car Defendants by sending the letter via electronic mail and U.S. mail service to

11  each of the Rental Car Defendants' counsel.  Such service will have the same effect as if Plaintiffs

12  had sent the notice "by certified or registered mail, return receipt requested, to the place where the

13  transaction occurred or to the person's principal place of business within California," as stated in

14  § 1782(a).  This stipulation relates only to the manner of serving notice pursuant to Civil Code

15  § 1782(a), and all other defenses and positions are expressly preserved.

16    IT IS SO ORDERED.

17  DATED: May 16, 2008

18                                          HONORABLE MARILYN L. HUFF
                                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1