| | |
|---|---|
| 1 | Michael L. Weiner (*Pro hac vice*)<br>SKADDEN ARPS SLATE MEAGHER & |
| 2 |    FLOM LLP<br>Four Times Square |
| 3 | New York, New York 10036-6522<br>Telephone: (212) 735-3000 |
| 4 | |
| 5 | Douglas B. Adler (Cal. Bar No. 130749)<br>SKADDEN ARPS SLATE MEAGHER & |
| 6 |    FLOM LLP<br>300 South Grand Avenue, Suite 3400 |
| 7 | Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000 |
| 8 | Sara L. Bensley (*Pro hac vice*) |
| 9 | SKADDEN ARPS SLATE MEAGHER &<br>   FLOM LLP |
| 10 | 1440 New York Avenue, N.W.<br>Washington, D.C. 20005-2111 |
| 11 | Telephone: (202) 371-7000 |
| 12 | Attorneys for Defendant<br>AVIS BUDGET GROUP, INC. |
| 13 | [Additional Counsel Listed on Signature Page] |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; and THE CALIFORNIA TRAVEL AND TOURISM COMMISSION<br><br>    Defendants. | Case No. 07 CV 2174 H BLM<br><br>[Class Action]<br><br>**RENTAL CAR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: July 14, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br>**Honorable Marilyn L. Huff** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

3        PLEASE TAKE NOTICE that on July 14, 2008, at 10:30 a.m., or as soon thereafter

4 as the matter may be heard, in Courtroom 13, of the above-entitled Court, located at 880 Front

5 Street, No. 4290, San Diego, California 92101-8900, Defendants The Hertz Corporation, Dollar

6 Thrifty Automotive Group Inc., Avis Budget Group, Inc., Vanguard Car Rental USA Inc.,

7 Enterprise Rent-A-Car Company, Fox Rent-A-Car Incorporated, and Coast Leasing Corp.

8 (collectively, the "Rental Car Defendants") will and hereby do, move the Court for an order to

9 dismiss with prejudice the first, second and third causes of action in the First Amended Complaint

10 for Injunction, Money Damages and Declaratory Relief for failure to state a claim.

11      This Motion is made on the basis that the allegations that the Rental Car Defendants

12 violated Section 1 of the Sherman Act, 15 U.S.C. § 1, continue to fail to satisfy the pleading

13 requirements articulated by the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955

14 (2007). The Rental Car Defendants also move to dismiss Plaintiffs' purported claims under

15 California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, and the False

16 Advertising Law, Cal. Bus. & Prof. Code § 17500 *et seq.*, on the grounds that : (1) Plaintiffs'

17 purported claim under the Unfair Competition Law is barred by Section 13995.90 of the California

18 Government Code, because (as Plaintiffs allege) the Rental Car Defendants' conduct complied

19 with the California Tourism Marketing Act; (2) Plaintiffs do not and cannot show that the Rental

20 Car Defendants' conduct was unlawful, unfair or fraudulent; and (3) Plaintiffs do not and cannot

21 show that the conduct at issue violated the Sherman Act or any other law. Finally, the Rental Car

22 Defendants move to dismiss Plaintiffs' purported claims under the Consumer Legal Remedies Act

23 ("CLRA"), Cal. Civ. Code § 1750 *et seq.*, on two primary grounds, each independently sufficient

24 for dismissal: First, Plaintiffs have failed to allege any actionable representation; and second,

25 Plaintiffs have failed to allege reliance on a material misrepresentation.

26      This Motion is based on this Notice, the accompanying Memorandum of Points and

27 Authorities in Support of the Rental Car Defendants' Motion to Dismiss the First Amended

28

```
 1 | Complaint and attached exhibits filed concurrently herewith, the pleadings and papers filed in this
 2 | action, and such further evidence or argument as may be presented at or prior to the hearing on this
 3 | matter.
 4 |
 5 |
 6 | Dated: May 29, 2008                                    Respectfully submitted,
 7 | FOLGER LEVIN & KAHN LLP                                SKADDEN ARPS SLATE MEAGHER &
                                                            FLOM, LLP
 8 |
 9 | By: [signature]                                        By:  /s/ Michael L. Weiner
        Gregory D. Call (Cal. Bar No. 120483)                    Michael L. Weiner (Pro hac vice)
10 |    Beatrice B. Nguyen (Cal. Bar No.
        172961)                                                  Four Times Square
11 |                                                              New York, New York 10036
        Embarcadero Center West                                   Tel.: (212) 735-2632
12 |    275 Battery Street, 23rd Floor
        San Francisco, California 94111                    Douglas B. Adler (Cal. Bar No. 130749)
13 |    Tel.: (415) 986-2800
                                                            300 South Grand Avenue
14 |    Jennifer S. Romano (Cal. Bar No.                    Suite 3400
        195953)                                             Los Angeles, California 90071
15 |    1900 Avenue of the Stars                            Tel.: (213) 687-5120
        28th Floor
16 |    Los Angeles, California 90067                       Sara L. Bensley (Pro hac vice)
        Tel.: (310) 556-3700
17 |                                                        1440 New York Avenue, N.W.
     Counsel for Defendants                                 Washington, D.C. 20005-2111
18 | ENTERPRISE RENT-A-CAR COMPANY                          Tel.: (202) 371-7000
     and VANGUARD CAR RENTAL USA,
19 | INC.                                                   Counsel for Defendant
                                                            AVIS BUDGET Group, Inc.
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |                                                 2                                   07cv2174 H BLM
```

| | | |
|---|---|---|
| 1 | JONES DAY | LONG, WILLIAMSON AND DELIS |
| 2 | | |
| 3 | By: /s/ Jeffrey A. LeVee | By: _____ |
| 4 |     Jeffrey A. LeVee (Cal. Bar No. 125863) |     T. Patrick Long (Cal. Bar No. 182394) |
| 5 | 555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071 | 400 N. Tustin Ave.<br>Suite 370<br>Santa Ana, California 92705 |
| 6 | Tel.: (213) 489-3939 | Tel: (714) 668-1400 |
| 7 | Counsel for Defendant | Counsel for Defendant |
| 8 | DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas |
| 9 | | corporation |
| 10 | | |
| 11 | O'MELVENY & MYERS LLP | WERTZ McDADE WALLACE MOOT & BROWER |
| 12 | | |
| 13 | By: /s/ Richard G. Parker<br>    Richard G. Parker (Cal. Bar No. 62356) | By: _____<br>    John H. Stephens (Cal. Bar No. 82971) |
| 14 | 1625 Eye Street, NW<br>Washington, D.C. 20006 | 945 Fourth Avenue<br>San Diego, California 92101 |
| 15 | Tel.: (202) 383-5300 | Tel: (619) 233-1888 |
| 16 | Michael F. Tubach (Cal. Bar No. 145955) | Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT- |
| 17 | Thomas P. Brown (Cal. Bar No. 182916) | A-CAR |
| 18 | | |
| 19 | Embarcadero Center West<br>275 Battery Street<br>Suite 2600 | |
| 20 | San Francisco, California 94111<br>Tel.: (415) 984-8700 | |
| 21 | | |
| 22 | Gerald A. Stein (*Pro hac vice*) | |
| 23 | Times Square Tower<br>Seven Times Square | |
| 24 | New York, New York 10036<br>Tel.: (212) 326-2000 | |
| 25 | Counsel for Defendant<br>THE HERTZ CORPORATION | |
| 26 | | |
| 27 | | |
| 28 | | 07cv2174 H BLM |

| | |
|---|---|
| JONES DAY<br><br>By: _____<br>　　Jeffrey A. LeVee (Cal. Bar No. 125863)<br><br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel.: (213) 489-3939<br><br>Counsel for Defendant<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | LONG, WILLIAMSON AND DELIS<br><br>By: _/s/ signature_____<br>　　T. Patrick Long (Cal. Bar No. 182394)<br><br>400 N. Tustin Ave.<br>Suite 370<br>Santa Ana, California 92705<br>Tel: (714) 668-1400<br><br>Counsel for Defendant<br>COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation |
| O'MELVENY & MYERS LLP<br><br>By: _____<br>　　Richard G. Parker (Cal. Bar No. 62356)<br><br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300<br><br>Michael F. Tubach (Cal. Bar No. 145955)<br>Thomas P. Brown (Cal. Bar No. 182916)<br><br>Embarcadero Center West<br>275 Battery Street<br>Suite 2600<br>San Francisco, California 94111<br>Tel.: (415) 984-8700<br><br>Gerald A. Stein (*Pro hac vice*)<br><br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>Tel.: (212) 326-2000<br><br>Counsel for Defendant<br>THE HERTZ CORPORATION | WERTZ McDADE WALLACE MOOT & BROWER<br><br>By: _____<br>　　John H. Stephens (Cal. Bar No. 82971)<br><br>945 Fourth Avenue<br>San Diego, California 92101<br>Tel: (619) 233-1888<br><br>Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |

3

07cv2174 H BLM

| | |
|---|---|
| JONES DAY | LONG, WILLIAMSON AND DELIS |
| By: _____<br>Jeffrey A. LeVee (Cal. Bar No. 125863) | By: _____<br>T. Patrick Long (Cal. Bar No. 182394) |
| 555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel.: (213) 489-3939 | 400 N. Tustin Ave.<br>Suite 370<br>Santa Ana, California 92705<br>Tel: (714) 668-1400 |
| Counsel for Defendant<br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. | Counsel for Defendant<br>COAST LEASING CORP. dba ADVANTAGE RENT A CAR, erroneously sued and served herein as Coast Leasing Corp., a Texas corporation |
| O'MELVENY & MYERS LLP | WERTZ McDADE WALLACE MOOT & BROWER |
| By: _____<br>Richard G. Parker (Cal. Bar No. 62356) | By: /s/ John H. Stephens<br>John H. Stephens (Cal. Bar No. 82971) |
| 1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 383-5300 | 945 Fourth Avenue<br>San Diego, California 92101<br>Tel: (619) 233-1888 |
| Michael F. Tubach (Cal. Bar No. 145955)<br>Thomas P. Brown (Cal. Bar No. 182916) | Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |
| Embarcadero Center West<br>275 Battery Street<br>Suite 2600<br>San Francisco, California 94111<br>Tel.: (415) 984-8700 | |
| Gerald A. Stein (*Pro hac vice*) | |
| Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>Tel.: (212) 326-2000 | |
| Counsel for Defendant<br>THE HERTZ CORPORATION | |

<u>ATTESTATION</u>

I hereby attest that I have authorization for any signatures indicated by a "conformed" signature ("s/") within this efiled document.

s/ Michael L. Weiner
Michael L. Weiner (*Pro hac vice*)
Attorney for Defendant Avis Budget Group, Inc.
E-mail: Michael.Weiner@skadden.com