Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; and THE CALIFORNIA TRAVEL AND TOURISM COMMISSION,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>DEFENDANT CALIFORNIA TRAVEL AND TOURISM COMMISSION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date: July 14, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br><br>The Honorable Marilyn L. Huff |

{10824/16392/TAB/1038124.DOC;}   1

Notice of Motion and Motion to
Dismiss Plaintiffs' First Amended Complaint

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on July 14, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above-entitled Court, located at 880 Front Street, No. 4290, San Diego, California 92101, defendant California Travel and Tourism Commission ("CTTC") will, and hereby does, move the Court for an order dismissing with prejudice Plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted.

This motion is made on the basis that CTTC is entitled to immunity from antitrust liability for any acts complained of in the First Amended Complaint under the state action immunity doctrine. Alternatively, the allegations in the First Amended Complaint fail to satisfy the pleading standard in *Bell Atlantic Corp. v. Twombly*, ___ U.S. ___, 127 S.Ct. 1955 (2007).

CTTC moves to dismiss the fourth claim, alleging violations of the Bagley-Keene Open Meeting Act for lack of standing, and for lack of jurisdiction since the fourth claim is not transactionally related to the antitrust claims over which the Court has original jurisdiction. CTTC also moves to dismiss the Bagley-Keene Act claim because the alleged violations are time-barred, and on comity principles, as this is an issue best left for the California state courts, or better yet, the California Legislature.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in Support of Motion to Dismiss, the pleadings and papers filed in this action, and any further evidence, testimony, or argument as may be presented at oral argument on this matter.

Dated: May 29, 2008

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____/s/ Thadd S. Blizzard_____
Thadd S. Blizzard
California State Bar No. 83297
Attorneys for Defendant California
Travel and Tourism Commission

EDMUND G. BROWN JR., Attorney General
of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO
DIANE SPENCER SHAW
LISA W. CHAO
Deputy Attorneys General


By: _____/s/ Ronald N. Ito_____
       Ronald N. Ito
       California State Bar No. 71322
       Attorneys for Defendant California
       Travel and Tourism Commission