1

**UNITED STATES DISTRICT COURT**

2

**SOUTHERN DISTRICT OF CALIFORNIA**

3

MICHAEL SHAMES; GARY                )    Case No. 07 CV 2174 H BLM
GRAMKOW, on behalf of themselves and )
4    on behalf of all persons similarly situated, )    **CERTIFICATE OF SERVICE**
                                    )
5                    Plaintiffs,    )
     v.                             )
6                                   )
     THE HERTZ CORPORATION, a       )
7    Delaware corporation; DOLLAR    )
     THRIFTY AUTOMOTIVE GROUP, INC., )
8    a Delaware corporation; AVIS BUDGET )
     GROUP, INC., a Delaware corporation; )
9    VANGUARD CAR RENTAL USA, INC., )
     an Oklahoma corporation; ENTERPRISE )
10   RENT-A-CAR COMPANY, a Missouri  )
     corporation; FOX RENT A CAR, INC., a )
11   California corporation; COAST LEASING )
     CORP., a Texas corporation; THE  )
12   CALIFORNIA TRAVEL AND TOURISM   )
     COMMISSION and CAROLINE BETETA  )
13                                   )
                     Defendants.    )
14   _____ )

15          IT IS HEREBY CERTIFIED THAT:

16          I, CYNTHIA FREDERICK, am a citizen of the United States and am at least eighteen years

17   of age.  My business address is 550 West "C" Street, Suite 1500, San Diego, California 92101.

18          I am not a party to the above-entitled action.  I have caused service of the following

19   documents:

20          1.     **OPPOSITION TO MOTION BY CTTC TO DISMISS FIRST AMENDED**
                  **COMPLAINT;**
21

22          2.     **REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS'**
                  **MOTION TO DISMISS FIRST AMENDED COMPLAINT**
23

     on the following parties by electronically filing the foregoing with the Clerk of the District Court
24
     using its ECF System, which electronically notified them.
25

26

27

28

::ODMA\PCDOCS\PCDOCS\281104\1                    1                    Case No. 07 CV 2174 H BLM

1.    **SEE ATTACHED SERVICE LIST**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1.    T. Patrick Long, LONG, WILLIAMSON AND DELIS, 400 N. Tustin Avenue, Suite 370, Santa Ana, CA 92705.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2008.

_____
CYNTHIA FREDERICK

1

## SERVICE LIST

2

*Michael Shames, et al. v. The Hertz Corporation*
**USDC Case No. 07 CV 2174 H BLM**

3

4  Service by Electronic Case Filing System:

5

| ADDRESSEE | PARTY |
| --- | --- |

6  Richard G. Parker  **Attorneys for Defendant The**
**O'MELVENY & MYERS LLP**  **Hertz Corporation**
7  1625 Eye Street, NW
Washington, DC 20006
8  Tele:  (202) 383-5380
9  Fax:  (202) 383-5410
rparker@omm.com
10

11  Michael F. Tubach  **Attorneys for Defendant The**
Thomas P. Brown  **Hertz Corporation**
12  **O'MELVENY & MYERS LLP**
Embarcadero Center West
13  275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
14  Tele:  (415) 984-8700
15  Fax:  (415) 984-8701
mtubach@omm.com
16  tbrown@omm.com

17  Gerald A. Stein  **Attorneys for Defendant The**
**O'MELVENY & MYERS LLP**  **Hertz Corporation**
18  Times Square Tower
19  Seven Times Square
New York, NY 10036
20  Tele:  (212) 326-2000
Fax:  (212) 326-2061
21  gstein@omm.com

22  Jeffrey A. LeVee  **Attorneys for Dollar Thrifty**
23  Kate Wallace  **Automotive Group, Inc.**
**JONES DAY**
24  555 South Flower Street
Fiftieth Floor
25  Los Angeles, CA 90071-2300
26  Tele:  (213) 489-3939
Fax:  (213) 243-2539
27  jlevee@jonesday.com
kpwallace@jonesday.com

28

| ADDRESSEE | PARTY |
| --- | --- |

Michael L. Weiner (*Pro Hac Vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, NY 10036-6522
Tele:   (212) 735-2666
Fax:    (212) 735-2000
mweiner@skadden.com

**Attorneys for Avis Budget Group, Inc.**

Douglas B. Adler
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tele:   (213) 687-5000
Fax:    (213) 621-5120
Douglas.adler@skadden.com

**Attorneys for Avis Budget Group, Inc.**

Sara L. Bensley (*Pro Hac Vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Ave., NW
Washington, DC 20005-2111
Tele:   (202) 371-7000
Fax:    (202) 393-5760
sbensley@skadden.com

**Attorneys for Avis Budget Group, Inc.**

Gregory D. Call
Beatrice B. Nguyen
**FOLGER LEVIN & KAHN LLP**
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tele:   (415) 986-2800
Fax:    (415) 986-2827
gcall@flk.com
bnguyen@flk.com

**Attorneys for Defendants Enterprise Rent-A-Car Company and Vanguard Car Rental USA, Inc.**

Jennifer S. Romano
**FOLGER LEVIN & KAHN**
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Tele:   (310) 556-3700
Fax:    (310) 556-3770
jromano@flk.com

**Attorneys for Defendants Enterprise Rent-A-Car Company and Vanguard Car Rental USA, Inc.**

| ADDRESSEE | PARTY |
|---|---|
| Thadd A. Blizzard<br>Michael Kvarme<br>W. Scott Cameron<br>**WEINTRAUB GENSHLEA CHEDIAK**<br>400 Capitol Mall, Eleventh Floor<br>Sacramento, CA 95814<br>Tele:   (916) 558-6000<br>Fax:    (916) 446-1611<br>tblizzard@weintraub.com<br>wcameron@weintraub.com | **Attorneys for Defendant California Travel and Tourism Commission** |
| Edmund G. Brown, Jr.<br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA<br>W. Dean Freeman<br>Felix E. Leatherwood<br>Supervising Deputy Attorneys General<br>Ronald N. Ito<br>Diane Spencer Shaw<br>Lisa W. Chao<br>Deputy Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tele:   (213) 897-2477<br>Fax:    (213) 897-5775<br>Ronald.ito@doj.ca.gov | **Attorneys for Defendants The California Travel and Tourism Commission** |
| John H. Stephens<br>Lynn M. Beekman<br>Sarah H. Lanham<br>**WERTZ MCDADE WALLACE MOOT & BROWER**<br>945 Fourth Avenue<br>San Diego, CA 92101<br>Tele:   (619) 233-1888<br>Fax:    (619) 696-9476<br>jstephens@wertzmcdade.com<br>lbeekman@wertzmcdade.com<br>slanham@wertzmcdade.com | **Attorneys for Defendant Fox Renta A Car dba Payless Rent-A-Car** |

| ADDRESSEE | PARTY |
|---|---|
| The following non-ECF participant were served via U.S. Postal Service: | |
| T. Patrick Long<br>**LONG, WILLIAMSON AND DELIS**<br>400 N. Tustin Avenue, Suite 370<br>Santa Ana, CA 92705<br>Tele:   (714) 668-1400<br>Fax:    (714) 668-1411<br>palong@lw-d.com | **Attorneys for Defendants Coast Leasing Corp. dba Advantage Rent A Car** |