REPLY MEMORANDUM IN SUPPORT OF THE RENTAL CAR DEFENDANTS'
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

## EXHIBITS

    **Page**

Exhibit 1    Email exchange and attachment, ending with email from M. Kvarme to R. Broome, dated October 17, 2006 10:52 AM ............................................. E-1

Terri Toohey

| | |
|---|---|
| From: | Michael Kvarme [mkvarme@weintraub.com] |
| Sent: | Tuesday, October 17, 2006 10:52 AM |
| To: | rbroome@hertz.com |
| Cc: | Toohey, Terri; Caroline Beteta Forward to CTTC; caugustine@bth.ca.gov |
| Subject: | RE: Rental Car |
| Attachments: | Michael Kvarme.vcf; Michael Kvarme.vcf |

 

Michael Kvarme.vcf  Michael Kvarme.vcf
(451 B)               (451 B)

You should feel free to propose any changes. My recollection from the meeting is that everyone agreed to continue the funding as long as the pass-through was in place. In fairness to the industry I added in the possible cancellation of the CTTC in the every 6 year referendum so that you are not forced to continue it on your own. I could be wrong, but I thought that the Governor's concern was that this was not intended to go forward beyond the 2013 referendum. Hopefully, we can clarify on our next call. In any event, feel free to propose an alternative.

Additionally, Terri needs your company's financial data-we have received the remainder from the other companies.

.Michael A. Kvarme, Esq.
weintraub genshlea chediak
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Direct: (916) 558-6081
Fax:   (916) 446-1611
mkvarme@weintraub.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

-----Original Message-----
From: Richard Broome [mailto:RBroome@hertz.com]
Sent: Tuesday, October 17, 2006 10:06 AM
To: Sharon Vargas
Cc: bill.walker@dtag.com; Caroline Beteta; eastj@vanguardcar.com; eheidig@bth.ca.gov; fred@ppallc.com; joe@foxrentacar.com; jross@ka-pow.com; robert.muhs@avisbudget.com; Tracy Garrett; Toohey, Terri
Subject: Re: Rental Car

1

Exhibit 1
E01

It is possible that I am misreading the paragraph, but I thought we had agreed on the call that the car rental industry would have the right to review it's participation at the higher funding levels upon conclusion of
the next six year referendum, in 2013.   I don't believe we discussed or
agreed to a review dependent on mutual consent of the industry and Commission.

Richard Broome
Vice President, Corporate Affairs
The Hertz Corporation
225 Brae Blvd.
Park Ridge, NJ 07656
U.S.A.

| | | |
|---|---|---|
| To | | <rbroome@hertz.com>, |
| | | <eastj@vanguardcar.com>, |
| "Sharon Vargas" | | <robert.muhs@avisbudget.com>, |
| <sharon.vargas@weintraub.com> | | <bill.walker@dtag.com>, |
| | | <joe@foxrentacar.com> |
| cc | | |
| 10/17/2006 12:52 PM | | "Toohey, Terri" <TToohey@tourism.ca.gov>, |
| | | <eheidig@bth.ca.gov>, "Tracy Garrett" <tgarrett@cttc1.com>, |
| | | <jross@ka-pow.com>, |
| | | <fred@ppallc.com>, "Caroline Beteta" <cbeteta@cttc1.com> |
| Subject | | Rental Car |

2

Exhibit 1
E02

It appears that everyone did not receive the attached paragraph, so we are resending it.

Sharon D. Vargas
Assistant to Michael A. Kvarme, Shawn M. Kent and Ashley L. West

weintraub genshlea chediak
A Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6070 - Direct
(916) 446-1611 - Facsimile
sharon.vargas@weintraub.com

www.weintraub.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

<<922789.DOC>>
(See attached file: 922789.DOC)

----------------
This message (including attachments) may contain information that is privileged, confidential or protected from disclosure. If you are not the
intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received
this message in error, please immediately notify the sender by reply e-mail and delete this message from your computer. Although we have taken
steps to ensure that this e-mail and attachments are free from any virus,
we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.
----------------

3

Exhibit 1
E03

MODIFICATION OR TERMINATION

This Agreement shall be effective upon signature.

This Agreement shall continue until the results of the referendum called in 2013 are announced by the Secretary at which time it shall be extended every six (6) years unless (1) the Commission is terminated in any referendum subsequent to 2013, (2) upon any repeal of the changes to Civil Code Section 1396.01 set forth in AB2592 (Leno) or upon any amendment to Civil Code Section 1396.01 that prohibits the Passenger Rental Car Industry from separately charging customers taxes, customer facility charge, airport concession fee and tourism commission assessment, or (3) upon mutual agreement of a majority of the votes for Passenger Rental Car and the Commission.

This Agreement can be modified or terminated upon the written consent of both parties.

{10824/11233/MKVARME/922789.DOC;}

Exhibit 1
E04