Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; and THE CALIFORNIA TRAVEL AND TOURISM COMMISSION,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>PROOF OF SERVICE RE DEFENDANT CALIFORNIA TRAVEL AND TOURISM COMMISSION'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO DEFENDANT CTTC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>[Fed R. Civ. P. 12(b)(6)]<br><br>Date: July 14, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 13<br><br>The Honorable Marilyn L. Huff |

{10824/16392/JMG/1025234.DOC;}    1    Proof of Service

*Michael Shames, Gary Gramkow, et al. v. The Hertz Corporation, et al.*
U.S.D.C., Southern District of California Case No. 07-CV-2174 H BLM

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On this date, I caused to be served the following:

**DEFENDANT CTTC'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO DEFENDANT CTTC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

__X__   United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business **for parties that are not CM/ECF participants.**

Robert C. Fellmeth
Center for Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, California  92110

_____   By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

_____   Via overnight courier

__X__   Via Electronic Case Filing System **for parties that are CM/ECF participants on the attached list**

### SEE ATTACHED LIST FOR SERVICE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __7__ day of July 2008, at Sacramento, California.

_____
Janet Giebel

## Responses and Replies

3:07-cv-02174-H-BLM Shames et al v. Hertz Corporation et al

## U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Blizzard, Thadd on 7/7/2008 at 5:36 PM PDT and filed on 7/7/2008

**Case Name:** Shames et al v. Hertz Corporation et al
**Case Number:** 3:07-cv-2174
**Filer:** The California Travel and Tourism Commission
**Document Number:** 103

**Docket Text:**
**REPLY re [97] Amended MOTION to Dismiss** *MPA ISO CTTC's Motion to Dismiss Plaintiffs' First Amended Complaint (To include Table of Authorities) Reply MPA ISO CTTC's Motion to Dismiss FAC* **filed by The California Travel and Tourism Commission. (Blizzard, Thadd)**

**3:07-cv-2174 Notice has been electronically mailed to:**

Sara L. Bensley     sbensley@skadden.com, brigitte.travaglini@skadden.com

Thadd A. Blizzard     tblizzard@weintraub.com

Thomas Patrick Brown     tbrown@omm.com, dbordessa@omm.com

Gregory Dwight Call     gcall@flk.com, bnguyen@flk.com, esuzukawa@flk.com, jromano@flk.com

W Scott Cameron     wcameron@weintraub.com, enetemeyer@weintraub.com

Ronald Noboru Ito     ronald.ito@doj.ca.gov

Jennifer A Kagan     jenni@hulettharper.com, office@hulettharper.com

Jeffrey Alan LeVee     jlevee@jonesday.com

Charles L Post     cpost@weintraub.com, rcarrillo@weintraub.com

Donald G Rez     rez@shlaw.com, frederick@shlaw.com

Gerald A. Stein     gstein@omm.com

John H Stephens     jstephens@wertzmcdade.com, mallen@wertzmcdade.com

Dennis James Stewart    dstewart@hulettharper.com, office@hulettharper.com

Kathleen P Wallace    kpwallace@jonesday.com, lsublett@jonesday.com

Michael L Weiner    mweiner@skadden.com, brigitte.travaglini@skadden.com

**3:07-cv-2174 Notice has been delivered by other means to:**

Robert C Fellmeth
Center For Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/7/2008] [FileNumber=2700589-0]
[8c0646c27e28e218a89cc07d69313751702b25e87f9d43b86eb501aeb29e510ed8d0
0ef648f6c6ec6065ceee6369c298c06d5a8b5115084f97f6fe7183f6bfea]]