Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; and THE CALIFORNIA TRAVEL AND TOURISM COMMISSION,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>DEFENDANT CTTC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT<br><br>[Fed. R. Civ. P. 54(b)]<br><br>Date:   September 22, 2008<br>Time:   10:30 a.m.<br>Place:  Courtroom 13<br><br>The Honorable Marilyn L. Huff |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on September 22, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above-entitled Court, located at 880 Front Street, No. 4290, San Diego, California 92101, defendant California Travel and Tourism Commission ("CTTC") will, and hereby does, move the Court for an order that judgment be entered for CTTC and against plaintiffs in this matter, all claims against CTTC having been dismissed.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities in Support of Motion for Entry of Judgment, the pleadings and papers filed in this action, and any further evidence, testimony, or argument as may be presented at oral argument on this matter.

Dated: August 22, 2008

Respectfully submitted,

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: /s/ Thadd S. Blizzard
Thadd A. Blizzard
California State Bar No. 83297
Attorneys for Defendant The California
Travel and Tourism Commission

EDMUND G. BROWN JR., Attorney General
of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO
DIANE SPENCER SHAW
LISA W. CHAO
Deputy Attorneys General

By: /s/ Ronald N. Ito
Ronald N. Ito
California State Bar No. 71322
Attorneys for Defendant California
Travel and Tourism Commission