MICHAEL F. TUBACH (Cal. Bar No. 145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

RICHARD G. PARKER (Cal. Bar No. 62356)
rparker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

GERALD A. STEIN (*pro hac vice*)
gstein@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

**Attorneys for Defendant**
**The Hertz Corporation**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07-CV-2174 H (BLM)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 07-CV-2174 H (BLM)

**PROOF OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on August 25, 2008, I electronically filed the document listed below with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT THE HERTZ CORPORATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 25, 2008, at San Francisco, California.

*/s/ Linda Morris*
LINDA MORRIS

1 | **Service by First-Class, Mail, Postage Pre-Paid:**

2 | Robert C. Fellmeth
3 | CENTER FOR PUBLIC INTEREST LAW
  | University of San Diego School of Law
4 | 5998 Alcala Park
  | San Diego, CA 92110

5 | *Counsel for Plaintiffs MICHAEL SHAMES and*
6 | *GARY GRAMKOW*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **Service by Electronic Case Filing System:** |

Michael L. Weiner (*Pro Hac Vice*)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
Email: Michael.weiner@skadden.com

Sara L. Bensley (*Pro Hac Vice*)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Email: sbensley@skadden.com

Douglas B. Adler
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Email: Douglas.adler@skadden.com

*Counsel for Defendant AVIS BUDGET GROUP, INC.*

Gregory D. Call
Beatrice B. Nguyen
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Email: gcall@flk.com

Jennifer S. Romano
FOLGER LEVIN & KAHN LLP
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Email: jromano@flk.com

*Counsel for Defendants ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC.*

T. Patrick Long
LONG, WILLIAMSON AND DELIS
400 N. Tustin Avenue, Suite 370
Santa Ana, CA 92705
Email: tplong@lw-d.com

*Counsel for Defendant COAST LEASING CORP. d/b/a ADVANTAGE RENT A CAR*

Jeffrey A. LeVee
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Email: jlevee@jonesday.com

Kathleen P Wallace
JONES DAY
555 West Fifth Street, 50th Floor
Los Angeles, CA 90013
Email: kwallace@jonesday.com

*Counsel for Defendant DOLLAR THRIFTY AUTOMOTIAVE GROUP, INC.*

John H. Stephens
WERTZ, McDADE, WALLACE, MOOT & BREWER
945 Fourth Avenue
San Diego, CA 92101
Email: jstephens@wertzmcdade.com

*Counsel for Defendant FOX RENT-A-CAR INCORPORATED*

- 4 -

PROOF OF SERVICE
CASE NO. 07-CV-2174 H (BLM)

| | |
|---|---|
| 1 | Donald G. Rez |
|  | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
| 2 | 550 West C Street |
|  | Suite 1500 |
| 3 | San Diego, CA 92101-3540 |
|  | Email: rez@shlaw.com |
| 4 | |
|  | Dennis James Stewart |
| 5 | HULETT HARPER STEWART |
|  | 550 West C Street |
| 6 | Suite 1600 |
|  | San Diego, CA 92101-3540 |
| 7 | Email: dstewart@hulettharper.com |
|  | |
| 8 | *Counsel for Plaintiffs MICHAEL SHAMES and* |
|  | *GARY GRAMKOW* |
| 9 | |
|  | |
| 10 | Ronald Noboru Ito |
|  | ATTORNEY GENERAL OF THE STATE OF |
| 11 | CALIFORNIA |
|  | 300 South Spring Street |
| 12 | Suite 1702 |
|  | Los Angeles, CA 90013 |
| 13 | Email: ronald.ito@doj.ca.gov |
|  | |
| 14 | *Counsel for Defendant CAROLINE BETETA* |
|  | |
| 15 | |
|  | Charles L Post |
| 16 | W. Scott Cameron |
|  | WEINTRAUB GENSHLEA CHEDIAK and |
| 17 | SPROUL |
|  | 400 Capitol Mall |
| 18 | Eleventh Floor |
|  | Sacramento, CA 95814 |
| 19 | Email: cpost@weintraub.com |
|  | |
| 20 | *Counsel for Defendant CALIFORNIA TRAVEL* |
|  | *AND TOURISM COMMISSION* |
| 21 | |
| 22 | |
|  | C:\Documents and Settings\lam12674\Local Settings\Temporary Internet Files\OLKC\#725898 v1 - Shames Answer - Certificate of Service.doc |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 5 -

PROOF OF SERVICE
CASE NO. 07-CV-2174 H (BLM)