```
 1  Michael L. Weiner (Pro hac vice)
    SKADDEN ARPS SLATE MEAGHER &
 2     FLOM LLP
    Four Times Square
 3  New York, New York 10036-6522
    Telephone: (212) 735-3000
 4
    Douglas B. Adler (Cal. Bar No. 130749)
 5  SKADDEN ARPS SLATE MEAGHER &
       FLOM LLP
 6  300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071-3144
 7  Telephone: (213) 687-5000

 8  Sara L. Bensley (Pro hac vice)
    SKADDEN ARPS SLATE MEAGHER &
 9     FLOM LLP
    1440 New York Avenue, N.W.
10  Washington, D.C. 20005-2111
    Telephone: (202) 371-7000
11
    Attorneys for Defendant
12  AVIS BUDGET GROUP, INC.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; and THE CALIFORNIA TRAVEL AND TOURISM COMMISSION<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[Class Action]<br><br>PROOF OF SERVICE |

**PROOF OF SERVICE**

WASHINGTON, D.C., COUNTY OF ___XXXXX___

    I am employed in the County of ___XXXXX___, in Washington, D.C. I am over the age of 18 and not a party to the within action; my business address is 1440 New York Avenue, N.W. Washington, D.C. 20005-2111.

    ON **AUGUST 25, 2008**, I served the foregoing document described as:

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT AVIS BUDGET GROUP, INC.**

on the interested parties in this action as follows:

**SEE ATTACHED LIST**

☒    **(By CM/ECF, for parties that are CM/ECF participants)** Service is being made electronically on those parties on the attached list that are registered users of the Courts' Electronic Case Filing System.

☒    **(By U.S. Mail, for parties that are not CM/ECF participants)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Washington, D.C. and placed for collection and mailing following ordinary business practices.

☒    (FEDERAL) I declare under penalty of perjury that the above is true and correct.

☒    Executed on **August 25, 2008** at Washington, D.C.

    _____Lauren E. Burke_____
    Type or Print name                Signature

*Michael Shames; Gary Gramkow, on behalf of themselves
and on behalf of all persons similarly situated*

v.

*The Hertz Corporation et al.,*
No. 07cv2174 H (BLM)

## Service List

**Service by Electronic Case Filing System:**

Donald G. Rez
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
550 West "C" Street, Suite 1500
San Diego, CA 92101

*Counsel for Plaintiffs*

Dennis Stewart
Jennifer A. Kagan
HULETT HARPER STEWART LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101

*Counsel for Plaintiffs*

Charles L. Post
Thadd A. Blizzard
Michael Kvarme
W. Scott Cameron
WEINTRAUB GENSHLEA CHEDIAK
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

*Counsel for Defendants
CALIFORNIA TRAVEL AND TOURISM
COMMISSION*

Jeffrey A. LeVee
Kathleen P. Wallace
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

*Counsel for Defendant DOLLAR THRIFTY
AUTOMOTIVE GROUP, INC.*

Gregory D. Call
Beatrice B. Nguyen
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111

Jennifer S. Romano
FOLGER LEVIN & KAHN LLP
1900 Avenue of the Stars
28th Floor
Los Angeles, CA 90067

*Counsel for Defendants ENTERPRISE RENT-
A-CAR COMPANY and VANGUARD CAR
RENTAL USA, INC.*

Ronald N. Ito
Diane Spencer Shaw
Lisa Chao
CALIFORNIA DEPARTMENT OF
JUSTICE
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

*Counsel for Defendant CALIFORNIA
TRAVEL AND TOURISM COMMISSION*

| | |
|---|---|
| 1 | **Service by Electronic Case Filing System:** |
| 2 | |
| 3 | Richard G. Parker<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW |
| 4 | Washington, DC  20006 |
| 5 | Michael F. Tubach<br>Thomas P. Brown |
| 6 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 7 | 275 Battery Street<br>Suite 2600 |
| 8 | San Francisco, CA  94111 |
| 9 | Gerald A. Stein<br>O'MELVENY & MYERS LLP |
| 10 | Times Square Tower<br>Seven Times Square |
| 11 | New York, NY  10036 |
| 12 | *Counsel for Defendant THE HERTZ CORPORATION* |
| 13 | |
| 14 | |
| 15 | John H. Stephens<br>Lynn Beekman |
| 16 | WERTZ McDADE WALLACE MOOT &<br>BROWER |
| 17 | 945 Fourth Avenue<br>San Diego, CA  92101 |
| 18 | *Counsel for Defendant FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Service by First-Class Mail, Postage Pre-Paid:**

Robert C. Fellmeth
CENTER FOR PUBLIC INTEREST LAW
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

*Counsel for Plaintiffs*


T. Patrick Long
LONG, WILLIAMSON AND DELIS
400 N. Tustin Ave.
Suite 370
Santa Ana, CA 92705

*Counsel for Defendant COAST LEASING CORP. dba ADVANTAGE RENT A CAR*