Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Kate Wallace (State Bar No. 234949)
kpwallace@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:    213-489-3939
Facsimile:    213-243-2539

Attorneys for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE HERTZ CORPORATION, et al.,**<br><br>**Defendants.** | Case No. 07-CV-2174 H (BLM)<br><br>**PROOF OF SERVICE FOR ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.** |

I, Larry Sublett, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300.  On August 25, 2008, I served a copy of the within document(s):

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.**

1  ☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  by electronic transmission to all parties registered on the Court's CM/ECF system in this action.

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2008, at Los Angeles, California.

_____
Larry Sublett

# SERVICE LIST

**Michael Shames, *et al.* v. The Hertz Corporation, *et al.*
Case No. 07 CV 2174 H BLM**

<u>Service by Electronic Case Filing System</u>:

| | |
|---|---|
| Donald G. Rez<br>SULLIVAN, HILL LEWIN, REZ & ENGEL<br>A Professional Law Corporation<br>550 West "C" Street, Suite 1500<br>San Diego, CA  92101<br><br>Dennis James Stewart<br>Jennifer A. Kagan<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA  92101 | Counsel for Plaintiffs<br>MICHAEL SHAMES AND GARY GRAMKOW |
| Gregory D. Call<br>Beatrice B. Nguyen<br>FOLGER LEVIN & KAHN LLP<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111<br><br>Jennifer S. Romano<br>FOLGER LEVIN & KAHN LLP<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA  90067 | Counsel for Defendants<br>ENTERPRISE RENT-A-CAR COMPANY and VANGUARD CAR RENTAL USA, INC. |
| Gerald A. Stein<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>Seven Times Square<br>New York, NY  10036<br><br>Thomas P. Brown<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2600<br>San Francisco, CA  94111 | Counsel for Defendant<br>HERTZ CORPORATION |
| Sara L. Bensley (*Pro Hac Vice*)<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C.  20005-2111 | Counsel for Defendant<br>AVIS BUDGET GROUP, INC |

| | |
|---|---|
| Michael L. Weiner (*Pro Hac Vice*)<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>Four Times Square<br>New York, New York  10036-6522 | Counsel for Defendants<br>AVIS BUDGET GROUP, INC., HERTZ CORPORATION, FOX RENT A CAR, INC., COAST LEASING CORP. d/b/a/ ADVANTAGE RENT A CAR, ENTERPRISE RENT-A-CAR COMPANY, FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |
| John H. Stephens<br>WERTZ McDADE WALLACE MOOT & BROWER<br>945 Fourth Avenue<br>San Diego, CA  92101 | Counsel for Defendant<br>FOX RENT A CAR D/B/A PAYLESS RENT-A-CAR |
| Edmund G. Brown, Jr.<br>Attorney General of the State of California<br>Ronald N. Ito<br>Deputy Attorney General<br>300 South Spring Street, Room 1702<br>Los Angeles, CA  90013 | Counsel for Defendant<br>CALIFORNIA TRAVEL & TOURISM COMMISSION AND CAROLINE BETETA |
| Charles L. Post<br>W. Scott Cameron<br>Thadd A. Blizzard<br>WEINTRAUB GENSHLEA CHEDIAK<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA  95814 | |

Service By First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Robert C. Fellmeth<br>CENTER FOR PUBLIC INTEREST LAW<br>University of San Diego School of Law<br>5998 Alcala Park<br>San Diego, CA  92110 | Counsel for Plaintiffs<br>MICHAEL SHAMES AND GARY GRAMKOW |

- 2 -