FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483)
Beatrice B. Nguyen (CSB No. 172961)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

FOLGER LEVIN & KAHN LLP
Jennifer S. Romano (CSB No. 195953)
Michael Y. Kao (CSB No. 235263)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (310) 556-3700
Facsimile: (310) 556-3770

Attorneys for Defendant
ENTERPRISE RENT-A-CAR COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; and COAST LEASING CORP., a Texas corporation, <br><br> Defendants. | Case No. 07CV 2174 H BLM <br><br> **PROOF OF SERVICE BY MAIL** |

## PROOF OF SERVICE

I, Denise A. West, state:

My business address is 1900 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT ENTERPRISE RENT-A-CAR COMPANY'S ANSWER TO FIRST AMENDED COMPLAINT**

on the following person(s) in this action:

| | |
|---|---|
| Robert C. Fellmeth<br>Center for Public Interest Law<br>University of San Diego School of Law<br>5998 Alcala Park<br>San Diego, CA 92110 | *Attorneys for Plaintiffs MICHAEL SHAMES and GARY GRAMKOW* |
| T. Patrick Long<br>Long Williamson & Delis<br>400 N. Tustin Avenue, Suite 370<br>Santa Ana, CA 92705 | *Counsel for Defendant COAST LEASING CORP. dba ADVANTAGE RENT A CAR* |

☒ <u>BY FIRST CLASS MAIL</u>: I am employed in the City and County of Los Angeles where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ <u>BY FACSIMILE</u>: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 25, 2008, at Los Angeles, California.

_____
Denise A. West

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

- 1 -    PROOF OF SERVICE; CASE NO. 07CV-2174 H BLM