1  FOLGER LEVIN & KAHN LLP
   Gregory D. Call (CSB No. 120483)
2  Beatrice B. Nguyen (CSB No. 172961)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   FOLGER LEVIN & KAHN LLP
6  Jennifer S. Romano (CSB No. 195953)
   Michael Y. Kao (CSB No. 235263)
7  1900 Avenue of the Stars, 28th Floor
   Los Angeles, CA 90067
8  Telephone: (310) 556-3700
   Facsimile: (310) 556-3770
9

10 Attorneys for Defendant
   VANGUARD CAR RENTAL USA, INC.
11

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

14

15 | MICHAEL SHAMES; GARY           | Case No. 07CV 2174 H BLM
   | GRAMKOW, on behalf of themselves and |
16 | on behalf of all persons similarly situated, | **PROOF OF SERVICE BY MAIL**

17         Plaintiffs,

18      v.

19 THE HERTZ CORPORATION, a
   Delaware corporation; DOLLAR
20 THRIFTY AUTOMOTIVE GROUP, INC.,
   a Delaware corporation; AVIS BUDGET
21 GROUP, INC., a Delaware corporation;
   VANGUARD CAR RENTAL USA, INC.,
22 an Oklahoma corporation; ENTERPRISE
   RENT-A-CAR COMPANY, a Missouri
23 corporation; FOX RENT A CAR, INC., a
   California corporation; and COAST
24 LEASING CORP., a Texas corporation,

25         Defendants.

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

PROOF OF SERVICE; CASE NO. 07CV 2174 H BLM

**PROOF OF SERVICE**

I, Denise A. West, state:

My business address is 1900 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT VANGUARD CAR RENTAL USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

on the following person(s) in this action:

| | |
|---|---|
| Robert C. Fellmeth<br>Center for Public Interest Law<br>University of San Diego School of Law<br>5998 Alcala Park<br>San Diego, CA 92110 | *Attorneys for Plaintiffs MICHAEL SHAMES and GARY GRAMKOW* |
| T. Patrick Long<br>Long Williamson & Delis<br>400 N. Tustin Avenue, Suite 370<br>Santa Ana, CA 92705 | *Counsel for Defendant COAST LEASING CORP. dba ADVANTAGE RENT A CAR* |

☒ BY FIRST CLASS MAIL: I am employed in the City and County of Los Angeles where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ BY FACSIMILE: Based on an agreement of the parties to accept service by facsimile transmission, I faxed the document(s) identified above to the person(s) at the fax number(s) listed above. The transmission was reported complete and without error. I have attached a copy of the transmission report that was issued by the facsimile machine.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 25, 2008, at Los Angeles, California.

*/s/ Denise A. West*
Denise A. West

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

- 1 -    PROOF OF SERVICE; CASE NO. 07CV-2174 H BLM