CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH, SBN 49897
cpil@sandiego.edu
ED HOWARD, SBN 151936
JULIANNE D'ANGELO FELLMETH, SBN: 109288
5998 Alcala Park
San Diego, CA  92110
Telephone:	(619) 260-4806
Facsimile:	(619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ, SBN 82615
rez@shlaw.com
550 West "C" Street, Suite 1500
San Diego, CA  92101
Telephone:	(619) 233-4100
Facsimile:	(619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
dstewart@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:	(619) 338-1133
Facsimile:	(619) 338-1139

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>    Defendants. | Case No. 07CV2174H(BLM)<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>DATE:  September 22, 2008<br>TIME:   10:30 a.m.<br>JUDGE: Honorable Marilyn L. Huff<br>CTRM:  13 |

**PROOF OF SERVICE**

*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07CV2174H(BLM)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on September 8, 2008, I served the following document(s) entitled: **MEMORANDUM IN OPPOSITION TO DEFENDANT CTTC'S MOTION FOR ENTRY OF FINAL JUDGMENT** on ALL INTERESTED PARTIES in this action:

Robert C Fellmeth
Center For Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, CA  92110

■   **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■   **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 8, 2008, at San Diego, California.


　　　　　　　　　　　　　　　　　　　　 */s/ Jennifer A. Kagan*
　　　　　　　　　　　　　　　　　　　　　JENNIFER A. KAGAN

07CV2174H(BLM)