| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
|   | Gregory D. Call (CSB No. 120483) |
| 2 | Beatrice B. Nguyen (CSB No. 172961) |
|   | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
|   | San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-2800 |
|   | Facsimile: (415) 986-2827 |
| 5 | |
|   | FOLGER LEVIN & KAHN LLP |
| 6 | Jennifer S. Romano (CSB No. 195953) |
|   | Michael Y. Kao (CSB No. 235263) |
| 7 | 1900 Avenue of the Stars, 28th Floor |
|   | Los Angeles, CA  90067 |
| 8 | Telephone: (310) 556-3700 |
|   | Facsimile: (310) 556-3770 |
| 9 | |
|   | Attorneys for Defendants |
| 10 | ENTERPRISE RENT-A-CAR COMPANY and |
|   | VANGUARD CAR RENTAL USA, INC. |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, | Case No. 07CV 2174 H BLM |
| | **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| Plaintiffs, | |
| | Judge:  Hon. Barbara L. Major |
| v. | |
| THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; and COAST LEASING CORP., a Texas corporation, | |
| Defendants. | |

Plaintiffs Michael Shames and Gary Gramkow (collectively, "Plaintiffs") and Defendants The Hertz Corporation, Avis Budget Group, Inc., Dollar Thrifty Automotive Group, Inc., Fox Rent a Car, Inc., Vanguard Car Rental USA, Inc, Enterprise Rent-A-Car Company, and Coast Leasing Corp. (collectively, the "Rental Car Defendants"), by their respective attorneys, hereby jointly move the Court for an order extending the time to hold an Early Neutral Evaluation Conference ("ENE") beyond forty-five days of the filing of the first answer, and continuing the ENE presently set for September 29, 2008, at 1:30 p.m. to October 16, 2008, at 1:30 p.m. Good cause and extraordinary circumstances exist for the continuance of the ENE because each of the Rental Car Defendants is also a party to a case currently pending in the United States District Court, Central District of California, in which a hearing has been set for September 29, 2008 at 10:00 a.m. in Los Angeles, California. The facts supporting this Joint Motion are as follows:

1. Plaintiffs initiated this action on November 14, 2007, and subsequently filed a First Amended Complaint on May 1, 2008.

2. Each of the Rental Car Defendants filed an Answer to the First Amended Complaint on August 25, 2008. Pursuant to Local Rule 16.1(c), the ENE must take place within forty-five days of the filing of the first answer (October 9, 2008).

3. On August 25, 2008, the Court entered an Order setting the ENE in this case for September 29, 2008, at 1:30 p.m.

4. Each of the Rental Car Defendants is also a party to a case currently pending in the United States District Court, Central District of California, in which a hearing has been set for September 29, 2008, at 10:00 a.m. in Los Angeles, California. Because of this scheduling conflict, counsel for the Rental Car Defendants are unable to attend the ENE presently set for September 29, 2008.

5. The parties have been informed by the Clerk that October 1, 6, 8, and 9 are the only remaining available dates on the Court's calendar within the forty-five day period required under Local Rule 16.1(c). Because of the large number of parties and counsel involved in this case, scheduling conflicts also exist with each of those dates. In particular, because all of the remaining dates except October 6 fall on Jewish holidays, it is not possible for many of the parties

1  and counsel to travel long distances to attend the ENE on those dates. Plaintiffs' counsel are
2  unavailable to attend the ENE on October 6.
3      Based on the foregoing, the parties stipulate to a continuance of the ENE to a date beyond
4  forty-five days of the filing of the first answer and confirm their availability to attend an ENE on
5  October 16, 2008. The parties are also available on October 17.
6      The parties respectfully request that the Court enter an order extending the time to hold
7  the ENE beyond forty-five days of the filing of the first answer, and continuing the ENE currently
8  set for September 29, 2008 at 1:30 p.m. to October 16, 2008, at 1:30 p.m., or a later date
9  convenient with the Court's calendar.
10     The parties also respectfully request that the Court enter an order allowing the parties and
11 party representatives with full settlement authority to participate in the ENE by teleconference.
12 Outside counsel for the parties would attend the ENE in person. This action is in its initial stages,
13 with many procedural and substantive issues still to be considered and decided by the Court and
14 the parties. Consequently, given that many of the party representatives are located in the Midwest
15 and East Coast, the parties agree that it would be most efficient for outside counsel to attend this
16 initial ENE in person with the parties and party representatives attending by teleconference.
17                                             Respectfully submitted,
18 Dated: September 10, 2008             HULETT HARPER STEWART LLP
19
20                                          s/     *Dennis Stewart*
21                                              Dennis Stewart
                                             Counsel for Plaintiffs
22
23 Dated: September 10, 2008             FOLGER LEVIN & KAHN LLP
24
25                                          s/     *Gregory D. Call*
                                             Gregory D. Call
26                                              Counsel for Defendants
                                 ENTERPRISE RENT-A-CAR COMPANY
                                 and VANGUARD CAR RENTAL USA, INC.
27
28

| | | |
|---|---|---|
| 1 | Dated: September 10, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |

s/    *Michael L. Weiner*
Michael L. Weiner (*Pro hac vice*)
Counsel for Defendant
AVIS BUDGET GROUP, INC.

Dated: September 10, 2008                                JONES DAY

s/    *Jeffrey A. LeVee*
Jeffrey A. LeVee
Counsel for Defendant
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

Dated: September 10, 2008              WERTZ MCDADE WALLACE MOOT & BROWER

s/    *John H. Stephens*
John H. Stephens
Counsel for Defendant
FOX RENT A CAR, INC.

Dated: September 10, 2008                    LONG WILLIAMSON & DELIS

s/    *T. Patrick Long*
T. Patrick Long
Counsel for Defendant
COAST LEASING CORP. dba
ADVANTAGE RENT-A-CAR

Dated: September 10, 2008                        O'MELVENY & MYERS LLP

s/    *Gerald A. Stein*
Gerald A. Stein *(Pro hac vice)*
Counsel for Defendant
THE HERTZ CORPORATION

1  I, Gregory D. Call, hereby certify that the content of this Joint Motion is acceptable to all
2  parties required to sign this Joint Motion. All parties authorize me to affix their CM/ECF
3  electronic signatures to this Joint Motion.

4  Dated: September 10, 2008                         FOLGER LEVIN & KAHN LLP

6                                                    s/     *Gregory D. Call*
7                                                    Gregory D. Call
                                                     Counsel for Defendants
                                                     ENTERPRISE RENT-A-CAR COMPANY
8                                                    and VANGUARD CAR RENTAL USA, INC.

29055\6003\616240.2