<pre>
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA


MICHAEL SHAMES; GARY GRAMKOW, on  )  Case No. 07cv2174-H (BLM)
behalf  of  themselves  and  on   )
behalf of all persons similarly   )  **ORDER (1) DENYING JOINT MOTION**
situated,                         )  **TO CONTINUE EARLY NEUTRAL**
                                  )  **EVALUATION CONFERENCE,**
              Plaintiffs,         )  **(2) VACATING EARLY NEUTRAL**
                                  )  **EVALUATION CONFERENCE, AND**
v.                                )  **(3) SETTING TELEPHONIC,**
                                  )  **ATTORNEYS-ONLY EARLY NEUTRAL**
THE HERTZ CORPORATION, et al.,    )  **EVALUATION CONFERENCE**
                                  )
              Defendants.         )
_____)
</pre>

On September 10, 2008, the parties filed a joint motion to continue the September 29, 2008 Early Neutral Evaluation Conference ("ENE") due to the unavailability of a large number of the parties and counsel involved in the case.  Doc. No. 122.

///
///
///
///
///
///
///

1      In light of these scheduling conflicts, the Court hereby **VACATES** the September 29, 2008 ENE.  The Court will conduct a telephonic, attorneys-only ENE on **October 3, 2008** at **9:00 a.m.** in order to discuss the status of the case and scheduling.  Plaintiffs' counsel shall arrange the conference call and contact chambers at (619) 557-7372.  Failure of required counsel to participate may result in the imposition of sanctions.

    **IT IS SO ORDERED.**

DATED: September 12, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL