Thadd A. Blizzard, State Bar No. 83297
Michael A. Kvarme, State Bar No. 90749
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

EDMUND G. BROWN JR.
Attorney General of the State of California
W. DEAN FREEMAN
FELIX E. LEATHERWOOD
Supervising Deputy Attorneys General
RONALD N. ITO, State Bar No. 71322
DIANE SPENCER SHAW, State Bar No. 73970
LISA W. CHAO, State Bar No. 198536
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
(213) 897-2477 – Main
(213) 897-5775 – Facsimile

Attorneys for Defendant
The California Travel and Tourism Commission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation; AVIS BUDGET GROUP, INC., a Delaware corporation; VANGUARD CAR RENTAL USA, INC., an Oklahoma corporation; ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation; FOX RENT A CAR, INC., a California corporation; COAST LEASING CORP., a Texas corporation; and THE CALIFORNIA TRAVEL AND TOURISM COMMISSION,<br><br>Defendants. | Case No. 07 CV 2174 H BLM<br><br>[CLASS ACTION]<br><br>PROOF OF SERVICE RE DEFENDANT CTTC's REPLY IN FURTHER SUPPORT OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT<br><br>[Fed. R. Civ. P. 54(b)]<br><br>Date:  September 22, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom 13<br><br>The Honorable Marilyn L. Huff |

{10824/16392/JMG/1062815.DOC;}                    1                                          Proof of Service

Michael Shames, Gary Gramkow, et al. v. The Hertz Corporation, et al.
U.S.D.C., Southern District of California Case No. 07-CV-2174 H BLM

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On this date, I caused to be served the following:

Defendant CTTC's Reply In Further Support of Motion for Entry of Final Judgment

__X__  United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business **for parties that are not CM/ECF participants.**

Robert C. Fellmeth                                                                    Attorneys for
Center for Public Interest Law                                                    Plaintiffs
University of San Diego School of Law
5998 Alcala Park
San Diego, California  92110

_____  By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

_____  Via overnight courier

__X__  BY CM/ECF Electronic Service: I caused such document to be served via the Court's electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 15, 2008 at Sacramento, California.

_____
Janet Giebel