1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    MICHAEL SHAMES; GARY GRAMKOW,            CASE NO. 07-CV-2174 H (BLM)
      on behalf of themselves and on behalf of all
12    persons similarly situated,                           **ORDER SUBMITTING**
                                                            **DEFENDANT CTTC'S MOTION**
13                                        Plaintiff,        **FOR ENTRY OF FINAL**
                                                            **JUDGMENT**
14           vs.

15    THE HERTZ CORPORATION, a Delaware
      corporation; DOLLAR THRIFTY
16    AUTOMOTIVE GROUP, INC., a Delaware
      corporation; VANGUARD CAR RENTAL
17    USA, INC., an Oklahoma corporation;
      ENTERPRISE RENT-A-CAR COMPANY, a
18    Missouri corporation; FOX RENT A CAR,
      INC., a California corporation; COAST
19    LEASING CORP., a Texas corporation; THE
      CALIFORNIA TRAVEL AND TOURISM
20    COMMISSION,

21                                        Defendant.

22           On August 22, 2008, Defendant California Travel and Tourism Commission ("CTTC")

23    filed a motion requesting entry of final judgment in its favor pursuant to Federal Rule of Civil

24    Procedure 54(b).   On September 8, 2008, Plaintiffs filed an opposition to that motion.

25    Defendant CTTC's reply was filed on September 15, 2008.

26    //

27    //

28

07cv2174

1       The Court concludes that this motion is appropriate for decision without oral argument.

2 Accordingly, the Court submits the motion on the papers under Local Rule 7.1(d)(1).  The

3 motion hearing scheduled for September 22, 2008 is vacated.

4 IT IS SO ORDERED.

5 DATED: September 17, 2008

6

7                MARILYN L. HUFF, District Judge

8                UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2174