# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA TRAVEL AND TOURISM COMMISSION, et al.,<br><br>Defendants. | CASE NO. 07 CV 02174 MMA (WMC)<br><br>**ORDER** |

On November 24, 2010, the Court of Appeals for the Ninth Circuit granted Plaintiffs' petition for rehearing *en banc* and entered judgment in this case reversing and remanding the District Court's order dismissing Plaintiffs' claims against Defendant California Travel and Tourism Commission. This Court received the mandate on December 27, 2010; the mandate is spread. The Court now has jurisdiction.

This case is referred to Magistrate Judge William McCurine, Jr. for a case management / settlement conference, currently set for February 9, 2011.

DATED: January 18, 2011

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge