1  HULETT HARPER STEWART LLP
   DENNIS STEWART, SBN: 99152
2  dstewart@hulettharper.com
   BRIDGET F. GRAMME, SBN: 231953
3  bridget@hulettharper.com
   LINDSAY J. MERTENS, SBN: 254008
4  lindsay@hulettharper.com
5  525 B Street, Suite 760
   San Diego, CA  92101
6  Telephone:     (619) 338-1133
   Facsimile:      (619) 338-1139
7
8  Attorneys for Plaintiffs
   (Additional Counsel on Signature Page)
9

10 O'MELVENY & MYERS LLP
   MICHAEL F. TUBACH, SBN: 145955
11 RYAN J. PADDEN, SBN: 204515
   Two Embarcadero Center, 28th Floor
12 San Francisco, CA  94111
   Telephone:     (415) 984-8700
13 Facsimile:      (415) 984-8701

14 Attorneys for Defendant The Hertz Corporation
   (Additional Counsel on Signature Page)
15

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HERTZ CORPORATION, et al., <br><br> Defendants. | Case No.  07-CV-2174-MMA (WMC) <br><br> [CLASS ACTION] <br><br> **PLAINTIFFS' AND DEFENDANTS' JOINT DISCOVERY PLAN** <br><br> JUDGE:    Honorable Michael M. Anello <br> CTRM:        5 |

1   As discussed during the February 9, 2011, Case Management/Settlement Conference, the
2   parties have made further efforts to seek to reach agreement on the schedule they would ask that
3   the Court order in this case.  Pursuant to the Court's February 15, 2011 Order Following Case
4   Management/Settlement Conference, Docket # 241, all parties submit this Joint Discovery Plan
5   proposing an agreed schedule.

| Event | Joint Proposal |
|---|---|
| Last day for the CTTC to file answer | Done |
| Discovery recommences[1] | February 8, 2011 |
| Last day to file motion for class certification | September 2, 2011 |
| Last day to file opposition to motion for class certification | October 28, 2011 |
| End of fact discovery | November 11, 2011 |
| Last day to file reply in support of motion for class certification | December 9, 2011 |
| Last day for Plaintiffs to serve expert disclosures, including written report(s), pursuant to Fed. R. Civ. P. 26(a)(2) | December 2, 2011 |
| Last day for Plaintiffs' expert(s) who submitted written report(s) to be deposed | December 16, 2011 |
| Last day for Defendants to serve expert disclosures, including written report(s), pursuant to Fed. R. Civ. P. 26(a)(2) | January 6, 2012 |
| Last day for Defendants' expert(s) who submitted written report(s) to be deposed | January 20, 2012 |
| If appropriate, last day for Plaintiffs to serve rebuttal expert disclosures, including written report(s), pursuant to Fed. R. Civ. P. 26(a)(2) | February 10, 2012 |
| Last day for Plaintiffs' expert(s) who submitted rebuttal report(s) to be deposed, if necessary | February 28, 2012 |
| End of expert discovery | March 30, 2012 |
| Last day to file motion for summary judgment | April 27, 2012 |

---

[1] Discovery is currently stayed pursuant to the July 16 stay order as that Order provides that discovery was to be stayed until "entry of the Court's Order on the [pending cross] motions." The recommencement of discovery stated here is subject to obtaining an order from Judge Anello lifting that stay.

PARTIES' JOINT DISCOVERY PLAN,
CASE 07-CV-2174-MMA (WMc)

| | | |
|---|---|---|
| 1 | Dated: February 16, 2011 | HULETT HARPER STEWART LLP |
| 2 | | DENNIS STEWART |
| | | BRIDGET F. GRAMME |
| 3 | | LINDSAY J. MERTENS |

                                                   */s/ Dennis Stewart*

DENNIS STEWART
525 B Street, Suite 760
San Diego, CA  92101
Telephone:     (619) 338-1133
Facsimile:     (619) 338-1139


CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO
 SCHOOL OF LAW
ROBERT C. FELLMETH
ED HOWARD
JULIANNE D'ANGELO FELLMETH
5998 Alcala Park
San Diego, CA  92110
Telephone:     (619) 260-4806
Facsimile:     (619) 260-4753


SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ
550 West C Street, Suite 1500
San Diego, CA  92101
Telephone:     (619) 233-4100
Facsimile:     (619) 231-4372

Attorneys for Plaintiffs

Dated: February 16, 2011       JONES DAY
JEFFREY A. LEVEE, SBN: 125863

    */s/ Jeffrey A. Levee*

JEFFREY A. LEVEE
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071
Telephone:     (213) 489-3939

Counsel for Defendant Dollar Thrifty Automotive Group, Inc.

| | | |
|---|---|---|
| 1 | Dated: February 16, 2011 | CROWELL & MORING LLP |
| 2 | | GREGORY D. CALL, SBN: 120483 |
| | | BEATRICE B. NGUYEN, SBN: 172961 |

 */s/ Beatrice B. Nguyen*
BEATRICE B. NGUYEN

275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:     (415) 986-2800
Facsimile:       (415) 986-2827

CROWELL & MORING LLP
JENNIFER S. ROMANO, SBN: 195953
MICHAEL Y. KAO, SBN: 235263
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:     (213) 622-4750
Facsimile:       (213) 622-2690

Counsel for Defendants Enterprise Holdings, Inc.
and Vanguard Car Rental USA, LLC

Dated: February 16, 2011          WERTZ McDADE WALLACE MOOT
                                   & BROWER
                                  JOHN H. STEPHENS, SBN: 82971

 */s/ John H. Stephens*
JOHN H. STEPHENS

945 Fourth Avenue
San Diego, CA  92101
Telephone:     (619) 233-1888

Counsel for Defendant Fox Rent A Car d/b/a Payless Rent-A-Car

| | | |
|---|---|---|
| 1 | Dated: February 16, 2011 | O'MELVENY & MYERS LLP |
| 2 | | MICHAEL F. TUBACH, SBN, 145955 |
| 3 | | RYAN J. PADDEN, SBN 204515 |
| 4 | | /s/ Ryan J. Padden |
| | | RYAN J. PADDEN |
| 5 | | |
| 6 | | Two Embarcadero Center, 28th Floor |
| | | San Francisco, CA  94111 |
| 7 | | Telephone:     (415) 984-8700 |
| 8 | | Counsel for Defendant The Hertz Corporation |
| 9 | Dated: February 16, 2011 | KIRKLAND & ELLIS LLP |
| | | COREY C. WATSON |
| 10 | | |
| 11 | | /s/ Corey C. Watson |
| | | COREY C. WATSON |
| 12 | | |
| 13 | | 333 South Hope Street |
| | | Los Angeles, CA  90071 |
| 14 | | Telephone:     (213) 680-8400 |
| | | Facsimile:       (213) 680-8500 |
| 15 | | Counsel for Defendant Avis Budget Group, Inc. |
| 16 | Dated: February 16, 2011 | WEINTRAUB GENSHLEA CHEDIAK |
| 17 | | CHARLES L. POST, SBN 160443 |
| | | SCOTT M. PLAMONDON, SBN 212294 |
| 18 | | /s/ Charles L. Post |
| 19 | | CHARLES L. POST |
| 20 | | 400 Capitol Mall, 11th Floor |
| | | Sacramento, CA 95814 |
| 21 | | Tel: (916) 558-6000 |
| 22 | | KAMALA D. HARRIS, Attorney General of the State of California |
| 23 | | W. DEAN FREEMAN |
| 24 | | FELIX E. LEATHERWOOD |
| | | Supervising Deputy Attorneys General |
| 25 | | RONALD N. ITO |
| | | DIANE SPENCER SHAW |
| 26 | | LISA W. CHAO |
| | | Deputy Attorneys General |
| 27 | | |
| 28 | | Counsel for Defendant CALIFORNIA TRAVEL AND TOURISM COMMISSION |

- 4 -  PARTIES' JOINT DISCOVERY PLAN, CASE 07-CV-2174-MMA (WMc)

**FILER'S ATTESTATION**

I, Ryan Padden, hereby certify that the content of this Plaintiffs' and Defendants' Joint Discovery Plan is acceptable to all parties required to sign. All parties authorize me to affix their CM/ECF electronic signatures to this Plaintiffs' and Defendants' Joint Discovery Plan.

Respectfully submitted,

Dated: February 16, 2011

O'MELVENY & MYERS LLP
MICHAEL F. TUBACH, SBN, 145955
RYAN J. PADDEN, SBN 204515

 /s/ Ryan J. Padden
RYAN J. PADDEN

Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:     (415) 984-8700

Counsel for Defendant The Hertz Corporation