1  CENTER FOR PUBLIC INTEREST LAW
   UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
2  ROBERT C. FELLMETH (49897)
   cpil@sandiego.edu
3  ED HOWARD (151936)
4  JULIANNE D'ANGELO FELLMETH (109288)
   5998 Alcala Park
5  San Diego, CA  92110
   Telephone:      (619) 260-4806
6  Facsimile:      (619) 260-4753

7
   SULLIVAN HILL LEWIN REZ & ENGEL            HULETT HARPER STEWART LLP
8  A Professional Law Corporation              DENNIS STEWART (99152)
   DONALD G. REZ (82615)                       dstewart@hulettharper.com
9  rez@shlaw.com                               525 B Street, Suite 760
   550 West C Street, Suite 1500               San Diego, CA  92101
10 San Diego, CA  92101                        Telephone:      (619) 338-1133
   Telephone:      (619) 233-4100              Facsimile:      (619) 338-1139
11 Facsimile:      (619) 231-4372

12
   Attorneys for Plaintiff
13 [Additional Counsel on Signature Page]

14                    **IN THE UNITED STATES DISTRICT COURT**

15                         **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, | Case No. 07cv2174-MMA(WMc) |
| Plaintiffs, | **CLASS ACTION** |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL AND APPROVAL OF FORM AND MANNER OF GIVING NOTICE TO CLASS MEMBERS** |
| THE HERTZ CORPORATION, et al., | |
| Defendants. | |
| | DATE:   June 4, 2012<br>TIME:   2:30 p.m.<br>JUDGE:  Honorable Michael M. Anello<br>CTRM:   5 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 4, 2012 at 2:30 p.m., before the Honorable Michael M. Anello, United States District Court, Southern District of California, 940 Front Street, San Diego, California, 92101, Plaintiff will and hereby does move the Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order:

(i) granting preliminary approval of the settlement agreement Plaintiff has executed on behalf of a class of similarly situated consumers with Defendants;

(ii) certifying a Class, for settlement purposes only, defined as: "All Persons (other than those Persons who timely and validly request exclusion from the Class) who rented a car directly from a Rental Car Defendant for pick up at a California Airport Location during the period from January 1, 2007 through November 14, 2007, inclusive, and were charged and paid to the Rental Car Defendant an Airport Concession Fee and/or Tourism Commission Assessment Fee for that rental car as a separate line item(s) on their invoices.  Excluded from the Class are: (i) rentals made pursuant to a pre-existing agreement between a business or governmental entity and the Rental Car Defendant pursuant to which the rental charge was determined; and (ii) rentals in which the customer paid a package price to a third party tour operator or on-line booking agency rather than a Rental Car Defendant.  Also excluded from the Class are the Defendants, the directors, officers, subsidiaries, and affiliates of Defendants, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest, and the legal representatives, affiliates, heirs, successors-in-interest or assigns of any such excluded person, Related Parties as well as any judges or mediators involved in the Litigation (including the Hon. Michael M. Anello, Magistrate Judge McCurine, and the Hon. Ronald Sabraw (ret.))";

(iii) appointing Gary Gramkow as the representative of the Settlement Class and Hulett Harper Stewart LLP and Sullivan Hill Lewin Rez & Engel as class counsel;

(iv) approving the manner and forms for giving notice to Class members of the settlement agreements, and the fee and expense and service award applications; and

(v) establishing a timetable for disseminating the Class notice, opting out of the Class, lodging objections, if any, to approval of the settlement agreement and/or the fee and

1 expense and service award applications, and holding a hearing regarding final approval of the
2 settlement agreements.
3     This motion is based upon this Notice of Motion and Motion, the accompanying
4 Memorandum of Points and Authorities, the Joint Declaration of Dennis Stewart and Donald Rez
5 in Support of Motion for Preliminary Approval of Settlement and Approval of the Form of, and
6 Plan for, Dissemination of Class Notice, the Declaration of Gina M. Intrepido-Bowden on
7 Settlement Notice Plan and Notices, and the Proposed Order Preliminarily Approving Settlement
8 and Providing for Notice, the complete files and records in this action, and such other written or
9 oral arguments that may be presented to the Court.  The Stipulation of Settlement is attached to the
10 Stewart/Rez Declaration as Exhibit A.

11 DATED: May 17, 2012        HULETT HARPER STEWART LLP
                              DENNIS STEWART

14                              */s/ Dennis Stewart*
                                DENNIS STEWART

16                              525 B Street, Suite 760
                                San Diego, CA  92101
17                              Telephone:     (619) 338-1133
                                Facsimile:     (619) 338-1139

19                              SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                A Professional Law Corporation
20                              DONALD G. REZ

22                              */s/ Donald G. Rez*
                                DONALD G. REZ (with permission)

24                              550 West C Street, Suite 1500
                                San Diego, CA  92101
25                              Telephone:     (619) 233-4100
                                Facsimile:     (619) 231-4372

| | |
|---|---|
| 1 | CENTER FOR PUBLIC INTEREST LAW |
| | UNIVERSITY OF SAN DIEGO |
| 2 |  SCHOOL OF LAW |
| 3 | ROBERT C. FELLMETH |
| | ED HOWARD |
| 4 | JULIANNE D'ANGELO FELLMETH |
| | 5998 Alcala Park |
| 5 | San Diego, CA  92110 |
| | Telephone:     (619) 260-4806 |
| 6 | Facsimile:      (619) 260-4753 |
| 7 | |
| | FREEDMAN BOYD HOLLANDER GOLDBERG |
| 8 |  IVES & DUNCAN, P.A. |
| | JOSEPH GOLDBERG |
| 9 | jg@fbdlaw.com |
| | DAVID H. URIAS |
| 10 | dhu@fbdlaw.com |
| 11 | 200 3rd Street NW, Suite 700 |
| | Albuquerque, NM  87102 |
| 12 | Telephone:     (505) 842-9960 |
| | Facsimile      (505) 842-0761 |
| 13 | |
| 14 | Attorneys for Plaintiffs |