CENTER FOR PUBLIC INTEREST LAW
UNIVERSITY OF SAN DIEGO SCHOOL OF LAW
ROBERT C. FELLMETH (49897)
cpil@sandiego.edu
ED HOWARD (151936)
JULIANNE D'ANGELO FELLMETH (109288)
5998 Alcala Park
San Diego, CA  92110
Telephone:      (619) 260-4806
Facsimile:       (619) 260-4753

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
DONALD G. REZ (82615)
rez@shlaw.com
550 West C Street, Suite 1500
San Diego, CA  92101
Telephone:      (619) 233-4100
Facsimile:       (619) 231-4372

HULETT HARPER STEWART LLP
DENNIS STEWART (99152)
dstewart@hulettharper.com
525 B Street, Suite 760
San Diego, CA  92101
Telephone:      (619) 338-1133
Facsimile:       (619) 338-1139

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>Defendants. | Case No. 07cv2174-MMA(WMc)<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>DATE:      June 4, 2012<br>TIME:      2:30 p.m.<br>JUDGE:    Honorable Michael M. Anello<br>CTRM:     5 |

**PROOF OF SERVICE**
*Michael Shames; et al. v. The Hertz Corporation, et al.*
CASE NO: 07cv2174-MMA(WMc)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on May 17, 2012, I served the following document(s) entitled:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL AND APPROVAL OF FORM AND MANNER OF GIVING NOTICE TO CLASS MEMBERS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL AND APPROVAL OF FORM AND MANNER OF GIVING NOTICE TO CLASS MEMBERS**

**JOINT DECLARATION OF DENNIS STEWART AND DONALD REZ IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL AND APPROVAL OF FORM AND MANNER OF GIVING NOTICE TO CLASS MEMBERS**

**DECLARATION OF GINA M. INTREPIDO-BOWDEN ON SETTLEMENT NOTICE PLAN AND NOTICES**

**[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING SETTLEMENT CLASS, APPOINTING CLASS REPRESENTATIVE AND LEAD COUNSEL, AND PROVIDING FOR NOTICE**

on ALL INTERESTED PARTIES in this action:

Robert C Fellmeth
Center for Public Interest Law
University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

☒ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily

1

familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY CM/ECF Electronic Service**: I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 17, 2012, at San Diego, California.

*/s/ Dennis Stewart*
DENNIS STEWART