# EXHIBIT A

DECLARATION OF PAUL R. HANSMEIER                CASE NO. 3:07-cv-02174-MMA-WMC

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>THE HERTZ CORPORATION, *et al.*,<br><br>*Defendants*. | No. 3:07-cv-02174-MMA-WMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PAUL R. HANSMEIER**<br><br>Judge:      Hon. Michael M. Anello<br>Date:       October 29, 2012<br>Time:       2:30 PM<br>Courtroom: 5 |

I, Paul R. Hansmeier, declare:

1. I am an attorney licensed to practice law in Minnesota, and am a partner in Alpha Law Firm, LLC. I am lead counsel for Gordon Hansmeier, an Objector to the Proposed Settlement of the above-captioned action. I have personal knowledge of the matters set forth in this Declaration.

2. I initially contacted Dennis Stewart, of Hulett Harper Stewart LLP, by telephone on September 25, 2012. After a brief phone conversation, I sent him a copy of my client's draft objection at that time for review, suggesting certain fatal deficiencies in the Proposed Settlement of the above-captioned action which in my opinion would prevent the Court from granting final approval, and certain improvements which could be made to benefit the class. I inquired as to whether Mr. Stewart had any substantive response to our arguments at that time.

3. Mr. Stewart responded by e-mail on September 26, 2012. He respectfully disagreed with my analysis, suggested that we had a fundamental disagreement on the relevant issues, and urged me to reconsider my views at that time. I advised that I would discuss his response with my client.

4. I contacted Mr. Stewart by telephone on September 28, 2012. I told him that my client was not satisfied with the response to our arguments, and would be filing substantially the same objection as was earlier proffered to Mr. Stewart for review. Mr. Stewart first suggested that my client should opt-out of the Proposed Settlement. I informed Mr. Stewart that my client would not opt-out, as he would prefer to make his concerns about the fairness of the settlement known to the Court. At that time, Mr. Stewart suggested that I draft a demand letter on behalf of my client, and send it to him for review.

5. After careful consideration of the costs incurred by my client to date, as well as of the extremely limited and opaque information on the court record regarding the value of my client's claims, I sent Mr. Stewart a demand letter on behalf of my client later that day on September 28, 2012. I requested a response by the objection filing deadline of October 1, 2012.

///

///

DECLARATION OF PAUL R. HANSMEIER                    CASE NO. 3:07-cv-02174-MMA-WMC

6.      On October 1, 2012, I received a response letter signed by Dennis Stewart via an e-mail from a person identifying themselves as Anita Villanueva and as affiliated with Hulett Harper Stewart LLP. The response letter intimated that my client's requested demand letter was improper, and argued that my client's objections were improper by extension. In the response letter, Mr. Stewart threatened that Class Counsel would move for the imposition of sanctions against myself and my client if we did not desist from filing the objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of October, 2012, at Minneapolis, Minnesota.

_____
Paul R. Hansmeier

**DATED: October 1, 2012**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900

DECLARATION OF PAUL R. HANSMEIER            CASE NO. 3:07-cv-02174-MMA-WMC