NUNC PRO TUNC
OCT - 4 2012

FILED
12 OCT -5 AM 11: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                         DEPUTY

Michael J. Schulz
4N600 Powis Road
Wayne, IL 60184
T: (630) 258-9472
Email: mjschulz@mjschulz.com

October 1, 2012

Clerk of the Court
U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101-8900

    Re: *Schames v. The Hertz Corporation*, Case No. 07cv2174-MMA

Dear Clerk:

My name is Michael J. Schulz, my address is 4N600 Powis Road, Wayne, IL 60184, and my telephone number is (630) 258-9472. My email address is mjschulz@mjschulz.com. My ID Number is 102753668001. Attached as Exhibit A is a copy of the notice that was sent to me. I am a class member because I meet the class definition contained in the class notice and I received a direct class notice, which says that I am included in at least one of the Rental Car Defendants' records showing I am included in the settlement.

I object to the settlement. The settling defendants cannot prove this settlement is fair, adequate and reasonable. It is not. The claims process is too cumbersome. Since the Rental Car Defendants apparently know who is in the class (or at least a large sub-set of the class), why are they requiring a claims process at all? Why don't they just send the cash option to everyone in the class who does not make a claim requesting the non-cash option. The reason is simple – they want to drive down the money that the defendants have to pay in this settlement. In addition, the 8 day cut-off for non-cash claims is arbitrary and unreasonable. Moreover, the vouchers have illusory or no value. In short, the settlement should not have a claims' process requiring claims from all class members. If defendants' records show someone would be entitled to a settlement payment based on their own records, they should send a settlement payment. This settlement should not be approved.

I also object to the proposed award of attorneys' fees under a percentage of recovery and a lodestar basis. At a minimum, the Court should wait until the claims are in, and it is determined how much was actually paid to the class before determining a reasonable percentage for class counsel. I object to attorneys' fees as being excessive. I also object to class counsel's negotiation of a separate fund from which fees would be paid. Presumably this would be money available for the class – defendants generally do not

care whether the money goes to the class or to class counsel so long as the settlement is approved. But class counsel took money that could have gone into a common fund and gave it to themselves in a procedure that shows they have compromised their duty to represent the class above their own selfish interests. I object that this has created a conflict between counsel and the class.

I will not attend the fairness hearing. I ask that the Court disapprove the settlement and the proposed award of attorneys' fees.

Sincerely,

Michael J. Schulz

cc: **Via U.S. Mail**
Donald G. Rez
Sullivan Hill lewin Rez & Engel
550 West C Street, 15th FL.
San Diego, CA 92101
CLASS COUNSEL

**Via U.S. Mail**
Michael F. Tubach
O'Melveny & Myers LLP
Two Embarcadero Center, 28th FL.
San Francisco, CA 94111
DEFENSE COUNSEL

**From:** ACF/TCA Settlement Administrator [mailto:Administrator@ACFTCAsettlement.vertismail.com]
**Sent:** Friday, July 13, 2012 1:14 PM
**To:** mjschulz@mjschulz.com
**Subject:** Notice about Vehicles Rented at California Airports

To file your Election of Benefits Form online:

ID Number: 102753668001

**You can file a claim for cash or vouchers from a class action settlement about your rental of a vehicle at a California airport location from January 1, 2007 to November 14, 2007.**

A settlement has been reached with The Hertz Corporation, Dollar Thrifty Automotive Group, Inc., Avis Budget Group, Inc., Vanguard Car Rental USA, LLC, Enterprise Holdings, Inc., Fox Rent A Car, Inc. and the California Travel and Tourism Commission in a class action lawsuit claiming that these companies agreed with each other to pass on the Airport Concession Fee (ACF) and Tourism Commission Assessment (TCA) to customers for rentals at certain California airport locations. The Defendants deny all of the claims in the lawsuit, but have agreed to the settlement to avoid the cost and risk of a trial.

**WHO IS INCLUDED?** Defendants' records show that you are included in the settlement. Generally, the settlement includes people who rented a vehicle directly from corporate-owned locations of Alamo, Avis, Budget, Dollar, Enterprise, Fox Rent A Car, Hertz, National, or Thrifty for pick up at a California airport location from January 1, 2007 through November 14, 2007, and who were charged and paid an ACF and/or TCA as a separate line item on their invoice. Rentals from non-corporate owned airport locations, rentals made as part of a pre-existing agreement with a business or governmental body according to which the rental charge was determined, and rentals where a package price was paid to a tour operator or online booking agency (like Priceline or Hotwire) are not included and are not entitled to cash payments or vouchers.

**WHAT CAN YOU GET?** You can elect to receive one of the cash or voucher options below based on the total number of days you rented one or more vehicles directly from that rental car defendant at a California airport location from January 1, 2007 to November 14, 2007, and paid an ACF and/or TCA as a separate line item on your invoice. Benefit options are:

| Total number of rental days | Option | Description |
| --- | --- | --- |
| Any | Cash | $2 per day ($5 minimum payment) |
| Less than eight | One—One Day Voucher | one voucher good for free time and mileage for one rental day |
| Eight or more | Two—One Day Vouchers | two vouchers, each good for free time and mileage for one rental day; or |
| | One—Two Day Voucher | one voucher good for free time and mileage for two rental days |

Vouchers will be issued in the brand name of the rental car company that charged and collected the ACF and/or TCA, and will be available for use at any of that rental car company's U.S. corporate-owned locations. Avis and Budget vouchers may be redeemed at an Avis or Budget U.S. corporate-owned location. The settlement will also require the California Travel and Tourism Commission to adopt certain practices related to meetings and its communications with the public and rental car companies about Tourism Commission Assessments.

**HOW TO GET BENEFITS?** You must submit an Election of Benefits Form by **January 25, 2013** to get a cash payment or voucher. Using the ID number above, you can submit a form online at www.ACFTCAsettlement.com. You may also request one by calling 1-888-758-5690 or by sending a letter by mail to the Settlement Administrator.

**YOUR OTHER OPTIONS?** If you submit an Election of Benefits Form or do nothing, you will be legally bound by the settlement and you will give up your right to sue the Defendants for any claim asserted in this lawsuit or released by the Stipulation of Settlement. If you do not want to be legally bound by the settlement or be able to get a cash payment or voucher from it, you must exclude yourself by **October 1, 2012**. If you do not exclude yourself, you may object to the settlement or you may ask for permission for you or your lawyer to appear and speak at the hearing—at your own cost—but you don't have to. The deadline to submit objections and requests to appear is **October 1, 2012**. The detailed notice, available at the website, explains how to act on all of your options.

The Court will hold a hearing on **October 29, 2012** to consider whether to approve: the settlement; attorneys' fees, costs, and expenses of up to $5,870,000; and a $2,000 payment to the Class Representative. These fees, costs, expenses and payments will be paid separately by the Defendants and will not reduce the amount of cash or vouchers available. The complete terms of the settlement, including the benefits you may be entitled to receive and the rights you may be giving up are contained in the Stipulation of Settlement, which may be found online at www.ACFTCAsettlement.com.

File your claim online at www.ACFTCAsettlement.com. You may also request an Election of Benefits Form and more information by calling 1-888-758-5690.

Exhibit "A"