# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
12 OCT 11 AM 9:09

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Michael M. Anello

FROM: C. Lopez, Deputy Clerk   RECEIVED DATE: 10.05.12

CASE NO.: 07cv2174-MMA-   DOCUMENT FILED BY: Thomas J. Lavery

CASE TITLE: Shames et al v. Hertz Corporation et al

DOCUMENT ENTITLED: Re: Shames v. The Hertz Corporation

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Missing Proof of Service |
| X | | UNTIMELY OBJECTION. [SEE DOC. NO. 313 AT PARA. 13.] |

Date forwarded: 10.10.12

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **Michael M. Anello**
**U.S. District Judge**

Dated: 10/10/12   By: CL
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

MARK T. LAVERY
180 N. LASALLE, SUITE 3700
CHICAGO, IL 60601
TEL 847 8137771 EMAIL MARK@LAVERYLAWFIRM.COM

# LAVERY LAW FIRM

# REJECTED

Re: Shames v. The Hertz Corporation, Case No. 07cv2174-MMA.

Clerk of the Court
U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101-8900

Donald G. Rez
Sullivan Hill Lewin Rez & Engel
550 West C Street, 15th Floor
San Diego, CA 92101

Michael F. Tubach
O'Melveny & Myers LLP
Two Embarcadero
Center, 28th Floor
San Francisco, CA 94111

To the Court and Counsel:

We send this letter to give Notice of Intention to Appear and object in *Shames v. The Hertz Corporation*, Case No. 07cv2174-MMA. on behalf of Class Member and Objector Thomas Lavery, 9200 W. 174th Street, Tinley Park, Illinois. We object to the request for a phone number. Thomas Lavery can be reached through counsel and this letter is signed by counsel on his behalf. Mr. Lavery is represented by Grenville Pridham who intends to appear