Brett L. Gibbs, Esq. (SBN 215000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900

*Attorney for Objector,*
*Gordon Hansmeier*

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and on behalf of all persons similarly situated, | CASE NO. 3:07-cv-02174-MMA(WMC) |
| *Plaintiffs*, | |
| vs. | **NOTICE OF APPEAL** |
| HERTZ CORPORATION, *et al.*, | |
| *Defendants*. | |

Notice is hereby given that objecting class member Gordon Hansmeier hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order on Final Approval of Class Action Settlement, Attorneys' Fees, Costs, and Incentive Award; Judgment and Dismissal (Docket No. 357), entered in this action on November 5, 2012.

Dated: November 6, 2012

Respectfully Submitted,

By: /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
*Attorney for Objector, Gordon Hansmeier*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system.

/s/ Brett L. Gibbs