UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SHAMES and GARY GRAMKOW, on behalf of themselves and all persons similarly situated, | No. 12-57205 |
| Plaintiffs - Appellees, | D.C. No. 3:07-cv-02174-MMA-WMC U.S. District Court for Southern California, San Diego |
| ANDREW CESARE; et al., | |
| Objectors - Appellants, | **ORDER** |
| v. | |
| HERTZ CORPORATION, a Delaware corporation; et al., | |
| Defendants - Appellees. | |

A review of the docket reflects that appellants have not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellants shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit

Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellants fail to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk