FILED

JAN 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL SHAMES; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>MICHAEL J. SCHULZ,<br><br>        Objector - Appellant,<br><br> V.<br><br>HERTZ CORPORATION, a Delaware corporation; et al.,<br><br>        Defendants - Appellees. | No. 12-57247<br><br>D.C. No. 3:07-cv-02174-MMA-WMC<br>Southern District of California, San Diego<br><br><br>ORDER |

Before: CANBY, CLIFTON, and N.R. SMITH, Circuit Judges.

Plaintiffs-Appellees' motion to dismiss this appeal for lack of jurisdiction is granted because the notice of appeal was not filed within 30 days after the district court's judgment entered on November 5, 2012. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

The motion to consolidate filed in this appeal is denied as moot.

The pending motion to consolidate relating to appeal Nos. 12-57026, 12-57205, and 12-57211 shall be addressed by separate order, in those appeals.

**DISMISSED.**