UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and all persons similarly situated,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>MICHAEL J SCHULZ,<br><br>        Objector - Appellant,<br><br> v.<br><br>HERTZ CORPORATION, a Delaware corporation; et al.,<br><br>        Defendants - Appellees. | No. 12-57247<br><br>D.C. No. 3:07-cv-02174-MMA-WMC<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered January 23, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                          FOR THE COURT:
                          Molly C. Dwyer
                          Clerk of Court

                          Theresa Benitez
                          Deputy Clerk

FILED

JAN 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL SHAMES; et al., | No. 12-57247 |
| Plaintiffs - Appellees, | D.C. No. 3:07-cv-02174-MMA-WMC |
| v. | Southern District of California, San Diego |
| MICHAEL J. SCHULZ, | |
| Objector - Appellant, | ORDER |
| V. | |
| HERTZ CORPORATION, a Delaware corporation; et al., | |
| Defendants - Appellees. | |

Before: CANBY, CLIFTON, and N.R. SMITH, Circuit Judges.

Plaintiffs-Appellees' motion to dismiss this appeal for lack of jurisdiction is granted because the notice of appeal was not filed within 30 days after the district court's judgment entered on November 5, 2012. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

The motion to consolidate filed in this appeal is denied as moot.

The pending motion to consolidate relating to appeal Nos. 12-57026, 12-57205, and 12-57211 shall be addressed by separate order, in those appeals.

**DISMISSED.**