# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAMES, *et al.*,<br><br>          Plaintiffs,<br>vs.<br><br>THE HERTZ CORPORATION, *et al.*,<br><br>          Defendants. | NO. 07-CV-2174-MMA(WMC)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR APPEAL BOND** |

The briefing schedule below shall govern Plaintiff Gary Gramkow's pending motion for imposition of an appeal bond.  [Doc. No. 383.]

Opposition(s) due:  June 3, 2013

Reply due:  June 12, 2013

The Clerk of Court shall serve a copy of this Order by mail on each of the "interested parties" listed in Plaintiff's proof of service.  [*See* Doc. No. 383-4.]

**IT IS SO ORDERED.**

DATED:  May 15, 2013

*/s/ Michael M. Anello*

Hon. Michael M. Anello
United States District Judge